B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   MATHESON FLIGHT EXTENDERS, INC.                                         Case No.
                                                    Debtor(s)                   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALASKA CARGOPORT, LLC<br>C/O LYNXS GROUP LLC<br>3501 MANOR ROAD<br>AUSTIN, TX 78723 | ALASKA CARGOPORT, LLC<br>C/O LYNXS GROUP LLC<br>3501 MANOR ROAD<br>AUSTIN, TX 78723 | Lease | | 291,898.16 |
| MAHAMET CAMARA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | MAHAMET CAMARA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,081,500.00 |
| CENTRAL WEST VIRGINIA AIRPORT AUTHORITY<br>100 AIRPORT ROAD SUITE 175<br>CHARLESTON, WV 25311-1080 | CENTRAL WEST VIRGINIA AIRPORT AUTHORITY<br>100 AIRPORT ROAD SUITE 175<br>CHARLESTON, WV 25311-1080 | Lease | | 118,400.00 |
| CITY OF ALBUQUERQUE AVIATION DEPARTMENT<br>PO BOX 9948<br>ALBUQUERQUE, NM 87119-1048 | CITY OF ALBUQUERQUE AVIATION DEPARTMENT<br>PO BOX 9948<br>ALBUQUERQUE, NM 87119-1048 | Lease | | 175,714.56 |
| DCT BOGGY CREEK FL LP<br>C/O DCT PROPERTY MANAGEMENT LLC<br>DEPARTMENT 1329<br>DENVER, CO 80256 | DCT BOGGY CREEK FL LP<br>C/O DCT PROPERTY MANAGEMENT LLC<br>DEPARTMENT 1329<br>DENVER, CO 80256 | Lease | | 479,723.82 |
| ANDRE DE OLIVEIRA<br>C/O BRIAN MOORE<br>JESTER, GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | ANDRE DE OLIVEIRA<br>C/O BRIAN MOORE<br>JESTER, GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,086,600.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  MATHESON FLIGHT EXTENDERS, INC.  
                      Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MOUSSA DEMBELE<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | MOUSSA DEMBELE<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | | | 145,454.18 |
| BEMBA DIALLO<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | BEMBA DIALLO<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,106,500.00 |
| SALIF DIALLO<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | SALIF DIALLO<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,106,800.00 |
| MACIRE DIARA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | MACIRE DIARA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,197,600.00 |
| ERNEST DUKE<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | ERNEST DUKE<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,114,300.00 |
| MOHAMED KABA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE<br>1999 BROADWAY SUITE 3225<br>DENVER, CO 80202 | MOHAMED KABA<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE<br>DENVER, CO 80202 | Settlement Payment | | 145,454.18 |
| KTR PROPERTY TRUST I<br>PO BOX 415692<br>BOSTON, MA 02241-5692 | KTR PROPERTY TRUST I<br>PO BOX 415692<br>BOSTON, MA 02241-5692 | Lease | | 365,575.04 |
| LITTLER MENDELSON, P.C.<br>PO BOX 45547<br>SAN FRANCISCO, CA 94145-0547 | LITTLER MENDELSON, P.C.<br>PO BOX 45547<br>SAN FRANCISCO, CA 94145-0547 | Attorneys' Fees | | 520,005.72 |

B4 (Official Form 4) (12/07) - Cont.

In re  MATHESON FLIGHT EXTENDERS, INC.  
　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| DEAN PATRICELLI<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | DEAN PATRICELLI<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>DENVER, CO 80202 | Damages Arising from Lawsuit | Disputed | 2,274,800.00 |
| PROLOGIS L.P.<br>PO BOX 846255<br>DALLAS, TX 75284-6255 | PROLOGIS L.P.<br>PO BOX 846255<br>DALLAS, TX 75284-6255 | Lease | | 747,388.00 |
| CRESENCIO SANCHEZ<br>C/O MARK BERUMAN<br>BERUMAN LAW FIRM<br>1450 SOUTH HAVANA ST, STE 412<br>AURORA, CO 80012 | CRESENCIO SANCHEZ<br>C/O MARK BERUMAN<br>BERUMAN LAW FIRM<br>AURORA, CO 80012 | Settlement Payment | | 145,454.18 |
| TULSA AIRPORTS IMPROVEMENT TRUST<br>DEPARTMENT #598<br>TULSA, OK 74182 | TULSA AIRPORTS IMPROVEMENT TRUST<br>DEPARTMENT #598<br>TULSA, OK 74182 | Lease | | 243,305.71 |
| UNITED STATES POSTAL SERVICE<br>ACCOUNTING SERVICES - ST. LOUIS<br>PO BOX 80191<br>SAINT LOUIS, MO 63180-0191 | UNITED STATES POSTAL SERVICE<br>ACCOUNTING SERVICES - ST. LOUIS<br>PO BOX 80191<br>SAINT LOUIS, MO 63180-0191 | Overpayment | | 457,663.96 |
| ERNEST WILLIAMS<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE LLP<br>1999 BROADWAY SUITE 3225<br>DENVER, CO 80202 | ERNEST WILLIAMS<br>C/O BRIAN MOORE<br>JESTER GIBSON & MOORE LLP<br>DENVER, CO 80202 | Settlement Payment | | 145,454.18 |

B4 (Official Form 4) (12/07) - Cont.
In re  MATHESON FLIGHT EXTENDERS, INC.                           Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CHIEF FINANCIAL OFFICER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 19, 2015                    Signature  _____
                                                   DANIEL MAUE
                                                   CHIEF FINANCIAL OFFICER

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.