# United States Bankruptcy Court
## District of Nevada

In re   **MATHESON FLIGHT EXTENDERS, INC.**            Case No.   **15-50541**
                                            Debtor(s)            Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CHIEF FINANCIAL OFFICER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 19, 2015**                      **/s/ DANIEL MAUE**
                                                                **DANIEL MAUE**/**CHIEF FINANCIAL OFFICER**
                                                                Signer/Title

BILLINGS ARMY NAVY SURPLUS STORE
10 N 29TH STREET
BILLINGS, MT 59101

MAHAMET CAMARA
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

CAMPBELL LITIGATION PC
730 17TH STREET SUITE 740
DENVER, CO 80202

CENTRAL WEST VIRGINIA AIRPORT AUTHORITY
100 AIRPORT ROAD SUITE 175
CHARLESTON, WV 25311-1080

CHUGACH-CEA
PO BOX 196760
ANCHORAGE, AK 99519-6760

CINTAS CORPORATION-631025
TAMPA FAS 0F48
PO BOX 631025
CINCINNATI, OH 45263-1025

CITY OF ALBUQUERQUE
AVIATION DEPARTMENT
PO BOX 9948
ALBUQUERQUE, NM 87119-1048

CLYDE MACHINES INC.
1150 STATE HWY 55
PO BOX 194
GLENWOOD, MN 56334

COFFEE BREAK ROASTING CO.
1940 LOSANTIVILLE RD
CINCINNATI, OH 45237

CONTRAST DESIGN SERVICES
1630 NORTH MAIN STREET, SUITE 345
WALNUT CREEK, CA 94596

CORE TRANSPORT TECHNOLOGIES, INC.
37 N. ORANGE AVE SUITE 500
ORLANDO, FL 32801

CULLIGAN
2101 WEST LANDSTREET RD
ORLANDO, FL 32809-7903

DCT BOGGY CREEK FL LP
C/O DCT PROPERTY MANAGEMENT LLC
DEPARTMENT 1379
DENVER, CO 80256

ANDRE DE OLIVEIRA
C/O BRIAN MOORE
JESTER, GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

MOUSSA DEMBELE
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

DENVER INTERNATIONAL AIRPORT
AIRPORT REVENUE FUND
PO BOX 492065
DENVER, CO 80249

DENVER'S EBIZ TAX CENTER - EFT
201 W COLFAX AVE
DEPT 1009
DENVER, CO 80202

DEPT OF EMPLOYMENT, TRAINING
& REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

BEMBA DIALLO
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

SALIF DIALLO
C/O BRIAN MOORE
JESTER GIBSON & MOORE
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

MACIRE DIARA
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

ERNEST DUKE
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

FEDERAL EXPRESS CORPORATION
FEDEX SPECIAL PAYMENTS
PO BOX 94515
PALATINE, IL 60094-4515

FERRELL GAS
PO BOX 173940
DENVER, CO 80217-3940

FLEETWASH, INC.
PO BOX 36014
NEWARK, NJ 07188-6014

GHP HORWATH, P.C.
1670 BROADWAY, SUITE 3000
DENVER, CO 80202

HONEY BUCKET
PO BOX 73399
PUYALLUP, WA 98373

HUSCH BLACKWELL, LLP
PO BOX 802765
KANSAS CITY, MO 64180-2765

IDAHO STATE TAX COMMISSION - EFT
PO BOX 36
BOISE, ID 83722-0410

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

MOHAMED KABA
C/O BRIAN MOORE
JESTER GIBSON & MOORE
1999 BROADWAY SUITE 3225
DENVER, CO 80202

KTR PROPERTY TRUST I
PO BOX 415692
BOSTON, MA 02241-5692

L G & E
PO BOX 9001960
LOUISVILLE, KY 40290-1960

LANDMARK AVIATION-FSD
ATTN ACCOUNTS RECEIVABLE
PO BOX 752048
CHARLOTTE, NC 28275-2048

LITTLER MENDELSON, P.C.
PO BOX 45547
SAN FRANCISCO, CA 94145-0547

LOHF SHAIMAN JACOBS HYMAN & FEIGER
950 SO. CHERRY ST., SUITE 900
DENVER, CO 80246

LOUISVILLE REGIONAL AIRPORT AUTHORITY
PO BOX 950107 - DEPT 52332
LOUISVILLE, KY 40295-0107

MH EQUIPMENT COMPANY
#774469
4469 SOLUTIONS CENTER
CHICAGO, IL 60677-4004

MOUNTAIN MIST WATER
PO BOX 44427
TACOMA, WA 98444

NEVADA DEPARTMENT OF TAXATION,
BANKRUPTCY SECTION
4600 KIETZKE LANE, SUITE L-235
RENO, NV 89520

NEW MEXICO TAXATION AND REVENUE EFT
1100 SOUTH ST FRANCIS ST
SANTA FE, NM 87504

NORTHWESTERN ENERGY
40 E. BROADWAY ST.
BUTTE, MT 59701-9394

PACIFIC POWER
PO BOX 26000
PORTLAND, OR 97256-0001

DEAN PATRICELLI
C/O BRIAN MOORE
JESTER GIBSON & MOORE, LLP
1999 BROADWAY, SUITE 3225
DENVER, CO 80202

PIERCE LEASING
PO BOX 80707
BILLINGS, MT 59108-0707

PROLOGIS L.P.
PO BOX 846255
DALLAS, TX 75284-6255

QUICK FUEL
PO BOX 88249
MILWAUKEE, WI 53288-0249

RECOLOGY CLEANSCAPES
PO BOX 34260
SEATTLE, WA 98124-1260

RECOLOGY PORTLAND
235 N. FIRST STREET
DIXON, CA 95620

SALT LAKE CITY CORPORATION
DEPT OF AIRPORTS
PO BOX 145550
ATTN S. HENDERSON
SALT LAKE CITY, UT 84114

CRESENCIO SANCHEZ
C/O MARK BERUMAN
BERUMAN LAW FIRM
1450 SOUTH HAVANA ST, STE 412
AURORA, CO 80012

SIGNATURE FLIGHT SUPPORT - AUSTIN
PO BOX 402458
ATLANTA, GA 30384-2458

SMUD
PO BOX 15555
SACRAMENTO, CA 95852-1555

SPOKANE AIRPORT BOARD
9000 W. AIRPORT DR. #204
SPOKANE, WA 99224

STRATEGIC SYSTEMS & TECHNOLOGY
3325 PADDOCKS PARKWAY, SUITE 250
SUWANEE, GA 30024

STRATUS BUILDING SOLUTIONS
7010 BROADWAY, SUITE 315
DENVER, CO 80221

SUBURBAN PROPANE
PO BOX 12068
FRESNO, CA 93776

T.M.T. SPECIALTIES
13730 SARGENT AVE
GALT, CA 95632

TAC AIR
303 N. 2370 WEST
SALT LAKE CITY, UT 84116

THE STONER ELECTRIC GROUP
1904 SE OCHOCO STREET
MILWAUKIE, OR 97222

TRANSIPLEX - SEATTLE
PO BOX 68515
SEATTLE, WA 98168

TUCSON AIRPORT AUTHORITY
7005 S PLUMMER AVE
TUCSON, AZ 85706

TULSA AIRPORTS IMPROVEMENT TRUST
DEPARTMENT #598
TULSA, OK 74182

UNITED STATES ATTORNEY
100 WEST LIBERTY STREET #600
RENO, NV 89501

UNITED STATES POSTAL SERVICE
ACCOUNTING SERVICES - ST. LOUIS
PO BOX 80191
SAINT LOUIS, MO 63180-0191

UNITED STATES TRUSTEE
300 BOOTH STREET #3009
RENO, NV 89509

UTAH.GOV -EFT
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

AZAEL VELAZQUEZ
8728 TEXAS RANGER AVE
LAS VEGAS, NV 89129

WASTE MANAGEMENT OF DENVER
PO BOX 78251
PHOENIX, AZ 85062-8521

WELLS FARGO BANK
333 MARKET STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

DOREEN WHETHAM
PO BOX 3714
GREAT FALLS, MT 59403

ERNEST WILLIAMS
C/O BRIAN MOORE
JESTER GIBSON & MOORE LLP
1999 BROADWAY SUITE 3225
DENVER, CO 80202

MATHESON FLIGHT EXTENDERS, INC.
c/o MATHESON TRUCKING, INC.
100 Glen Carran Circle
Sparks, NV 89431

JEFFREY L. HARTMAN
HARTMAN & HARTMAN
510 W PLUMB LANE
RENO, NV 89509

ALASKA CARGOPORT, LLC
C/O LYNXS GROUP LLC
3501 MANOR ROAD
AUSTIN, TX 78723

ALASKA WASTE
PO BOX 196097
ANCHORAGE, AK 99519-6097

ALPHA MECHANICAL SERVICE INC.
7200 DISTRIBUTION DRIVE
LOUISVILLE, KY 40258

AMAZON CLEANING INC.
14247 58 AVE S
TUKWILA, WA 98168

AMERIGAS-DENVER
PO BOX 371473
PITTSBURGH, PA 15250-7473

ASIG - SEATTLE
PO BOX 402458
ATLANTA, GA 30384-2458

ASIG CINCINNATI
PO BOX 402458
ATLANTA, GA 30384-2458

ASIG PORTLAND
PO BOX 402458
ATLANTA, GA 30384-2458

AT&T ATLANTA
PO BOX 105262
ATLANTA, GA 30348-5262

ATLANTIC AVIATION SDF
BOX 4276
Philadelphia, PA 19178-4276

ATLANTIC TULSA
PO BOX 952233
DALLAS, TX 75395