B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CINCINNATI BELL**<br>**PO BOX 748003**<br>**CINCINNATI, OH 45274-8003** | | - | Utility | | | | 0.00 |
| Account No.<br><br>**CINTAS CORPORATION-631025**<br>**TAMPA FAS 0F48**<br>**PO BOX 631025**<br>**CINCINNATI, OH 45263-1025** | | - | Various dates<br>Trade debt | | | | 199.19 |
| Account No.<br><br>**CITY OF ALBUQUERQUE**<br>**AVIATION DEPARTMENT**<br>**PO BOX 9948**<br>**ALBUQUERQUE, NM 87119-1048** | | - | Various dates<br>Badges | | | | 55.00 |
| Account No.<br><br>**CLYDE MACHINES INC.**<br>**1150 STATE HWY 55**<br>**PO BOX 194**<br>**GLENWOOD, MN 56334** | | - | Various dates<br>Trade debt | | | | 78,630.00 |
| Account No.<br><br>**COFFEE BREAK ROASTING CO.**<br>**1940 LOSANTIVILLE RD**<br>**CINCINNATI, OH 45237** | | - | Various dates<br>Trade debt | | | | 14.00 |

Sheet no. **6** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 78,898.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **MATHESON FLIGHT EXTENDERS, INC.**, Debtor

Case No. __15-50541-btb__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>CONTRAST DESIGN SERVICES<br>1630 NORTH MAIN STREET, SUITE 345<br>WALNUT CREEK, CA 94596 | - | | Various dates<br>Trade debt | | | | 225.00 |
| Account No.<br>CORE TRANSPORT TECHNOLOGIES, INC.<br>37 N. ORANGE AVE SUITE 500<br>ORLANDO, FL 32801 | - | | Various dates<br>Trade debt | | | | 3,788.98 |
| Account No.<br>CULLIGAN<br>2101 WEST LANDSTREET RD<br>ORLANDO, FL 32809-7903 | - | | Various dates<br>Trade debt | | | | 21.78 |
| Account No.<br>ANDRE DE OLIVEIRA<br>10599 CLERMONT WAY<br>THORTON, CO 80233 | - | | Litigation claim | | | X | 2,086,600.00 |
| Account No.<br>MOUSSA DEMBELE<br>474 W. 148TH ST., #5C<br>NEW YORK, NY 10031 | - | | Settlement | | | | 145,454.18 |

Sheet no. __7__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,236,089.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **MATHESON FLIGHT EXTENDERS, INC.**,  Case No. __15-50541-btb__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DENVER INTERNATIONAL AIRPORT<br>AIRPORT REVENUE FUND<br>PO BOX 492065<br>DENVER, CO 80249 | - | | Various dates<br>Trade debt | | | | 30.00 |
| Account No.<br><br>BEMBA DIALLO<br>15560 E. CENTER AVE #H-201<br>AURORA, CO 80017 | - | | Litigation claim | | X | | 2,106,500.00 |
| Account No.<br><br>SALIF DIALLO<br>4353 E. NETHERLAND<br>DENVER, CO 80202 | - | | Litigation claim | | X | | 2,106,800.00 |
| Account No.<br><br>MACIRE DIARA<br>1375 S. GALENA ST. #L-203<br>DENVER, CO 80247 | - | | Litigation claim | | X | | 2,197,600.00 |
| Account No.<br><br>ERNEST DUKE<br>4495 ANDES STREET<br>DENVER, CO 80249 | - | | Litigation claim | | X | | 2,114,300.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  8,525,230.00

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>ENSTAR NATURAL GAS COMPANY<br>PO BOX 34760<br>SEATTLE, WA 98124-1760 | | - | Various dates<br>Trade debt | | | | 314.24 |
| Account No.<br>FERRELL GAS<br>PO BOX 173940<br>DENVER, CO 80217-3940 | | - | Various dates<br>Trade debt | | | | 97.46 |
| Account No.<br>FLEETWASH, INC.<br>PO BOX 36014<br>NEWARK, NJ 07188-6014 | | - | Various dates<br>Trade debt | | | | 24.00 |
| Account No.<br>FRONTIER - ROCHESTER<br>PO BOX 20550<br>ROCHESTER, NY 14602-0550 | | - | Utility | | | | 0.00 |
| Account No.<br>FULL SOURCE LLC<br>10302 DEERWOOD PARK BLVD.<br>SUITE 200<br>JACKSONVILLE, FL 32256 | | - | Various dates<br>Trade debt | | | | 478.95 |

Sheet no. **9** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **914.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>GE CAPITAL C/O<br>RICOH USA PROGRAM<br>P O BOX 650073<br>DALLAS, TX 75265-0073 | | - | Various dates<br>Trade debt | | | | 226.88 |
| Account No.<br><br>GHP HORWATH, P.C.<br>1670 BROADWAY, SUITE 3000<br>DENVER, CO 80202 | | - | Consultant/Expert Witness in USDC Colorado Case #12-CV-03040 | | | | 39,740.25 |
| Account No.<br><br>GLOBAL EQUIPMENT COMPANY<br>P. O. BOX 905713<br>CHARLOTTE, NC 28290-5713 | | - | Various dates<br>Trade debt | | | | 0.00 |
| Account No.<br><br>GOHMAN MECHANICAL, INC.<br>14505 SE WHY 212<br>CLACKMAS, OR 97015 | | - | Various dates<br>Trade debt | | | | 124.00 |
| Account No.<br><br>HONEY BUCKET<br>PO BOX 73399<br>PUYALLUP, WA 98373 | | - | Various dates<br>Trade debt | | | | 164.50 |

Sheet no. **10** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    40,255.63

B6F (Official Form 6F) (12/07) - Cont.

In re **MATTHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>HUSCH BLACKWELL, LLP<br>PO BOX 802765<br>KANSAS CITY, MO 64180-2765 | - | | Various dates<br>Legal services | | | | 3,934.50 |
| Account No.<br><br>INDUSTRIAL COMMUNICATIONS & ELECTRIC<br>P. O. BOX 31632<br>BILLINGS, MT 59107 | - | | Various dates<br>Trade debt | | | | 436.00 |
| Account No.<br><br>MOHAMED KABA<br>4084 S. CRYSTAL CIRCLE<br>AURORA, CO 80014 | - | | Settlement | | | | 145,454.18 |
| Account No.<br><br>L G & E<br>PO BOX 9001960<br>LOUISVILLE, KY 40290-1960 | - | | Various dates<br>Utility | | | | 2,420.37 |
| Account No.<br><br>LANDMARK AVIATION-FSD<br>ATTN ACCOUNTS RECEIVABLE<br>PO BOX 752048<br>CHARLOTTE, NC 28275-2048 | - | | Various dates<br>Subcontractor services | | | | 39,922.07 |

Sheet no. **11** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **192,167.12**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MATHESON FLIGHT EXTENDERS, INC.**                           Case No.  **15-50541-btb**
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LITTLER MENDELSON, P.C.<br>PO BOX 45547<br>SAN FRANCISCO, CA 94145-0547 | | - | Various dates<br>Legal services | | | | 520,005.72 |
| Account No.<br><br>LOHF SHAIMAN JACOBS HYMAN & FEIGER<br>950 SO. CHERRY ST., SUITE 900<br>DENVER, CO 80246 | | - | NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>MH EQUIPMENT COMPANY<br>#774469<br>4469 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4004 | | - | Various dates<br>Trade debt | | | | 1,113.00 |
| Account No.<br><br>BRIAN MOORE<br>JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 | | - | NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>MOUNTAIN MIST WATER<br>PO BOX 44427<br>TACOMA, WA 98444 | | - | Various dates<br>Trade debt | | | | 43.70 |

Sheet no.  **12**  of  **19**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **521,162.42**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**NORTHWESTERN ENERGY**<br>40 E. BROADWAY ST.<br>BUTTE, MT 59701-9394 | | - | Various dates<br>Utility | | | | 258.41 |
| Account No.<br>**NV ENERGY-LAS VEGAS**<br>PO BOX 30086<br>RENO, NV 89520-3086 | | - | Various dates<br>Utility | | | | 0.00 |
| Account No.<br>**ORLANDO UTILITIES COMMISSION**<br>PO BOX 31329<br>TAMPA, FL 33631-3329 | | - | Various dates<br>Utility | | | | 0.00 |
| Account No.<br>**PACIFIC POWER**<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 | | - | Various dates<br>Utility | | | | 1,047.73 |
| Account No.<br>**DEAN PATRICELLI**<br>6794 KLINE ST<br>ARVADA, CO 80004 | | - | Litigation claim | | | X | 2,274,800.00 |

Sheet no. **13** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  2,276,106.14

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>PNM<br>PO BOX 17970<br>DENVER, CO 80217-0970 | | - | Various dates<br>Trade debt | | | | 1,131.01 |
| Account No.<br>QUICK FUEL<br>PO BOX 88249<br>MILWAUKEE, WI 53288-0249 | | - | Various dates<br>Trade debt | | | | 680.49 |
| Account No.<br>RECOLOGY CLEANSCAPES<br>PO BOX 34260<br>SEATTLE, WA 98124-1260 | | - | Various dates<br>Utility | | | | 275.38 |
| Account No.<br>RECOLOGY PORTLAND<br>235 N. FIRST STREET<br>DIXON, CA 95620 | | - | Various dates<br>Utility | | | | 163.62 |
| Account No.<br>SABELL'S SNOW PLOWING AND LANDSCAPING<br>5555 W. OHIO AVENUE<br>DENVER, CO 80226 | | - | Various dates<br>Trade debt | | | | 10,894.75 |

Sheet no. **14** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,145.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.** , Case No. __15-50541-btb__
　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CRESENCIO SANCHEZ**<br>**860 CLERMONT, #805**<br>**DENVER, CO 80220** | | - | Settlement | | | | 145,454.18 |
| Account No.<br><br>**SEAPORT**<br>**7800 DETROIT AVE SW**<br>**SEATTLE, WA 98106** | | - | Various dates<br>Trade debt | | | | 368.78 |
| Account No.<br><br>**SIGNATURE FLIGHT SUPPORT - AUSTIN**<br>**PO BOX 402458**<br>**ATLANTA, GA 30384-2458** | | - | Various dates<br>Trade debt | | | | 592.01 |
| Account No.<br><br>**SMUD**<br>**PO BOX 15555**<br>**SACRAMENTO, CA 95852-1555** | | - | Various dates<br>Utility | | | | 175.49 |
| Account No.<br><br>**SOUTHWEST GAS CORPORATION**<br>**PO BOX 98890**<br>**LAS VEGAS, NV 89193-8890** | | - | Various dates<br>Utility | | | | 0.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of　　　　　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　(Total of this page)　　146,590.46

B6F (Official Form 6F) (12/07) - Cont.

In re **MATHESON FLIGHT EXTENDERS, INC.**,
Debtor

Case No. __15-50541-btb__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SPOKANE AIRPORT BOARD**<br>9000 W. AIRPORT DR. #204<br>SPOKANE, WA 99224 | | - | Various dates<br>Use fee | | | | 0.00 |
| Account No.<br><br>**SPRINT- BOX 4181**<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | | - | Various dates<br>Utility | | | | 0.00 |
| Account No.<br><br>**SPRINT-KANSAS CITY**<br>PO BOX 219100<br>KANSAS CITY, MO 64121-9100 | | - | Various dates<br>Utility | | | | 0.00 |
| Account No.<br><br>**STATE OF ALASKA - BADGING**<br>ANCHORAGE INTNL AIRPORT<br>ACCTING SEC.<br>P O BOX 196960<br>ANCHORAGE, AK 99516-6960 | | - | Various dates<br>Trade debt | | | | 100.00 |
| Account No.<br><br>**STRATEGIC SYSTEMS & TECHNOLOGY**<br>3325 PADDOCKS PARKWAY, SUITE 250<br>SUWANEE, GA 30024 | | - | Various dates<br>Trade debt | | | | 1,439.23 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,539.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **MATHESON FLIGHT EXTENDERS, INC.**          Case No. __15-50541-btb__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>STRATUS BUILDING SOLUTIONS<br>7010 BROADWAY, SUITE 315<br>DENVER, CO 80221 | | - | Various dates<br>Utility | | | | 650.00 |
| Account No.<br>SUBURBAN PROPANE<br>PO BOX 12068<br>FRESNO, CA 93776 | | - | Various dates<br>Trade debt | | | | 133.60 |
| Account No.<br>T.M.T. SPECIALTIES<br>13730 SARGENT AVE<br>GALT, CA 95632 | | - | Various dates<br>Trade debt | | | | 581.07 |
| Account No.<br>TAC AIR<br>303 N. 2370 WEST<br>SALT LAKE CITY, UT 84116 | | - | Various dates<br>Trade debt | | | | 1,232.02 |
| Account No.<br>THE STONER ELECTRIC GROUP<br>1904 SE OCHOCO STREET<br>MILWAUKIE, OR 97222 | | - | Various dates<br>Trade debt | | | | 303.71 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,900.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **MATHESON FLIGHT EXTENDERS, INC.**, Debtor   Case No. __15-50541-btb__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>TUCSON ELECTRIC POWER COMPANY<br>PO BOX 80077<br>PRESCOTT, AZ 86307-8077 | | - | Various dates<br>Utility | | | | 194.94 |
| Account No.<br><br>UNITED STATES POSTAL SERVICE<br>ACCOUNTING SERVICES - ST. LOUIS<br>PO BOX 80191<br>SAINT LOUIS, MO 63180-0191 | | - | Claimed overpayment | X | | | 457,663.96 |
| Account No.<br><br>US LOGISTICS<br>P. O. BOX 14309<br>CINCINNATI, OH 45250 | | - | Various dates<br>Trade debt | | | | 850.00 |
| Account No.<br><br>VANZEBO LASER<br>32 GALLI DRIVE, SUITE A<br>NOVATO, CA 94949 | | - | Various dates<br>Trade debt | | | | 333.00 |
| Account No.<br><br>AZAEL VELAZQUEZ<br>8728 TEXAS RANGER AVE<br>LAS VEGAS, NV 89129 | | - | Various dates<br>Trade debt | | | | 300.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  459,341.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **MATHESON FLIGHT EXTENDERS, INC.**  ,  Case No. __15-50541-btb__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> WASTE MANAGEMENT OF DENVER <br> PO BOX 78251 <br> PHOENIX, AZ 85062-8521 | | - | Various dates <br> Utility | | | | 237.51 |
| Account No. <br><br> WCP SOLUTIONS <br> P O BOX 84145 <br> SEATTLE, WA 98124-5445 | | - | Various dates <br> Trade debt | | | | 464.24 |
| Account No. <br><br> WELLS FARGO BANK <br> 333 MARKET STREET, 3RD FLOOR <br> SAN FRANCISCO, CA 94105 | | - | Letter of Credit Guaranty | | | | 0.00 |
| Account No. <br><br> DOREEN WHETHAM <br> PO BOX 3714 <br> GREAT FALLS, MT 59403 | | - | Various dates <br> Subcontractor services | | | | 13,452.09 |
| Account No. <br><br> ERNEST WILLIAMS <br> 2586 S. FLANDERS CT. <br> AURORA, CO 80013 | | - | Settlement | | | | 145,454.18 |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  159,608.02

Total (Report on Summary of Schedules)  16,792,200.97

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **MATHESON FLIGHT EXTENDERS, INC.**, Case No. **15-50541-btb**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ** DEBTOR INTENDS TO AMEND THIS SCHEDULE | |
| ALASKA CARGOPORT, LLC<br>C/O LYNXS GROUP LLC<br>3501 MANOR ROAD<br>AUSTIN, TX 78723 | Debtor is Lessee in Sublease<br>Nonresidential real property<br>for business operations at Debtor's<br>Anchorage, Alaska, location. |
| CENTRAL WEST VIRGINIA AIRPORT AUTHORITY<br>100 AIRPORT ROAD SUITE 175<br>CHARLESTON, WV 25311-1080 | Debtor is Lessee in Lease<br>Nonresidential real property<br>for business operations at Debtor's<br>Charleston, West Virginia, location. |
| CITY OF ALBUQUERQUE<br>AVIATION DEPARTMENT<br>PO BOX 9948<br>ALBUQUERQUE, NM 87119-1048 | Debtor is Lessee in Lease and Operating Agreement<br>Nonresidential real property<br>for business operations at Debtor's<br>Albuquerque, New Mexico, location. |
| CORE TRANSPORT TECHNOLOGIES LLC<br>6508 THE LANDINGS DR.<br>ORLANDO, FL 32812 | Debtor is the Customer in Web Services Agreement and Addendum, for use of CORE scanners<br>and related accessories, to support Debtor's contract<br>obligations with USPS. |
| DCT BOGGY CREEK FL LP<br>C/O DCT PROPERTY MANAGEMENT LLC<br>DEPARTMENT 1379<br>DENVER, CO 80256 | Debtor is Lessee in Lease<br>Nonresidential real property<br>for business operations at Debtor's<br>Orlando, Florida, location. |
| FEDERAL EXPRESS CORPORATION<br>FEDEX SPECIAL PAYMENTS<br>PO BOX 94515<br>PALATINE, IL 60094-4515 | Debtor is Lessee in Lease<br>Nonresidential real property<br>for business operations at Debtor's<br>Great Falls, Montana, location. |
| KTR PROPERTY TRUST I<br>PO BOX 415692<br>BOSTON, MA 02241-5692 | Debtor is Lessee in Lease<br>Nonresidential real property<br>for business operations at Debtor's<br>Las Vegas, Nevada, location. |
| LOUISVILLE REGIONAL AIRPORT AUTHORITY<br>PO BOX 950107 - DEPT 52332<br>LOUISVILLE, KY 40295-0107 | Debtor is Lessee in<br>Nonresidential real property<br>for business operations at Debtor's<br>Louisville, Kentucky, location. |

1 _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **MATHESON FLIGHT EXTENDERS, INC.** , Case No. __15-50541-btb__
                                            Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| JOHN MILLER<br>1828 SO. PERRY STREET<br>SPOKANE, WA 99203 | Debtor is Lessee in Lease for space in the residence of John Miller, for business use at Debtor's Spokane, Washington, location. |
| PIERCE LEASING<br>PO BOX 80707<br>BILLINGS, MT 59108-0707 | Debtor is Lessee in Lease of a room for use as Debtor's employee break room, at the Billings, Montana, airport location. |
| PROLOGIS L.P.<br>PO BOX 846255<br>DALLAS, TX 75284-6255 | Debtor is Lessee in Lease Nonresidential real property for business operations at Debtor's Portland, Oregon, location. |
| SALT LAKE CITY CORPORATION<br>DEPT OF AIRPORTS<br>PO BOX 145550<br>ATTN S. HENDERSON<br>SALT LAKE CITY, UT 84114 | Debtor is Lessee in Lease Nonresidential real property for business operations at Debtor's Salt Lake City, Utah, location. |
| TRANSIPLEX - SEATTLE<br>PO BOX 68515<br>SEATTLE, WA 98168 | Debtor is Lessee in Lease Nonresidential real property for business operations at Debtor's SeaTac Airport, Washington, location. |
| TUCSON AIRPORT AUTHORITY<br>7005 S PLUMMER AVE<br>TUCSON, AZ 85706 | Debtor is Lessee in Lease Nonresidential real property for business operations at Debtor's Tucson, Arizona, location. |
| TULSA AIRPORTS IMPROVEMENT TRUST<br>DEPARTMENT #598<br>TULSA, OK 74182 | Debtor is Lessee in Lease Nonresidential real property for business operations at Debtor's Tulsa, Oklahoma, location. |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **MATHESON FLIGHT EXTENDERS, INC.**                                             Case No. __15-50541-btb__
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MARK MATHESON**<br>9785 GOETHE ROAD<br>SACRAMENTO, CA 95827<br>  Co-debtor on Letter of Credit with WELLS FARGO BANK | **WELLS FARGO BANK**<br>333 MARKET STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **MATHESON HOLDINGS**<br>9785 GOETHE ROAD<br>SACRAMENTO, CA 95827<br>  Co-debtor on Letter of Credit with WELLS FARGO BANK | **WELLS FARGO BANK**<br>333 MARKET STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **MATHESON POSTAL SERVICES, INC.**<br>9785 GOETHE ROAD<br>SACRAMENTO, CA 95827<br>  Co-debtor on Letter of Credit with WELLS FARGO BANK | **WELLS FARGO BANK**<br>333 MARKET STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **MATHESON TRUCKING, INC.**<br>9785 GOETHE ROAD<br>SACRAMENTO, CA 95827<br>  Co-debtor on Letter of Credit with WELLS FARGO BANK | **WELLS FARGO BANK**<br>333 MARKET STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **MATHESON TRUCKING, INC.**<br>9785 GOETHE ROAD<br>SACRAMENTO, CA 95827<br>  Co-Defendant in USDC Colorado Case No. 12-CV-03040 | **PLAINTIFFS IN CASE NO. 12-CV-03040**<br>c/o JESTER GIBSON & MOORE, LLP<br>1999 BROADWAY, SUITE 3225<br>DENVER, CO 80202 |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **MATHESON FLIGHT EXTENDERS, INC.**
Debtor(s)

Case No. **15-50541-btb**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CHIEF FINANCIAL OFFICER of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 13, 2015**

Signature **/S/ Daniel Maue**
**DANIEL MAUE**
**CHIEF FINANCIAL OFFICER**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy