_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 12, 2015

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 W. Liberty Street, Suite 950
Reno, Nevada 89501
Telephone (775) 229-4219
Fax (775) 403-2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for Debtor Matheson Flight Extenders, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>Debtor. | Case No.: BK-N-15-50541-BTB<br><br>Chapter 11 Case<br><br>**ORDER DENYING MOTION TO APPROVE COMPROMISE**<br><br>Hearing Date:  November 9, 2015<br>Hearing Time:  9:00 a.m. |

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 W. LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

3958458.1

This matter came before the Court on the duly noticed <u>Motion to Approve Compromise</u> (the "Motion"), filed on behalf of Debtor and Debtor in Possession Matheson Flight Extenders, Inc. ("Debtor"). Docket No. 369. Cecilia Lee, Esq., Lee & High, Ltd., and Jeffrey L. Hartman, Esq., Hartman & Hartman, P.C., appeared on behalf of the Debtor. Sallie B. Armstrong, Esq., Downey Brand LLP, appeared on behalf of Matheson Trucking, Inc. Amy Tirre, Esq. appeared on behalf of Mahamet Camara, Andre D Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke and Dean Patricelli. Kaaran Thomas, Esq., McDonald Carano Wilson, appeared on behalf of the Official Committee of Unsecured Creditors (the "Committee").

The Court considered the Motion, the opposition, the papers and pleadings on file in this case, and the arguments of counsel made at the hearing. Pursuant to Fed. R. Bankr. Pro. 7052, incorporated by reference in this contested matter by Fed. R. Bankr. Pro. 9014, the Court made its findings of fact and conclusions of law on the record in lieu of written findings of fact and conclusions of law.

WHEREFORE, good cause appearing,

IT IS HEREBY ORDERED that the Motion is DENIED.

Submitted by:

DAVIS GRAHAM & STUBBS LLP

/s/ Cecilia Lee, Esq.
CECILIA LEE, ESQ.

APPROVED/<s>DISAPPROVED</s>

/s/ Amy Tirre, Esq.
AMY TIRRE, ESQ.

APPROVED/<s>DISAPPROVED</s>

/s/ Kaaran Thomas, Esq.
KAARAN THOMAS, ESQ.

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 W. LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

APPROVED/~~DISAPPROVED~~

<u>/s/ Sallie B. Armstrong, Esq.</u>
SALLIE B. ARMSTRONG, ESQ.

3

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    _____    The court has waived the requirement set forth in LR 9021(b)(1).

    _____    No party appeared at the hearing or filed an objection to the motion.

    __X__    On November 9, 2015, I delivered a copy of this proposed order to counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Kaaran Thomas, Esq. | Counsel for Unsecured Creditors Committee - approved |
| Sallie B. Armstrong, Esq. | Counsel for Matheson Trucking, Inc. - approved |
| Amy Tirre, Esq. | Counsel for the plaintiffs - approved |

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 10th day of November, 2015.

                                                       DAVIS GRAHAM & STUBBS LLP

                                                       /s/ Cecilia Lee, Esq.
                                                       CECILIA LEE, ESQ.
                                                       ELIZABETH HIGH, ESQ.

# # #

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 W. LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

4