DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone: 775.229.4219
Facsimile: 775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

| Electronically Filed November 23, 2015 |
| --- |

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
Nevada State Bar No. 1607
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for Debtor Matheson Flight Extenders, Inc.

DOWNEY BRAND LLP
Sallie B. Armstrong, Esq.
Nevada State Bar No. 1243
Michael B. Knox, Esq.
Nevada State Bar No. 8143
100 West Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 329-5900
Facsimile: (775) 786-5443
Email: reno@downeybrand.com

Attorneys for Co-Proponent Matheson Trucking, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | Case No. BK-N-15-50541-BTB |
| --- | --- |
| | Chapter 11 Case |
| MATHESON FLIGHT EXTENDERS, INC., | **DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |
| Debtor. | Hearing Date: December 16, 2015 |
| | Hearing Time: 2:00 p.m. |

3961672.4

# TABLE OF CONTENTS

I.      INTRODUCTION ......................................................................................... 1

II.     SUMMARY OF THE PLAN ........................................................................ 3

III.    GENERAL INFORMATION ABOUT PLAN PROPONENTS' BUSINESS AND THE FILING OF THE BANKRUPTCY CASE ......................................................................... 4

        A.      Description of Debtor and Events Leading Up to the Bankruptcy Case. ............... 4

                1.      Debtor's History........................................................................ 4

                2.      The Colorado Litigation............................................................ 5

                3.      Debt Structure and Relationship with Trucking and Matheson Postal. ......... 8

        B.      Significant Events in the Chapter 11 Case........................................... 13

                1.      Debtor's First Day Motions. ................................................... 13

                2.      Debtor's Motion to Modify the Automatic Stay........................ 14

                3.      Meeting of Creditors and Schedules and Statements................. 15

                4.      June 15, 2015 Mediation ........................................................ 15

                5.      Employment of the Debtor's Professionals and Appointment of Unsecured Creditors Committee ........................................................ 15

                6.      Plaintiffs' Motion for Order Holding that Automatic Stay Does Not Apply to Trucking........................................................................ 17

                7.      Debtor's Disclosure Statement Motion and Committee's Motion to Indefinitely Continue the Disclosure Statement and Plan Process. ........... 19

                8.      Discovery By the Committee....................................................... 21

                9.      Motion for Determination that Supplement Injunction Cannot Be Confirmed. ........................................................................... 22

                10.     Debtor's Motion to Approve Compromise. ................................ 23

                11.     Motion to Assume Professional Services Agreement................... 23

IV.     DESCRIPTION OF THE PLAN:  CLASSIFICATION AND TREATMENT OF CLAIMS ..................................................................................................... 24

V.      RISK FACTORS ...................................................................................... 27

VI.     FINANCIAL INFORMATION AND PROJECTIONS ............................ 30

VII.    SUMMARY OF VOTING PROCESS ..................................................... 30

        A.      Who May Vote to Accept or Reject the Plan.............................. 30

        B.      Summary of Voting Requirements. ........................................... 31

VIII.   POST EFFECTIVE DATE OPERATIONS AND PROJECTIONS ............ 31

        A.      Effective Date Requirements and Means to Effectuate the Plan. ..................... 31

        B.      Discharge. ......................................................................... 33

        C.      Injunction. ......................................................................... 33

Lee & High, Ltd.
448 Ridge Street
Reno, NV 89501
(775) 324-1011
(775) 324-0113

i

|  |  | D. | Exculpation and Limitation of Liability. | 34 |
|  |  | E. | Releases | 35 |
|  |  | F. | United States Trustee's Fees | 36 |
|  |  | G. | Executory Contracts and Unexpired Leases. | 37 |
| IX. |  | CERTAIN FEDERAL INCOME TAX CONSEQUENCES | 42 |
| X. |  | CONFIRMATION OF THE PLAN | 42 |
|  |  | A. | Confirmation of the Plan. | 42 |
|  |  | B. | Objections to Confirmation of the Plan. | 43 |
|  |  | C. | Best Interest of Creditors and Liquidation Analysis | 44 |
|  |  | D. | For these reasons, the confirmation of the Plan provides a greater recovery for Creditors than a Chapter 7 liquidation.  The Best Interest of Creditors test is satisfied.  Feasibility. | 46 |
|  |  | E. | Accepting Impaired Class. | 46 |
|  |  | F. | Acceptance of Plan. | 46 |
|  |  | G. | Confirmation Over Dissenting Class ("Cram Down"). | 47 |
|  |  | H. | Allowed Claims. | 47 |
|  |  | I. | Listing of Creditors By Class. | 48 |
|  |  |  | Unsecured Creditors Holding Claims Less Than $13,500 - Class 2 | 49 |
|  |  |  | Settling Plaintiffs - Class 3 | 50 |
|  |  |  | Unsecured Creditors Holding Claims More Than $13,500- Class 4 | 50 |
|  |  |  | Stipulating Judgment Creditors - Class 5 | 51 |
|  |  |  | Cure Amounts For Assumption Of  Unexpired Leases And Executory Contracts. | 51 |
|  |  | J. | Impaired Claims. | 51 |
|  |  | K. | Voting Procedures. | 52 |
|  |  |  | 1. Submission of Ballots. | 52 |
|  |  |  | 2. Incomplete Ballots. | 52 |
|  |  |  | 3. Withdrawal of Ballots. | 52 |
|  |  |  | 4. Questions and lost or damaged Ballots. | 53 |
|  |  | L. | Alternatives To The Plan | 53 |
|  |  |  | 1. Alternative Plans of Reorganization. | 53 |
|  |  |  | 2. Liquidation Under Chapter 7. | 54 |
| XI. |  | LITIGATION CLAIMS | 54 |
| XII. |  | RECOMMENDATION AND CONCLUSION | 55 |

Lee & High, Ltd.
448 Ridge Street
Reno, NV 89501
(775) 324-1011
(775) 324-0113

# I.
## INTRODUCTION

Debtor and Debtor-in-Possession Matheson Flight Extenders, Inc., a Nevada corporation ("Debtor" or "MFEI") and Co-Proponent Matheson Trucking, Inc. ("Trucking" and, together with the Debtor, the "Plan Proponents" or "Co-Proponents") submit this Disclosure Statement in connection with the <u>Second Amended Chapter 11 Plan of Reorganization</u> ("Plan") to treat the Claims of the Creditors and the interests of Equity Security Holders of the Debtor.[1]

The objective of a Chapter 11 bankruptcy case is to obtain Bankruptcy Court approval of a plan of reorganization.  This process is referred to as confirmation of a plan.  A plan describes in detail (and in language appropriate for a legal contract) the means for satisfying the Claims against the Debtor and for treating the Equity Security Interests in the Debtor.    The holders of claims that are "impaired" (a term defined in Bankruptcy Code Section 1124 and discussed in detail below) and that are permitted to vote may vote to accept or reject the Plan.  Before the Plan Proponents may solicit acceptances of a plan, Bankruptcy Code Section 1125 requires the Plan Proponents to prepare a disclosure statement containing adequate information of a kind, and in sufficient detail, to enable those parties entitled to vote on the plan to make an informed judgment about the plan and whether they should accept or reject the plan.

The purpose of this Disclosure Statement is to provide sufficient information about the Debtor, Trucking and the Plan to enable the Creditors and Equity Security Interests of the Debtor entitled to vote on the Plan to make an informed decision in exercising their rights.  Through this Disclosure Statement, the Plan Proponents ask those Creditors entitled to vote on the Plan to vote in favor of the Plan.  In order to explain why the Plan deserves support, the Disclosure Statement summarizes the series of events that led to the Debtor's bankruptcy case and the Debtor's relationship with Trucking.  It describes what has happened during Debtor's Chapter 11 Case.  The Disclosure Statement also describes the Plan and why the Plan offers the best opportunity for recovery by Creditors.  The various exhibits to this Disclosure Statement are incorporated into and are a part of this Disclosure Statement.  The Plan is included as Exhibit "A" to this

---

[1] Capitalized terms not otherwise defined herein will have the same meaning as are ascribed to such terms in the Plan which is attached hereto as <u>Exhibit A</u>.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Disclosure Statement.

The hearing at which the Court will determine whether to finally approve this Disclosure Statement will take place in the C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509 on December 16, 2015 at 2:00 p.m., as set forth in the <u>Notice of Hearing on Motion for Order: (1) Approving Disclosure Statement; (2) Setting Deadlines for Balloting and Approving Form of Notice and Ballot; and (3) Setting Confirmation Hearing and Related Deadlines</u> that has been served on you.  Objections to the Disclosure Statement must be made as set forth in that Notice.  If you require additional information about the Plan, please contact:

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone:  775.229.4219
Facsimile:  775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

DOWNEY BRAND LLP
Sallie B. Armstrong, Esq.
Nevada State Bar No. 1243
Michael B. Knox, Esq.
Nevada State Bar No. 8143
100 West Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 329-5900
Facsimile:  (775) 786-5443
Email:  reno@downeybrand.com

Interested parties may also obtain further information, including copies of pleadings filed in the Bankruptcy Case, from the United States Bankruptcy Court for the District of Nevada at

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

its website: http://www.nvb.uscourts.gov.

The Court has conditionally approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms. The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court has conditionally approved this Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it be accepted. The Court's conditional approval of this Disclosure Statement is subject to final approval at the hearing on confirmation of the Plan. After those Creditors and Equity Security Holders entitled to vote have voted to accept or reject the Plan, the Bankruptcy Court will conduct a hearing on the adequacy of the Disclosure Statement and on the Plan ("Confirmation Hearing") to determine whether the Plan should be confirmed. At the Confirmation Hearing, the Bankruptcy Court will consider whether the Plan satisfies the various requirements of the Bankruptcy Code. The Bankruptcy Court will consider a ballot summary that will present a tally of the votes of Classes accepting or rejecting the Plan cast by those entitled to vote. Once confirmed, the Plan will be treated essentially as a contract binding on all Creditors, Equity Security Holders and other parties-in-interest in the Chapter 11 Case.

THIS DISCLOSURE STATEMENT IS NOT THE PLAN. FOR THE CONVENIENCE OF CREDITORS, THE PLAN IS SUMMARIZED IN THIS DISCLOSURE STATEMENT. ALL SUMMARIES ARE QUALIFIED IN THEIR ENTIRETY BY THE PLAN ITSELF. IN THE EVENT OF ANY INCONSISTENCY BETWEEN THIS DISCLOSURE STATEMENT AND THE PLAN, THE PLAN WILL CONTROL.

## II.
## SUMMARY OF THE PLAN

The following is a general overview of the provisions of the Plan. This overview is qualified in its entirety by reference to the provisions of the Plan. For a more detailed description of the terms and provisions of the Plan, see Article IV of this Disclosure Statement and the Plan attached as Exhibit A to this Disclosure Statement.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

In summary, the Plan provides for the continued operation of the Debtor and Trucking from which the Debtor will generate Net Operating Income for the payment of its creditors. The Plan Proponents submit that the only means by which creditors will be paid is for the Debtor and Trucking to remain in business. The Liquidation Analysis performed by Pacific Capital Transactions confirms this. The Plan proposes to pay the Claims in Classes 1, 2, 3, 4, and 5 in full. A first payment, defined as the "Effective Date Payment" to unsecured creditors in Classes 2, 4 and 5 will be made on the Effective Date of the Plan from Net Operating Income. Thereafter, the Debtor will pay Creditors in Class 3, 4 and 5 over time from Net Operating Income. The secured claim of Class 1 Creditor United States Postal Service will be satisfied in full by effectuating an offset on the Effective Date. The Class 6 guaranty Claim of Wells Fargo Bank, N.A. will be satisfied by the guaranty remaining in full force and effect. A key feature of the Plan is the incorporation of a Settlement Agreement between the Debtor and Trucking, on the one hand, and the seven Colorado Plaintiffs (the "Stipulating Judgment Creditors"), to compromise their Proofs of Claim for payment of total consideration of $7.3 million and other terms. A copy of the Settlement Agreement, which is incorporated into and implemented by the Plan, is attached to this Disclosure Statement as Exhibit J.

### III.
### GENERAL INFORMATION ABOUT PLAN PROPONENTS' BUSINESS AND THE FILING OF THE BANKRUPTCY CASE

**A.    Description of Debtor and Events Leading Up to the Bankruptcy Case.**

On April 19, 2015, ("Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor has continued to operate its business as a Debtor-In-Possession.

**1.    Debtor's History**

The Debtor has been a family-owned and operated business since its inception. It provides extensive mail handling services under contract with the United States Postal Service ("USPS" or the "Postal Service") and others. The Debtor has been providing this service to the USPS since August 2001. MFEI's contracts with the USPS account for approximately eighty-four percent of its business. MFEI offers a comprehensive range of ground support and terminal

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

4

handling services to the USPS and certain other customers in approximately 20 hub facilities spread across 19 states coast-to-coast. MFEI is primarily a service company with more than 600 employees nationwide who it refers to as material handlers. The Debtor also contracts with vendors in South Dakota and Great Falls, Montana for employees to staff those facilities. Generally, the material handlers unload airplanes, sort mail, and reload mail onto airplane containers at hubs throughout the United States. MFEI will handle approximately 3.4 million pieces of mail, or 51,000,000 pounds, each month and this volume spikes to approximately 5 million pieces of mail during the peak season in December.

The Debtor's labor force roughly doubles from 600 employees to roughly 1200 employees during the peak season, thus providing important seasonal employment to the economy. The peak season contracts are with the Postal Service, which is Debtor's largest customer and the source of more than 80 percent of its revenue. In addition to increasing the Debtor's revenue, servicing the Postal Service's needs during the holiday season produces unquantifiable benefits to the Debtor in its relationship with the Postal Service. These constitute important business reasons for the Debtor to maximize its ability to fulfill these contracts.

## 2.    The Colorado Litigation

In November 2012, twelve plaintiffs filed the complaint in the United States District Court for the District of Colorado entitled Camara et al. v. Matheson Flight Extenders, Inc. and Matheson Trucking, Inc., Civil Action No.: 12-CV-03040-CMA-CBS (the "Colorado Action"). Plaintiffs alleged that, starting in late 2010, they were discriminated against and harassed based on race and national origin, and that they were subjected to retaliation. The Plaintiffs originally consisted of twelve present and former employees of Matheson Flight Extenders, Inc.[2] One of the Plaintiffs voluntarily withdrew (and remains employed with Matheson), and four settled their claims before the case went to trial. The four settling plaintiffs are Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams, who entered into separate Settlement Agreements with the Debtor and Matheson Trucking prepetition and which Settlement Agreements are not in default.

---

[2] Both MFEI and Trucking were named as Defendants in the lawsuit.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

The Defendants have at all times vigorously disputed the Plaintiffs' claims, and maintain that the Plaintiffs at no time experienced harassment, discrimination, or retaliation.  In the lawsuit Plaintiffs challenged legitimate business decisions such as (1) a December 2010 furlough made necessary by a temporary suspension of a United States Postal Service contract; (2) re-implementation of a seniority-based shift bid, which some (but not all) Plaintiffs believed was unfair; and (3) other employment decisions that affected some (but not all) Plaintiffs. These decisions were in no way motivated by race, national origin, or the fact that any Plaintiff (allegedly) complained of discrimination. Notably, the Plaintiffs' claims were disputed by both African and African-American employees at trial by witnesses, including African American Station Manager, John Handy; African American Lead, Wiley Coleman; Haitian Material Handler, Yonel Louissaint; and African Material Handler, Noumady Sissoko. The Plaintiffs brought the lawsuit after a recruiting effort in which Plaintiffs told coworkers they needed to "stick together to sue the company, even if they had to lie." Two Plaintiffs and another employee engaged in shocking behavior toward coworkers who refused to join the lawsuit.  This included threatening and intimidating coworkers who did not join the lawsuit; telling a female coworker who refused to join the lawsuit that they would bring their gang and sexually assault her; pushing coworkers; and, in one case, throwing objects at a coworker.

The lawsuit was tried to a jury for twelve days starting January 26, 2015. At trial, the Court excluded the most probative evidence demonstrating Plaintiffs' improper recruiting efforts, intimidation, threats and violence. On February 11, 2015, the jury returned a verdict in Plaintiffs' favor on all claims and awarded damages against Debtor and Matheson Trucking in the total amount of $14,968,100. On February 27, 2015, the Court entered Final Judgment for the full amount of damages awarded by the jury, plus post-judgment interest.  A detailed summary of the damages awarded, as well an analysis of the possible reduction of this award, is set forth in Exhibit B to this Disclosure Statement.

The Debtor and Trucking respect the efforts of the jurors in reaching their verdict; however, the Defendants adamantly disagree with the results. Moreover, the Plan Proponents anticipate that the Colorado Plaintiffs dispute many if not all of the Plan Proponents' factual

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

recitations of the Colorado Litigation set forth in this Disclosure Statement. Suffice it to say that the parties' respective positions are vigorously contended.

As explained below, Defendants have filed three post-trial motions challenging errors made by the Court at trial (including the Court's exclusion of key evidence of the environment created by Plaintiffs), and challenging the amount of the jury verdict.

Defendants have filed three post-trial motions concerning the trial and verdict: a Motion for New Trial based on several key errors made by the Court at trial; a Renewed Motion for Judgment as a Matter of Law; and a Motion for Remittitur, which asks the Court to dismiss the verdict or reduce the damages awarded to comply with constitutional due process principles. Defendants also have filed a Motion to Stay Enforcement Proceedings and two Motions to Quash writs of garnishment served by the Plaintiffs.[3]

Plaintiffs also have filed post-trial motions: namely, a Motion to Amend the Jury Verdict to add prejudgment interest and front pay, and a Motion for Attorneys' Fees. The Plaintiffs also have requested $55,531.04 in costs.

Plaintiffs began seeking enforcement of the judgment shortly after the Court entered its verdict. Most notably, the Plaintiffs filed two Writs of Garnishment – Judgment Debtor Other Than Natural Person, demanding that the United States Postal Service ("USPS") garnish funds payable to the Debtor pursuant to various service contracts. The Plaintiffs and the USPS treated the writs of garnishment as continuing writs of garnishment, which the Plan Proponents contend was in violation of Colorado law.

On April 3, 2015, the USPS held and did not pay over to MFEI approximately $116,000. Thereafter, the Plan Proponents contend that USPS improperly held money owed to MFEI on April 10, 2015 in the amount of approximately $872,000, and it did so under a theory of continuing garnishment, which is not appropriate for judgment debtors other than natural persons under Colorado law. The USPS again withheld money to be paid to Defendants on April 17, 2015 in the amount of approximately $41,000. At the time of Debtor's chapter 11 filing, there

---

[3] The Defendants sought a court order to stay the enforcement proceedings because absent court order, they would have needed to post bond in the full amount of the verdict. Neither the Debtor nor Trucking have sufficient assets to post a bond to stay the judgment pending appeal.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

was a total of $1,029,000 being held on the garnishments issued by Plaintiffs. Additionally, there was another approximate $693,000 owed by the USPS to MFEI on Friday, April 24, 2015, and it was that payment which was the primary catalyst for the timing of MFEI's filing. MFEI could not risk the USPS deciding once again to hold these funds under a theory of continuing garnishment. While MFEI did everything it could to continue performing its contracts with the USPS, the garnishment period extended longer than anticipated by almost three weeks, and MFEI believed that if it were not properly paid the monies it was owed on April 24, 2015 and thereafter, it would not be able to continue in business for more than a few weeks.

On the Debtor's demand issued immediately after filing bankruptcy, the Plaintiffs withdrew the Writs of Garnishment and USPS released some of the money it held to the Debtor.

### 3. Debt Structure and Relationship with Trucking and Matheson Postal.

While Debtor has few assets, the Debtor operates a viable service business which is employee dependent.[4] The proposed Plan will allow Debtor to continue to employ the more than 600 employees who directly rely on the Debtor, as well as to preserve the Debtor's business relationships while paying the Allowed Claims of creditors. The Plan further capitalizes on the Debtor's earning capacity during the peak season, when the Debtor roughly doubles its regular season employment of 600 to approximately 1,200 employees. As of the Petition Date, Debtor's 20 largest unsecured creditors had claims totaling $18,949,591.69, including the claims of Plaintiffs. The Debtor's only secured creditor is the United States Postal Service. As a result of Plaintiffs' garnishments, the USPS has been able to withhold $457,663.96 on a theory of setoff on monies that otherwise would have been paid to the Debtor pursuant to a pre-petition agreement with USPS.

The Debtor has guaranteed a credit agreement between Wells Fargo Bank National Association ("Wells Fargo") and Trucking for approximately $6.8 million. This credit agreement is for standing letters of credit in favor of Greenwich Insurance Company and XL Specialty Insurance Company (collectively, "XL Catlin"), the providers of worker's

---

[4] Debtor's personal property assets are listed in its Schedule B as having a book value of $4,943,338.60.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

compensation insurance and auto liability insurance for the Debtor and Matheson Postal, Inc., a subsidiary of Trucking ("Postal").   The standing letters of credit are secured by rolling stock and third party accounts of Postal as well as all of the personal property of Trucking.  A copy of the UCC Financing Statement in favor of Wells Fargo Bank on Trucking's personal property is attached hereto as <u>Exhibit C</u>. A copy of the UCC Financing Statement in favor of Wells Fargo Bank on Postal's personal property is attached hereto as <u>Exhibit D</u>.  Postal's rolling stock is also collateral for Wells Fargo's credit agreement.  Wells Fargo considered the judgment in favor of the Plaintiffs to be a material default under the credit agreement, and there is currently a Forbearance Agreement in place which expires on December 1, 2015. Trucking is currently negotiating with Wells Fargo for an extension of the forbearance period and, in the interim, will be looking for a lender to replace the Wells Fargo letters of credit.  This process has been complicated by the fact that having an amount for the Stipulating Judgment Creditors' claims as a condition of issuance of the audit, and a current audit is a prerequisite not only for continued discussion with Wells Fargo but also for replacement lenders.

Trucking is a management company that provides services to the Debtor and Postal. Trucking has no business of its own which generates revenue.  Rather, Trucking is a management entity that supports the operations of its subsidiaries by providing repair and maintenance services, as well as by furnishing administrative services. These expenses are ultimately borne by the Debtor and Postal for their proportionate use of Trucking's services.  The monies paid by its subsidiaries for these services are Trucking's primary source of income.  In general, the Debtor pays approximately 35-38 percent of the management, administrative and maintenance services that Trucking provides to the Debtor and Postal.   In its Liquidation Analysis, discussed in more detail below, the Debtor's expert concluded that "Trucking acts as an integrated unit with Flight and Postal and provides synergistic value to both."  Docket No. 341, p. 19.  Moreover, the Liquidation Analysis concludes that the Debtor's proportionate payment of 35 percent is "fair and reasonable to Flight."  <u>Id</u>.  A copy of the Liquidation Analysis is attached hereto as <u>Exhibit I.</u>

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

9

A copy of Trucking's list of personal property assets is attached hereto as <u>Exhibit E</u>.  The book value of Trucking's personal property assets is approximately $120,000.  All of Trucking's most valuable personal property is collateral for the Wells Fargo letter of credit.  A copy of the UCC Financing Statement recorded with the California Secretary of State on November 4, 2013 is attached hereto as <u>Exhibit C</u>.  The Financing Statement covers "All assets of Debtor [i.e., Trucking] (whether now owned or hereafter acquired or arising, and all proceeding (in whatever form or nature) thereof." <u>Id.</u>

Trucking owns an indirect shareholder interest in Debtor and is the direct shareholder of Postal. A corporate chart is attached hereto as <u>Exhibit F</u>.  As set forth on its audited financial statements, Trucking is attributed with ownership of an unencumbered piece of real property in California.  Trucking's interest in that property has been sold and the proceeds of sale constitute Trucking's New Value contribution to the Plan, to the extent new value is at issue in confirmation.  Specifically, Trucking has paid $1.3 million to the Stipulating Judgment Creditors as the Initial Payment pursuant to the Settlement Agreement.   The Plan Proponents contend that new value is not required to obtain confirmation of the Plan because unsecured creditors are being paid in full.

Trucking is owed an account receivable by Mark Matheson in the amount of approximately $1,000,000.  The Liquidation Analysis includes an analysis of compensation paid to the Debtor's insiders and officers and concludes that "if the loan had been treated as compensation to Mark Matheson, it would have placed ***Mark Matheson below*** an industry Maximum Reasonable Compensation amount over the past five years." <u>Exhibit I</u>, p. 19.

Trucking is also owed several million dollars by a start-up entity by the name of Matheson Environmental, whose management closed its operations in January 2015.  Trucking believes this debt is uncollectible; even if it were not collectible, it is collateral on Wells Fargo's letter of credit.

The shareholders of Trucking are Mark Matheson, who directly and through an irrevocable trust owns 65 percent of the stock, and his father, Robert Matheson, who owns 35 percent of the stock.  Robert Matheson and Mark's mother, Carole Matheson, started the

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

10

Matheson business.  From 2011 to 2015, Trucking paid Robert an annual salary of approximately $250,000; Carole an annual salary of $180,000 and Mark an annual salary of approximately $511,000.  For this same time frame, Trucking paid the irrevocable trust dividends of $120,000 annually and paid Robert dividends of approximately $65,000 annually.  Mark and Robert have personally guaranteed the Wells Fargo loan agreement for the letters of credit in favor of the insurer.  The Liquidation Analysis includes a Compensation Analysis, which concludes that "[f]or equity executives, even with the inclusion of dividends, the Matheson total compensation was well within the Total Maximum Reasonable Compensation estimates. … **The wages paid by Matheson are reasonable and no adjustment is necessary**."  Exhibit I, p. 91 (emphasis in original); see, id., pp. 88-91 for the entire Compensation Analysis.

All of Postal's rolling stock and third party accounts are either collateral for the standing letters of credit to Wells Fargo Bank, or, in the case of rolling stock, subject to purchase money security interests.  A copy of the UCC 1 Financing Statement filed with the California Secretary of State against Postal is attached hereto as Exhibit D. The description of personal property covered by the Financing Statement is lengthy and includes all accounts, goods, tools, machinery, furnishings and other equipment.  The Plan Proponents believe that all of Postal's rolling stock is similarly encumbered by appropriate listing of Wells Fargo on certificates of title. Postal also owes a purchase money loans to Wells Fargo Equipment Finance and PACCAR Inc. for the acquisition of additional rolling stock.  The Plan Proponents believe that the acquired property is encumbered by an appropriate listing of this creditor on certificates of title.

As a result of Postal's debt structure, the Debtor believes there is little, if any liquidation value to Postal, which is confirmed in the Liquidation Analysis.  Exhibit I, pp. 10-13.  However, Postal contributes significantly – approximately 62 - 65 percent based on revenue and headcount - to the shared costs of administrative and other functions provided by Trucking.  The Liquidation Analysis concludes that this "allocation is fair and reasonable" and that "if the companies used an Operating Cash Flow allocation method, the SG&A allocation to Flight would approximately double."  Id., p. 19.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

11

Trucking has been very concerned about filing its own Chapter 11 case because of the potential ramifications of such a filing. A Chapter 11 filing by Trucking could conceivably lead to the liquidation of MFEI, Trucking, and Postal for several reasons. First, Trucking is the primary obligor on a Credit Agreement with Wells Fargo Bank, National Association pursuant to which Wells Fargo has issued standby letters of credit in the current amount of approximately $6,800,000 to secure the Companies' worker's compensation and auto liability claims. Second, there is a real possibility that a Chapter 11 filing by Trucking could result in the provider of the worker's compensation and auto liability insurance calling the letters of credit and/or Wells Fargo putting Trucking in default under the terms of the Credit Agreement. On an annual basis, the Co-Proponents' insurance provider estimates how much worker's compensation claims could be against the Companies in the event the Companies were to cease doing business, and the Companies are required to provide a reserve for the benefit of in that amount. That reserve is provided by Trucking in the form of standby letters of credit from Wells Fargo. The insurer can call the letters of credit at any time.

At the present time, Trucking pays an annual commitment fee to Wells Fargo in the approximate amount of $120,000 for the issuance of the standby letters of credit. Should the standby letters of credit be called, Trucking would go from paying this $120,000 annual commitment fee to paying an approximate $6,800,000 amortizing loan with interest, if the loan could even be restructured in this manner.

Since Trucking is not an income generating entity and has no business of its own, Trucking's subsidiaries would have to generate sufficient revenue to pay this obligation, and its subsidiaries do not have the financial ability to do that and remain in business. The approximate $6,800,000 current contingent liability due to Wells Fargo on the standby letters of credit is not shown on the Companies' consolidated Financial Statement because it is not a liability that is reportable on a balance sheet according to GAAP. As a result, that liability is only mentioned in the notes to the Financial Statement. If the standby letters of credit are called, Co-Proponents believe that MFEI, Trucking and Postal will have to liquidate. The burden of an additional debt payment on $6,800,000 would be crushing and would eliminate all chance of a successful

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

12

reorganization for either Trucking or the Debtor.  In the event the Stipulating Judgment Creditors were allowed to execute against any of Trucking's assets, Trucking will likely be forced to file its own chapter 11 case.  As set forth above, this has been of serious concern because a filing by Trucking may constitute a default under the Forbearance Agreement with Wells Fargo and may result in either the worker's compensation and auto insurer liability providers calling the letters of credit or Wells Fargo putting Trucking in default under the terms of its Credit Agreement. The Co-Proponents are concerned that either occurrence may inevitably result in the liquidation of the Debtor, Trucking and Postal. In an effort to ameliorate these potential outcomes, Trucking is now a co-proponent under the Plan and has sold its only unencumbered asset consisting of real property in California for the Plan Proponents' Effective Date requirements, consisting of the Initial Payment made to the Stipulating Judgment Creditors pursuant to the Settlement Agreement in the total amount of $1.3 million.  Further, by virtue of the resolution of the Stipulating Judgment Creditors' Proofs of Claim in the Settlement Agreement, the Stipulating Judgment Creditors have consented to the Supplemental Injunction in favor of Trucking for so long as the Plan payments are not in default.

Thus, the overall structure of the Plan is for the Debtor and Trucking to remain in business and for the Debtor to continue operations with its existing management structure and management team.   The central feature of the Plan is the Settlement Agreement with the Stipulating Judgment Creditors, which the Plan Proponents ask the Court to approve in the Plan. The Plan provides for the unsecured creditors in Classes  3, 4 and 5 to be paid in full over time. The secured Class 1 Claim of USPS will be paid in full by effectuating an offset on the Effective Date and the Class 2 Convenience Class of Creditors owed less than $13,500 will be paid in full on the Effective Date.

**B.    Significant Events in the Chapter 11 Case.**

**1.    Debtor's First Day Motions.**

On April 22, 2015, the Debtor filed its First Day Motion Regarding Payroll, Payroll Taxes, Benefits, in the Ordinary Course and its First Day Motion Regarding Continued Service by Utilities.  Docket Nos. 15 and 17.  These two motions were set on an order shortening time

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

13

for hearing on April 24, 2015.  Docket No. 21.  At the hearing, the Court granted these two motions on an interim basis, Docket Nos. 30 and 32, and set the final hearing for June 3, 2015. Docket No. 31.  The Court granted final relief on these two motions.

Also on April 22, 2015, the Debtor filed its <u>First Day Motion To Enforce the Automatic Stay and Directing United States Post Service to Direct Payment to Debtor</u>.  Docket No. 16.  In response to this Motion and the Debtor's prior demand, the Colorado Plaintiffs withdrew their writs of garnishment to the Postal Service, who in turn released some of the funds it was holding subject to the garnishment.  As a result, the Debtor withdrew this Motion on April 23, 2015. Docket No. 27.

After the Debtor withdrew the Motion, the Postal Service asserted its right to offset $457,663.96 of the garnished funds based on a prepetition overpayment that the Debtor had previously brought to the Postal Service's attention.  The Debtor and the Postal Service had entered into a repayment plan prepetition for this overpayment, and but for the Colorado Plaintiffs' garnishments, the Postal Service would not have been holding funds subject to setoff.

## 2.    **Debtor's Motion to Modify the Automatic Stay.**

On April 29, 2015, the Debtor filed its Motion to Modify the Automatic Stay to allow certain pending motions in the Colorado Litigation to proceed and, to the extent necessary, to allow an appeal therefrom to the Tenth Circuit Court of Appeals.  Docket No. 37.  The Court conducted a hearing on this Motion on May 19, 2015, Docket No. 42, and granted the Motion in its entirety at that hearing.  Docket No. 79.  As a result, the Colorado Litigation may proceed as to certain post-trial motions and, to the extent necessary, appeal to the Tenth Circuit.  The post-trial motions for which the stay has been modified include Defendants' Motion for Remittitur; Defendants' Renewed Motion for Judgment as a Matter of Law; Defendants' Motion for New Trial; Plaintiffs' Motion to Amend Judgment and Award Front Pay and Interest on Back Pay; and Plaintiff's Motion for Attorneys' Fees and Expert Witness Fees.  The Colorado Court may enter final judgment and the Debtor and Trucking may exercise any appellate rights therefrom. Enforcement of any judgment against the Debtor remains stayed and any satisfaction of the judgment will be through the Plan.

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

### 3.    Meeting of Creditors and Schedules and Statements

The Debtor filed its schedules of assets and liabilities and its statement of financial affairs on May 13, 2015.  Docket Nos. 70 and 71, respectively.  The Debtor filed an amended Schedule G on June 10, 2015.  Docket No. 98.  The Debtor filed an amended Schedule F on July 7, 2015. Docket No. 152.  Further amendments to the Schedules and Statements may be necessary.

The §341(a) meeting of creditors was scheduled for May 18, 2015 at 2:00 p.m.  Docket No. 8.  Kaaran Thomas, Esq. appeared on behalf of the Colorado Plaintiffs.  The meeting was conducted at the regularly scheduled time and concluded that same day.  Docket No. 74.

### 4.    June 15, 2015 Mediation

The Colorado Plaintiffs and the Debtor attended a private mediation in Denver on June 15, 2015 before the Hon. Edward W. Nottingham, retired.   In an effort to meet the Colorado Plaintiffs' request to attend a mediation quickly and in direct response to the Colorado Plaintiffs' plea of lack of any funds to contribute to the mediation, the Debtor in a show of good faith determined to assume the responsibility for the entire fee of the mediator.  The parties did not reach a resolution and continued their informal discussions after the conclusion of the proceedings on June 15, 2015.

The parties subsequently reached a resolution which is memorialized in the Settlement Agreement between the Debtor and Trucking, on the one hand, and the Stipulating Judgment Creditors, on the other hand, which is described in more detail below.  A copy of the Settlement Agreement is attached hereto as Exhibit J.

### 5.    Employment of the Debtor's Professionals and Appointment of Unsecured Creditors Committee

The Debtor filed its Motion to Employ (1) Hartman & Hartman, P.C. and Lee & High, Ltd. As General Bankruptcy Counsel; and (2) Campbell Litigation, P.C. as Special Litigation Counsel on May 8, 2015.  Following a hearing on May 19, 2015, the Court granted the motion in its entirety.  Docket No. 78.  The Debtor has filed its Application to Employ Gallina, LLP as Certified Public Accountants, Docket No. 220, which is set for hearing on August 25, 2015. Docket No. 222.  Gallina LLP are the Debtor's external auditors who audit the Debtor's internal

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

15

financial statements, which is an annual requirement to provide within 120 days after the end of Trucking's June 30 fiscal year end pursuant to the confidential Credit Agreement between Trucking and Wells Fargo Bank, National Association.  The Debtor is a guarantor of the Credit Agreement, as is Postal.  Trucking, the Debtor and Postal have a consolidated financial statement and file consolidated tax returns.  At the August 25, 2015, the Court denied the Application to Employ Gallina LLP on the ground that the Trucking employs Gallina.

The Debtor filed an Application to Employ Dennis Mandell and Pacific Capital Transactions as Liquidation Analyst, which the Court heard and granted at a duly noticed hearing on August 5, 2015.

As a result, the Debtor has employed the following professionals in this case:

| Name of Professional | Scope of Employment | Docket Nos. |
|---|---|---|
| Hartman & Hartman, Ltd. | Bankruptcy Counsel | 56, 58 and 78 |
| Lee & High, Ltd. | Bankruptcy Counsel | 56, 57 and 78 |
| Campbell Litigation | Special Litigation Counsel | 56, 59, 68 and 78 |
| Pacific Capital Transactions | Liquidation Analysis | 207, 208 and 275 |

On May 20, 2015, two days after the Debtor's 341 Meeting, the Office of the United States Trustee filed a Notice of Appointment of Creditors' Committee.  Docket No. 76.  The appointed committee members are Dean Patricelli, Macire Diarra and Cresencio Sanchez.  Mr. Patricelli and Mr. Diarra are two of the Colorado Plaintiffs who have settled and are now Stipulating Judgment Creditors.  Mr. Sanchez was a plaintiff in the Colorado Litigation who settlement with the defendants prepetition.  His settlement agreement is current and not in default.

By letter dated June 4, 2015, the Debtor requested that the Office of the United States Trustee remove the committee members on numerous grounds.  By letter dated June 23, 2015, the Office of the United States Trustee declined the request.  The Debtor filed a motion with the Bankruptcy Court to remove the committee members pursuant to 11 U.S.C. §1102(a)(2).  Docket No. 133.  The Court denied the Debtor's motion.  Docket No. 255.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

16

Ms. Thomas filed a motion to employ McDonald Carano Wilson as counsel for the Committee. Docket Nos. 85 and 105. The Court overruled the Debtor's objection to the employment and granted the application of McDonald Carano Wilson to be employed as counsel for the Committee. Docket No. 256.

On June 26, 2015, the Committee also filed an <u>Application to Employ Barnard Vogler & Co. as Financial Advisor</u>. Docket Nos. 116, 117 and 118. On June 30, 2015, the Committee withdrew that application without explanation. Docket No. 127. That same day, the Committee filed an <u>Application to Employ FTI Consulting, Inc. As Financial Advisor for the Official Committee of Unsecured Creditors Nunc Pro Tunc As of the Date of Filing and for Payment of Compensation Pursuant to Order Granting Motion to Employ</u>. Docket No. 130. The Court declined to grant the Application on July 28, 2015, and set the matter for further hearing on August 11, 2015. The Debtor objected to the employment of FTI Consulting on the grounds that the Application describes services to be performed that are overly broad and unnecessary, and on the ground that the terms of compensation – both in terms of the rate of compensation in excess of $500 per hour and the requirement that the Debtor indemnify FTI - are unreasonable.

At the August 11, 2015 hearing, the Court conditionally granted the Committee's application to employ FTI on terms of compensation that were less than FTI's proposal. On August 12, 2015, the Debtor and Trucking were informed that FTI declined to accept the employment on the conditions the Court required. On August 14, 2015, the Committee filed the Application to Employ Henry & Horne, LLP as Financial Advisor. Docket No. 288. The Court entered an order granting the application on August 31, 2015. Docket No. 325.

6.    **Plaintiffs' Motion for Order Holding that Automatic Stay Does Not Apply to Trucking.**

On July 14, 2015, the Colorado Plaintiffs filed a <u>Motion for Order Holding that Automatic Stay Does Not Apply to Matheson Trucking, Inc., Parent Company of Debtor</u> (the "Stay Motion"). Docket No. 174. In the Stay Motion, the Colorado Plaintiffs essentially seek a comfort order that they will not be violating the automatic stay if they execute their judgment against any of Trucking's assets.

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

17

The Debtor has filed an opposition to the Stay Motion, Docket No. 225, and the supporting declaration of Daniel Maue, the Debtor's former chief financial officer. Docket No. 226. The Debtor takes the position that the nature of Debtor's relationship with Trucking mandates that the automatic stay also apply to Trucking's assets. Not only would execution on Trucking's assets necessarily interfere with Debtor's ability to operate as a going concern during its reorganization, but one of Trucking's main assets is its indirect ownership interest in Debtor. If the Colorado Plaintiffs were allowed to execute on the shares of Debtor owned by Trucking, the Colorado Plaintiffs would control not only all of the assets of the bankruptcy estate but they would also have the authority to control the bankruptcy proceedings to maximize their own returns at the expense of all other creditors.

Moreover, the Debtor contends that the Colorado Plaintiffs are estopped from obtaining a declaration from this Court that Trucking's assets are separate from Debtor's bankruptcy estate. The Colorado Plaintiffs based their claim against Trucking in the Colorado Litigation on allegations and argument that Trucking and Debtor were so closely related that both entities should be treated as a single employer for the purposes of the Colorado Plaintiffs' discrimination claims. The Colorado Plaintiffs succeeded in their argument and the jury expressly found that Trucking and Debtor were to be considered a single employer. That determination is the sole basis for the judgment against Trucking. Having already fully litigated that issue, the Colorado Plaintiffs are collaterally estopped from seeking a contrary determination from this Court. Moreover, the Colorado Plaintiffs are judicially estopped from now taking the position that Debtor and Trucking are separate entities and therefore Trucking's assets are not protected by the automatic stay. To allow the Colorado Plaintiffs to take a position that is diametrically opposed to the position that they vigorously and successfully argued in the Colorado Litigation simply to avoid the constraints of the automatic stay would be fundamentally unjust.

The Committee filed a "reply" to the Debtor's opposition. Docket No. 253.

At the hearing on the Stay Motion on August 11, 2015, the Court permitted the Debtor to file a short analysis of a case cited in the Plaintiffs' last brief, which the Debtor did on August 21, 2015. Docket No. 312. The Plaintiffs also filed a supplemental brief on August 21, 2015.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

18

Docket No. 316. The Court took the matter under submission. A status hearing on this Motion was scheduled for November 16, 2015 and was indefinitely continued as a result of four of the Stipulating Judgment Creditors entering into the Settlement Agreement, thereby creating a conflict of interest for their counsel. Docket No. 444. Because all of the Colorado Plaintiffs have now entered into the Settlement Agreement, their Stay Motion to execute against Trucking is moot.

7.    **Debtor's Disclosure Statement Motion and Committee's Motion to Indefinitely Continue the Disclosure Statement and Plan Process.**

On June 30, 2015, the Debtor filed the Notice of Filing of [Proposed] Disclosure Statement in Support of Chapter 11 Plan of Reorganization, to which it attached the [Proposed] Disclosure Statement in Support of Chapter 11 Plan of Reorganization (the "Proposed Disclosure Statement") as Exhibit A and the Debtor's Chapter 11 Plan of Reorganization (the "Proposed Plan") as Exhibit B. Docket No. 124.

Also on June 30, 2015, the Debtor filed a Motion For Order: (1) Approving Disclosure Statement; (2) Setting Deadlines For Balloting And Approving Form Of Notice And Ballot; And (3) Setting Confirmation Hearing And Related Deadlines ("Disclosure Statement Motion") and set the Motion for hearing on August 11, 2015. Docket No. 126.

On July 7, 2015, the Committee filed the Official Committee of Unsecured Creditors' Motion to Continue Hearing On Debtor's Motion For Order: (1) Approving Disclosure Statement; (2) Setting Deadlines For Balloting And Approving Form Of Notice And Ballot; And (3) Setting Confirmation Hearing And Related Deadlines [DE 125] (the "First Motion to Continue") and requested a hearing on shortened time. Docket Nos. 145-149.

On July 7, 2015, the Debtor filed a Notice of Continued Hearing on Motion For Order: (1) Approving Disclosure Statement; (2) Setting Deadlines For Balloting And Approving Form Of Notice And Ballot; And (3) Setting Confirmation Hearing And Related Deadlines, setting the hearing on its Disclosure Statement Motion for September 9, 2015. Docket No. 151.

On July 13, 2015, the Committee filed Official Committee of Unsecured Creditors' Second Motion to Continue Hearing On Debtor's Motion For Order: (1) Approving Disclosure

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Statement; (2) Setting Deadlines For Balloting And Approving Form Of Notice And Ballot; And (3) Setting Confirmation Hearing And Related Deadlines [DE 125] and Request to Set a Status Hearing On September 9 (the "Second Motion to Continue").  Docket No. 170.  The Committee has since withdrawn its First Motion to Continue and its request that the Motion to Continue be heard on shortened time.  Docket Nos. 213 and 157, respectively.

In the Second Motion to Continue, the Committee requested that the September 9 hearing on the Debtor's Disclosure Statement Motion be continued pending resolution of the post-trial motions in the Colorado Litigation.  The Committee contended that resolution of the amount owed to the Plaintiffs is necessary in order to proceed with the plan confirmation process.

The Debtor filed an opposition to the Second Motion to Continue, supported by the declarations of Daniel Maue and Charles Mellor. Docket Nos. 239, 240 and 241, respectively. The Debtor argued that not only is such a stay of the Disclosure Statement Motion prejudicial to the Debtor, but determination of the post-trial motions in Colorado will not bring finality to the Plaintiffs' claims; rather, such resolution will only give rise to the parties' appellate rights, which, absent an intervening settlement, the parties would be certain to exercise.

There are also serious and important business reasons for pursuing the Debtor's Disclosure Statement and Plan in a timely manner.  In addition to addressing peak season needs that roughly double the Debtor's labor force, .  the peak season contracts are with the Postal Service, which is Debtor's largest customer and source of more than 80 percent of its revenue, and thus it is extremely important that the Debtor be able to maintain that very important relationship.  The Chapter 11 case is consuming a great deal of the Debtor's administrative work force; conclusion of the chapter 11 plan is critical to free up the Debtor's personnel so that they can return to the task of operating the Debtor's business.  The personnel whose primary efforts are currently devoted to this case are the same personnel whose services are needed for peak season.

Trucking filed a Joinder in the Debtor's opposition.  Docket No. 243.

On August 7, 2015, the Debtor and Trucking, as a Co-Proponent of an Amended Plan, filed an Amended Disclosure Statement, Docket No. 261.  By docket entry on August 11, 2015,

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

20

1    the Court continued the Disclosure Statement Motion to September 28, 2015.  Docket No. 297.

2    On August 31, 2015, the Debtor filed a notice that was served on all creditors of the Disclosure

3    Statement Motion hearing set for September 28, 2015.  Docket No. 334.  Thereafter, on October

4    1, 2015, the Debtor served a notice to all creditors of the continued Disclosure Statement Motion

5    hearing for November 30, 3015.  Docket No. 373.  Following a hearing on November 2, 2015,

6    the Debtor continued the Disclosure Statement Motion to December 16, 2015.  Docket No. 454.

7                    **8.    Discovery By the Committee.**

8        On June 25, 2015, the Committee filed two *ex parte* Rule 2004 applications to conduct

9    written discovery and examinations of the Debtor and Trucking.  Docket Nos. 114 and 115,

10   respectively.  On June 26, 2015, the Debtor filed a response to the *ex parte* requests and asked

11   the Court not grant them on an *ex parte* basis but instead set them for a noticed hearing.  Docket

12   No. 119.  In orders dated June 29, 2015, the Court denied the *ex parte* Rule 2004 applications

13   and directed the Committee to set them for hearing. Docket Nos. 122 and 123.  On June 30,

14   2015, the Committee set the Rule 2004 applications for a hearing to be held on July 28, 2015.

15   Docket Nos. 128 and 129.

16       On July 7, 2015, the Committee hand delivered a subpoena to counsel for the Debtor.

17   Docket No. 161.  That same date, the Committee attempted to serve Trucking with a subpoena

18   through its registered agent.  Docket No. 160.  The subpoena to the Debtor requested 54 separate

19   categories of documents, which undoubtedly includes hundreds of thousands of documents and

20   many privileged documents.

21       At the July 28, 2015 hearing, the Court denied the Rule 2004 applications and held that

22   no discovery would occur pending further order of the Court.  The Debtor prepared an order as

23   directed by the Court, to which the Committee has filed an objection on August 5, 2015.  Docket

24   No. 254.

25       The Wells Fargo loan documents between the Bank and Trucking contain a

26   confidentiality provision. Wells Fargo has consented to the production of the loan documents to

27   Committee and Plaintiffs on the condition that they execute an appropriate stipulated protective

28   order and the Court approves the same.  The Debtor circulated a proposed Stipulated Protective

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

21

Order to counsel for the Committee and counsel for the Colorado Plaintiffs.    The parties entered into a Stipulated Protective Order, which the Court entered on August 12, 2015.  Docket Nos. 281 and 282.

Thereafter, the Debtor and Trucking produced over 2,500 pages of documents to the Committee, including four years of audited financial statements; monthly financial statements for the past 24 months;  copies of three years of tax returns; a detailed asset listing of all personal and real property of Trucking, as well as schedules and statements that Trucking prepared and signed under the penalties of perjury as if it were in its own bankruptcy case; a listing of all executory contracts of the Debtor and Trucking, including leases; current accounts payable and accounts receivable aging schedules; financial projections to support the August 7, 2015 amended Plan; summaries of the terms of employment for the two employees of Trucking who are not terminable at will; summaries of terms of leases; Wells Fargo documents; documents on the related party transactions; an accounting for the shared administrative and management expenses pursuant to the Professional Services Agreement of September 2014; three months of monthly operating reports for Trucking signed under the penalties of perjury; and over 1,500 pages of documents on which Pacific Capital Transactions relied in reaching its Liquidation Analysis, which was filed with the Court on September 16, 2015.  Docket No. 341; Exhibit I.

In the midst of these productions, the Committee filed a Motion to Compel on September 8, 2015, Docket No. 332, to which the Debtor and Trucking filed a thorough response.  Docket No. 386.   At the hearing on October 19, 2015, the Court directed that a summary of leases and summary of the terms of employment for the two employees who are not at will, existing records on the management fee from September 2014 to September 2015, and any new agreement between Trucking and Wells Fargo be provided to the Committee.  Docket No. 443.  As set forth above, the Debtor and Trucking have complied entirely with all outstanding discovery.

### 9.    Motion for Determination that Supplement Injunction Cannot Be Confirmed.

As set forth above, the Debtor and Trucking filed an amended joint Plan on Friday, August 7, 2015.  On August 10, 2015, the following Monday, the Committee filed a Motion for

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Determination that Supplemental Injunction Plan Cannot Be Confirmed (the "Supplemental Injunction Motion"). Docket No. 272. The Debtor filed an opposition to the Supplemental Injunction Motion, Docket No. 326, and the Court heard the motion at a hearing on September 9, 2015. The Court denied the Motion. Docket No. 345.

### 10.    Debtor's Motion to Approve Compromise.

As a result of written correspondence between the Debtor, Trucking and the Colorado Plaintiffs, the Debtor and Trucking believed that they had reached an agreement with the Colorado Plaintiffs for the resolution of their Proofs of Claim by August 21, 2015. The Debtor accordingly filed a Motion to Approve Compromise, to which the Colorado Plaintiffs objected. Docket Nos. 366 and 416, respectively. At the November 9, 2015 continued hearing, the Court denied the Motion. Docket No. 458.

Thereafter, the Debtor and Trucking, on the one hand, and the Colorado Plaintiffs (now the Stipulating Judgment Creditors), on the other hand, entered into the Settlement Agreement. Exhibit J. In the Plan, the Plan Proponents ask the Court to approve the Settlement Agreement in its entirety.

### 11.    Motion to Assume Professional Services Agreement.

In response to the Committee's demand that the Debtor sue Trucking for allegedly improper receipt of payment for the administrative and managerial services Trucking provides to the Debtor, the Debtor filed a Motion to Assume Executory Contract (the "Motion to Assume"). Docket No. 347. The Committee filed a "Limited Opposition", followed by an Amended Opposition. Docket Nos. 377 and 392. The United States Trustee filed an Opposition. Docket No. 398. On November 16, 2015, the Court conducted an evidentiary hearing on the Motion, consisting of testimony from Director of Finance Patty Kepner and from Chief Operations Officer and Legal Counsel Charles Mellor. The final argument on this Motion is scheduled for November 30, 2015 at 10:00 a.m.

/ / /

/ / /

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

23

# IV.
## DESCRIPTION OF THE PLAN:
## CLASSIFICATION AND TREATMENT OF CLAIMS

The following is a general overview of the provisions of the Plan.  This overview is qualified in its entirety by reference to the provisions of the Plan.  For a more detailed description of the terms and provisions of the Plan, please review the Plan, which is attached hereto as Exhibit A.

Pursuant to Section 1123(a)(1) of the Bankruptcy Code, Unclassified Claims against the Debtor are not designated as Classes and the holders of such claims are not entitled to vote on this Plan.  The treatment of Unclassified Claims is consistent with the requirements of Section 1129(a)(9)(A) of the Bankruptcy Code.

Administrative Claims that have been allowed by final order of the Bankruptcy Court will be paid on the Effective Date or, if not Allowed by the Effective Date, then at such time as the administrative claimant and the Debtor agree.  Except as provided herein, Administrative Claims that are allowed will be paid from the Net Operating Income.

Unless provided for payment in this Plan, all requests for payment of Administrative Claims against Debtor must be filed by the Administrative Claims Bar Date or the holders thereof shall be forever barred from asserting such Administrative Claims against Debtor and the Reorganized Debtor.  Requests for Administrative Claims may be amended to include any fees and costs incurred after the Effective Date.

The Administrative Claims that the Co-Proponents seek approval of in this Plan and that they propose to pay from the Debtor's Net Operating Income on the Effective Date are as follows:

Allowed professional fees to Hartman & Hartman, Ltd.; Lee & High, Ltd., Davis Graham & Stubbs, LLP, Campbell Litigation, P.C., Pacific Capital Transactions, and to any other professional employed by the Debtor, Committee counsel McDonald Carano Wilson and Henry & Horne.

///

///

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

24

The Priority Claims that have been filed are as follows:

Franchise Tax Board, $882.02

City and County of Denver, $5,569.50

The Debtor believes that these Priority Claims are either not owed or are not yet due. The Debtor will attempt to resolve these Priority Claims with the respective creditor and, to the extent any amounts are due, will either pay those amounts on the Effective Date or, if the Debtor has not been able to resolve the matter by that date, will reserve the funds necessary to satisfy the Claim and will pay it when the Claim has been resolved.

All fees required to be paid to the United States Trustee will be paid in full upon confirmation of the Plan, and shall remain current until the case is fully administered or closed, whichever occurs first.

Pursuant to Section 1123(a)(1) of the Bankruptcy Code, all Claims against the Debtor, except Unclassified Claims, are placed in the classifications as set forth below. Classes of Claims 4 and 5 are impaired and are entitled to vote on the Plan.  All other Classes of Claims are unimpaired and not entitled to vote on the Plan.  The Class of Equity Security Interests is not impaired and is not entitled to vote.

**Class 1**:        Secured Claim of United States Postal Service, to the extent the Claim is a Secured Claim, for offset in the amount of $457,663.96.

**Class 2**:        Administrative Convenience Allowed Claims of Unsecured Creditors owed individually less than $13,500.00.

**Class 3**:        Allowed Claims of Settling Plaintiffs.

**Class 4**:        Allowed Claims of Unsecured Creditors owed more than $13,500.00 and not entitled to priority under Section 507 of the Bankruptcy Code and not otherwise included in any other class hereof, including, without limitation, claims which may arise out of the rejection of executory contracts or unexpired leases.

**Class 5:**        Allowed Claims of the Stipulating Judgment Creditors.

**Class 6:**        Guaranty Claim of Wells Fargo Bank, national association.

**Class 7**:        The claims and interests of the Equity Security Holders of the Debtor.

25

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Classes of Claims and Interests shall be treated as set forth herein below.

**4.1.    Class 1 –** The Secured Claim of the United States Postal Service will be paid in full on the Effective Date from the funds the United States Postal Service is holding to offset a debt owed by the Debtor in the amount of $457,663.96 in full satisfaction of the Claim of the United States Postal Service for $457,663.96.   Class 1 is not impaired and is not entitled to vote.

**4.2    Class 2 –** Administrative Convenience Allowed Claims of Unsecured Creditors individually owed less than $13,500.00.  The Debtor proposes to pay the Allowed Claims of Class 2 Creditors in full on the Effective Date.  Class 2 Creditors are not impaired and are not entitled to vote.

**4.3    Class 3 –** Allowed Claims of Settling Plaintiffs will receive Distributions from the Net Operating Income of the Reorganized Debtor in accordance with the terms of the Settlement Agreement between the Debtor, Matheson Trucking and each respective Settling Plaintiff.  Class 3 Creditors are unimpaired and not entitled to vote.

**4.4    Class 4 –** Allowed Claims of Unsecured Creditors owed more than $13,500.00 will be paid 100 percent of their Allowed Claims with an Initial Payment of 14 percent of each Allowed Claim on the Effective Date, and the balance of each Allowed Claim plus interest at the Judgment Rate over eight years in quarterly installments. At the entire discretion of the Reorganized Debtor, the Reorganized Debtor may prepay any Minimum Distribution on Allowed Claims in Class 4 entirely at the discretion of the Reorganized Debtor from Net Operating Income.  Discretionary payments from Net Operating Income, if any, will be made proportionately to every holder of an Allowed Claim in Class 4.  Class 4 Creditors are impaired and are entitled to vote.

**4.5    Class 5 –**  In full satisfaction of the Proof of Claim each Stipulating Judgment Creditor filed herein, the Stipulating Judgment Creditors will be paid in accordance with the Settlement Agreement as follows: to each Stipulating Judgment Creditor, Trucking has made the Initial Payment as defined in the Settlement Agreement in the amount of $185,714; on the Effective Date, the Reorganized Debtor will pay to each Stipulating Judgment Creditor the amount of $142,857 as the Effective Date Payment; and the Reorganized Debtor will pay the

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

sum of $714,286 to each Stipulating Judgment Creditor in 32 equal quarterly payments with the first quarterly payment to commence April 1, 2016.  The amount awarded to each Stipulating Judgment Creditor as back pay in the Colorado Judgment shall be paid to that Stipulating Judgment Creditor as wages (i.e., subject to withholdings and reported on an IRS form W-2); the remainder of the payments to each Stipulating Judgment Creditor shall be paid in gross, reported on IRS form 1099s, and allocated between payments to the Stipulating Judgment Creditor and his counsel as directed in advance by counsel; and any payment due to a Stipulating Judgment Creditor will be made by check made payable to the Stipulating Judgment Creditor and delivered to the Stipulating Judgment Creditor in care of his counsel.  The Stipulating Judgment Creditors are impaired and are entitled to vote.

**4.6.    Class 6 –** The Claim of Wells Fargo Bank, NA will retain its guaranty against the Debtor and will be entitled to enforce it in the event of a material default on the terms of the Forbearance Agreement and Credit Agreement.  The Class 6 Creditor is not entitled to vote.

**4.7    Class 7 –** Equity Security Holders will retain their interests in the Reorganized Debtor.

Unless otherwise specifically noted, the financial information in this Disclosure Statement has not been subject to audit.  This Disclosure Statement was prepared from information compiled from the Debtor's schedules and statements and other sources. The Plan Proponents have attempted to be accurate in the preparation of this Disclosure Statement.

Except as stated in this Disclosure Statement, no representations or assurances concerning the Plan Proponents or the value of the Plan Proponents' assets should be relied on. Therefore, in deciding whether to accept or reject the Plan, you should not rely on any information relating to Plan Proponents or the Plan other than that contained in this Disclosure Statement and in the Plan itself.

## V.
## RISK FACTORS

Because the Plan provides for the reorganization of the Debtor as a going concern, many of the common risk factors found in typical reorganizations apply with respect to the Plan.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

These include:

(a) the Debtor's business is largely dependent on its contracts with the Postal Service. Most of the Debtor's contracts with the Postal Service are four year contracts, which may be cancelled on 60 days notice without cause and without notice for cause.  The Colorado Litigation has affected the Debtor's relationship with the Postal Service, particularly the findings of a hostile work environment.  There is no assurance that the contracts with the Postal Service will not be terminated;

(b) there is a risk that the projections of Net Operating Income, with is the source with which to pay the Allowed Claims of Creditors, may not be met;

(c) because the Debtor's projections for payment to Creditors rely in part on the Net Operating Income from the continued operation of the Debtor, the Allowed Claims of Unsecured Creditors may receive no distribution under the Plan;

(d)  the Bankruptcy Case may adversely affect the Debtor's business prospects and/or its ability to operate during the reorganization;

(e)  the Bankruptcy Case and attendant difficulties of operating the Debtor's business while attempting to reorganize its business in bankruptcy may make it more difficult to maintain the Debtor's business;

(f)  the Bankruptcy Case may cause the Debtor's vendor and service providers to require stricter terms and conditions;

(g)  the Bankruptcy Case will cause the Debtor to incur substantial costs for professional fees and other expenses associated with the bankruptcy;

(h)  the Bankruptcy Case may restrict the Debtor's ability to pursue opportunities to grow the Debtor's business;

(i)  transactions outside the ordinary course of business are subject to the prior approval of the Bankruptcy Court, which may limit the Debtor's ability to timely respond to certain events or to take advantage of certain opportunities;

(j)  Plan Proponents may not be able to obtain Bankruptcy Court approval of the Plan or such approval may be delayed with respect to actions the Plan Proponents seek to undertake in

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

the case;

(k)   the Debtor may be unable to retain and motivate key executives and employees through the process of reorganization, and may have difficulty attracting new employees.  In addition, for so long as the Bankruptcy Case continues, the Debtor's senior management will be required to spend a significant amount of time and effort dealing with the reorganization instead of focusing on business operations;

(l)   there can be no assurance that the Plan Proponents will be able to confirm the Plan. Third parties may also seek and obtain Bankruptcy Court approval to terminate or shorten the exclusivity period for the Debtor to propose and confirm one or more plans of reorganization, to appoint a chapter 11 trustee, or to convert to Chapter 7;

(m)   The Forbearance Agreement with Wells Fargo expires on December 1, 2015 and there is no assurance that Wells Fargo will extend the forbearance period or reissue the letters of credit.  No agreement has been reached with Wells Fargo as of this date.  There is no assurance that Trucking will secure a replacement lender.

If the Bankruptcy Case continues for a prolonged amount of time, the proceeding could adversely affect the Debtor's business and operations.  So long as the Bankruptcy Case continues, the Debtor's senior management will be required to spend a significant amount of time and effort dealing with the Debtor's reorganization instead of focusing exclusively on business operations.  Prolonged continuation of the Bankruptcy Case may also make it more difficult to attract and retain management and other key personnel necessary to the success and growth of the Debtor's business.  Likewise, prolonged continuation of the Bankruptcy Case could make it very difficult for the Debtor to fulfill its obligations to the Postal Service during the peak season.  In addition, the longer the Bankruptcy Cases continues, the more likely it is that the Debtor's customers, suppliers and agents will lose confidence in the Debtor's ability to successfully reorganize the Debtor's business and seek to establish alternative commercial relationships.  Furthermore, so long as the Bankruptcy Case continues, the Debtor will be required to incur substantial costs for professional fees and other expenses associated with the Bankruptcy Case.  Prolonged continuation of the Bankruptcy Case may also require the Debtor

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

to seek additional financing.  It may not be possible for the Debtor to obtain additional financing during or after the Bankruptcy Case on commercially favorable terms or at all.  If the Debtor were to require additional financing during the Bankruptcy Cases and were unable to obtain the financing on favorable terms or at all, their chances of successfully reorganizing its business may be seriously jeopardized.

The Plan Proponents are unaware of any regulatory contingencies or risks in connection with the Plan.

## VI.
## FINANCIAL INFORMATION AND PROJECTIONS

In essence, the Plan provides that, upon the Effective Date, all property of the estate will be revested in the Debtor.  Exhibit G to this Disclosure Statement contains certain financial projections for the Reorganized Debtor, which are subject to modification.  The projections are subject to the assumptions and limitations contained in Exhibit G, as well as any business, operational, strategic or financial decisions that the Reorganized Debtor and its management may make with respect to the operations of the Reorganized Debtor in the future.  Subject to those limitations and assumptions and to the Risk Factors set forth in this Disclosure Statement, the Plan Proponents believe that Exhibit G to this Disclosure Statement demonstrates that the Reorganized Debtor has a reasonable prospect of success in its future operations following the Effective Date of the Plan.

## VII.
## SUMMARY OF VOTING PROCESS

### A.    Who May Vote to Accept or Reject the Plan.

Generally, holders of Allowed Claims or Equity Security Interests that are "impaired" under a plan are permitted to vote on the plan.  A "claim" is defined by the Bankruptcy Code and includes a right to payment from a debtor; an equity security represents an ownership stake in a debtor.  In this case, the Debtor is a California corporation.   The Plan provides that Classes 4 and 5 of Claims are impaired and entitled to vote.  The Plan also provides that the holders of Equity Security Interests in the Debtor will retain their interests and are not entitled to vote.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

30

In order to vote, a Creditor must first have an Allowed Claim. The solicitation of votes on the Plan will be sought only from those holders of Allowed Claims who are impaired and who will receive property or rights under the Plan. As explained more fully below, to be entitled to vote, a Claim must be both "Allowed" and "Impaired."

### B.    Summary of Voting Requirements.

In order for the Plan to be confirmed (i) either all Classes of Claims must be unimpaired, or (ii) the Plan must be accepted by at least one non-insider, impaired Class of Creditors. A class of claims is deemed to have accepted a plan when allowed votes representing at least two-thirds (2/3) in amount and a majority in number of the claims of the class actually voting cast votes in favor of a plan. The Plan Proponents are soliciting votes from all of the impaired Classes of Creditors, namely Class 4 and Class 5.

The Plan Proponents anticipate that all holders of Administrative Claims and Priority Claims will be paid in full. The claims of Creditors in Classes 4 and 5 are considered impaired. The treatment of each Class is described in the Plan and is summarized generally in Article IV of this Disclosure Statement above.

A VOTE FOR ACCEPTANCE OF THE PLAN BY IMPAIRED CREDITORS IS MOST IMPORTANT. THE PLAN PROPONENTS BELIEVE THAT THE TREATMENT OF CREDITORS UNDER THE PLAN IS THE BEST ALTERNATIVE FOR CREDITORS AND THE PLAN PROPONENTS RECOMMEND THAT THE HOLDERS OF ALLOWED CLAIMS VOTE IN FAVOR OF THE PLAN.

### VIII.
### POST EFFECTIVE DATE OPERATIONS AND PROJECTIONS

### A.    Effective Date Requirements and Means to Effectuate the Plan.

This Plan provides that the Debtor will continue to exist on and after the Effective Date as the Reorganized Debtor. The Plan will be implemented as follows as set forth in Section 5 of the Plan:

5.0.1    The Debtor will, as the Reorganized Debtor, continue to exist after the Effective Date, with all the corporate powers under applicable law and without prejudice to any

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

31

right to alter or terminate such existence (whether by merger, dissolution or otherwise) under applicable state law, and the Debtor may enter into and consummate one or more corporate restructuring transactions, including, but not limited to, changing the business or corporate form of the Debtor.  Except as otherwise provided herein, as of the Effective Date, all property of the Estate of the Debtor, and any property acquired by the Debtor or Reorganized Debtor under the Plan, will vest in the Reorganized Debtor, free and clear of all Claims, liens, charges, other encumbrances and interests, other than those otherwise expressly provided for pursuant to the Plan.  On and after the Effective Date, the Reorganized Debtor may operate its business and may use, acquire and dispose of property and compromise or settle any Claims without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules, other than those restrictions expressly imposed by the Plan or the Confirmation Order.  Without limiting the foregoing, the Reorganized Debtor may pay the charges that it incurs on or after the Effective Date for Professionals' fees, disbursements, expenses or related support services (including fees relating to the preparation of Professional fee applications) without application to the Bankruptcy Court.  To the extent the Reorganized Debtor has Net Operating Income, the Reorganized Debtor will use its Net Operating Income to meet Effective Date requirements and to make Distributions under the Plan.  Distributions under the Plan will be made from the New Value Contribution and Debtor's Net Operating Income.   The New Value Contribution will be made to the Reorganized Debtor by Trucking

**5.0.2.**   In accordance with Section 1123(b)(3) of the Bankruptcy Code, all Litigation Claims will be assigned and transferred to the Reorganized Debtor.

**5.0.3.**   The Reorganized Debtor will continue to prosecute and defend the Disputed Claims in the court or administrative venue in which each is currently pending, including any appeals therefrom.  To the extent the holders of Disputed Claims did not timely file Proofs of Claim, the Disputed Claims will be disallowed in their entirety and any pending Litigation related thereto will be dismissed with prejudice.  In addition, the Reorganized Debtor will continue to prosecute any and all Litigation Claims in the discretion of the Reorganized Debtor, including obtaining dismissal of any Litigation Claim for which the Creditor did not

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

32

timely file a Proof of Claim.

    **5.0.4**    The Settlement Agreement, which is incorporated herein by this reference as if fully set forth herein, shall be deemed in full force and effect and approved in its entirety. The Settlement Agreement shall be binding upon the parties thereto, including all successors and assigns.    The Stipulating Judgment Creditors and the Plan Proponents will take all steps necessary to effectuate all terms of the Settlement Agreement, whether or not set forth in full herein.

**B.**    **Discharge.**

The Debtor will receive a discharge in accordance with 11 U.S.C. §1141.

**C.**    **Injunction.**

The Plan provides as follows:

General Injunction:

    From and after the Effective Date and except as provided in this Plan and the Confirmation Order, all entities that have held, currently hold or may hold a Claim or Equity Security Interest in the Debtor that is Allowed, terminated, transferred, or conveyed pursuant to this Plan or Disallowed or is not entitled to receive any distribution pursuant to this Plan, are permanently enjoined from taking any of the following actions on account of any such claim or interest: (i) commencing or continuing in any manner any action or proceeding against the Debtor or the Reorganized Debtor or any of their respective property; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order against the Reorganized Debtor, or their respective property; (iii) creating, perfecting or enforcing any lien or encumbrance against the Reorganized Debtor's property; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Reorganized Debtor or its property; (v) commencing or continuing any action, in any manner or any place, that does not comply with or is inconsistent with the provisions of this Plan or the Bankruptcy Code.

    Supplemental Injunction, Applicable Only to Class 5 Stipulating Judgment Creditors:

    In order to preserve and promote the treatment of Creditors contemplated by and

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

provided for in the Plan, except as otherwise expressly provided in the Plan or the Confirmation Order, all persons and any person claiming by or through them, which have held or asserted, which currently hold or assert, or which may hold or assert any Claims or any other causes of action, obligations, suits, judgments, damages, debts, rights, remedies, or liabilities of any nature whatsoever, and all Equity Interests, or other rights of a Holder of an equity security or other ownership interest, against any of the released parties based upon, attributable to, arising out of or relating to any Claim against or Equity Interest in the Debtor, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty or any other theory of law, equity or admiralty, shall be, and shall, as long as the Debtor is performing under its Plan or has completed the Plan, be deemed to be, stayed, restrained and enjoined from taking any action against any Trucking for the purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any such Claims or other causes of action, obligations, suits, judgments, damages, debts, rights remedies or liability, and all Equity Interests or other rights of a holder of an equity security or other ownership interest, arising prior to the Effective Date, including, but not limited to (i) commencing or continuing in any manner any action or other proceeding, (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order, (iii) creating, perfecting or enforcing any lien or encumbrance, (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to any Released Party, and (v) commencing or continuing any action, in any manner, in any place that does not comply with or is inconsistent with the terms of the Plan.

**D.    Exculpation and Limitation of Liability.**

The Plan provides as follows:

Through the Effective Date, the Plan Proponents, and their officers, directors, managers, attorneys, accountants, consultants, agents and employees since the Petition Date, including but not limited to any professionals employed by them pursuant to an order of the Court under Sections 327 and 1103 of the Bankruptcy Code, shall not incur any liability to the Debtor or any other Creditor, Equity Security Interest or interest holder, and other parties in interest in the Bankruptcy Case for any act or omission in connection with or arising out of the Bankruptcy

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Case, including, without limitation, prosecuting confirmation of this Plan, the administration of this Estate, the Plan or the property to be distributed under this Plan, except for gross negligence or willful misconduct, and in all respects, such person will be entitled to rely on the advice of counsel with respect to their duties and responsibilities with respect to the Bankruptcy Case and the Plan.

**E.    Releases.**

The Plan provides in Section 7 as follows:

7.1.1  **Releases for All Creditors and Interested Parties Except the Settling Plaintiffs (Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams).** From and after the Effective Date, the following releases shall become effective:  by and between the Debtor, on the one hand, and the holders of Claims with the exception of the Settling Plaintiffs (Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams) that to the fullest extent permissible under applicable law, as such law may be extended or interpreted subsequent to the Effective Date; each such person that has held, holds or may hold a Claim , whether Allowed, terminated, transferred, or conveyed pursuant to this Plan, Disallowed or is not entitled to receive any distribution pursuant to this Plan, in consideration for the obligations of the Reorganized Debtor and other contracts, instruments, releases, agreements or documents to be delivered in connection with this Plan, shall conclusively, absolutely, unconditionally, irrevocably and forever, release and discharge the Debtor from any claim or cause of action existing as of the Effective Date, including but not limited to, any claim or cause of action, interest, right, or dispute, including but not limited to any claim or cause of action, interest, right or dispute arising from, based on or relating to, in whole or in part, the subject matter of or the transactions or events giving rise to the Settlement Agreement and in the act, omission, occurrence or event in any matter relating to such subject matter, transaction or obligation.  This release is intended to be as broad as possible, and shall include the Debtor's officers, directors, managers, attorneys, accountants, agents and employees.

7.1.2  **Releases for Settling Plaintiffs, Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams**.    As set forth in the Settlement Agreement and

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Release of All Claim between each of the Settling Plaintiffs, on the one hand, and the Debtor and Trucking, on the other hand (defined therein as the "Matheson Defendants"), the following releases apply as to each of the Settling Plaintiffs: "As a material inducement to the Matheson Defendants to enter into this Agreement Plaintiff, as a free and voluntary act, forever releases, discharges and covenants not to sue MATHESON for any Claims of any kind whatsoever, which may have arisen on or prior to Plaintiff's execution of this Agreement, including but not limited to (1) Claims relating in any way to Plaintiff's employment with MATHESON and/or the employment opportunities that were provided and/or denied to Plaintiff, (2) Claims relating in any way to the separation of Plaintiff's employment with MATHESON, (3) Plaintiff's compensation by MATHESON, and (4) any other matter, cause or thing whatsoever which may have occurred between Plaintiff and MATHESON on or prior to Plaintiff's execution of this agreement."

In the event of a Default Under the Plan, the Supplemental Injunction will no longer be of force and effect and the Stipulating Judgment Creditors will be entitled to file the Stipulated Judgment in the Colorado Court against Trucking and to enforce the Stipulated Judgment in accordance with the Settlement Agreement.

### F.    United States Trustee's Fees

The Debtor and, after the Effective Date, the Reorganized Debtor, is obligated to pay the United States Trustee quarterly fees based upon all disbursements in accordance with the sliding scale set forth in 28 U.S.C. §1930(a)(6).  These fees accrue throughout the pendency of the Chapter 11 Case, until entry of a final decree.  United States Trustee fees paid prior to confirmation of the Plan will be reported in operating reports required by 11 U.S.C. §704(8), 1106(a)(1), 1107(a) and the United States Trustee Guidelines.  All United States Trustee quarterly fees accrued prior to confirmation of the Plan will be paid on or before the Effective Date pursuant to 11 U.S.C. §1129(a)(12) from the Cash held by the Debtor.  All United States Trustee fees accrued post-confirmation will be timely paid on a calendar quarter basis and reported on any post-confirmation reports that are required to be filed by the Liquidation Trustee. Final fees will be paid on or before the entry of a final decree in the Chapter 11 Cases.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

G.    **Executory Contracts and Unexpired Leases.**

Plan Terms Applicable to All Executory Contracts and Unexpired Leases Except for XL Catlin.

The Plan provides that any executory contract and unexpired lease that (i) has not expired by its own terms on or prior to the Effective Date, (ii) has not been assumed or rejected by the Debtor during the pendency of the Chapter 11 Case, (iii) is not listed in Exhibit H attached hereto as executory contracts or unexpired leases to be rejected, and (iv) is not the subject of a pending motion to reject such executory contract or unexpired lease, shall be deemed assumed by the Debtor as of immediately prior to the Effective Date, and the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of any such assumption pursuant to section 365(a) and 1123 of the Bankruptcy Code.  Any executory contract or unexpired lease listed on Exhibit H as an executory contract or unexpired lease to be rejected by the Debtor shall be deemed rejected by the Debtor as of immediately prior to the Effective Date, and the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of any such rejection pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

Entry of the Confirmation Order shall constitute (i) approval, pursuant to Section 365(a) of the Bankruptcy Code, of the assumption by the Reorganized Debtor of each executory contract and unexpired lease listed on Schedule A and each executory contract and unexpired lease assumed by prior order of the Bankruptcy Court, (ii) approval for the Estate to reject each executory contract and unexpired lease to which a Debtor is a party and which is not listed on Schedule A to the Plan and neither assumed, assumed and assigned nor rejected by separate order prior to the Effective Date.  Upon the Effective Date, each counter party to an executory contract or unexpired lease listed on Schedule A to the Disclosure Statement shall be deemed to have consented to assumption contemplated by Bankruptcy Code Section 365(c)(1)(B), to the extent such consent is necessary for such assumption.  Any default entitled to monetary cure respecting any assumed executory contract or unexpired lease shall be paid .

All proofs of claim arising from the rejection (if any) of executory contracts or unexpired leases must be filed with the Bankruptcy Court by no later than 30 days after the earlier of:  (i)

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

the date of entry of an order of the Bankruptcy Court approving any such rejection and (ii) the Effective Date.  Any Claims arising from the rejection of an executory contract or unexpired lease for which no proof of claim was timely filed will be forever barred from assertion against the Debtor or the Reorganized Debtor, its estate and property.  All such Claims shall, as of the Effective Date, be subject to the discharge and permanent injunctions set forth in the Plan.

Any monetary amounts by which an executory contract or unexpired lease to be assumed pursuant to the Plan is in default shall be satisfied pursuant to section 365(b)(1) of the Bankruptcy Code by payment of the default amount in cash on the Effective Date or on such other terms as the parties to each such executory contract or unexpired lease may otherwise agree.  In the event of any dispute regarding the amount of any cure payments, (a) the Bankruptcy Court will retain jurisdiction to adjudicate any such dispute, and (b) if the Bankruptcy Court determines that any such disputed cure amount is required to be paid (in full or in part) by the Debtor pursuant to section 365(b)(1) of the Bankruptcy Code, the Debtor will pay such cure amount in the ordinary course following entry of the Bankruptcy Court's Final Order resolving such cure dispute, provided that, the Debtor or Reorganized Debtor shall have the right, following entry of such a Final Order fixing a cure amount (if any) to reject the applicable executory contract or unexpired lease and any such rejection shall be deemed to have occurred immediately prior to the Effective Date.

Plan Terms Applicable to XL Catlin.

Greenwich Insurance Company and XL Specialty Insurance Company (collectively, "XL Catlin"), filed a secured claim in an undetermined amount arising out of unpaid premium payments and other amounts due under certain insurance policies and non-policy agreements issued by XL Catlin to Trucking, on its own behalf and on behalf of the Debtor, and/or entered into between XL Catlin and Trucking, on its own behalf and on behalf of the Debtor, prior to the Petition Date.

Prior to the Petition Date, XL Catlin issued certain insurance policies (collectively, with the "Aviation Policy" referred to below, the "Policies") to Trucking, on its own behalf and on behalf of the Debtor: (i) a Commercial General Liability Policy No. RGD9435053, having a

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

38

policy period March 1, 2015 through March 1, 2016; (ii) an Automobile Liability Policy No. RAD500195, having a policy period March 1, 2015 through March 1, 2016; (iii) an Automobile Liability Policy No. RAD 9435052, having a policy period March 1, 2015 through March 1, 2016; and (v) a Workers Compensation Policy No. RWD9435054, having a policy period March 1, 2015 through March 1, 2016. Also prior to the Petition Date, XL Catlin issued an Aviation Policy No. UA00010968AV15A, having a policy period March 1, 2015 through March 1, 2016 (the "Aviation Policy") to the Debtor.

Also prior to the Petition date, XL Catlin and Trucking, on its own behalf and on behalf of the Debtor, entered into an Insurance Program Agreement (the "Insurance Program Agreement") and a series of Plan Specification agreements (the "Plan Specifications" and, with the Insurance Program Agreement, the "Non-Policy Agreements"). The Non-Policy Agreements establish and provide for, among other things, the payments the insureds are required to pay to XL Catlin (the "Obligations"), XL Catlin's right of offset, the security for the insureds Obligations that the insureds are required to deliver to XL Catlin (the "Collateral"), events of default and XL Catlin's rights in the event of default, including XL Catlin's use of the Collateral, the insureds' obligation to indemnify XL Catlin, and the parties' agreement with respect to arbitration.

Pursuant to the Non-Policy Agreements, Trucking, on its own behalf and on behalf of the Debtor, originally provided XL Catlin with a clean, unconditional and irrevocable letter of credit (the "Letter of Credit") in the amount of $2,500,000. For the policy period March 1, 2015 through March 1, 2016, the amount of the Letter of Credit has been increased to $6,340,000. XL Catlin has not drawn on the Letter of Credit.

As of the Petition Date, XL Catlin has a claim against the Debtor in an undetermined amount because, while all basic Premium has been paid as of that date, certain of the Policies have a retrospective premium feature, pursuant to which Incurred Losses are used to calculate and adjust the final Premium due. Accordingly, the amount of the Premium due in connection with the Policies will not be known until the relevant policy periods have expired and the necessary audits have been conducted.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

All of the insureds' Obligations to XL Catlin are secured by XL Catlin's right of setoff, as provided under the Non-Policy Agreement and under other non-bankruptcy law.  In addition, all of the insureds' Obligations to XL Catlin are secured by a security interest in the Collateral, the proceeds of the Collateral and any return premiums or other amounts that may be payable to the insureds by XL Catlin.  XL Catlin's claim is secured by a credit in the amount of $21,104.04 owed by XL Catlin to the insureds in connection with a prior year's Workers Compensation policy.  In addition, in the event XL Catlin draws on the Letter of Credit, XL Catlin's Claim also is secured by the proceeds of the Letter of Credit. Notwithstanding anything to the contrary in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court (including, without limitation, any other provision that purports to be preemptory or supervening or grants an injunction or release, including, but not limited to, the injunctions set forth in Section 7.7 and 7.8 of the Plan):

(a) on the Effective Date, the Reorganized Debtor shall assume all the Policies, as amended or modified, issued at any time to the Debtor, its affiliates or predecessors, and all agreements related thereto, as amended or modified (collectively, the "Insurance Contracts");

(b) nothing in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court alters, modifies or otherwise amends the terms and conditions of or the coverage provided by any of the Insurance Contracts, except that as of the Effective Date the Reorganized Debtor shall become and remain liable for all of the Debtor's obligations and liabilities thereunder regardless of whether such obligations and liabilities arise before or after the Effective Date; *provided*, *however* that the Debtor or Reorganized Debtor, as applicable, shall retain the right to challenge any amounts owed under the Insurance Contracts in accordance with their terms, and the rights and obligations of the parties under the Insurance Contracts, whether or not such Insurance Contracts are executory or were in effect before or after the Petition Date, shall remain fully enforceable by the parties after the Effective Date;

(c) nothing in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court, including

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

40

without limitation any prepetition or administrative claim bar date order or claim objection order alters or modifies the duties, if any, that the insurers and/or third party administrators have to pay claims covered by the Insurance Contracts or the insurers' and/or third party administrators' rights to seek payment or reimbursement from the Debtor or, after the Effective Date, the Reorganized Debtor or to draw on any collateral or security therefor in accordance with the terms of the Insurance Contracts;

(d) insurers and third party administrators shall not need to nor be required to file or serve an objection to any proposed Cure Amount, or a request, application, claim, proof of claim or motion for payment of any prepetition or administrative claim, and shall not be subject to the any claim bar date or similar deadline governing Cure Amounts or prepetition or administrative claims; and

(e) the automatic stay of section 362(a) of Bankruptcy Code and the injunctions set forth in Section 7.7 and Section 7.8 of the Plan, if and to the extent applicable, shall be deemed lifted without further order of the Bankruptcy Court solely to permit: (i) claimants with valid claims covered by any of the Insurance Contracts ("Insured Claims") to proceed with their Insured Claims; (ii) insurers and/or third party administrators to administer, handle, defend, settle, and/or pay, in the ordinary course of business and subject to the terms of the Insurance Contracts, without further order of the Bankruptcy Court, all Insured Claims and all costs in relation thereto; (iii) insurers and/or third party administrators to draw against any or all of any collateral or security provided by or on behalf of the Debtor or the Reorganized Debtor, as applicable, at any time and to hold the proceeds thereof as security for the obligations of the Debtor or the Reorganized Debtor, as applicable, to the applicable insurers and/or third party administrators and/or to apply such proceeds to the obligations of the Debtor or the Reorganized Debtor, as applicable, in accordance with the terms of  the Insurance Contracts, and (iv) insurers and/or third party administrators to cancel any insurance policies under the Insurance Contracts, and take other actions relating thereto, to the extent permissible under applicable non-bankruptcy law, each in accordance with the terms of the Insurance Contracts.  The terms set forth above are in full satisfaction of the Proof of Claim filed on behalf of XL Catlin in the Bankruptcy Case.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

## IX.
## CERTAIN FEDERAL INCOME TAX CONSEQUENCES

Implementation of the Plan may have federal, state, and local tax consequences to Debtor, to Trucking and to the holders of Allowed Claims and Equity Security Interests. This Disclosure Statement does not purport to cover any aspects of federal income taxation of the Plan that may apply to the Debtor, Trucking, the Creditors, Equity Security Holders or to any other persons, and in particular does not deal with issues that may be material to one or more of those persons based upon their particular circumstances or tax status. Moreover, this Disclosure Statement does not address the federal income tax consequences to certain types of Creditors (including, but not limited to, brokers, dealers, traders of certain securities, life insurance companies, tax-exempt organizations, and foreign individuals and entities) having a tax status with respect to which special rules may apply or to Equity Securities Holders in their capacity as such.

**NO TAX OPINION HAS BEEN SOUGHT OR WILL BE OBTAINED WITH RESPECT TO ANY CONSEQUENCES OF THE PLAN. HOLDERS OF ALLOWED CLAIMS ARE ADVISED TO CONSULT WITH THEIR OWN TAX ADVISORS REGARDING THE TAX CONSEQUENCES (INCLUDING FEDERAL, STATE, LOCAL AND FOREIGN TAX CONSEQUENCES) TO THEM AND/OR TO DEBTORS ARISING FROM THE TRANSACTIONS CONTEMPLATED BY THE PLAN. THIS DISCLOSURE STATEMENT IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING AND ADVICE BASED ON THE PARTICULAR CIRCUMSTANCES OF EACH CREDITOR AND EQUITY SECURITY HOLDER, OR ANY OTHER PERSON THAT MAY BE AFFECTED BY THE PLAN.**

## X.
## CONFIRMATION OF THE PLAN

A.    **Confirmation of the Plan.**

Pursuant to Section 1128(a) of the Bankruptcy Code, the Bankruptcy Court will hold a hearing regarding confirmation of the Plan at the United States Bankruptcy Court, 300 Booth Street, Fifth Floor, Courtroom 2, Reno, Nevada, commencing on December 16, 2015 at 2:00

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

42

p.m. prevailing pacific time.

**B.**    **Objections to Confirmation of the Plan.**

Section 1128(b) of the Bankruptcy Code provides that any party-in-interest may object to confirmation of a plan.  Any objections to confirmation of the Plan must be in writing, must state with specificity the grounds for any such objections and must be filed with the Bankruptcy Court and served upon the following parties so as to be received by the following on or before the time fixed by the Bankruptcy Court:

Counsel for the Debtor:

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone:  775.229.4219
Facsimile:  775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

Counsel for Matheson Trucking, Inc.

DOWNEY BRAND LLP
Sallie B. Armstrong, Esq.
Nevada State Bar No. 1243
Michael B. Knox, Esq.
Nevada State Bar No. 8143
100 West Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 329-5900
Facsimile:  (775) 786-5443
Email:  reno@downeybrand.com

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

43

For the Plan to be confirmed, the Plan must satisfy the requirements stated in Section 1129 of the Bankruptcy Code.  In this regard, the Plan must satisfy, among other things, the following requirements.

### C.    Best Interest of Creditors and Liquidation Analysis

Pursuant to Section 1129(a)(7) of the Bankruptcy Code for the Plan to be confirmed, it must provide that Creditors with Allowed Claims will receive at least as much under the Plan as they would receive in a liquidation of Debtor under Chapter 7 of the Bankruptcy Code (the "Best Interest Test").  The Best Interest Test with respect to each impaired Class requires that each holder of an Allowed Claim of such Class either:  (i) accepts the Plan; or (ii) receives or retains under the Plan property of a value, as of the Effective Date, that is not less than the value such holder would receive or retain if Debtor were liquidated under Chapter 7 of the Bankruptcy Code.  The Bankruptcy Court will determine whether the value received under the Plan by the holders of Allowed Claims in each Class of Creditors equals or exceeds the value that would be allocated to such holders in a liquidation under Chapter 7 of the Bankruptcy Code.  The Plan Proponents believe that the Plan meets the Best Interest Test and provides value that is not less than that which would be recovered by each such holder of an Allowed Claim in a Chapter 7 bankruptcy proceeding.  The Plan Proponents have filed the Liquidation Analysis performed by Pacific Capital Transactions to the Court, a copy of which is attached hereto as Exhibit J.

Generally, to determine what holders of Allowed Claims in each impaired Class would receive if the Debtor were liquidated, the Bankruptcy Court must determine what funds would be generated from the liquidation of Debtor's assets and properties in the context of a Chapter 7 liquidation case, which for unsecured Creditors would consist of the proceeds resulting from the disposition of the assets of Debtor, augmented by the unencumbered cash held by Debtor at the time of the commencement of the liquidation case.  Such cash amounts would be reduced by the costs and expenses of the liquidation and by such additional Administrative Claims and Priority Claims as may result from the termination of Debtor's activities and the use of Chapter 7 for the purpose of liquidation.[5]

---

[5] Because Debtor is a corporation, there are no non-exempt assets.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

44

In a Chapter 7 liquidation, holders of all Allowed Unsecured Claims would receive distributions based on the liquidation of the non-exempt assets of Debtor.[6]  Such assets would include the same assets being collected and liquidated under the Plan – the interest of Debtor in the cash, the Debtor's assets and all claims and causes of action.

The distributions from the proceeds of liquidation of the Debtor would be paid Pro Rata according to the amount of the aggregate Allowed Claims held by each Creditor.  The Debtor believes that the most likely outcome of liquidation proceeds under Chapter 7 would be the application of the "absolute priority rule."  Under that rule, no junior Creditor may receive any distribution until all senior Creditors are paid in full, with interest, and no Equity Security Holder may receive any distribution until all Creditors are paid in full.

As a result, the Debtor has determined that confirmation of the Plan will provide each Creditor with no less of a recovery than it would receive if Debtor were liquidated under a Chapter 7, and in fact, a greater and more timely recovery than in a Chapter 7.

The Debtor retained Pacific Capital Transactions to perform a liquidation analysis of the Debtor, which of necessity included a liquidation analysis of its parent, Trucking and Trucking's wholly owned subsidiary, Postal.   Pacific's written report was submitted to the Court on September 16, 2015.  Docket No. 341.  Pacific performed a solvency analysis using the balance sheet test, the cash flow test and the reasonable capital test. The solvency analysis required PCT to value the assets of all three companies and to analyze actual cash flow and to project cash flow into the future.  PCT concluded that over the past five years, the companies have had stable cash flow of approximately $5 million annually even after the payment of interest on equipment debt. Based on all three tests, PCT concluded that the companies are a going concern.

Pacific also employed the income method and the transaction method to determine a liquidation value.  This process necessitated determining the value of collateral for secured debt of Postal and Trucking, the amount available after payment of secured creditors to pay other creditors and applying those amounts to a waterfall of priorities.   On liquidation, Pacific

---

[6] Regardless of whether the Chapter 11 Case remains in Chapter 11 or is converted to a Chapter 7, the analysis below will generally be the same.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

45

concluded that in addition to the costs of chapter 11, employee payouts under the WARN Act or for other employee liabilities would exceed $8 million, which would not yield any cash available to unsecured creditors, regardless of low, mid or high assumptions of values of assets.

PCT then analyzed the companies' value as a going concern, including the historical growth of the companies and other factors, to conclude that the fair value of the companies as a going concern is $10,000,000.

As a result of its extensive analysis, Pacific was also able to conclude that there was no evidence that discretionary spending had changed as a result of the Colorado Litigation; that the allocation of shared administrative costs between Postal and Flight of the services provided by Trucking was fair and reasonable to the Debtor; that payments of dividends over the past five years were approximately 0.9 million and that Mark Matheson had been loaned $1 million, which if treated as compensation to him would place him below an industry maximum reasonable compensation over the past five years.

### D. For these reasons, the confirmation of the Plan provides a greater recovery for Creditors than a Chapter 7 liquidation. The Best Interest of Creditors test is satisfied. Feasibility.

The Bankruptcy Code requires that in order to confirm the Plan, the Bankruptcy Court must find that Confirmation of the Plan is not likely to be followed by liquidation or the need for further financial reorganization of Debtor (the "Feasibility Test"). For the Plan to meet the Feasibility Test, the Bankruptcy Court must find that Debtor will possess the resources and have the other tools necessary to meet its obligations under the Plan. The Debtor's financial projections are attached hereto as Exhibit G.

### E. Accepting Impaired Class.

Because a Class of Claims is impaired under the Plan, for the Plan to be confirmed, the Plan must be accepted by at least one impaired Class of Claims (not including the votes of any insiders of a Debtor).

### F. Acceptance of Plan.

For an impaired Class of Claims to accept the Plan, those representing at least two-thirds (2/3) in amount and a majority in number of the Allowed Claims voted in that Class must be cast

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

their votes for acceptance of the Plan.

**G.      Confirmation Over Dissenting Class ("Cram Down").**

If a Class of Claims does not accept the Plan, the Bankruptcy Court nevertheless may confirm the Plan at the request of the Plan Proponents.  Bankruptcy Code Section 1129(b) provides that if all other requirements of Bankruptcy Code Section 1129(a) are satisfied and if the Bankruptcy Court finds that: (i) the Plan does not discriminate unfairly and (ii) the Plan is fair and equitable with respect to the rejecting Class(es) of Claims impaired under the Plan, the Bankruptcy Court may confirm the Plan despite the rejection of the Plan by an impaired Class of Claims.  The Plan Proponents will request confirmation of the Plan pursuant to Bankruptcy Code Section 1129(b) with respect to any impaired Class of Claims that does not vote to accept the Plan. The Plan Proponents believe that the Plan satisfies all of the statutory requirements for Confirmation, that they have complied with or will have complied with all the statutory requirements for Confirmation of the Plan and that the Plan is proposed in good faith.  At the Confirmation Hearing, the Bankruptcy Court will determine whether the Plan satisfies the statutory requirements for Confirmation.

**H.      Allowed Claims.**

A.      You have an Allowed Claim if:  (i) you or your representative timely file a proof of Claim and no objection has been filed to your Claim within the time period set for the filing of such objections; (ii) you or your representative timely file a proof of Claim and an objection was filed to your Claim upon which the Bankruptcy Court has ruled and allowed your Claim; (iii) your Claim is listed by the Debtor in its Schedules or any amendments thereto (which are on file with the Bankruptcy Court as a public record) as liquidated in amount and undisputed and no objection has been filed to your Claim; or (iv) your Claim is listed by a Debtor in its Schedules as liquidated in amount and undisputed and an objection was filed to your Claim upon which the Bankruptcy Court has ruled to allow your Claim.  Under the Plan, the deadline for filing Claims is the Bar Date of August 17, 2015 for non-governmental creditors and October 16, 2015, the date established by the Notice of Commencement of Case for the filing of proofs of claims by certain governmental creditors.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

47

If your Claim is not an Allowed Claim, it is a Disputed Claim and, provided your Class is impaired, you will not be entitled to vote on the Plan unless the Bankruptcy Court temporarily or provisionally allows your Claim for voting purposes pursuant to Section 502(c) and Federal Rule of Bankruptcy Procedure 3018. If you are uncertain as to the status of your Claim or if you have a dispute with Debtor, you should check the Bankruptcy Court record carefully, including the Schedules of Debtor, and you should seek appropriate legal advice. The Plan Proponents cannot advise you about such matters.

The Plan Proponents are unable to estimate the Administrative Claims at this time, in large part because of the uncertainty as to the professional expenses of the Committee's counsel and any Court-approved expert. The Debtor will supplement its estimate of the Administrative Claims in its Plan supplement. This estimate will increase or decrease as a function of the amount of litigation generated in this case, including, for example, resolving objections against the Plan and any discovery issues that may arise. Based on the Debtor's Schedules and the proofs of claim on file, the Plan Proponents believe that there are few Priority Claims of the Debtor.[7]

I.    **Listing of Creditors By Class.**

To follow are charts of the Debtor's listing of creditors in Class 2, 3, 4 and 5. The Debtor will pay Class 2 Creditors in full on the Effective Date. The Debtor is unable to estimate the amount that will be paid to Classes 3, 4 and 5. After the Effective Date Payment to the Class 5 Stipulating Judgment Creditors and the Class 4 Unsecured Creditors owed more than $13,500, payments to Class 3, 4 and 5 may be zero.

/ / /

/ / /

/ / /

---

[7] The Internal Revenue Service has filed a priority claim in the amount of $134,224.95 pursuant to 11 U.S.C. §507(a)(8). Claim No. 5. The Debtor believes the amounts reflected in this proof of claim were paid, which is consistent with the amended Claim filed by the Internal Revenue Service in the amount of $0.00. The Debtor believes that other priority claims that have been filed have either been paid or are not yet due. The Debtor will attempt to resolve these issues with the priority claimants.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

48

**Unsecured Creditors Holding Claims Less Than $13,500**
**Class 2**
**PAID IN FULL ON THE EFFECTIVE DATE AND NOT ENTITLED TO VOTE**

| Name of Creditor | Amount of Claim |
|---|---|
| Sabell's Snow Plowing | $ 12,520.00 |
| Husch Blackwell, LLP | $ 3,934.50 |
| TS Staffing Services | $ 1,708.80 |
| PR Newswire | $ 1,520.00 |
| Strategic Systems & Technology | $ 1,439.23 |
| Chartwell Staffing | $ 1,299.48 |
| T.M.T. Specialties | $ 1,209.30 |
| MH Equipment Company | $ 1,113.00 |
| Global Equipment Company | $ 880.32 |
| US Logistics | $ 850.00 |
| Amazon Cleaning Inc. | $ 800.00 |
| Griffin Dock & Door Services, Inc. | $ 685.72 |
| Stratus Building Solutions | $ 650.00 |
| Full Source LLC | $ 478.95 |
| WCP Solutions | $ 464.24 |
| Industrial Communications | $ 436.00 |
| Alpha Mechanical Service Inc. | $ 410.75 |
| Vanzebo Laser | $ 399.95 |
| Cintas Corporation-631025 | $ 311.87 |
| The Stoner Electric Group | $ 303.71 |
| Azael Velazquez | $ 300.00 |
| La Quita Inn Seattle Sea-Tac | $ 238.04 |
| GE Capital C/O | $ 226.88 |
| Contrast Design Services | $ 225.00 |
| Salt Lake City Dept. of Airports | $ 200.00 |
| Billings Army Navy Surplus Store | $ 185.00 |
| Honey Bucket | $ 164.50 |
| Fleetwash, Inc. | $ 132.00 |
| Gohman Mechanical, Inc. | $ 124.00 |

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

49

| Name of Creditor | Amount of Claim |
|---|---|
| State of Alaska - Badging | $ 100.00 |
| City of Albuquerque | $ 55.00 |
| Mountain Mist Water | $ 43.70 |
| Aquaperfect | $ 43.19 |
| Denver International Airport | $ 30.00 |
| Culligan | $ 21.78 |
| Coffee Break Roasting Co. | $ 14.00 |

**Settling Plaintiffs**
**Class 3**
**PAID PURSUANT TO TERMS OF PREPETITON SETTLEMENT CONTRACTS**
**AND**
**NOT ENTITLED TO VOTE**

| Name of Creditor | Amount of Claim On Petition Date |
|---|---|
| Cresencio Sanchez | $ 145,454.18 |
| Ernest Williams | $ 145,454.18 |
| Mohamed Kaba | $ 145,454.18 |
| Moussa Dembele | $ 145,454.18 |

**Unsecured Creditors Holding Claims More Than $13,500**
**Class 4**
**PAID BY 14 PERCENT EFFECTIVE DATE PAYMENT**
**AND BALANCE OVER EIGHT YEARS**
**ENTITLED TO VOTE**

| Name of Creditor | Amount of Claim |
|---|---|
| Littler Mendelson, P.C. | $ 520,005.72 |
| GHP Horwath, P.C. | $ 39,740.25 |
| Campbell Litigation PC | $ 36,600.00 |

/ / /

/ / /

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

50

**Stipulating Judgment Creditors Class 5**
**SETTLED AMOUNT PAID IN ACCORDANCE WITH**
**SETTLEMENT AGREEMENT**
**AND**
**ENTITLED TO VOTE**

| Name of Creditor | Proof of Claim Amount | Proof of Claim Compensatory Amount | Proof of Claim Punitive Amount | Settled Amount to Be Paid Through Plan |
|---|---|---|---|---|
| Dean Patricelli | $ 2,679,957.14 | $ 679,957.14 | $ 2,000,000.00 | $ 1,042,857.14 |
| Macire Diara | $ 2,745,375.62 | $ 745,375.62 | $ 2,000,000.00 | $ 1,042,857.14 |
| Ernest Duke | $ 2,528,514.54 | $ 528,514.54 | $ 2,000,000.00 | $ 1,042,857.14 |
| Salif Diallo | $ 2,522,393.94 | $ 522,393.94 | $ 2,000,000.00 | $ 1,042,857.14 |
| Bemba Diallo | $ 2,488,887.94 | $ 488,887.94 | $ 2,000,000.00 | $ 1,042,857.14 |
| Andre De Oliveira | $ 2,461,634.18 | $ 461,634.18 | $ 2,000,000.00 | $ 1,042,857.14 |
| Mahamet Camara | $ 2,455,419.10 | $ 455,419.10 | $ 2,000,000.00 | $ 1,042,857.14 |
| **TOTAL:** | **$ 17,882,182.46** | **$ 3,882,182.46** | **$ 14,000,000.00** | **$ 7,299,999.98** |

**CURE AMOUNTS FOR ASSUMPTION OF**
**UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Name of Creditor | Cure Amount |
|---|---|
| Landmark Aviation-Sioux Falls | $ 39,922.07 |
| Federal Transport (Doreen Wetham) | $ 13,452.09 |
| Aviation GSE America, Inc. | $ 10,813.13 |
| Core Transport Technologies, Inc. | $ 6,756.95 |
| Pierce Leasing | $ 584.64 |

**J.    Impaired Claims.**

Impaired Claims include those whose legal, equitable or contractual rights are altered by the Plan, even if the alteration is beneficial to the Creditor, or if the full amount of the Allowed Claims will not be paid under the Plan. Holders of Claims which are not impaired under the Plan are deemed to have accepted the Plan pursuant to Section 1126(f) of the Bankruptcy Code and the Debtor need not solicit the acceptances of the Plan of such unimpaired Claims. Holders of Claims which are to receive nothing under the Plan are deemed to have voted to reject the Plan. There are no such Claims in the Plan. As such, holders of Claims in Classes 4 and 5 under the

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

Plan are entitled to vote.  Holders of Equity Security Interests are not entitled to vote.

**K.      Voting Procedures.**

**1.      Submission of Ballots.**

All Creditors in Class 4 and Class 5 are entitled to vote and will be sent a Ballot, together with instructions for voting, a copy of this approved Disclosure Statement and a copy of the Plan. You should read the Ballot carefully and follow the instructions contained therein.  Please use only the Ballot that was sent with this Disclosure Statement.  You should complete your Ballot and return it as follows:

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone:  775.229.4219
Facsimile:  775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

**TO BE COUNTED, YOUR BALLOT MUST BE RECEIVED AT THE ADDRESS LISTED ABOVE BY THE DATE AND PREVAILING PACIFIC TIME SET FORTH IN THE ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, A COPY OF WHICH IS SERVED ON YOU ALONG WITH THIS DISCLOSURE STATEMENT.**

**2.      Incomplete Ballots.**

Unless otherwise ordered by the Bankruptcy court, Ballots which are signed, dated and timely received, but on which a vote to accept or reject the Plan has not been indicated, will be counted as a vote in favor of the Plan.

**3.      Withdrawal of Ballots.**

A Ballot may not be withdrawn or changed after it is cast unless the Bankruptcy Court permits you to do so after notice and a hearing to determine whether sufficient cause exists to permit the change.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

52

4.        **Questions and lost or damaged Ballots.**

If you have any questions concerning these voting procedures, if your Ballot is damaged or lost or if you believe you should have received a Ballot but did not receive one, you may contact:

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone:  775.229.4219
Facsimile:  775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

L.        **Alternatives To The Plan**

The Plan Proponents believe that the Plan provides Creditors the best and most complete form of recovery available.  As a result, the Plan Proponents believe that the Plan serves the best interests of all Creditors and parties-in-interest in the Chapter 11 Case.

The Plan Proponents believe not only that the Plan, as described herein, fairly adjusts the rights of various Classes of Creditors and enables the Creditors to realize the greatest sum possible under the circumstances, but also that rejection of the Plan in favor of some theoretical alternative method of reconciling the Claims of the various Classes will require, at the very least, an extensive and time consuming negotiation process and/or litigation and will not result in a better recovery for any Class.

1.        **Alternative Plans of Reorganization.**

Under the Bankruptcy Code, a debtor has an exclusive period of one hundred and twenty (120) days and an additional vote solicitation period of sixty (60) days from the entry of the order for relief during which time, assuming that no trustee has been appointed by the Bankruptcy Court, only a debtor may propose and confirm a plan.  After the expiration of the initial one hundred and eighty (180) day period and any extensions thereof, Debtor, or any other party-in-interest, may propose a different plan provided the exclusivity period is not further

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

1    extended by the Bankruptcy Court.

2    The only alternative available to the Estate is liquidation under Chapter 7 of the

3    Bankruptcy Code.  As set forth above, the Plan Proponents believe that Creditors, other than

4    Administrative Creditors, will receive little, if any, recovery in a Chapter 7 liquidation.

5    **2.    <u>Liquidation Under Chapter 7.</u>**

6    If a plan cannot be confirmed, a Chapter 11 case may be converted to a case under

7    Chapter 7 of the Bankruptcy Code, in which a Chapter 7 trustee would be elected or appointed to

8    liquidate the assets of a debtor for distribution to its creditors in accordance with the priorities

9    established by the Bankruptcy Code.  For a discussion of the effect that a Chapter 7 liquidation

10   would have on the recovery by Creditors and Equity Security Holders, see Section X(C),

11   "Confirmation of the Plan -- Best Interest of Creditors and Equity Security Holders and

12   Liquidation Analysis."

13   **XI.**
**<u>LITIGATION CLAIMS</u>**

14

15   The Plan provides that Litigation Claims will be transferred to the Reorganized Debtor on

16   the Effective Date.  Without limiting the Plan provisions for claims resolution, the Reorganized

17   Debtor will continue to prosecute and defend the Henry Litigation, to the extent Henry preserves

18   his right to pursue his Claim as set forth in the Plan, in the court in which that Litigation is

19   currently pending, including any appeals therefrom and, upon entry of final judgment on appeal,

20   by the trial court or by consensual resolution, the claim of Henry will be deemed either an

21   Allowed Claim, in whole or part, or it will be disallowed, in whole or part.   Because Henry did

22   not timely file a Proof of Claim, his Claim is Disallowed and the Henry Litigation will be

23   dismissed.

24

25

26   / / /

27   / / /

28   / / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

## XII.
## RECOMMENDATION AND CONCLUSION

The Plan provides the best possible recovery for Creditors and Equity Security Holders. Accordingly, to the extent any Class is entitled to vote, the Debtor recommends that all Creditors and Equity Security Holders who are entitled to vote on the Plan should vote to accept the Plan.

DATED this 23rd day of November, 2015.

DAVIS GRAHAM & STUBBS LLP

/s/ Cecilia Lee
CECILIA LEE, ESQ.

HARTMAN & HARTMAN, LTD.

/s/ Jeffrey L. Hartman, Esq.
JEFFREY L. HARTMAN, ESQ.

DOWNEY BRAND, LP

/s/Sallie B. Armstrong, Esq.
SALLIE B. ARMSTRONG, ESQ.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

55

# EXHIBIT A

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone:  775.229.4219
Facsimile:  775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
Nevada State Bar No. 1607
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for Debtor Matheson Flight Extenders, Inc.

DOWNEY BRAND LLP
Sallie B. Armstrong, Esq.
Nevada State Bar No. 1243
Michael B. Knox, Esq.
Nevada State Bar No. 8143
100 West Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: (775) 329-5900
Facsimile:  (775) 786-5443
Email:  reno@downeybrand.com

Attorneys for Co-Proponent Matheson Trucking, Inc.

Electronically Filed November 23, 2015

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS,<br>INC.,<br>              Debtor. | Case No. BK-N-15-50541-BTB<br>Chapter 11 Case<br><br>**SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Hearing Date:  December 16. 2015<br>Hearing Time:  2:00 p.m. |

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

3962111.2

Debtor and Debtor-in-Possession Matheson Flight Extenders, Inc. ("Debtor" or "MFEI") and co-proponent Matheson Trucking, Inc. ("Trucking" and, along with the Debtor, the "Plan Proponents") submit this Plan of Reorganization ("Plan") pursuant to Section 1121(a) of the Bankruptcy Code for the resolution of the outstanding claims of the Creditors and Equity Security Holders of the Debtor.   All parties-in-interest should refer to the Disclosure Statement for a discussion of the Debtor's and Trucking's history, assets, and for a summary and analysis of this Plan and certain related matters.

Subject to the restrictions on modifications set forth in Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, and those restrictions on modification set forth herein, the Plan Proponents expressly reserve the right to alter, amend, strike, withdraw or modify this Plan one or more times before its substantial consummation.

## 1.    DEFINITIONS, RULES OF INTERPRETATION

### 1.1    Definitions.

For purposes of this Plan, except as expressly provided or unless the context otherwise requires, all capitalized terms not otherwise defined shall have the meanings ascribed in this Section 1.  Any term used in this Plan that is not defined herein, but is defined in the Bankruptcy Code or the Bankruptcy Rules, shall have the meaning ascribed to that term in the Bankruptcy Code or the Bankruptcy Rules, in that order of priority.  Whenever the context requires, such terms shall include the plural as well as the singular, the masculine gender shall include the feminine, and the feminine gender shall include the masculine.  As used in this Plan, the following terms shall have the meanings specified below.

**A.    Administrative Claim.**  A Claim for any cost or expense of administration of the Chapter 11 Case allowed under Sections 507(b) or 546(c) of the Bankruptcy Code and entitled to priority under Section 507(a)(1) of the Bankruptcy Code, including, but not limited to (i) fees payable pursuant to Section 1930 of Title 28 of the United States Code; (ii) the actual and necessary costs and expenses incurred after the Petition Date of preserving the Estate, including wages, salaries or commissions for services rendered after the commencement of the Chapter 11 case; and (iii) all professional fees approved by the Bankruptcy Court pursuant to interim and

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

2

final allowances. To the extent that a Claim is allowed as an Administrative Claim pursuant to Section 365(d)(3) of the Bankruptcy Code, such Claim shall also be deemed an Administrative Claim under this paragraph.

      **B.**    **Administrative Claim Bar Date.**    Forty-five days after the Effective Date.

      **C.**    **Allowed Claim.** Any claim, or any portion thereof, against Debtor (except for an Unclassified Claim): (i) as to which a proof of claim has been filed with the Court within the time fixed by the Court or, if such claim arises from the Debtor's rejection of an unexpired lease or other executory contract, within thirty (30) days after the Effective Date of the Plan, or (ii) which is scheduled as of the Confirmation Date of the Plan in the schedules filed by the Debtor or amended by the Debtor as of said date, and is liquidated in amount and undisputed; and in either of the above events, as to which no objection to allowance of such claim or request for subordination thereof has been filed within any applicable time period fixed by the Court or as to which an order allowing such claim and establishing its priority has become final and non-appealable. To the extent any Litigation Claim is not otherwise resolved in this Plan or is otherwise dismissed for failure of the Creditor to timely file a proof of claim, any Litigation Claim against the Debtor will be an Allowed Claim upon entry of a final determination after post-judgment proceedings and appellate rights are exhausted.

      **D.**    **Bankruptcy Case**. The pending Chapter 11 case entitled <u>In re: Matheson Flight Extenders, Inc.</u>, Case No. BK-N-15-50541-BTB.

      **E.**    **Bankruptcy Code**. The Bankruptcy Code of 1978, as codified in Title 11 of the United States Bankruptcy Code by Public Law 95-598, including all amendments thereof and thereto applicable to the Bankruptcy Case.

      **F.**    **Bankruptcy Court**. The United States Bankruptcy Court for the District of Nevada, Reno, or such other court as has jurisdiction of the Bankruptcy Case.

      **G.**    **Bankruptcy Rules**. Collectively, the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court as applicable to the Chapter 11 Case.

      **H.**    **Bar Date**. August 17, 2015, the date established by the Notice of Commencement of Case for the filing of proofs of Claim by Creditors and October 16, 2015, the

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

3

1    date established by the Notice of Commencement of Case for the filing of proofs of claims by

2    certain governmental creditors.

3        **I.    Claim.**  Any right to payment, whether or not such right is reduced to judgment,

4    liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal,

5    equitable, secured or unsecured; or any right to an equitable remedy for breach of performance,

6    if such breach gives rise to a right to payment, whether or not such right to an equitable remedy

7    is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or

8    unsecured.

9        **J.    Colorado Litigation.**  <u>Camara, et al. v. Matheson Flight Extenders, Inc., et al.</u>,

10    filed in the United States District Court for the District of Colorado, Civil Action No.: 12-CV-

11    03040-CMA-CBS.

12        **K.    Confirmation Date.**  The date upon which an order is entered in the Bankruptcy

13    Case confirming the Plan, including amendments thereto.

14        **L.    Confirmation Hearing.**  The duly noticed initial hearing held by the Bankruptcy

15    Court to confirm this Plan pursuant to Sections 1128 and 1129 of the Bankruptcy Code, and any

16    subsequent hearing held by the Bankruptcy Court from time to time to which the initial hearing

17    is adjourned without further notice other than the announcement of the adjourned dates at the

18    Confirmation Hearing.

19        **M.    Confirmation Order.**    The order entered by the Bankruptcy Court

20    confirming this Plan.

21        **N.    Creditor.**  Any holder of a Claim, whether or not such Claim is an Allowed

22    Claim.

23        **O.    Debtor.**  Matheson Flight Extenders, Inc., a California corporation.

24        **P.    Default Under the Plan.**  If the Debtor fails to make any payment when due

25    under this Plan and that payment is not cured within one month thereafter, a Default Under the

26    Plan will exist.

27        **Q.    Disclosure Statement.**  The written disclosure statement that relates to this Plan,

28    as conditionally approved by the Bankruptcy Court pursuant to Section 1125 of the Bankruptcy

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

4

Code and Bankruptcy Rule 3017, as such disclosure statement may be amended, modified or supplemented from time to time.

**R.** **Disputed Claim.** A Claim that is (i) subject to timely objection interposed by the Debtor or any party-in-interest entitled to file and prosecute such objection in this Chapter 11 case, if at such time the objection remains unresolved; (ii) listed by the Debtor as disputed unliquidated or contingent in the Bankruptcy Schedules; or (iii) if no objection has been timely filed, a Claim which has been asserted in a timely filed proof of claim in an amount greater than or in a Class different than that listed by the Debtor in the Bankruptcy Schedules as Liquidated in amount and not disputed or contingent; provided, however, that the Bankruptcy Court may estimate a Disputed Claim for purposes of allowance pursuant to Section 502(c) of the Bankruptcy Code. The term "Disputed", when used to modify a reference in this Plan to any Claim or Class of Claims shall mean a Claim that is a Disputed Claim as defined herein. In the event there is a dispute as to classification or priority of a Claim, it shall be considered a Disputed Claim in its entirety. Until such time as a Disputed Claim becomes fixed and absolute, such Claim shall be treated as a Disputed Claim and not an Allowed Claim for purposes related to allocations and distributions under this Plan. A Disputed Claim includes each Litigation Claim, including without limitation any Claim of any plaintiff in Henry v. Matheson Flight Extenders, Inc., Case No. 15AC-CC0082 (Circuit County Court, Cole County, MO, class action Fair Credit Reporting Act lawsuit), and the claim, if any, of Kristi Blowers in an EEOC employment discrimination proceeding.

**S.** **Disputed Claim Reserve.** The Reserves established to hold in one or more accounts of cash equal to the aggregate amount thereof as provided for in this Plan that would have been distributed on a Distribution Date on account of a Disputed Claim or as otherwise established by Final Order.

**T.** **Distribution.** Any Distribution by the Debtor or the Reorganized Debtor to the holders of Allowed Unclassified Claims, Allowed Priority Claims and Allowed Claims in accordance with the terms of this Plan.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

5

1    **U.**    **Distribution Date.**    Each of: (a) the date on which the Debtor makes a

2    Distribution pursuant to any order entered by the Bankruptcy Court to Allowed Unclassified

3    Claims, Allowed Priority Claims or Allowed Claims; (b) the date that is the first day of the third

4    month following the First Distribution Date on which the Reorganized Debtor will make

5    Distributions to holders of Allowed Claims in Class 4 and Class 5, and each successive first day

6    of the third month thereafter until the Allowed Claims in Class 4 and Class 5 are paid in

7    accordance with this Plan.

8    **V.**    **Effective Date.**    The first business day which is five days after the Confirmation

9    Order becomes a Final Order.

10    **W.**    **Effective Date Payment**.    The payment made by the Reorganized Debtor to

11    each Stipulating Judgment Creditor as defined in the Settlement Agreement in the amount of

12    $142,857, and the payment made by the Reorganized Debtor to each individual holder of an

13    Allowed Claim in Class 4 on the Effective Date in the amount of fourteen (14) percent of the

14    total amount of each such respective Claim, and the payment made to any counterparty to

15    effectuate a cure of an executory contract or unexpired lease of real property that is assumed.

16    **X.**    **Equity Security**.    Any equity security in the Debtor as the term is defined in

17    Section 101(16) of the Bankruptcy Code, which states "(A) share in a corporation, whether or

18    not transferable or denominated 'stock', or similar security; (b) interest of a limited partners in a

19    limited partnership; or (C) warrant or right, other than a right to convert, to purchase, sell, or

20    subscribe to a share, security, or interest of a kind specified in subparagraph (A) or (B) of this

21    paragraph."

22    **Y.**    **Equity Security Holder**.    The holder of an Equity Security of the Debtor.  For

23    purposes of this Plan, Joe Garrett, Inc. is the shareholder of the Debtor.  Trucking is the parent of

24    Joe Garrett, Inc., the indirect shareholder of the Debtor and a Plan Proponent.

25    **Z.**    **Federal Judgment Rate**.    The rate of interest on judgments as provided for by 28

26    U.S.C. §1961 as of the Petition Date.

27    **AA.**    **Final Order**.    An order, judgment or other decree of the Bankruptcy Court which

28    has been appealed but which has not been vacated, reversed, modified or amended or stayed, or

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

6

1   for which the time to appeal or seek review or rehearing has expired with no appeal having been

2   filed.

3       **BB.**    **First Distribution Date.**    April 1, 2016, the date on which the Reorganized

4   Debtor will make a Distribution on the Allowed Claims in Class 4 and Class 5.

5       **CC.**    **Litigation Claim.**    All rights, claims, torts, liens, liabilities, obligations, action,

6   causes of action, avoidance actions, derivative actions, proceedings, debts, contracts, judgments,

7   damages and demands whatsoever in law or in equity, whether known or unknown, contingent or

8   otherwise, that Debtor or the Estate may have against any person, or that any person may have

9   against the Debtor or the Estate.  Failure to list a Litigation Claim herein or in the Disclosure

10  Statement shall not constitute a waiver or release by the Debtor or the Reorganized Debtor.

11      **DD.**    **Matheson Trucking, Inc.**    The parent corporation of Joe Garrett, Inc., the

12  indirect parent of MFEI and a Plan Proponent and sometimes referred to as a "Plan Proponent"

13  or as "Trucking".

14      **EE.**    **Net Operating Income.**  The cash generated from operations of the Reorganized

15  Debtor, minus Operating Costs and Operating Reserves.  "Net Operating Income" is sometimes

16  referred to as "Cash from Operations" in the Debtor's cash projections.

17      **FF.**    **New Value Contribution.**    The amount of $1,300,000 contributed by Trucking

18  to the Plan as an appropriate contribution pursuant to 11 U.S.C. §1129(b)(2)(B).

19      **GG.**    **Operating Costs.**  All costs associated with the operation, maintenance and

20  management of the Reorganized Debtor.

21      **HH.**    **Operating Reserves.**  The amount of cash determined in good faith by the

22  Debtor or the Reorganized Debtor as appropriate, from time to time, to be reserved and

23  maintained in order to pay all reasonably anticipated Operating Costs of the Reorganized Debtor

24  for up to a two month period of time.

25      **II.**    **Petition Filing Date.**  April 19, 2015, the date on which Debtor filed its voluntary

26  petition commencing the Bankruptcy Case.

27      **JJ.**    **Plan.**  This Plan of Reorganization, together with any amendments or

28  modifications thereto as may be hereafter filed by the Plan Proponents.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

7

**KK.    Reorganized Debtor.**  The entity known as Matheson Flight Extenders, Inc., a California corporation, created upon entry of the Confirmation Order.

**LL.    Secured Claim**.  A Claim that is secured by a Lien against property of the Estate to the extent of the value of any interest in such property of the Estate securing such Claim or to the extent of the amount of such Claim subject to setoff in accordance with Section 553 of the Bankruptcy Code, in either case as determined pursuant to Section 506(a) of the Bankruptcy Code.

**MM.    Settlement Agreement**.  The document entitled <u>Offer of Matheson Trucking, Inc. and Matheson Flight Extenders, Inc. to Mahamet Camara, Andre De Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke, and Dean Patricelli</u>, that was accepted by Mahamet Camara, Andre De Oliveira, Ernie Duke and Dean Patricelli, on the one hand, and Trucking and the Debtor, on the other hand, on November 13, 2015, and that was accepted by Bemba Diallo, Salif Diallo and Macire Diarra, on the one hand, and Trucking and the Debtor, on the other hand, on November 18, 2015.

**NN.    Settling Plaintiffs**.   The four plaintiffs in the Colorado Litigation, Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams, who entered into separate contracts with the Debtor and Matheson Trucking prepetition for the settlement and release of their claims in the Colorado Litigation and which contracts were not in default on the Petition Date and are not currently in default.

**OO.    Stipulating Judgment Creditors**.  The seven plaintiffs in the Colorado Litigation who did not settle with the Debtor and Trucking prepetition, namely, Andre De Oliveira, Bemba Diallo, Dean Patricelli, Ernie Duke, Macire Diarra, Mahamet Camara and Salif Diallo and who have entered into the Settlement Agreement with the Debtor and Trucking to fully, completely and finally resolve their respective Proofs of Claim filed in this Bankruptcy Case and to fully, completely and finally resolve and dismiss the Colorado Litigation.

**1.2    Computation of Time**.  In computing any period of time prescribed or allowed by this Plan, unless otherwise expressly provided, the provisions of Bankruptcy Rule 9006(a) shall apply.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

8

**1.3    Rules of Interpretation**.    For purposes of this Plan only (i) any reference in this Plan to a contract, instrument, release, or other agreement or documents being in particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions; (ii) any reference in this Plan to an existing document or exhibit filed or to be filed means such document or exhibit as it may have been or may be amended, modified, or supplemented; (iii) unless otherwise specified, all references in this Plan to Sections, Articles, schedules and exhibits are references to Sections, Articles, schedules or exhibits of or to this Plan; (iv) the words "herein," "hereof," hereto," and "hereunder" refer to this Plan in its entirety rather than to a particular portion of this Plan; (v) captions and headings to Articles and Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of this Plan; and (vi) the rules of constructions and definitions set forth in Sections 101 and 102 of the Bankruptcy Code and in the Bankruptcy Rules shall apply unless otherwise expressly provided.

**2.    TREATMENT OF UNCLASSIFIED CLAIMS**

Pursuant to Section 1123(a)(1) of the Bankruptcy Code, Unclassified Claims against the Debtor are not designated as Classes and the holders of such claims are not entitled to vote on this Plan.  The treatment of Unclassified Claims is consistent with the requirements of Section 1129(a)(9)(A) of the Bankruptcy Code.

**2.1    Administrative Claims**.

Administrative Claims that have been allowed by final order of the Bankruptcy Court will be paid on the Effective Date or, if not Allowed by the Effective Date, then at such time as the administrative claimant and the Debtor agree.  Except as provided herein, Administrative Claims that are allowed will be paid from the Reorganized Debtor's Net Operating Income.

Unless provided for payment in this Plan, all requests for payment of Administrative Claims against Debtor must be filed by the Administrative Claims Bar Date or the holders thereof shall be forever barred from asserting such Administrative Claims against the Plan Proponents and the Reorganized Debtor.  Requests for Administrative Claims may be amended to include any fees and costs incurred after the Effective Date.  Because the Official Committee

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

of Unsecured Creditors will be dissolved no later than the Effective Date, the Plan Proponents anticipate that requests for Administrative Claims on behalf of its professionals incurred after the Effective Date will be limited to any fees and costs incurred in seeking final awards authorizing payment of fees and costs.

The Administrative Claims that the Plan Proponents seek approval of in this Plan and that they propose to pay from the Reorganized Debtor's Net Operating Income on the Effective Date are as follows:

Allowed professional fees to Hartman & Hartman, Ltd.; Lee & High, Ltd., Campbell Litigation, Davis Graham & Stubbs, LLP, Pacific Capital Transactions, McDonald Carano Wilson and Henry & Horne, LLP.

**2.2    Priority Claims.**

All Priority Claims of any kind specified in Sections 507(a)(1) through (a)(10) are not classified and are excluded from the following classes in accordance with Section 1123(a)(1) of the Bankruptcy Code. All Priority tax claims, if any, will be paid by the Reorganized Debtor (a) on the Distribution Date; (b) such other time as is agreed to by the holder of such Claim and the Debtor and the holder of such Claim prior to the Effective Date or the Reorganized Debtor and the holder of such Claim after the Effective Date; or (c) regular payments in case of a total value, as of the Effective Date of the Plan, equal to the allowed amount of such claim, over a period ending not later than 5 years after the Petition Date and in a manner not less favorable than the most favored nonpriority unsecured Claim provided by this Plan.

The Priority Claims that have been filed are as follows:

Franchise Tax Board, $882.02

City and County of Denver, $5,569.50

The Debtor believes that these Priority Claims are either not owed or are not yet due. The Debtor will attempt to resolve these Priority Claims with the respective creditor and, to the extent any amounts are due, will either pay those amounts on the Effective Date or, if the Debtor has not been able to resolve the matter by that date, will reserve the funds necessary to satisfy the Claim and will pay it when the Claim has been resolved.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

### 2.3    Fees to Office of the United States Trustee.

All fees required to be paid to the United States Trustee will be paid in full upon confirmation of the Plan, and shall remain current until the case is fully administered or closed, whichever occurs first.

### 3.    CLASSIFICATION OF CLAIMS AND INTERESTS

Pursuant to Section 1123(a)(1) of the Bankruptcy Code, all Claims against the Debtor, except Unclassified Claims, are placed in the following classifications as set forth below. The holders of Claims in Classes of Claims 4 and 5 are impaired and are entitled to vote on the Plan. The Class of Equity Security Interests is not impaired and is not entitled to vote.

**Class 1**:    Secured Claim of United States Postal Service, to the extent the Claim is a Secured Claim, for offset in the amount of $457,663.96.

**Class 2**:    Administrative Convenience Allowed Claims of Unsecured Creditors owed individually less than $13,500.00.

**Class 3**:    Allowed Claims of Settling Plaintiffs.

**Class 4**:    Allowed Claims of Unsecured Creditors individually owed more than $13,500.00 and not entitled to priority under Section 507 of the Bankruptcy Code and not otherwise included in any other class hereof, including, without limitation, claims which may arise out of the rejection of executory contracts or unexpired leases.

**Class 5**:    Allowed Claims of the Stipulating Judgment Creditors.

**Class 6**:    Claim of Wells Fargo Bank, NA.

**Class 7**:    The claims and interests of the Equity Security Holders of the Debtor.

### 4.    TREATMENT OF CLAIMS AND INTERESTS

Classes of Claims and Interests shall be treated as set forth herein below.

**4.1.    Class 1** – The Secured Claim of the United States Postal Service will be paid in full on the Effective Date from the funds the United States Postal Service is holding to offset a debt owed by the Debtor in the amount of $457,663.96 in full satisfaction of the Claim of the United States Postal Service for $457,663.96.   Class 1 is not impaired and not entitled to vote.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

11

**4.2    Class 2** – Administrative Convenience Allowed Claims of Unsecured Creditors owed less than $13,500.00.  Plan Proponents propose to pay the Allowed Claims of Class 2 Creditors in full on the Effective Date.    Class 2 Creditors are unimpaired and are not entitled to vote.

**4.3    Class 3** – Allowed Claims of Settling Plaintiffs will receive Distributions from the Net Operating Income of the Reorganized Debtor in accordance with the terms of the respective pre-petition contract between the Debtor and Trucking, on the one hand, and each respective Settling Plaintiff, on the other hand.  Class 3 Creditors are unimpaired and are not entitled to vote.

**4.4    Class 4** – Allowed Claims of Unsecured Creditors individually owed more than $13,500 will be paid 100 percent of their Allowed Claims plus interest at the Federal Judgment Rate, with an Initial Payment of 14 percent of each Allowed Claim on the Effective Date, and the balance of each Allowed Claim over eight years in quarterly installments.   At the entire discretion of the Reorganized Debtor, the Reorganized Debtor may prepay any Minimum Distribution on Allowed Claims in Class 4 entirely at the discretion of the Reorganized Debtor from Net Operating Income.  Discretionary payments from Net Operating Income, if any, will be made proportionately to every holder of an Allowed Claim in Class 4.

**4.5    Class 5** – In full satisfaction of the Proof of Claim each Stipulating Judgment Creditor filed herein, the Stipulating Judgment Creditors will be paid in accordance with the Settlement Agreement as follows: to each Stipulating Judgment Creditor, Trucking has made the Initial Payment as defined in the Settlement Agreement in the amount of $185,714; on the Effective Date, the Reorganized Debtor will pay to each Stipulating Judgment Creditor the amount of $142,857 as the Effective Date Payment; and the Reorganized Debtor will pay the sum of $714,286 in 32 equal quarterly payments with the first quarterly payment to commence April 1, 2016.  The amount awarded to each Stipulating Judgment Creditor as back pay in the Colorado Judgment shall be paid to that Stipulating Judgment Creditor as wages (i.e., subject to withholdings and reported on an IRS form W-2); the remainder of the payments to each Stipulating Judgment Creditor shall be paid in gross, reported on IRS form 1099s, and allocated

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

12

1 between payments to the Stipulating Judgment Creditor and his counsel as directed in advance

2 by counsel; and any payment due to a Stipulating Judgment Creditor will be made by check

3 made payable to the Stipulating Judgment Creditor and delivered to the Stipulating Judgment

4 Creditor in care of his counsel.

5     **4.6.**    **Class 6 –**Wells Fargo Bank, NA will retain its guaranty against the Debtor and

6 will be entitled to enforce it in the event of a material default on the terms of the Forbearance

7 Agreement and Credit Agreement. The Class 6 Creditor is unimpaired and is not entitled to vote.

8     **4.7**    **Class 7 –** Equity Security Holders will retain their interests in the Reorganized

9 Debtor. Equity Security Interests are unimpaired and the holders of Equity Security Interests are

10 conclusively deemed to have accepted the Plan pursuant to §1126(f) of the Bankruptcy Code.

11 Therefore, the holders of Equity Security Interests are not entitled to vote to accept or reject the

12 Plan.

13     **5.**     **<u>MEANS TO EFFECTUATE THE PLAN</u>**

14     **5.0**    **Means to Effectuate Plan.** The Plan Proponents intend to effectuate the Plan in

15 one of two alternative means, as follows:

16     This Plan provides that the Debtor will continue to exist on and after the Effective

17 Date as the Reorganized Debtor. The Plan will be implemented as follows:

18     **5.0.1**    The Debtor will, as the Reorganized Debtor, continue to exist after the

19 Effective Date, with all the corporate powers under applicable law and without prejudice to any

20 right to alter or terminate such existence (whether by merger, dissolution or otherwise) under

21 applicable state law, and the Debtor may enter into and consummate one or more corporate

22 restructuring transactions, including, but not limited to, changing the business or corporate form

23 of the Debtor. Except as otherwise provided herein, after the Effective Date Payment is made,

24 all property of the Estate of the Debtor, and any property acquired by the Debtor or Reorganized

25 Debtor under the Plan, will vest in the Reorganized Debtor, free and clear of all Claims, liens,

26 charges, other encumbrances and interests, other than those otherwise expressly provided for

27 pursuant to the Plan. On and after the Effective Date, the Reorganized Debtor may operate its

28 business and may use, acquire and dispose of property and compromise or settle any Claims

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

13

without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules, other than those restrictions expressly imposed by the Plan or the Confirmation Order. Without limiting the foregoing, the Reorganized Debtor may pay the charges that it incurs on or after the Effective Date for Professionals' fees, disbursements, expenses or related support services (including fees relating to the preparation of Professional fee applications) without application to the Bankruptcy Court. To the extent the Reorganized Debtor has Net Operating Income, the Reorganized Debtor will use its Net Operating Income to meet Effective Date requirements and to make Distributions under the Plan. Distributions under the Plan will be made from the New Value Contribution and Debtor's Net Operating Income. The New Value Contribution has been made to the Reorganized Debtor by Trucking.

**5.0.2.** In accordance with Section 1123(b)(3) of the Bankruptcy Code, all Litigation Claims will be assigned and transferred to the Reorganized Debtor.

**5.0.3.** The Reorganized Debtor will continue to prosecute and defend the Disputed Claims in the court or administrative venue in which each is currently pending, including any appeals therefrom. To the extent the holders of Disputed Claims did not timely file Proofs of Claim, the Disputed Claims will be disallowed in their entirety and any pending Litigation related thereto will be dismissed with prejudice. In addition, the Reorganized Debtor will continue to prosecute any and all Litigation Claims in the discretion of the Reorganized Debtor, including obtaining dismissal of any Litigation Claim for which the Creditor did not timely file a Proof of Claim.

**5.0.4** The Settlement Agreement, which is incorporated herein by this reference as if fully set forth herein, shall be deemed in full force and effect and approved in its entirety. The Settlement Agreement shall be binding upon the parties thereto, including all successors and assigns. The Stipulating Judgment Creditors and the Plan Proponents will take all steps necessary to effectuate all terms of the Settlement Agreement, whether or not set forth in full herein.

///

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

14

**5.1**    **Effective Date Events**.  On the Effective Date, the following events shall occur:

**5.1.1**    The Reorganized Debtor will be created as set forth in this Plan and the Confirmation Order.

**5.1.2.**    Trucking shall be deemed to have made a New Value Contribution to the Debtor.

**5.1.3.**    Effective Date Payments to Creditors as set forth in this Plan as required to be made on the Effective Date will be made.

**5.1.4**    The Reorganized Debtor will continue to operate the business of the Debtor.

**5.1.5**    The Settlement Agreement will be in full force and effect and all of its terms, whether or not set forth herein will be fully enforceable and binding on all parties.

**5.1.6**    To the extent the Official Committee of Unsecured Creditors has not previously been disbanded, it will be dissolved.

**5.2**    **Procedures for Resolving Disputed Claims**

**5.2.1    Prosecution of Objections to Claims**

The Bar Date for filing proofs of claim is August 17, 2015 for nongovernmental Creditors and October 16, 2015, for certain governmental creditors.  After the Confirmation Date, only the Debtor or the Reorganized Debtor will have the authority to file, settle, compromise, withdraw or litigate to judgment objections to Claims, including pursuant to any alternative dispute resolution or similar procedures approved by the Bankruptcy Court.  After the Effective Date, the Reorganized Debtor may settle or compromise any Disputed Claim without approval of the Bankruptcy Court.

**5.2.2    Treatment of Disputed Claims**

Notwithstanding any other provisions of the Plan, no payments or distributions will be made on account of a Disputed Claims until such Claim becomes an Allowed Claim. Any Disputed Claim for which a proof of claim was not timely filed will be disallowed in its entirety and any Litigation related thereto will be dismissed with prejudice.

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

15

### 5.2.3   Distributions on Account of Disputed Claims Once Allowed

The Reorganized Debtor will promptly make all distributions on account of any Disputed Claim that has become an Allowed Claim. Such distributions will be made pursuant to the provisions of the Plan governing the applicable Class.

### 5.2.4   Estimation

The Debtor or the Reorganized Debtor, as the case may be, may at any time request that the Bankruptcy Court estimate any Disputed Claim pursuant to section 502(c) of the Bankruptcy Code regardless of whether the Debtor or the Reorganized Debtor has previously objected to such Claim. The Bankruptcy Court will retain jurisdiction to estimate any Claim at any time, including during proceedings concerning any objection to such Claim. If the Bankruptcy Court estimates any Disputed Claim, such estimated amount may constitute either (a) the Allowed amount of such Claim, (b) the amount on which a reserve is to be calculated for purposes of any reserve requirement under the Plan, or (c) a maximum limitation on such Claim, as determined by the Bankruptcy Court.  If the estimated amount constitutes a maximum limitation on such Claim, the Debtor or the Reorganized Debtor, as the case may be, may elect to object to ultimate payment of such Claim. All of the aforementioned Claims objection, estimation and resolution procedures are cumulative and not necessarily exclusive of one another.

### 6.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES.

6.01.   Plan Terms Applicable to All Executory Contracts and Unexpired Leases Except for XL Catlin.

Any executory contract and unexpired lease that (i) has not expired by its own terms on or prior to the Effective Date, (ii) has not been assumed or rejected by the Debtor during the pendency of the Chapter 11 Case, (iii) is not listed in Exhibit H to the Disclosure Statement as executory contracts or unexpired leases to be rejected, and (iv) is not the subject of a pending motion to reject such executory contract or unexpired lease, shall be deemed assumed by the Debtor as of immediately prior to the Effective Date, and the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of any such assumption pursuant to section

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

16

365(a) and 1123 of the Bankruptcy Code. Any executory contract or unexpired lease listed in Exhibit H to the Disclosure Statement as an executory contract or unexpired lease to be rejected by the Debtor shall be deemed rejected by the Debtor as of immediately prior to the Effective Date, and the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of any such rejection pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

Entry of the Confirmation Order shall constitute (i) approval, pursuant to Section 365(a) of the Bankruptcy Code, of the assumption by the Reorganized Debtor of each executory contract and unexpired lease listed on Schedule A and each executory contract and unexpired lease assumed by prior order of the Bankruptcy Court, (ii) approval for the Estate to reject each executory contract and unexpired lease to which a Debtor is a party and which is not listed on Schedule A and neither assumed, assumed and assigned nor rejected by separate order prior to the Effective Date. Upon the Effective Date, each counter party to an executory contract or unexpired lease listed on Schedule A shall be deemed to have consented to assumption contemplated by Bankruptcy Code Section 365(c)(1)(B), to the extent such consent is necessary for such assumption. Any default entitled to monetary cure respecting any assumed executory contract or unexpired lease shall be paid on the Effective Date.

All proofs of claim arising from the rejection (if any) of executory contracts or unexpired leases must be filed with the Bankruptcy Court by no later than 30 days after the earlier of: (i) the date of entry of an order of the Bankruptcy Court approving any such rejection and (ii) the Effective Date. Any Claims arising from the rejection of an executory contract or unexpired lease for which no proof of claim was timely filed will be forever barred from assertion against the Debtor or the Reorganized Debtor, its estate and property. All such Claims shall, as of the Effective Date, be subject to the discharge and permanent injunctions set forth in the Plan.

Any monetary amounts by which an executory contract or unexpired lease to be assumed pursuant to the Plan is in default shall be satisfied pursuant to section 365(b)(1) of the Bankruptcy Code by payment of the default amount in cash or on such other terms as the parties to each such executory contract or unexpired lease may otherwise agree. In the event of any dispute regarding the amount of any cure payments, (a) the Bankruptcy Court will retain

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

17

1  jurisdiction to adjudicate any such dispute, and (b) if the Bankruptcy Court determines that any

2  such disputed cure amount is required to be paid (in full or in part) by the Debtor pursuant to

3  section 365(b)(1) of the Bankruptcy Code, the Debtor will pay such cure amount in the ordinary

4  course following entry of the Bankruptcy Court's Final Order resolving such cure dispute,

5  provided that, the Debtor or Reorganized Debtor shall have the right, following entry of such a

6  Final Order fixing a cure amount (if any) to reject the applicable executory contract or unexpired

7  lease and any such rejection shall be deemed to have occurred immediately prior to the Effective

8  Date.

9           6.02.    Plan Terms Applicable to XL Catlin.

10         Greenwich Insurance Company and XL Specialty Insurance Company (collectively, "XL

11  Catlin"), filed a secured claim in an undetermined amount arising out of unpaid premium

12  payments and other amounts due under certain insurance policies and non-policy agreements

13  issued by XL Catlin to Trucking, on its own behalf and on behalf of the Debtor, and/or entered

14  into between XL Catlin and Trucking, on its own behalf and on behalf of the Debtor, prior to the

15  Petition Date.

16         Prior to the Petition Date, XL Catlin issued certain insurance policies (collectively, with

17  the "Aviation Policy" referred to below, the "Policies") to Trucking, on its own behalf and on

18  behalf of the Debtor: (i) a Commercial General Liability Policy No. RGD9435053, having a

19  policy period March 1, 2015 through March 1, 2016; (ii) an Automobile Liability Policy No.

20  RAD500195, having a policy period March 1, 2015 through March 1, 2016; (iii) an Automobile

21  Liability Policy No. RAD 9435052, having a policy period March 1, 2015 through March 1,

22  2016; and (v) a Workers Compensation Policy No. RWD9435054, having a policy period March

23  1, 2015 through March 1, 2016.  Also prior to the Petition Date, XL Catlin issued an Aviation

24  Policy No. UA00010968AV15A, having a policy period March 1, 2015 through march 1, 2016

25  (the "Aviation Policy") to the Debtor.

26         Also prior to the Petition date, XL Catlin and Trucking, on its own behalf and on behalf

27  of the Debtor, entered into an Insurance Program Agreement (the "Insurance Program

28  Agreement") and a series of Plan Specification agreements (the "Plan Specifications" and, with

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

18

the Insurance Program Agreement, the "Non-Policy Agreements"). The Non-Policy Agreements establish and provide for, among other things, the payments the insureds are required to pay to XL Catlin (the "Obligations"), XL Catlin's right of offset, the security for the insureds Obligations that the insureds are required to deliver to XL Catlin (the "Collateral"), events of default and XL Catlin's rights in the event of default, including XL Catlin's use of the Collateral, the insureds' obligation to indemnify XL Catlin, and the parties' agreement with respect to arbitration.

Pursuant to the Non-Policy Agreements, Trucking, on its own behalf and on behalf of the Debtor, originally provided XL Catlin with a clean, unconditional and irrevocable letter of credit (the "Letter of Credit") in the amount of $2,500,000. For the policy period March 1, 2015 through March 1, 2016, the amount of the Letter of Credit has been increased to $6,340,000. XL Catlin has not drawn on the Letter of Credit.

As of the Petition Date, XL Catlin has a claim against the Debtor in an undetermined amount because, while all basic Premium has been paid as of that date, certain of the Policies have a retrospective premium feature, pursuant to which Incurred Losses are used to calculate and adjust the final Premium due. Accordingly, the amount of the Premium due in connection with the Policies will not be known until the relevant policy periods have expired and the necessary audits have been conducted.

All of the insureds' Obligations to XL Catlin are secured by XL Catlin's right of setoff, as provided under the Non-Policy Agreement and under other non-bankruptcy law. In addition, all of the insureds' Obligations to XL Catlin are secured by a security interest in the Collateral, the proceeds of the Collateral and any return premiums or other amounts that may be payable to the insureds by XL Catlin. XL Catlin's claim is secured by a credit in the amount of $21,104.04 owed by XL Catlin to the insureds in connection with a prior year's Workers Compensation policy. In addition, in the event XL Catlin draws on the Letter of Credit, XL Catlin's Claim also is secured by the proceeds of the Letter of Credit. Notwithstanding anything to the contrary in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court (including, without limitation, any

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

19

other provision that purports to be preemptory or supervening or grants an injunction or release, including, but not limited to, the injunctions set forth in Section 7.7 and 7.8 of the Plan):

(a) on the Effective Date, the Reorganized Debtor shall assume all the Policies, as amended or modified, issued at any time to the Debtor, its affiliates or predecessors, and all agreements related thereto, as amended or modified (collectively, the "Insurance Contracts");

(b) nothing in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court alters, modifies or otherwise amends the terms and conditions of or the coverage provided by any of the Insurance Contracts, except that as of the Effective Date the Reorganized Debtor shall become and remain liable for all of the Debtor's obligations and liabilities thereunder regardless of whether such obligations and liabilities arise before or after the Effective Date; *provided, however* that the Debtor or Reorganized Debtor, as applicable, shall retain the right to challenge any amounts owed under the Insurance Contracts in accordance with their terms, and the rights and obligations of the parties under the Insurance Contracts, whether or not such Insurance Contracts are executory or were in effect before or after the Petition Date, shall remain fully enforceable by the parties after the Effective Date;

(c) nothing in the Disclosure Statement, the Plan, the Confirmation Order, any other document related to any of the foregoing or any other order of the Bankruptcy Court, including without limitation any prepetition or administrative claim bar date order or claim objection order alters or modifies the duties, if any, that the insurers and/or third party administrators have to pay claims covered by the Insurance Contracts or the insurers' and/or third party administrators' rights to seek payment or reimbursement from the Debtor or, after the Effective Date, the Reorganized Debtor or to draw on any collateral or security therefor in accordance with the terms of the Insurance Contracts;

(d) insurers and third party administrators shall not need to nor be required to file or serve an objection to any proposed Cure Amount, or a request, application, claim, proof of claim or motion for payment of any prepetition or administrative claim, and shall not be subject to the any claim bar date or similar deadline governing Cure Amounts or prepetition or administrative

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

claims; and

(e) the automatic stay of section 362(a) of Bankruptcy Code and the injunctions set forth in Section 7.7 and Section 7.8 of the Plan, if and to the extent applicable, shall be deemed lifted without further order of the Bankruptcy Court solely to permit: (i) claimants with valid claims covered by any of the Insurance Contracts ("Insured Claims") to proceed with their Insured Claims; (ii) insurers and/or third party administrators to administer, handle, defend, settle, and/or pay, in the ordinary course of business and subject to the terms of the Insurance Contracts, without further order of the Bankruptcy Court, all Insured Claims and all costs in relation thereto; (iii) insurers and/or third party administrators to draw against any or all of any collateral or security provided by or on behalf of the Debtor or the Reorganized Debtor, as applicable, at any time and to hold the proceeds thereof as security for the obligations of the Debtor or the Reorganized Debtor, as applicable, to the applicable insurers and/or third party administrators and/or to apply such proceeds to the obligations of the Debtor or the Reorganized Debtor, as applicable, in accordance with the terms of  the Insurance Contracts, and (iv) insurers and/or third party administrators to cancel any insurance policies under the Insurance Contracts, and take other actions relating thereto, to the extent permissible under applicable non-bankruptcy law, each in accordance with the terms of the Insurance Contracts.

The terms set forth above are in full satisfaction of the Proof of Claim filed on behalf of XL Catlin in the Bankruptcy Case.

7.    **MISCELLANEOUS PROVISIONS**

**7.1**    On the Confirmation Date, immediately after the Effective Date Payment is made, all property of the estate of Debtor shall be re-vested in the Reorganized Debtor, which shall retain such property free and clear of all liens, claims, encumbrances and interests of the Creditors.   The name of the Reorganized Debtor will be Matheson Flight Extenders, Inc., a California corporation.

**7.2**    Reorganized Debtor will serve as disbursing agent and shall disburse all property to be distributed under the Plan.   Reorganized Debtor may employ or contract with other entities to assist in or to perform Distributions and shall serve without bond.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

**7.3** Confirmation of the Plan constitutes the discharge pursuant to 11 U.S.C. § 1141 of any and all liabilities of the Debtor which are discharged pursuant to the provisions of the Bankruptcy Code.

**7.4** In accordance with Section 1123(b)(3) of the Bankruptcy Code, any and all Litigation Claims that may exist shall be transferred and assigned to the Reorganized Debtor.

**7.5** The estate shall be deemed to be fully administered upon the commencement of Distribution to Creditors as set forth herein, and a final decree may be entered in accordance with Fed. R. Bankr. Pro. 3022. In the event of any default by the Reorganized Debtor in performing any term of this Plan, the Reorganized Debtor will have 60 days after receipt of written notice of such a default by the holder of an Allowed Claim within which to cure the default.

**7.6    Releases**

7.6.1   **Releases for All Creditors and Interested Parties Except the Settling Plaintiffs (Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams).** From and after the Effective Date, the following releases shall become effective: by and between the Debtor, on the one hand, and the holders of Claims with the exception of the Settling Plaintiffs (Moussa Dembele, Mohamed Kaba, Cresencio Sanchez and Ernest Williams), on the other hand, that to the fullest extent permissible under applicable law, as such law may be extended or interpreted subsequent to the Effective Date; each such person that has held, holds or may hold a Claim, whether Allowed, terminated, transferred, or conveyed pursuant to this Plan, Disallowed or is not entitled to receive any distribution pursuant to this Plan, in consideration for the obligations of the Reorganized Debtor and other contracts, instruments, releases, agreements or documents to be delivered in connection with this Plan, shall conclusively, absolutely, unconditionally, irrevocably and forever, release and discharge the Debtor from any claim or cause of action existing as of the Effective Date, including but not limited to, any claim or cause of action, interest, right, or dispute, including but not limited to any claim or cause of action, interest, right or dispute arising from, based on or relating to, in whole or in part, the subject matter of or the transactions or events giving rise to the Settlement Agreement and in the act, omission, occurrence or event in any matter relating to such subject matter, transaction or

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

1    obligation. This release is intended to be as broad as possible, and shall include the Debtor's

2    officers, directors, managers, attorneys, accountants, agents and employees.

3        7.6.2    **Releases for Settling Plaintiffs, Moussa Dembele, Mohamed Kaba,**

4    **Cresencio Sanchez and Ernest Williams.**    As set forth in the Settlement Agreement and

5    Release of All Claim between each of the Settling Plaintiffs, on the one hand, and the Debtor

6    and Trucking, on the other hand (defined therein as the "Matheson Defendants"), the following

7    releases apply as to each of the Settling Plaintiffs: "As a material inducement to the Matheson

8    Defendants to enter into this Agreement Plaintiff, as a free and voluntary act, forever releases,

9    discharges and covenants not to sue MATHESON for any Claims of any kind whatsoever,

10   which may have arisen on or prior to Plaintiff's execution of this Agreement, including but not

11   limited to (1) Claims relating in any way to Plaintiff's employment with MATHESON and/or

12   the employment opportunities that were provided and/or denied to Plaintiff, (2) Claims relating

13   in any way to the separation of Plaintiff's employment with MATHESON, (3) Plaintiff's

14   compensation by MATHESON, and (4) any other matter, cause or thing whatsoever which may

15   have occurred between Plaintiff and MATHESON on or prior to Plaintiff's execution of this

16   agreement."

17       7.7    **Plan Injunction.** From and after the Effective Date and except as provided in this

18   Plan and the Confirmation Order, all entities that have held, currently hold or may hold a Claim

19   or Equity Security Interest in the Debtor that is Allowed, terminated, transferred, or conveyed

20   pursuant to this Plan or Disallowed or is not entitled to receive any distribution pursuant to this

21   Plan, are permanently enjoined from taking any of the following actions on account of any such

22   claim or interest: (i) commencing or continuing in any manner any action or proceeding against

23   the Debtor or the Reorganized Debtor or any of their respective property; (ii) enforcing,

24   attaching, collecting or recovering in any manner any judgment, award, decree or order against

25   the Reorganized Debtor, or their respective property; (iii) creating, perfecting or enforcing any

26   lien or encumbrance against the Reorganized Debtor's property; (iv) asserting a setoff, right of

27   subrogation or recoupment of any kind against any debt, liability or obligation due to the

28   Reorganized Debtor or its property; (v) commencing or continuing any action, in any manner or

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

23

any place, that does not comply with or is inconsistent with the provisions of this Plan or the Bankruptcy Code.

**7.8    Supplemental Injunction Applicable Only to the Class 5 Stipulating Judgment Creditors.**    In order to preserve and promote the treatment of Creditors contemplated by and provided for in the Plan, except as otherwise expressly provided in the Plan or the Confirmation Order, all persons and any person claiming by or through them, which have held or asserted, which currently hold or assert, or which may hold or assert any Claims or any other causes of action, obligations, suits, judgments, damages, debts, rights, remedies, or liabilities of any nature whatsoever, and all Equity Interests, or other rights of a Holder of an equity security or other ownership interest, against any of the released parties based upon, attributable to, arising out of or relating to any Claim against or Equity Interest in the Debtor, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty or any other theory of law, equity or admiralty, shall be, and shall, as long as the Debtor is performing under its Plan and completes its Plan, be deemed to be, stayed, restrained and enjoined from taking any action against any Trucking for the purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any such Claims or other causes of action, obligations, suits, judgments, damages, debts, rights remedies or liability, and all Equity Interests or other rights of a holder of an equity security or other ownership interest, arising prior to the Effective Date, including, but not limited to (i) commencing or continuing in any manner any action or other proceeding, (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order, (iii) creating, perfecting or enforcing any lien or encumbrance, (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to any Released Party, and (v) commencing or continuing any action, in any manner, in any place that does not comply with or is inconsistent with the terms of the Plan.

**7.9    Exculpation.**  Through the Effective Date, the Plan Proponents, and their officers, directors, managers, attorneys, accountants, consultants, agents and employees since the Petition Date, including but not limited to any professionals employed by them pursuant to an order of

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

24

the Court under Sections 327 and 1103 of the Bankruptcy Code, shall not incur any liability to the Debtor or any other Creditor, Equity Security Interest or interest holder, and other parties in interest in the Bankruptcy Case for any act or omission in connection with or arising out of the Bankruptcy Case, including, without limitation, prosecuting confirmation of this Plan, the administration of this Estate, the Plan or the property to be distributed under this Plan, except for gross negligence or willful misconduct, and in all respects, such person will be entitled to rely on the advice of counsel with respect to their duties and responsibilities with respect to the Bankruptcy Case and this Plan.

7.10    In the event that any impaired Class entitled to vote is determined to have rejected this Plan in accordance with Section 1126 of the Bankruptcy Code, the Plan Proponents may invoke the provisions of Section 1129(b) of the Bankruptcy Code to satisfy the requirements for confirmation of this Plan.  The Plan Proponents reserve the right to modify this Plan to the extent, if any, that confirmation pursuant to Section 1129(b) of the Bankruptcy Code requires modification.

7.11    After the Effective Date, the Reorganized Debtor may object to Proofs of Claim. Any such objections shall be filed and served not later than 90 days after the Effective Date; provided, however, that such period may be extended by order of the Bankruptcy Court for good cause shown.

7.12    No Proof of Claim filed after the Bar Date shall be allowed, and all such Claims are deemed disallowed and forever barred.  No Creditor shall be permitted to amend any Proof of Claim except to decrease the amount owed.

7.13    This Plan shall be binding upon, and inure to the benefit of the Debtor, the Reorganized Debtor, Creditors, Equity Security Holders and their respective successors and assigns.

7.14    Except to the extent the Bankruptcy Code or other federal law is applicable or as provided in any contract, instrument, release or other agreement, the rights, duties and obligations of Debtor and any other person arising under this Plan shall be governed by and construed and enforced in accordance with the internal laws of the State of Nevada, without

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

25

giving effect to Nevada's choice of law provisions.

**7.15.** In the event of a Default Under the Plan, the Supplemental Injunction will no longer be of force and effect and the Stipulating Judgment Creditors will be entitled to file the Stipulated Judgment in the Colorado Court against Trucking and to enforce the Stipulated Judgment in accordance with the Settlement Agreement.

## 8.    RETENTION OF JURISDICTION

The Bankruptcy Court shall retain jurisdiction for the following specific purposes:

**8.1**    For the purpose specified in Section 1142 of the Bankruptcy Code;

**8.2**    The consideration of Claims and such objections as may be filed to the Claims of Creditors pursuant to Section 502 of the Bankruptcy Code, to decide or resolve any matter over which the Bankruptcy Court has jurisdiction pursuant to Section 505 of the Bankruptcy Code, and to file and prosecute any claims of the estate or counterclaims against such Creditors as may be permitted by law;

**8.3**    The fixing of compensation for the persons entitled thereto;

**8.4**    To hear and determine the amount of all encumbrances or the recovery of any preferences, transfers, assets or damages to which the Debtor's estate may be entitled under applicable provisions of the Bankruptcy Code or other federal, state, or local law;

**8.5**    To resolve any disputes regarding interpretation and enforcement of the Plan and the Settlement Agreement;

**8.6**    To implement the provisions of the Plan and the Settlement Agreement, including all provisions in the Plan which specify the retention of jurisdiction, and to make such further orders as will aid in consummation of the Plan, including granting declaratory relief, issuing injunctions, and ordering the transfers as set forth in the Plan after the Confirmation Date;

**8.7**    To adjudicate controversies regarding property of the Debtor's estate and regarding ownership thereof, including adjudication of causes of action which constitute property of the estate;

**8.8**    To modify this Plan in accordance with Section 1127 of the Bankruptcy Code;

/ / /

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

26

**8.9**    To enter such orders as may be necessary or appropriate to implement or consummate the provisions of this Plan and all contracts, instruments, releases and other agreements or documents created in connection with this Plan, the Settlement Agreement, the Disclosure Statement or the Confirmation Order; and

**8.10**    To enter a final decree and order closing the case.

## 9.    **MODIFICATION OF PLAN**

The Plan Proponents may modify the Plan with regard to the treatment of any Creditor class, in connection with any agreement or settlement with such Creditor class or in order to comply with the requirements of the Code as established by the Court, provided such modification does not materially adversely affect any other class of Creditors.    Such modifications may be reflected in the order confirming the plan of reorganization.    Any other modification of the Plan shall be in accordance with Section 1127 of the Code.

DATED this 23rd day of November, 2015.

DAVIS GRAHAM & STUBBS LLP

/s/ Cecilia Lee, Esq.
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

HARTMAN & HARTMAN, LTD.

/s/ Jeffrey L. Hartman, Esq.
JEFFREY L. HARTMAN, ESQ.

DOWNEY BRAND LLP

/s/ Sallie B. Armstrong, Esq.
SALLIE B. ARMSTRONG, ESQ.

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

# SCHEDULE A TO PLAN

Matheson Flight Extenders, Inc.
Summary of Executory Contracts
Schedule A to Plan
Subject to approve of the Debtor's Motion to Assume Professional Services Agreement

| | Contracting Party | Description of Contract | Cure Amount Due on Confirmation |
|---|---|---|---|
| 1 | Aviation G.S.E. America<br>120 Sylvan Avenue<br>Suite 114<br>Englewood Cliffs, NJ 07632 | Personal Property Rental Agreement<br>36 month rental agreement<br>Beginning date: June 3, 2014<br>1 - 2014 JBT Tech Commander 30i loader (New). | $10,813.13 |
| 2 | Core Transport Technologies LLC<br>6508 The Landings Dr.<br>Orlando, FL 32812 | Debtor is the Customer in Web Services Agreement and Addendum, for use of CORE Scanners and related accessories, to support Debtor's contract obligations with USPS. | $6,756.95 |
| 3 | Delta Airlines<br>1030 Delta Boulevard<br>Atlanta, GA 30354 | Airport Services Master Agreement dated November 6, 2014, Contract No. MA-2014-02487 Mail Handling Services Seattle Airport Annex December 1, 2014 to December 31, 2017. | |
| 4 | DHL<br>Attn: Christopher Hamilton<br>9401 Cargo Avenue, Ste. A<br>Austin, TX 78719 | Road - Feeder service between Austin and San Antonio, Texas airports, November, 2014 for 36 months. | |
| 5 | DHL Express<br>Attn: Shane Clark<br>Sen. Mgr. Of US Airside Operations<br>336 Wendell H. Ford Blvd.<br>Erlanger, KY 41018 | Ground Handling Agreements for Austin, Texas Boeing Field, Seattle, Portland, Oregon Cancellation on 30 days' notice. | |

1

2

| | Contracting Party | Description of Contract | Cure Amount Due on Confirmation |
|---|---|---|---|
| 6 | Federal Express Corporation<br>1148 First Avenue North<br>Billings, MT 59101 | Contract No. 04-0740-013, Aircraft Ground Handling Agreement, Billings, Montana Originally dated June 3, 2005; current extension expires August 31, 2016. | |
| 7 | Federal Transport<br>Attn: Doreen Whetham<br>Po Box 3714<br>Great Falls, MT 59403 | Material Handling Subcontract Great Falls, Montana, airport, month to month. | $13,452.09 |
| 8 | Landmark Aviation– Sioux Falls<br>Attn: Jack Browning<br>3501 Aviation Avenue<br>Sioux Falls, SD 57104-0197 | Material Handling Subcontract, Sioux Falls, South Dakota, airport, month to month. | $39,922.07 |
| 9 | Matheson Trucking, Inc.<br>100 Glen Carran Circle<br>Sparks, NV 89431 | Professional Services Agreement between Matheson Trucking, Inc. and Matheson Flight Extenders, Inc., dated September 17, 2014. | |
| 10 | Non-Mail, Ocean & Rail Surface Transportation CMC<br>United States Postal Service<br>1200 Mercantile Blvd., Suite 109<br>Largo, MD 20774-5389 | Consolidation Deconsolidation Facility Services Agreement; Contract No. 5BOCRA-12-B-0006 Cincinnati, Ohio; Contract No. 5BOCRA-14-B-0001; Portland, Oregon; Contract No. 5BOCRA-13-B-0005; Seattle, Washington October 1, 2015 to March 14, 2017. | |

| | Contracting Party | Description of Contract | Cure Amount Due on Confirmation |
|---|---|---|---|
| 11 | Terminal Handling<br>Air Transportation CMC<br>United States Postal Service<br>475 L'enfant Plaza, Sw, Room 1P650<br>Washington, DC 20260-0650 | Terminal Handling Services Contract<br>Contract No. 5A-13-A-0009<br>Albuquerque, New Mexico<br>Billings, Montana<br>Boise, Idaho<br>Charleston, West Virginia<br>Cincinnati, Ohio<br>Denver, Colorado<br>Sioux Falls, South Dakota<br>Spokane, Washington<br>Great Falls, Montana<br>Orlando, Florida<br>Louisville, Kentucky<br>Seattle, Washington<br>Salt Lake City, Utah<br>Tulsa, Oklahoma<br>Tucson, Arizona<br>May 31, 2014 to June 1, 2018, Opt. 2 year<br>Extension, terminable on 60 days' notice by USPS. | |
| 12 | Terminal Handling<br>Air Transportation CMC<br>United States Postal Service<br>475 L'enfant Plaza, SW, Room 1P650<br>Washington, DC 20260-0650 | Terminal Handling Services Contract<br>Contract No. 5A-12-A-0002<br>Anchorage, Alaska<br>Las Vegas, Nevada<br>Portland, Oregon<br>Phoenix, Arizona<br>Sacramento, California<br>September 1, 2012 to September 4, 2014; optional<br>2 year ext. September 6, 2014 to September 2, 2016<br>Terminable on 60 days' notice by USPS. | |

4

| | Contracting Party | Description of Contract | Cure Amount Due on Confirmation |
|---|---|---|---|
| 13 | United Parcel Service Co.<br>8203 National Turnpike<br>Louisville, KY 40214 | (Executory Contract)<br>Transportation and Cargo Handling Services Agreement<br>Billings, Montana<br>Charleston, West Virginia<br>Denver, Colorado<br>Salt Lake City, Utah<br>Originally dated July 22, 2008; current expiration is open ended, cancellation on 30 days' notice. | |

Matheson Flight Extenders, Inc.
Summary of Non-Residential Real Property Leases
Schedule A to Plan

| | Location | Landlord | Term | Cure Amount Due on Confirmation |
|---|---|---|---|---|
| 1 | 6200 Boeing Ave., Bldg B-2 Anchorage, AK 99502 | Alaska Cargoport, LLC | 5/1/2014 - 4/30/2016 | |
| 2 | 301 Eagle Mountain Road Charleston, WV 25311 | Central West Virginia Airport Authority | 6/1/2014 – 5/31/2018 | |
| 3 | 3720 Spirit Drive SE Albuquerque, NM 87106 | City of Albuquerque, Aviation Department | 12/11/2014 – 12/11/2018 | |
| 4 | 2425 E. Landstreet Rd. #200 Orlando, FL 32824 | DCT Boggy Creek FL LP | 6/1/2014 – for 48 months | |
| 5 | 1400 Air Cargo Road Great Falls, MT 59404 | Federal Express Corporation  *This is characterized as a License Agreement for Matheson Flight Extenders to use internal space designated by FedEx located on the premises leased by FedEx pursuant to that certain lease agreement dated 11/4/1999 between FedEx and Great Falls International Airport Authority. | 5/1/2014 – 4/30/2018 | |
| 6 | 1828 So. Perry Spokane, WA 99203 | John Miller | 2/5/2015 – 2/28/2020 | |
| 7 | 3650 E. Post Road, Suite D Las Vegas, NV 89120 | KTR Capital Partners | 5/1/2014 – 10/31/2016 | |

1

| | Location | Landlord | Term | Cure Amount Due on Confirmation |
|---|---|---|---|---|
| 8 | 4650 Air Freight Drive, Bays 2-7 Louisville, Kentucky 40209-0129 | Louisville Regional Airport Authority | 5/1/2015 – 4/30/2016 | |
| 9 | 2191 Overlook Drive Billings, MT 59105 | Pierce Leasing | 6/2/2014 – 6/1/2015 | $584.64 |
| 10 | 7425 NE Airtrans Way, #100 Portland, OR 97218 | Prologis, L.P. | 10/1/2014 – 9/30/2016 | |
| 11 | 588 So. Gladiola Street Salt Lake City, UT 84104 | Thomas P. Nielson & Assoc. *Sublease from Matheson Postal, Inc. for Salt Lake City Shop | 49 months beginning 10/1/2012 – 10/31/2016 | |
| 12 | 2590 So. 156th St Seattle, WA 98168 | USPS *as a Sublessor of Sea-Tac Air Cargo Limited Partnership, Lessor, acting by and through its general partner, Transiplex, a Washington Corporation | Initial term: 11/1/2009 – 4/11/2010; with renewal options | |
| 13 | Spokane Washington Airport | Spokane Airport Board 3707 S. Godfrey Boulevard, Suite 107 Spokane, WA 9924 *Use Agreement for access to east side area of Airport | Month to month | |
| 14 | 2600 E. Los Reales Road Tucson, AZ 85706 | Tucson Airport Authority | 6/1/2014 for 3 years | |

2

| | Location | Landlord | Term | Cure Amount Due on Confirmation |
|---|---|---|---|---|
| 15 | 2161 N. Cargo Road, Bldg. 2 Suite M Tulsa, OK 74115 | Tulsa Airports Improvement Trust | 6/1/2014 – 5/31/2018 | |

3

# EXHIBIT B

| Plaintiff | Back Pay Award | Comp. Damage Award | Total Econ. & Comp. Damage Award | Punitive Damage Award | Total Damage Award | Ratio of Punitive to Econ. & Comp. Damages | Revised Punitive Damage Award Range Under 1:1 - 2:1 Ratio | Revised Total Award Range Within 1:1 - 2:1 Proposed Ratio |
|---|---|---|---|---|---|---|---|---|
| Camara | $6,500 | $75,000 | $81,500 | $2,000,000 | $2,081,500 | 24.5:1 | $81,500-$163,000 | $163,000-$244,500 |
| De Oliveira | $11,600 | $75,000 | $86,600 | $2,000,000 | $2,086,600 | 23.1:1 | $86,600-$173,200 | $173,200-$259,800 |
| Bemba Diallo | $31,500 | $75,000 | $106,500 | $2,000,000 | $2,106,500 | 18.8:1 | $106,500-$213,000 | $213,000-$319,500 |
| Salif Diallo | $31,800 | $75,000 | $106,800 | $2,000,000 | $2,106,800 | 18.7:1 | $106,800-$213,600 | $213,600-$320,400 |
| Diarra | $122,600 | $75,000 | $197,600 | $2,000,000 | $2,197,600 | 10.1:1 | $197,600-$395,200 | $395,200-$592,800 |
| Duke | $39,300 | $75,000 | $114,300 | $2,000,000 | $2,114,300 | 17.5:1 | $114,300-$228,600 | $228,600-$342,900 |
| Patricelli | $74,800 | $200,000 | $274,800 | $2,000,000 | $2,274,800 | 07.3:1 | $274,800-$549,600 | $549,600-$824,400 |
| | | | | | | | | |
| Totals | $318,100 | $650,000 | $968,100 | $14,000,000 | $14,968,100 | 14.5:1 | $968,100-$1,936,200 | $1,936,200-$2,904,300 |

# EXHIBIT C

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

> ***PLEASE RETURN TO***
> *CSC*
> *2710 Gateway Oaks Drive, Suite 150N*
> *Sacramento, CA 95833*
> *Acct. #10011306*

```
13-7385188539
11/04/2013 16:28
                    FILED
                    CALIFORNIA
                    SECRETARY OF STATE
SOS

THI  40213160004   UCC 1 FILING   ILY
```

**1. DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| Matheson Trucking, Inc. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9785 Goethe Road | Sacramento | CA | 95827 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | Corporation | California | C0473481 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – Insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| Wells Fargo Bank, National Association | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 Capitol Mall, 7th Floor | Sacramento | CA | 95814 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of Debtor (whether now owned or hereafter acquired or arising), and all proceeds (in whatever form or nature) thereof.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]  **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

File w/ California Secretary of State Matter #3607355 / DMS #3480582

*872632-3  TMO*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV. 01/01/08)

# EXHIBIT D

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-7460551347**
**04/17/2015 16:41**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

48396730003  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*
*Acct. #10011306*

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** Matheson Postal Services, Inc. | | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS** 9785 Goethe Road | CITY Sacramento | STATE CA | POSTAL CODE 95827 | | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** Wells Fargo Bank, National Association | | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS** 333 Market Street, 3rd Floor | CITY San Francisco | STATE CA | POSTAL CODE 94105 | | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:

See Exhibit A attached hereto.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with the California Secretary of State. Matter# 3586542 DMS#3770619

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

JLS 590154 001 1 of 2

**EXHIBIT A**
**TO**
**UCC FINANCING STATEMENT**

This Exhibit A is attached to and made a part of that certain UCC Financing Statement naming MATHESON POSTAL SERVICES, INC. as Debtor, and WELLS FARGO BANK, NATIONAL ASSOCIATION as Secured Party.

The following is hereby incorporated into said UCC Financing Statement as the description of the collateral subject thereto:

All accounts, deposit accounts, chattel paper (whether electronic or tangible), instruments, promissory notes, documents, general intangibles, payment intangibles, software, letter of credit rights, health-care insurance receivables and other rights to payment (collectively called "Rights to Payment"), now existing or at any time hereafter, and prior to the termination hereof, arising (whether they arise from the sale, lease or other disposition of inventory or from performance of contracts for service, manufacture, construction, repair or otherwise or from any other source whatsoever), including all securities, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein, and in all goods returned by or repossessed from Debtor's customers, together with a security interest in all inventory, goods held for sale or lease or to be furnished under contracts for service, goods so leased or furnished, raw materials, component parts and embedded software, work in process or materials used or consumed in Debtor's business and all warehouse receipts, bills of lading and other documents evidencing goods owned or acquired by Debtor, and all goods covered thereby, now or at any time hereafter, and prior to the termination hereof, owned or acquired by Debtor, wherever located, and all products thereof (collectively called "Inventory"), whether in the possession of Debtor, warehousemen, bailees or any other person, or in process of delivery, and whether located at Debtor's places of business or elsewhere, together with whatever is receivable or received when any of the Rights to Payment or Inventory or proceeds thereof are sold, leased, collected, exchanged or otherwise disposed of, whether such disposition is voluntary or involuntary, including without limitation, all Rights to Payment, including returned premiums, with respect to any insurance relating to any of the foregoing, and all Rights to Payment with respect to any claim or cause of action affecting or relating to any of the foregoing.

All goods, tools, machinery, furnishings, furniture and other equipment, including all motor vehicles, tractors, trailers, and rolling stock and related equipment of every kind, now or at any time hereafter, and prior to the termination hereof, owned or acquired by Debtor, wherever located, whether in the possession of Debtor or any other person and whether located on Debtor's property or elsewhere, and all improvements, replacements, accessions and additions thereto and embedded software included therein (collectively called "Equipment"), together with whatever is receivable or received when any of the Equipment or proceeds thereof are sold, leased, collected, exchanged or otherwise disposed of, whether such disposition is voluntary or involuntary, including without limitation, (a) all accounts, contract rights, chattel paper (whether electronic or tangible), instruments, promissory notes, documents, general intangibles, payment intangibles and other rights to payment of every kind now or at any time hereafter arising out of any such sale, lease, collection, exchange or other disposition of any of the foregoing, (b) all rights to payment, including returned premiums, with respect to any insurance relating to any of the foregoing, and (c) all rights to payment with respect to any claim or cause of action affecting or relating to any of the foregoing.

# EXHIBIT E

| Type | Tag Number | Category | Asset ID | FED | Asset Description | Cost | Replacement | | Date | Class | Parent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | BOAT | 0000000243 | 8T2 | Rogue Tandem Axle Trailer | 4,795.00 | 4,795.00 | - | 8/31/1998 | 30080 | |
| TRUCK | N/A | BOAT | 0000000244 | 8T1 | 88 Trailer (boat) | 539.00 | 539.00 | - | 6/12/1998 | 30080 | |
| TRUCK | N/A | COMM | 0000000289 | | Satellite Phone | 6,402.00 | 6,402.00 | - | 4/9/1998 | 30080 | |
| TRUCK | N/A | COMM | 0000000270 | | Voice Mail System | 14,138.00 | 14,138.00 | - | 9/30/1998 | 30080 | |
| TRUCK | N/A | COMM | 0000000271 | | Two Way Messaging | 2,564.19 | 2,564.19 | - | 7/20/2000 | 48010 | |
| TRUCK | N/A | COMM | 0000000272 | | Battery Back-up System | 5,974.32 | 5,974.32 | - | 7/31/2001 | 48010 | |
| TRUCK | N/A | COMM | 0000000434 | | Cabling for Corp Off Reconfig | 765.00 | 765.00 | - | 3/31/2006 | 30080 | 0000000433 |
| TRUCK | N/A | COMM | 0000000435 | | Cabling for Corp Office Remod | 6,045.00 | 6,045.00 | - | 3/31/2006 | 30080 | 0000000433 |
| TRUCK | N/A | COMM | 0000000504 | | KABA DEVELOPMENT | 2,880.00 | 2,880.00 | - | 2/23/2007 | 30080 | 0000000433 |
| TRUCK | N/A | COMM | 0000000570 | | Goetha Phone System | 2,548.82 | 2,548.82 | - | 11/19/2008 | 30080 | |
| TRUCK | N/A | COMM | 0000000606 | | New Phone System- Dino | 21,959.00 | 21,959.00 | - | 9/15/2009 | 30080 | |
| TRUCK | N/A | COMPU | 0000000090 | 643 | Nordic Computers | 2,032.00 | 2,032.00 | - | 12/31/1992 | 30080 | |
| TRUCK | N/A | COMPU | 0000000103 | 1187 | Nordic Computers | 1,616.00 | 1,616.00 | - | 5/21/1993 | 30080 | |
| TRUCK | N/A | COMPU | 0000000108 | 126 | HP Laserjet Printer | 1,388.00 | 1,388.00 | - | 10/4/1993 | 30080 | |
| TRUCK | N/A | COMPU | 0000000110 | 1199 | HP Laserjet Printer | 1,378.00 | 1,378.00 | - | 2/9/1994 | 48010 | |
| TRUCK | N/A | COMPU | 0000000121 | | Nordic Computer | 1,496.00 | 1,496.00 | - | 9/28/1994 | 30080 | |
| TRUCK | N/A | COMPU | 0000000128 | 131 | Nordic Computer | 1,265.00 | 1,265.00 | - | 2/9/1994 | 30080 | |
| TRUCK | N/A | COMPU | 0000000131 | | Min Backup System | 2,120.00 | 2,120.00 | - | 1/10/1995 | 30080 | |
| TRUCK | N/A | COMPU | 0000000136 | 114 | HP 4SI Laser Printer | 3,472.00 | 3,472.00 | - | 6/12/1995 | 30080 | |
| TRUCK | N/A | COMPU | 0000000138 | 1328 | Pentium 100 System | 1,669.00 | 1,669.00 | - | 10/2/1995 | 30080 | |
| TRUCK | N/A | COMPU | 0000000140 | 1340 | MegaBook 770 Laptop | 2,980.00 | 2,980.00 | - | 10/13/1995 | 48010 | |
| TRUCK | N/A | COMPU | 0000000142 | 1326 | Chembook 5500 Laptop | 4,090.00 | 4,090.00 | - | 10/11/1995 | 30080 | |
| TRUCK | N/A | COMPU | 0000000144 | 921 | Pentium 100 System | 1,595.00 | 1,595.00 | - | 11/22/1995 | 30080 | |
| TRUCK | N/A | COMPU | 0000000147 | 920 | Pentium 100 System | 1,859.00 | 1,859.00 | - | 1/30/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000151 | 919 | Pentium 133 System | 1,755.00 | 1,755.00 | - | 5/14/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000153 | 165 | Epson DPX5000+ | 1,504.00 | 1,504.00 | - | 7/6/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000154 | 1372 | Pentium 133 System | 1,636.00 | 1,636.00 | - | 7/8/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000155 | 1375 | Pentium 133 system | 1,447.00 | 1,447.00 | - | 9/6/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000156 | 1376 | Pentium 133 System | 1,447.00 | 1,447.00 | - | 8/7/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000157 | | Dell Lat LM Notebook 133 | 2,731.00 | 2,731.00 | - | 10/7/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000158 | 160 | HP Laserjet 5 Printer | 1,401.00 | 1,401.00 | - | 10/13/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000159 | 7 | Pentium 133 System | 1,389.00 | 1,389.00 | - | 11/6/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000160 | 5 | Pentium 133 System | 2,153.00 | 2,153.00 | - | 11/6/1996 | 30080 | |
| TRUCK | N/A | COMPU | 0000000161 | | Dell Lat LM Notebook 133 | 4,463.00 | 4,463.00 | - | 1/29/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000162 | | Pentium 166 System | 1,669.00 | 1,669.00 | - | 2/4/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000163 | 10 | Empac Pentium 166 | 1,681.00 | 1,681.00 | - | 6/5/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000164 | 13 | Pentium 166 PCI System | 1,681.00 | 1,681.00 | - | 7/2/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000165 | 14 | Pentium 200 PCI System | 1,789.00 | 1,789.00 | - | 7/29/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000166 | 16 | Pentium 200 PCI System | 1,789.00 | 1,789.00 | - | 7/29/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000167 | 17 | Pentium 200 PCI System | 1,789.00 | 1,789.00 | - | 7/29/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000168 | 22 | Pentium 200 PCI System | 1,789.00 | 1,789.00 | - | 8/8/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000169 | 717 | Epson DPX8000 | 2,596.00 | 2,596.00 | - | 9/16/1997 | 30080 | |
| TRUCK | N/A | COMPU | 0000000170 | 837 | Micron LXE168 System | 2,187.00 | 2,187.00 | - | 9/19/1997 | 30080 | |

| FSI Unit | | Category | Asset ID | | Description | Acquired Value | Value | Dep | Date Acquired | Period |
|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | COMPU | 000000000171 | 698 | Micron MME200 System | 2,596.00 | 2,596.00 | 60 | 9/19/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000172 | | MSDN Software - NT upgrade | 2,330.00 | 2,330.00 | 60 | 9/28/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000173 | | MS Server Upgrade | 5,900.00 | 5,900.00 | 60 | 10/10/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000174 | 720 | Micron Millenia 300XKU | 5,404.00 | 5,404.00 | 60 | 10/9/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000175 | 196 | Micron Millenia 300XKU | 5,404.00 | 5,404.00 | 60 | 10/9/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000176 | 718 | Micron Millenia 300XKU | 5,404.00 | 5,404.00 | 60 | 10/9/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000177 | 770 | Micron Millenia MME233 | 2,703.00 | 2,703.00 | 60 | 10/15/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000178 | | Network Software upgrade | 9,502.00 | 9,502.00 | 60 | 11/11/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000179 | 705 | Micron Millenia MME233 | 3,026.00 | 3,026.00 | 60 | 10/24/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000180 | | Cheyenne Back-up software-NT | 1,416.00 | 1,416.00 | 60 | 12/23/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000181 | | SuperBack II Switch | 2,159.00 | 2,159.00 | 60 | 12/8/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000182 | | LH Prol6/200 Apps Server | 8,499.00 | 8,499.00 | 60 | 12/8/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000183 | | APC SmartUPS | 1,218.00 | 1,218.00 | 60 | 11/7/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000184 | | Windows Software BP201 | 2,479.00 | 2,479.00 | 60 | 12/8/1997 | 30060 |
| TRUCK | N/A | COMPU | 000000000185 | | Windows Software ER35 | 3,470.00 | 3,470.00 | 60 | 2/12/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000186 | | Epson Stylus Color 3000 | 1,709.00 | 1,709.00 | 60 | 2/2/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000187 | | Cobol Workbench Software | 3,291.00 | 3,291.00 | 60 | 2/13/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000188 | | HP III SI Printer | 1,832.00 | 1,832.00 | 60 | 2/18/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000189 | | Epson DFX8000 | 1,616.00 | 1,616.00 | 60 | 3/10/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000190 | | Cisco 1601 Router | 2,344.00 | 2,344.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000191 | | Cisco 1601 Router | 2,344.00 | 2,344.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000192 | | Cisco 1601 Router | 2,155.00 | 2,155.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000193 | | Cisco 1601 Router | 2,155.00 | 2,155.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000194 | | Cisco 1601 Router | 2,150.00 | 2,150.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000195 | | TSU100 w/AdtranNx56/64 V.35 | 1,530.00 | 1,530.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000196 | | TSU100 w/AdtranNx56/64 V.35 | 1,530.00 | 1,530.00 | 60 | 3/17/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000196 | | HP Netserver | 44,885.00 | 44,885.00 | 60 | 4/6/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000197 | | Oracle 7.3 Microsoft | 11,443.00 | 11,443.00 | 60 | 4/24/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000198 | | SuperBack II Switch | 2,440.00 | 2,440.00 | 60 | 5/21/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000199 | | SuperBack II Switch | 2,440.00 | 2,440.00 | 60 | 5/21/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000200 | | (4)9GB ULTRA SCSI DISK MOD. | 4,694.83 | 4,694.83 | 60 | 7/1/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000201 | | Backup Agent 2.0 SQL SRV | 553.85 | 553.85 | 60 | 7/1/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000202 | | SuperBack II Switch | 2,417.53 | 2,417.53 | 60 | 9/3/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000203 | | Analog Router W/2 Int.5 | 790.49 | 790.49 | 60 | 9/28/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000204 | | ML320 Turbot 9-Pin | 1,452.39 | 1,452.39 | 60 | 10/14/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000205 | | Netserver LH3 PII-450 | 17,733.66 | 17,733.66 | 60 | 10/28/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000206 | | Netserver LH3 PII-450 | 17,733.66 | 17,733.66 | 60 | 10/28/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000207 | | CPU UPGRADE KIT | 1,469.20 | 1,469.20 | 60 | 11/23/1998 | 30060 |
| TRUCK | N/A | COMPU | 000000000208 | | CPU UPGRADE KIT | 1,469.19 | 1,469.19 | 60 | 11/23/1998 | 30060 |
| TRUCK | N/A | 0000000000209 | | | Support Pack for Netserver | 1,524.97 | 1,524.97 | 60 | 11/5/1998 | 30060 |
| TRUCK | N/A | 0000000000210 | | | Support Pack for Netserver | 1,524.97 | 1,524.97 | 60 | 11/5/1998 | 30060 |
| TRUCK | N/A | 0000000000211 | | | Software for Documentation | 5,831.45 | 5,831.45 | 60 | 11/19/1998 | 30060 |
| TRUCK | N/A | 0000000000212 | | | Network Server | 19,415.92 | 19,415.92 | 60 | 1/18/1999 | 30060 |

| | | | Asset ID | Description | Cost | Cost | Life | Date Acquired | |
|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A~ | COMPU | 0000000213 | Network Server | 10,151.81 | 10,151.81 | · | 12/21/1999 | 30060 |
| TRUCK | N/A | COMPU | 0000000215 | Network Server | 12,637.14 | 12,637.14 | 60 | 7/28/1999 | 30060 |
| TRUCK | N/A | COMPU | 0000000216 | Avertall EarthNet Server | 8,614.61 | 8,614.61 | 60 | 7/22/1999 | 30060 |
| TRUCK | N/A | COMPU | 0000000217 | Oracle Server w/Instal/supp | 6,293.70 | 6,293.70 | 60 | 3/2/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000218 | Oracle Server w/Instal/supp | 117,640.06 | 117,640.06 | 60 | 3/2/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000219 | Micron Computer | 1,898.75 | 1,898.75 | 60 | 10/10/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000220 | 4U Rackmount Intel System | 7,385.24 | 7,385.24 | 60 | 10/10/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000221 | CISCO 3640 4 SLOT ROUTER | 21,095.88 | 21,095.88 | 60 | 10/10/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000222 | CASE SERVER LVD HARD DRIVE | 15,582.31 | 15,582.31 | 60 | 10/12/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000223 | OPEN WINDOWS NT SVR V4.0 | 12,054.00 | 12,054.00 | 60 | 10/12/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000224 | HP36.4GB 10K ULTRA3WIDE SCSI | 19,568.21 | 19,568.21 | 60 | 10/12/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000225 | Compaq Server | 31,214.43 | 31,214.43 | 60 | 6/21/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000226 | Email Package | 1,257.00 | 1,257.00 | 60 | 10/30/1999 | 30060 |
| TRUCK | N/A | COMPU | 0000000227 | 2 Client Pro's w/mon (Ser#130) | 1,456.67 | 1,456.67 | 60 | 2/13/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000228 | 6 Client Pro's w/mon (Ser#140) | 2,689.89 | 2,689.89 | 60 | 2/13/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000229 | 12 Client Pro's w/mon(Ser#150) | 6,454.54 | 6,454.54 | 60 | 2/13/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000230 | 6 Client Pro's w/mon(Ser#16) | 2,821.87 | 2,821.87 | 60 | 5/1/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000231 | PCI 4 Port Analog Fax | 2,183.70 | 2,183.70 | 60 | 7/30/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000232 | Surestore Optical Jukebox | 4,111.64 | 4,111.64 | 60 | 7/30/2000 | 30060 |
| TRUCK | N/A | COMPU | 0000000233 | Add on Drive DLT6000 | 6,116.75 | 6,116.75 | 60 | 10/9/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000234 | Sonicwall Pro Internet Firewll | 1,946.50 | 1,946.50 | 60 | 11/5/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000235 | Proliant DL580 1MB Server | 11,774.00 | 11,774.00 | 60 | 10/18/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000236 | Novell NTW 5.1 25U Add Lic UPG | 1,172.81 | 1,172.81 | 60 | 10/23/2001 | 30080 |
| TRUCK | N/A | COMPU | 0000000237 | Novell NTW 5.1 25U Add Lic | 2,619.82 | 2,619.82 | 60 | 10/25/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000238 | PROLIANT COMPAQ | 4,133.78 | 4,133.78 | 60 | 11/19/2001 | 30060 |
| TRUCK | N/A | COMPU | 0000000239 | HP Netserver | 4,853.70 | 4,853.70 | 60 | 3/6/2002 | 30060 |
| TRUCK | N/A | COMPU | 0000000240 | Compaq Server w/Pentium III | 6,362.89 | 6,362.89 | 60 | 6/28/2002 | 30060 |
| TRUCK | N/A | COMPU | 0000000241 | MFXPS Starter System | 6,755.08 | 6,755.08 | 60 | 6/28/2002 | 30060 |
| TRUCK | N/A | COMPU | 0000000372 | Scry VAIO laptop | 2,173.80 | 2,173.80 | 60 | 7/22/2002 | 30060 |
| TRUCK | N/A | COMPU | 0000000389 | MS Server Upgrade | 27,346.84 | 27,346.84 | 60 | 8/5/2002 | 30060 |
| TRUCK | N/A | COMPU | 0000000370 | Software & Support | 2,180.00 | 2,180.00 | 60 | 5/19/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000371 | MS VSTUDIO.NET ENT DEVELOPER | 4,715.78 | 4,715.78 | 60 | 6/24/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000372 | Sunfire V120 650MGZ Server | 70,638.59 | 70,638.59 | 60 | 6/24/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000373 | Sun Microsystems | 498.88 | 498.88 | 60 | 6/20/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000376 | Veritas Spec-Buy | 2,007.38 | 2,007.38 | 60 | 6/20/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000377 | MetaFrame XPs Connect License | 1,451.39 | 1,451.39 | 60 | 6/20/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000381 | COMPAQ SERVER | 4,644.21 | 4,644.21 | 60 | 11/30/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000382 | HP PROLIANT SERVER | 2,779.45 | 2,779.45 | 60 | 11/31/2004 | 30060 0000000381 |
| TRUCK | N/A | COMPU | 0000000383 | PRESENTATION SERVER | 5,128.13 | 5,128.13 | 60 | 9/30/2003 | 30060 |
| TRUCK | N/A | COMPU | 0000000387 | MAIL SERVER | 6,256.00 | 6,256.00 | 60 | 7/81/2004 | 30060 |
| TRUCK | N/A | COMPU | 0000000391 | Antivirus software for 140 pcs | 12,120.00 | 12,120.00 | 60 | 12/10/2004 | 30060 |
| TRUCK | N/A | COMPU | 0000000392 | Track-It 6.5 Enterprise | 7,240.00 | 7,240.00 | 60 | 12/3/2004 | 30060 |

| Type | | | Asset ID | Description | Cost | Appraised Value | Life | Date | Reference ID |
|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | COMPU | 00000000383 | Fujitsu Color Duplex Scanner | 3,352.44 | 3,352.44 | 60 | 11/12/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000394 | Quick Start Implementation | 4,440.15 | 4,440.15 | 60 | 11/13/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000411 | TAPES & CABLES FOR SERVER | 690.37 | 690.37 | 60 | 11/13/2005 28920 | 0000000001148 |
| TRUCK | N/A | COMPU | 00000000418 | Oracle, Internet App Processor | 51,534.83 | 51,534.83 | 60 | 6/8/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000419 | Expand Networks Accelerators | 105,897.85 | 105,897.85 | 60 | 7/14/2005 30060 | 0000000001419 |
| TRUCK | N/A | COMPU | 00000000427 | Accelerator | 16,251.00 | 16,251.00 | 60 | 8/9/2005 30060 | 0000000001419 |
| TRUCK | N/A | COMPU | 00000000427 | UPS FOR SERVER ROOM | 2,092.18 | 2,092.18 | 60 | 2/1/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000428 | FRAME RELAY MIGRATION | 8,506.50 | 8,506.50 | 60 | 2/2/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000429 | FRAME RELAY MIGRATION | 1,412.34 | 1,412.34 | 60 | 2/2/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000430 | FRAME RELAY MIGRATION | 34.30 | 34.30 | 60 | 2/2/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000431 | DISCOVER SERVER | 6,046.12 | 6,046.12 | 60 | 2/2/2005 30060 | |
| TRUCK | N/A | COMPU | 00000000432 | SERVER FOR MONITORING SOFTWARE | 2,803.76 | 2,803.76 | 60 | 3/14/2006 30060 | |
| TRUCK | N/A | COMPU | 00000000444 | PEOPLESOFT SOFTWARE | 145,740.00 | 145,740.00 | 60 | 6/12/2006 30060 | |
| TRUCK | N/A | COMPU | 00000000451 | UPS BACKUPS | 5,838.61 | 5,838.61 | 60 | 8/8/2006 30060 | |
| TRUCK | N/A | COMPU | 00000000458 | P330 I HR PRINTER/SOFTWARE | 8,610.00 | 8,610.00 | 60 | 9/20/2006 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000465 | KABA BENZING PAYROLL PROJECT | | | 60 | 7/1/2006 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000475 | Dual Core Xeon Processor 5130 | 3,459.84 | 3,459.84 | 60 | 11/2/2006 30060 | |
| TRUCK | N/A | COMPU | 00000000482 | PROJECT MANAGER11/16-11/30/06 | 200.00 | 200.00 | 60 | 11/30/2006 30060 | 0000000004459 |
| TRUCK | N/A | COMPU | 00000000483 | PS TIME AND LABOR | 1,500.00 | 1,500.00 | 60 | 11/21/2006 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000488 | WEB SERVER | 3,458.78 | 3,458.78 | 60 | 12/10/2006 30060 | |
| TRUCK | N/A | COMPU | 00000000489 | WEB SERVER | 3,458.78 | 3,458.78 | 60 | 12/10/2006 30050 | |
| TRUCK | N/A | COMPU | 00000000491 | PRINTER - HR/PAYROLL | 380.80 | 380.80 | 60 | 12/21/2006 30050 | |
| TRUCK | N/A | COMPU | 00000000494 | KABA PROJECT MANAGER | 380.80 | 380.80 | 60 | 12/31/2006 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000495 | KABA PROJECT MANAGER | 100.00 | 100.00 | 60 | 1/29/2007 30060 | 0000000004459 |
| TRUCK | N/A | COMPU | 00000000503 | 2ND EXTERNAL DNS SERVER | 3,470.64 | 3,470.64 | 60 | 2/22/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000505 | REN MONITORING SOFTWARE | 2,614.46 | 2,614.46 | 60 | 2/22/2007 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000510 | KABA PS TIME AND LABOR | 1,500.00 | 1,500.00 | 60 | 3/31/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000511 | KABA PS TIME AND LABOR | 1,500.00 | 1,500.00 | 60 | 3/31/2007 30060 | 0000000004465 |
| TRUCK | N/A | COMPU | 00000000513 | ETHERNET & PROXIMITY READER | 3,573.30 | 3,573.30 | 60 | 3/31/2007 30060 | 0000000000511 |
| TRUCK | N/A | COMPU | 00000000517 | PROJECT MANAGER 6/1-6/15/07 | 36,669.48 | 36,669.48 | 60 | 4/19/2007 30060 | 0000000000485 |
| TRUCK | N/A | COMPU | 00000000518 | PROJECT MGR 5/16-5/31/07 | 879.25 | 879.25 | 60 | 6/25/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000519 | DUAL CORE XEON PROC | 754.25 | 754.25 | 60 | 5/31/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000520 | Quad Core Xeon Processor | 3,814.38 | 3,814.38 | 60 | 4/24/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000522 | MS MBL VSTUDIO | 4,097.82 | 4,097.82 | 60 | 8/12/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000524 | DELL PRECISION | 5,682.00 | 5,682.00 | 60 | 8/20/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000525 | QUAD CORE XEON PROCESSOR | 1,725.58 | 1,725.58 | 60 | 8/20/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000526 | QUAD CORE XEON PROCESSOR | 4,173.20 | 4,173.20 | 60 | 9/4/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000531 | VIEWSONIC LCD HDTV | 6,399.95 | 6,399.95 | 60 | 9/21/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000532 | VIEWSONIC LCD HDTV | 1,742.55 | 1,742.55 | 60 | 9/21/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000533 | Corp Dev Server | 1,742.55 | 1,742.55 | 60 | 10/12/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000535 | Corp App Server | 4,312.87 | 4,312.87 | 60 | 10/12/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000536 | IT EXCHANGE SERVER | 4,312.87 | 4,312.87 | 60 | 10/17/2007 30060 | |
| TRUCK | N/A | COMPU | 00000000540 | | 3,675.99 | 3,675.99 | 60 | 12/21/2007 30060 | |

| Type | | Category | Asset No. | Asset ID | Description | Amount 1 | Amount 2 | Amount 3 | Life | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | COMPU | 0000000000541 | | INTEL CORE LAPTOP | 1,964.98 | 1,964.98 | - | 60 | 1/20/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000542 | | QUAD CORE XEON PROCESOR | 3,477.10 | 3,477.10 | - | 60 | 1/16/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000545 | | POWER VAULT | 7,616.69 | 7,616.69 | - | 60 | 2/26/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000547 | | QUAD CORE XEON PROCESSOR | 3,348.13 | 3,348.13 | - | 60 | 4/27/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000550 | | SERVER RACKS | 10,786.70 | 10,786.70 | - | 60 | 7/3/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000553 | | Janam Hand Held Scanner | 1,606.56 | 1,606.56 | - | 60 | 7/7/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000557 | | TMT Computer Equipment | 67,213.98 | 67,213.98 | - | 60 | 5/19/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000558 | | CDW Kingston 2GB BL320P | 2,545.65 | 2,545.65 | - | 60 | 9/30/2008 30060 0000000000381 |
| TRUCK | N/A | COMPU | 0000000000559 | | AREV SERVER | 6,745.39 | 6,745.39 | - | 60 | 9/15/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000564 | | CDW UPS's | 4,357.62 | 4,357.62 | - | 60 | 9/27/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000565 | | CDW Server Backup | 2,943.43 | 2,943.43 | - | 60 | 8/15/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000573 | | BADGE PRINTER | 1,889.60 | 1,889.60 | - | 60 | 12/17/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000574 | | TMT SOP | 457.73 | 457.73 | - | 60 | 3/21/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000576 | | TMT Travel Expenses | 12,500.00 | 12,500.00 | - | 60 | 12/31/2008 30060 |
| TRUCK | N/A | COMPU | 0000000000577 | | Corporate Phone System | 27,356.03 | 27,356.03 | - | 60 | 10/3/2008 30080 |
| TRUCK | N/A | COMPU | 0000000000587 | | MARKS COMPUTER-SONY/STYLE DIREC | 3,590.47 | 3,590.47 | - | 60 | 3/31/2008 30080 |
| TRUCK | N/A | COMPU | 0000000000593 | | SERVER | 6,955.72 | 6,955.72 | - | 60 | 6/1/2009 30060 |
| TRUCK | N/A | COMPU | 0000000000595 | | APC SMARTUPS & RACK PDU SWITCH | 2,216.61 | 2,216.61 | - | 60 | 5/26/2009 30060 |
| TRUCK | N/A | COMPU | 0000000000660 | | UPS Battery Backup | 2,171.08 | 2,171.08 | 600.55 | 60 | 4/24/2011 30060 |
| TRUCK | N/A | COMPU | 0000000000666 | | SONICWALL NSA 4500 | 6,432.20 | 4,716.92 | 1,715.28 | 60 | 7/11/2011 30060 |
| TRUCK | N/A | COMPU | 0000000000667 | | HARD DRIVE | 2,075.22 | 1,521.85 | 553.37 | 60 | 7/25/2011 30060 |
| TRUCK | N/A | COMPU | 0000000000707 | | KABA Time Collection Device | 2,849.00 | 474.81 | 2,374.19 | 60 | 5/15/2014 30060 |
| TRUCK | N/A | COMPU | 0000000000708 | | KABA Time Collection Device | 2,849.00 | 474.81 | 2,374.19 | 60 | 5/15/2014 30060 |
| TRUCK | N/A | COMPU | 0000000000709 | | KABA Time Collection Device | 2,849.00 | 474.81 | 2,374.19 | 60 | 5/15/2014 30060 |
| TRUCK | N/A | COMPU | 0000000000710 | | KABA Time Collection Device | 2,849.00 | 474.81 | 2,374.19 | 60 | 5/15/2014 30060 |
| TRUCK | N/A | COMPU | 0000000000713 | | HP 1/8 G2 Tape Autoloader | 4,359.29 | 581.28 | 3,778.01 | 60 | 7/22/2014 30060 |
| TRUCK | N/A | FORK | 000000000036 | M75 | Toyota Forklift | 4,300.00 | 4,300.00 | - | 96 | 3/41/982 28010 |
| TRUCK | N/A | FORK | 000000000441 | FL157 | FORKLIFT/P60XLP NISSAN | 14,718.65 | 14,718.65 | - | 96 | 5/12/2006 48010 |
| TRUCK | N/A | FORK | 000000000328 | FL113 | 93 Hyster Forklift | 16,583.00 | 16,583.00 | - | 96 | 7/13/1993 28070 |
| TRUCK | N/A | FORK | 000000000622 | FL137 | 98 Hyster Forklift | 19,581.40 | 19,581.40 | - | 96 | 11/19/1998 28050 |
| TRUCK | N/A | LEASE | 000000000252 | | Light Fixtures | 8,660.00 | 8,660.00 | - | 120 | 5/5/1996 48010 |
| TRUCK | N/A | LEASE | 000000000253 | | Haws Shower/Eyewash | 1,475.00 | 1,475.00 | - | 120 | 2/26/1996 48010 |
| TRUCK | N/A | LEASE | 000000000260 | | Chain Link Fence | 27,841.00 | 27,841.00 | - | 120 | 9/30/1999 28010 |
| TRUCK | N/A | LEASE | 000000000261 | | New Chain Link Fence | 3,754.00 | 3,754.00 | - | 120 | 3/9/1999 28010 |
| TRUCK | N/A | LEASE | 000000000263 | | Floor Tiles-E.G. Office Expan.. | 219.48 | 219.48 | - | 120 | 12/1/1999 48010 |
| TRUCK | N/A | LEASE | 000000000265 | | EG Shop Expansion | 22,758.17 | 22,758.17 | - | 120 | 2/29/1994 48010 |
| TRUCK | N/A | LEASE | 000000000268 | | Break/Chrging Room mod | 1,500.00 | 1,500.00 | - | 120 | 4/26/2000 28010 |
| TRUCK | N/A | LEASE | 000000000269 | | Shop Heaters | 8,836.00 | 8,836.00 | - | 120 | 1/25/1994 48010 |
| TRUCK | N/A | LEASE | 000000000350 | | Waste Oil Tank Installation | 5,093.55 | 5,093.55 | - | 120 | 7/26/2002 48010 |
| TRUCK | N/A | LEASE | 000000000361 | | Rollup Door/Man Door Install. | 4,590.00 | 4,590.00 | - | 120 | 12/17/2002 28030 |
| TRUCK | N/A | LEASE | 000000000362 | | Wiring at new facility | 2,317.52 | 2,317.52 | - | 120 | 3/31/2006 28030 |
| TRUCK | N/A | LEASE | 000000000490 | | ELECTRICAL IMP - FIFE | 5,434.56 | 4,528.82 | 905.74 | 120 | 11/3/2006 28070 |

| Type | Pers. Prop. | Class | Asset No. | Tag | Description | Cost | Amt 2 | Amt 3 | Life | Purchase Date | Federal ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | LEASE | 00000000466 | | DATA CABLING IMPROVEMENT | 241.86 | 197.83 | 44.33 | 120 | 1/10/2007 | 28010 |
| TRUCK | N/A | LEASE | 00000000533 | | INSTALLED 2 METAL DRS-SEA | 3,720.96 | 2,759.73 | 961.23 | 120 | 10/12/2007 | 28070 |
| TRUCK | N/A | LEASE | 00000000551 | | RAISED FLOOR | 15,591.80 | 10,258.03 | 5,323.77 | 120 | 8/29/2006 | 30080 |
| TRUCK | N/A | LEASE | 00000000552 | | POWER FOR DATA ROOM | 9,000.00 | 5,925.00 | 3,075.00 | 120 | 8/25/2008 | 30080 0000000000552 |
| TRUCK | N/A | LEASE | 00000000561 | | Goethe Road Comp Street Signs | 2,735.79 | 1,755.48 | 980.31 | 120 | 10/27/2005 | 30080 |
| TRUCK | N/A | LEASE | 00000000602 | | Sonitrol Security System | 4,559.00 | 3,001.33 | 1,557.67 | 120 | 8/20/2008 | 30080 |
| TRUCK | N/A | LEASE | 00000000567 | | Install Work in Server Room | 4,633.00 | 3,011.46 | 1,621.54 | 120 | 9/29/2008 | 30080 |
| TRUCK | N/A | LEASE | 00000000569 | | Electrical Work in Data Room | 4,648.80 | 2,982.44 | 1,665.55 | 120 | 10/29/2008 | 30080 0000000000552 |
| TRUCK | N/A | LEASE | 00000000575 | | Space Heaters | 4,824.15 | 3,055.29 | 1,768.86 | 120 | 11/18/2008 | 28020 |
| TRUCK | N/A | LEASE | 00000000581 | | IT ROOM COOLING | 51,750.00 | 31,481.25 | 20,268.75 | 120 | 2/9/2009 | 30080 |
| TRUCK | N/A | LEASE | 00000000588 | | TRANSFER FAN INSTALL | 2,500.00 | 1,499.97 | 1,000.03 | 120 | 3/3/2009 | 30080 |
| TRUCK | N/A | LEASE | 00000000609 | | New office Highland shop | 3,000.00 | 1,500.00 | 1,500.00 | 120 | 3/11/2010 | 28050 |
| TRUCK | N/A | LEASE | 00000000602 | | INSTALL OF LOW VOLTAGE PIPING | 4,950.00 | 2,392.50 | 2,557.50 | 120 | 5/5/2010 | 28050 |
| TRUCK | N/A | LEASE | 00000000659 | | EG- Replace A/C Unit | 3,664.00 | 1,526.64 | 2,137.36 | 120 | 1/17/2011 | 48010 |
| TRUCK | N/A | LEASE | 00000000675 | | Denver Shop Office Remodel | 5,171.00 | 1,574.50 | 3,596.50 | 120 | 2/10/2012 | 28010 |
| TRUCK | N/A | LEASE | 00000000681 | | Install Concrete pad at Shop | 2,744.00 | 731.76 | 2,012.24 | 120 | 7/10/2012 | 28030 |
| TRUCK | N/A | LEASE | 00000000692 | | Electrical Installs-Corp Move | 6,827.00 | 1,194.71 | 5,632.29 | 120 | 6/26/2013 | 30080 |
| TRUCK | N/A | LEASE | 00000000696 | | New CallES Cabling Install | 17,550.00 | 2,925.00 | 14,625.00 | 120 | 7/31/2013 | 30080 |
| TRUCK | N/A | MISC | 00000000468 | | TSJ-55 AIR SCISSORS JACK | 3,179.03 | 3,179.03 | | 120 | 10/25/2006 | 28070 |
| TRUCK | N/A | OFFIC | 00000000042 | | Conf Room Furniture - Oak | 1,609.00 | 1,609.00 | | 60 | 12/20/1990 | 30080 |
| TRUCK | N/A | OFFIC | 00000000043 | | Pitney Bowes Scale | 3,320.00 | 3,320.00 | | 60 | 6/6/1997 | 30080 |
| TRUCK | N/A | OFFIC | 00000000044 | | Butcher Block Desk | 2,097.00 | 2,097.00 | | 60 | 6/23/1997 | 30080 |
| TRUCK | N/A | OFFIC | 00000000045 | | Office Furniture - Oak | 3,449.08 | 3,449.08 | | 60 | 3/31/2000 | 30080 |
| TRUCK | N/A | OFFIC | 00000000046 | | Furniture for IT dept. | 3,449.08 | 3,449.08 | | 60 | 4/13/2000 | 30080 |
| TRUCK | N/A | OFFIC | 00000000047 | | Furniture for IT dept. | 750.00 | 750.00 | | 60 | 4/13/2000 | 30080 |
| TRUCK | N/A | OFFIC | 00000000050 | 164 | IBM Selectric III | 847.00 | 847.00 | | 60 | 9/18/1994 | 30080 |
| TRUCK | N/A | OFFIC | 00000000055 | 830 | Pitney Bowes Scale | 1,358.00 | 1,358.00 | | 60 | 4/29/1998 | 30080 |
| TRUCK | N/A | OFFIC | 00000000056 | 829 | Pitney Bowes Mail Mach | 3,203.00 | 3,203.00 | | 60 | 12/30/1988 | 30080 |
| TRUCK | N/A | OFFIC | 00000000058 | 1145 | Panafax UF311 | 1,509.00 | 1,509.00 | | 60 | 6/23/1992 | 30080 |
| TRUCK | N/A | OFFIC | 00000000067 | 125 | Panasonic Fax UF755 | 2,478.00 | 2,478.00 | | 60 | 8/26/1994 | 30080 |
| TRUCK | N/A | OFFIC | 00000000070 | | Panasonic UF322 Fax | 1,292.00 | 1,292.00 | | 60 | 8/26/1994 | 30080 |
| TRUCK | N/A | OFFIC | 00000000073 | | Norstar Phone System | 13,604.00 | 13,604.00 | | 60 | 10/20/1994 | 30080 |
| TRUCK | N/A | OFFIC | 00000000077 | | Precision Measure | 3,220.00 | 3,220.00 | | 60 | 4/24/1995 | 30080 |
| TRUCK | N/A | OFFIC | 00000000081 | 727 | Panasonic UF744 Fax | 1,809.00 | 1,809.00 | | 60 | 2/10/1995 | 30080 |
| TRUCK | N/A | OFFIC | 00000000087 | 1332 | Panasonic UF744 Fax | 1,798.00 | 1,798.00 | | 60 | 10/6/1993 | 30080 |
| TRUCK | N/A | OFFIC | 00000000088 | 948 | Xerox XC1125S Copier | 1,624.00 | 1,624.00 | | 60 | 5/11/1997 | 30080 |
| TRUCK | N/A | OFFIC | 00000000089 | 875 | Canon NP6560II Copier | 9,482.00 | 9,482.00 | | 60 | 8/9/1997 | 30080 |
| TRUCK | N/A | OFFIC | | | Canon NP6560II Copier | 4,385.53 | 4,385.53 | | 60 | 8/8/1997 | 30080 |
| TRUCK | N/A | OFFIC | | LT80 | Multisync Overhead Projector | 3,775.95 | 3,775.95 | | 60 | 10/11/1998 | 30080 |
| TRUCK | N/A | OFFIC | 00000000386 | | DESK & FILE CABINET-M. MATHESO | 3,102.12 | 3,102.12 | | 60 | 7/31/2003 | 30080 |
| TRUCK | N/A | OFFIC | 00000000388 | | OFFICE FURNITURE | | | | 60 | 9/1/2004 | 30080 |
| TRUCK | N/A | OFFIC | 00000000433 | | Cubicles,Desks,OH storage, etc | 16,273.01 | 16,273.01 | | 60 | 9/1/2004 | 0000000000433 |
| TRUCK | N/A | OFFIC | 00000000440 | | OFFICE REMODEL-TRAINING ROOM | 340.00 | 340.00 | | 60 | 4/12/2005 | 0000000000433 |

| Location | Sub | Category | Asset ID | Description | Cost | Value | Net | Life | Date | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | OFFIC | 0000000443 | M MATHESON CHAIR | 1,736.00 | 1,736.00 | - | 60 | 6/21/2006 | 30060 |
| TRUCK | N/A | OFFIC | 0000000445 | A/P CUBICLES 50% | 5,000.61 | 5,000.61 | - | 60 | 7/15/2006 | 30060 |
| TRUCK | N/A | OFFIC | 0000000450 | A/P OFFICE RECONFIGURATION | 4,760.60 | 4,760.60 | - | 60 | 8/11/2006 | 30060 |
| TRUCK | N/A | OFFIC | 0000000452 | A/P OFFICE CUBICLES | 1,640.00 | 1,640.00 | - | 60 | 8/4/2006 | 30060 |
| TRUCK | N/A | OFFIC | 0000000498 | M MATHESON FURNITURE | 5,791.50 | 5,791.50 | - | 60 | 1/31/2007 | 30060 |
| TRUCK | N/A | OFFIC | 0000000563 | M MATHESON FURNITURE | 5,620.11 | 5,620.11 | - | 60 | 8/28/2008 | 30060 |
| TRUCK | N/A | OFFIC | 0000000566 | Rulans Cubicle Stations | 2,387.04 | 2,387.04 | - | 60 | 8/28/2008 | 30060 |
| TRUCK | N/A | OFFIC | 0000000690 | Corporate Printer | 3,983.35 | 1,991.68 | 1,991.67 | 60 | 10/7/2008 | 30060 |
| TRUCK | N/A | OFFIC | 0000000714 | Office Chair - M.Matheson | 1,726.00 | 172.60 | 1,555.20 | 60 | 9/20/2012 | 20010 |
| TRUCK | N/A | OFFIC | 0000000273 | Office Furniture 4 Dan Maue | 1,293.00 | 1,293.00 | - | 120 | 9/30/2014 | 30080 |
| TRUCK | N/A | PLANT | 0000000274 | Power Pruner | | | - | 120 | 7/17/1998 | 30080 |
| TRUCK | N/A | PLANT | 0000000275 | Lawn Mower | 10,539.00 | 10,539.00 | - | 120 | 7/23/1996 | 30080 |
| TRUCK | N/A | PLANT | 0000000276 | Hydraulic Jack (00008) | 350.00 | 350.00 | - | 120 | 1/31/1968 | 48010 |
| TRUCK | N/A | PLANT | 0000000277 | Welder (00009) | 412.00 | 412.00 | - | 120 | 4/11/1980 | 48010 |
| TRUCK | N/A | PLANT | 0000000278 | Gas Holding Tank (00017) | 199.00 | 199.00 | - | 120 | 1/31/1972 | 48030 |
| TRUCK | N/A | PLANT | 0000000279 | Grease Pump (00024) | 250.00 | 250.00 | - | 120 | 2/28/1973 | 48030 |
| TRUCK | N/A | PLANT | 0000000280 | 2 Fans (00020) | 169.00 | 169.00 | - | 120 | 6/30/1973 | 48030 |
| TRUCK | N/A | PLANT | 0000000281 | Greese Dispenser(00021) | 421.00 | 421.00 | - | 120 | 10/31/1973 | 48030 |
| TRUCK | N/A | PLANT | 0000000282 | Hose Reels (6) | 786.00 | 786.00 | - | 120 | 12/31/1973 | 48030 |
| TRUCK | N/A | PLANT | 0000000283 | Utility Cart | 610.00 | 610.00 | - | 120 | 6/30/1976 | 48030 |
| TRUCK | N/A | PLANT | 0000000284 | Walker Jack | 862.00 | 862.00 | - | 120 | 12/30/1976 | 48030 |
| TRUCK | N/A | PLANT | 0000000285 | Air Compressor | 1,481.00 | 1,358.00 | 123.00 | 120 | 12/30/1976 | 48030 |
| TRUCK | N/A | PLANT | 0000000286 | A/C Tester (00027) | 715.00 | 715.00 | - | 120 | 2/28/1977 | 48030 |
| TRUCK | N/A | PLANT | 0000000287 | Start-All Unit | 2,175.00 | 2,175.00 | - | 120 | 8/31/1977 | 48010 |
| TRUCK | N/A | PLANT | 0000000288 | Blender/Fuel/Oil | 1,476.00 | 1,476.00 | - | 120 | 12/31/1984 | 20010 |
| TRUCK | N/A | PLANT | 0000000289 | Blender/Fuel/Oil | 852.00 | 852.00 | - | 120 | 3/2/1987 | 20010 |
| TRUCK | N/A | PLANT | 0000000290 | Steamer | 4,559.00 | 4,559.00 | - | 120 | 12/16/1987 | 20010 |
| TRUCK | N/A | PLANT | 0000000291 | Pressure Washer | 4,200.00 | 4,200.00 | - | 120 | 6/17/1991 | 20010 |
| TRUCK | N/A | PLANT | 0000000292 | Tire Spinner/Balancer | 3,273.00 | 3,273.00 | - | 120 | 6/12/1992 | 20010 |
| TRUCK | N/A | PLANT | 0000000293 | Chain Mender | 3,227.00 | 3,227.00 | - | 120 | 6/12/1992 | 20010 |
| TRUCK | N/A | PLANT | 0000000294 | Wheel Balancer/Spinner | 3,749.00 | 3,749.00 | - | 120 | 3/9/1995 | 20020 |
| TRUCK | N/A | PLANT | 0000000295 | A/C Recharger | 2,473.00 | 2,473.00 | - | 120 | 3/9/1995 | 20020 |
| TRUCK | N/A | PLANT | 0000000296 | A/C Recharger | 3,883.00 | 3,883.00 | - | 120 | 11/20/1995 | 20020 |
| TRUCK | N/A | PLANT | 0000000297 | A/C Recharger | 2,474.00 | 2,474.00 | - | 120 | 7/18/1997 | 20020 |
| TRUCK | N/A | PLANT | 0000000298 | Air Compressor | 5,629.00 | 5,629.00 | - | 120 | 3/25/1999 | 20020 |
| TRUCK | N/A | PLANT | 0000000299 | Smoke Meter | 125.00 | 125.00 | - | 120 | 3/31/1999 | 20020 |
| TRUCK | N/A | PLANT | 0000000300 | Elec Hoist | 763.00 | 763.00 | - | 120 | 5/29/1998 | 20010 |
| TRUCK | N/A | PLANT | 0000000301 | Storage Bins | 1,596.00 | 1,596.00 | - | 120 | 11/7/1999 | 20010 |
| TRUCK | N/A | PLANT | 0000000302 | Shelving | 623.00 | 623.00 | - | 120 | 5/31/1997 | 20010 |
| TRUCK | N/A | PLANT | 0000000303 | Transmission Jack | 1,642.00 | 1,642.00 | - | 120 | 7/31/1971 | 48010 |
| TRUCK | N/A | PLANT | 0000000304 | Floor Jack - 10 Ton | 2,277.00 | 2,277.00 | - | 120 | 9/30/1971 | 48010 |
| TRUCK | N/A | PLANT | 0000000305 | Engine Crane | 1,476.00 | 1,476.00 | - | 120 | 1/24/1994 | 48010 |
| TRUCK | N/A | PLANT | 0000000306 | Blender Fuel/Oil | 1,757.00 | 1,757.00 | - | 120 | 3/25/1987 | 48010 |
| TRUCK | N/A | PLANT | 0000000306 | Campbell 12hp Compressor | | | - | 120 | | 48010 |

| | | | AssetID | Tech | Description | | USD | | In Service Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | PLANT | 0000000000307 | | Transmission Jack | 901.00 | 901.00 | 120 | 3/31/1989 | 48010 |
| TRUCK | N/A | PLANT | 0000000000308 | | Air/Oil Water System | 17,244.00 | 17,244.00 | 120 | 11/29/1990 | 48010 |
| TRUCK | N/A | PLANT | 0000000000309 | | Pressure Washer | 4,202.00 | 4,202.00 | 120 | 10/8/1991 | 48010 |
| TRUCK | N/A | PLANT | 0000000000310 | | Air Scissor Lift | 1,996.00 | 1,996.00 | 120 | 7/29/1992 | 48010 |
| TRUCK | N/A | PLANT | 0000000000311 | | Tire Balancer | 3,395.00 | 3,395.00 | 120 | 8/10/1994 | 48010 |
| TRUCK | N/A | PLANT | 0000000000312 | | Welder | 1,554.00 | 1,554.00 | 120 | 1/9/1995 | 48010 |
| TRUCK | N/A | PLANT | 0000000000313 | | Floor Jack | 2,044.00 | 2,044.00 | 120 | 11/25/1997 | 48010 |
| TRUCK | N/A | PLANT | 0000000000314 | | A/C Recharger | 3,883.00 | 3,883.00 | 120 | 3/31/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000315 | | A/C Recharger | 3,883.00 | 3,883.00 | 120 | 3/31/1998 | 48020 |
| TRUCK | N/A | PLANT | 0000000000316 | | Scissor Jack | 2,296.00 | 2,296.00 | 120 | 4/20/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000317 | | Pneuhraulic Inst Tool | 5,407.00 | 5,407.00 | 120 | 5/29/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000318 | | Plasma Cutter | 2,289.00 | 2,289.00 | 120 | 7/1/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000319 | | Floor Cleaning Machine | 895.40 | 895.40 | 120 | 10/28/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000320 | | Smoke Meter | 5,603.00 | 5,603.00 | 120 | 11/7/1998 | 48010 |
| TRUCK | N/A | PLANT | 0000000000321 | | Wheel Lift | 7,830.00 | 7,830.00 | 120 | 11/15/1999 | 48010 |
| TRUCK | N/A | PLANT | 0000000000322 | | Portable wrecker attachment | 4,604.36 | 4,604.36 | 120 | 8/13/1999 | 48010 |
| TRUCK | N/A | PLANT | 0000000000323 | | Transmission Jack | 1,589.31 | 1,589.31 | 120 | 4/20/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000324 | | Drill Press | 2,590.61 | 2,590.61 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000325 | | Digital Battery $ Elec. Sys. | 1,396.84 | 1,396.84 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000326 | | Workbench & shelf | 1,323.17 | 1,323.17 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000327 | | Portable Welder | 3,097.17 | 3,097.17 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000328 | | Chop Saw Cylinders | 1,294.32 | 1,294.32 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000329 | | Welder | 1,759.51 | 1,759.51 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000330 | | Welder | 2,833.01 | 2,833.01 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000331 | | Shop Die set Vise grinder | 1,493.64 | 1,493.64 | 120 | 4/27/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000332 | | Floor Jack | 2,658.25 | 2,658.25 | 120 | 4/5/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000333 | | Jack Wrench & Tools | 2,358.40 | 2,358.40 | 120 | 6/1/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000334 | | Welder & Cylinder | 2,058.73 | 2,058.73 | 120 | 6/1/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000335 | | Welding Equip. | 1,007.52 | 1,007.52 | 120 | 6/1/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000337 | | Transmission Jack | 2,191.13 | 2,191.13 | 120 | 5/31/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000338 | | Ingersoll Air Compressor | 1,079.00 | 1,079.00 | 120 | 7/30/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000339 | M81 | Compressor (M81) | 1,838.00 | 1,838.00 | 120 | 10/31/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000340 | | Netco 3 T. Eng Stand V#41830 | 3,288.00 | 3,288.00 | 120 | 5/7/1981 | 48010 |
| TRUCK | N/A | PLANT | 0000000000364 | | PRESSURE WASHER V#46840 | 4,629.61 | 4,629.61 | 120 | 10/26/1982 | 48010 |
| TRUCK | N/A | PLANT | 0000000000365 | | LASER LEVEL & TRIPOD | 4,304.61 | 4,304.61 | 120 | 6/29/2000 | 48010 |
| TRUCK | N/A | PLANT | 0000000000366 | | USED FLOOR SCRUBBER | 1,610.63 | 1,610.63 | 120 | 9/30/2002 | 48010 |
| TRUCK | N/A | PLANT | 0000000000367 | | EXPENDABLE TOOLS | 2,040.00 | 2,040.00 | 120 | 3/1/2003 | 48010 |
| TRUCK | N/A | PLANT | 0000000000374 | | TWO SYSTEM/ONE TOOLS | 8,955.52 | 8,955.52 | 120 | 5/16/2003 | 48010 |
| TRUCK | N/A | PLANT | 0000000000375 | | 7 SYSTEM/ONE PARTSWASHERS | 23,827.67 | 23,827.67 | 120 | 5/16/2003 | 48010 |
| TRUCK | N/A | PLANT | 0000000000379 | | PARTSWASHERS | 124.11 | 124.11 | 120 | 5/31/2003 | 48010 |
| TRUCK | N/A | PLANT | 0000000000385 | | PORTABLE POWER BASIC KIT | 5,791.20 | 5,791.20 | 120 | 6/30/2003 | 48010 |
| TRUCK | N/A | PLANT | 0000000000388 | | Rotimall 34/7002/X Cool-Tech 700 | 2,476.95 | 2,476.95 | 120 | 6/30/2003 | 48010 |

| Dept | Loc | Category | Asset ID | Description | Cost | Repl Value | Adj | Life | Acq Date | Code | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | PLANT | 0000000000389 | Carport for shop | 7,965.00 | 7,965.00 | - | 120 | 11/29/2004 | 28040 | |
| TRUCK | N/A | PLANT | 0000000000413 | Ingersoll Air Compressor | 1,079.00 | 1,079.00 | - | 120 | 5/7/1991 | 28020 | |
| TRUCK | N/A | PLANT | 0000000000416 | Data Link Kit S/S to I47500CCD | 1,591.63 | 1,542.09 | 39.54 | 120 | 6/24/2005 | 28010 | |
| TRUCK | N/A | PLANT | 0000000000417 | Kit,Datalink Adapter | 1,733.14 | 1,689.79 | 43.35 | 120 | 6/14/2005 | 48010 | |
| TRUCK | N/A | PLANT | 0000000000424 | Steam Cleaner #5540 | 3,302.00 | 3,302.00 | - | 120 | 3/14/1996 | 28040 | |
| TRUCK | N/A | PLANT | 0000000000425 | Wash Water System | 6,302.00 | 6,302.00 | - | 120 | 8/25/1994 | 28040 | |
| TRUCK | N/A | PLANT | 0000000000470 | HUCK 2025 TOOL | 1,698.48 | 1,429.53 | 268.95 | 120 | 10/24/2006 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000471 | COMPRESSOR, AIR #1W078 | 3,622.04 | 3,048.52 | 573.52 | 120 | 10/10/2006 | 28070 | 0000000000471 |
| TRUCK | N/A | PLANT | 0000000000472 | WELDER/GENERATOR 20 HP 907211 | 4,069.88 | 3,425.52 | 644.36 | 120 | 10/10/2006 | 28070 | 0000000000472 |
| TRUCK | N/A | PLANT | 0000000000476 | Minuteman Cart | 2,449.50 | 2,061.64 | 387.86 | 120 | 10/24/2006 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000480 | WASTE REMOVAL SYSTEM | 3,585.00 | 2,957.67 | 627.33 | 120 | 12/11/2006 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000481 | AIR COMP-RK/LFT RNTL | 371.73 | 309.79 | 61.94 | 120 | 11/22/2006 | 28070 | 0000000000471 |
| TRUCK | N/A | PLANT | 0000000000485 | LUBE SYSTEM | 10,467.55 | 8,635.73 | 1,831.82 | 120 | 12/6/2006 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000486 | PARTS WASHER | 3,935.18 | 3,279.30 | 655.88 | 120 | 11/7/2006 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000487 | PARTS WASHER | 3,939.57 | 3,282.98 | 656.59 | 120 | 11/7/2006 | 48010 | |
| TRUCK | N/A | PLANT | 0000000000506 | CHARGING SYSTEM TESTER | 4,088.50 | 3,236.72 | 851.78 | 120 | 4/4/2001 | 48010 | |
| TRUCK | N/A | PLANT | 0000000000507 | CHARGING SYSTEM TESTER | 4,088.50 | 3,236.72 | 851.78 | 120 | 4/4/2007 | 28050 | |
| TRUCK | N/A | PLANT | 0000000000508 | CHARGING SYSTEM TESTER | 4,088.50 | 3,236.72 | 851.78 | 120 | 4/4/2007 | 28020 | |
| TRUCK | N/A | PLANT | 0000000000509 | M. MATHESON PRESSURE WASHER | 2,059.30 | 1,547.43 | 411.87 | 120 | 3/23/2007 | 30080 | |
| TRUCK | N/A | PLANT | 0000000000514 | MACHINE TO CHECK CHARGING SYST | 4,088.50 | 3,202.65 | 885.85 | 120 | 5/14/2007 | 28030 | |
| TRUCK | N/A | PLANT | 0000000000515 | MACHINE TO CHECK CHARGING SYST | 4,088.50 | 3,202.65 | 885.85 | 120 | 5/14/2007 | 28010 | |
| TRUCK | N/A | PLANT | 0000000000516 | MACHINE TO CHECK CHARGING SYST | 4,088.50 | 3,202.65 | 885.85 | 120 | 5/14/2007 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000523 | 7.5 HP AIR COMPRESSOR | 2,123.78 | 1,610.56 | 513.22 | 120 | 8/22/2007 | 28060 | |
| TRUCK | N/A | PLANT | 0000000000538 | Air Conditioning Machine | 2,785.34 | 2,088.99 | 696.35 | 120 | 9/13/2007 | 28010 | |
| TRUCK | N/A | PLANT | 0000000000583 | Hotsy Pressure Washer | 5,270.86 | 3,865.27 | 1,405.59 | 120 | 1/13/2008 | 48010 | |
| TRUCK | N/A | PLANT | 0000000000599 | EP-01 | Hyster Elec Pallet Jack EPJ-01 | 3,023.94 | 1,864.76 | 1,159.18 | 120 | 1/27/2009 | 23050 |
| TRUCK | N/A | PLANT | 0000000000600 | EP-07 | Hyster Elec Pallet Jack EPJ-07 | 3,845.59 | 3,845.59 | - | 120 | 3/28/2000 | 30041 |
| TRUCK | N/A | PLANT | 0000000000609 | AIR COMPRESSOR | 3,845.59 | 3,845.59 | - | 120 | 6/26/2000 | 30041 | |
| TRUCK | N/A | PLANT | 0000000000610 | ROBINAIR COOLTECH UNIT 34288 | 2,379.99 | 1,130.47 | 1,249.52 | 120 | 6/15/2010 | 28050 | |
| TRUCK | N/A | PLANT | 0000000000657 | 2,200 Gallon Oil Tank | 2,917.50 | 1,264.23 | 1,653.27 | 120 | 11/10/2010 | 28070 | |
| TRUCK | N/A | PLANT | 0000000000663 | AIR FILTER/REGULATOR | 4,125.00 | 1,478.17 | 2,646.83 | 120 | 8/2/2011 | 28010 | |
| TRUCK | N/A | PLANT | 0000000000664 | AIR FILTER/REGULATOR W/BRACKE | 4,125.00 | 1,478.17 | 2,646.83 | 120 | 8/2/2011 | 28060 | |
| TRUCK | N/A | PLANT | 0000000000665 | AIR FILTER/REGULATOR W/BRACKE | 4,502.12 | 1,613.27 | 2,888.85 | 120 | 9/2/2011 | 28070 | |
| TRUCK | N/A | SECUR | 0000000000694 | Intrusion Equip (Sonitrol) | 3,662.00 | 1,220.64 | 2,441.36 | 60 | 7/22/2013 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000341 | Peoplesoft software | 517,200.00 | 517,200.00 | - | 120 | 4/1/1998 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000342 | Peoplesoft software | 10,775.00 | 10,775.00 | - | 120 | 10/15/1998 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000343 | Peoplesoft software | 96,975.00 | 96,975.00 | - | 120 | 10/26/1998 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000344 | Peoplesoft software | 68,058.22 | 68,058.22 | - | 120 | 10/22/1998 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000345 | Peoplesoft software | 17,965.00 | 17,965.00 | - | 36 | 1/18/1999 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000346 | Check Writing Software | 4,564.62 | 4,564.62 | - | 36 | 2/11/1999 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000347 | Digitizing Service Logos | 2,596.00 | 2,596.00 | - | 36 | 2/11/1999 | 30060 | |
| TRUCK | N/A | SOFT | 0000000000348 | Check Writing Software | 8,955.26 | 8,955.26 | - | 36 | 1/19/1999 | 30060 | |

| MTR/Personal/Prop | Certified | Feedsource | Asset ID | FDP | Description | Cost | Reserve/Book Value | Ret | Depr | Acquired Date | Parent ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRUCK | N/A | SOFT | 0000000000349 | | Oracle Server w/ Install&upp | 53,411.00 | 53,411.00 | - | 36 | 5/20/1999 30060 | |
| TRUCK | N/A | SOFT | 0000000000350 | | Software Dev. | 160,000.00 | 160,000.00 | - | 36 | 6/21/1999 30060 | |
| TRUCK | N/A | SOFT | 0000000000351 | | FleXet Software | 262,335.00 | 262,335.00 | - | 36 | 2/1/2000 30060 | |
| TRUCK | N/A | SOFT | 0000000000352 | | Sales tax | 5,236.38 | 5,236.38 | - | 36 | 2/1/2000 30060 | |
| TRUCK | N/A | SOFT | 0000000000353 | | Sales tax | 16,262.97 | 16,262.97 | - | 36 | 2/1/2000 30060 | |
| TRUCK | N/A | SOFT | 0000000000354 | | Mapping Software | 38,000.00 | 38,000.00 | - | 36 | 2/1/2000 30060 | |
| TRUCK | N/A | SOFT | 0000000000355 | | Internet Developer Suite | 3,989.74 | 3,989.74 | - | 36 | 1/1/2000 30060 | |
| TRUCK | N/A | SOFT | 0000000000459 | | KABA PROJECT MGR | 5,300.00 | 5,300.00 | - | 36 | 8/25/2002 30060 | |
| TRUCK | N/A | SOFT | 0000000000460 | | KABA PROJECT MANAGER | 300.00 | 300.00 | - | 60 | 8/16/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000461 | | KABA PROJECT MANAGER | 300.00 | 300.00 | - | 60 | 9/1/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000462 | | KABA PROJECT MANAGER | 959.01 | 959.01 | - | 60 | 8/1/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000463 | | KABA PROJECT MANAGER | 1,400.00 | 1,400.00 | - | 60 | 9/22/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000464 | | KABA LICENSE FEE | 25,000.00 | 25,000.00 | - | 60 | 10/12/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000465 | | KABA LICENSE FEE | 25,000.00 | 25,000.00 | - | 60 | 7/1/2006 30060 | 0000000000465 |
| TRUCK | N/A | SOFT | 0000000000477 | | PeopleSoft / Kaba License Fee | 300.00 | 300.00 | - | 36 | 7/1/2006 30060 | 0000000000464 |
| TRUCK | N/A | SOFT | 0000000000478 | | Kaba Project Manager-E_Asou | 1,100.00 | 1,100.00 | - | 36 | 10/31/2006 30060 | 0000000000459 |
| TRUCK | N/A | SOFT | 0000000000546 | | OpenInsight Developer Edition | 6,500.00 | 6,500.00 | - | 36 | 4/1/2006 30060 | |
| TRUCK | N/A | SOFT | 0000000000554 | | TMT Transman Software Deposit | 53,710.00 | 53,710.00 | - | 36 | 5/19/2006 30060 | |
| TRUCK | N/A | SOFT | 0000000000555 | | TMT Transman Software Deposit | 12,500.00 | 12,500.00 | - | 36 | 5/19/2006 30060 | |
| TRUCK | N/A | SOFT | 0000000000556 | | TMT Transman | 62,675.95 | 62,675.95 | - | 36 | 5/19/2006 30060 | |
| TRUCK | N/A | SOFT | 0000000000579 | | TOAD FOR SQL SERVER DEV | 2,700.00 | 2,700.00 | - | 36 | 12/30/2008 30060 | |
| TRUCK | N/A | SOFT | 0000000000582 | | ACTIVEX SCAN SOFTWARE | 3,293.00 | 3,293.00 | - | 36 | 1/16/2009 30060 | |
| TRUCK | N/A | SOFT | 0000000000589 | | RESULTS NOW WITH DAWG SQL | 7,694.00 | 7,480.28 | 213.72 | 36 | 4/2/2009 30060 | |
| TRUCK | N/A | SOFT | 0000000000590 | | Easy Projects 10-user license | 1,885.00 | 1,885.00 | - | 36 | 4/6/2009 30060 | |
| TRUCK | N/A | SOFT | 0000000000591 | | Track-It! | 1,500.00 | 1,500.00 | - | 36 | 4/13/2009 30060 | |
| TRUCK | N/A | SOFT | 0000000000592 | | NETWORK LICENSE | 6,003.00 | 6,003.00 | - | 36 | 6/1/2009 30060 | |
| TRUCK | N/A | SOFT | 0000000000601 | | Road Call Module | 9,119.90 | 9,119.90 | - | 36 | 3/14/2010 30041 | |
| TRUCK | N/A | SOFT | 0000000000611 | | TMT Order Transfer Program | 2,500.00 | 2,430.56 | 69.44 | 36 | 6/11/2010 30060 | 0000000000611 |
| TRUCK | N/A | SOFT | 0000000000659 | | TMT Order Transfer 2 OF 2 | 2,500.00 | 2,500.00 | - | 36 | 4/20/2011 30060 | 0000000000611 |
| TRUCK | N/A | SOFT | 0000000000693 | | Upgrade to Corporate 8 | 1,719.00 | 1,002.75 | 716.25 | 36 | 6/26/2013 30060 | |
| | | | | | | 3,757,862.43 | 3,637,098.80 | 120,763.83 | | | |

# EXHIBIT F



# EXHIBIT G

11/23/2015 4:14 PM

**FLIGHT EXTENDERS INC.**
**Cash Flow Projection**
**FY 2015 - FY 2019**
Dollars in Thousands

| | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $2200.0 | $2202.0 | $2010.0 | $2050.0 | $2517.0 | $1495.47 | $803.06 | $1052.66 | $977.98 | $935.15 | $1209.75 | $1154.82 | $1123.95 | $1103.45 |
| **Cash Inflows** | | | | | | | | | | | | | | |
| FLITEX Collections: | | | | | | | | | | | | | | |
| FLITEX/USPS TNS A/R Collections | $1540.0 | $1335.0 | $1355.0 | $1350.0 | $1550.0 | $1975.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 |
| FLITEX/USPS CDF A/R Collections | $247.0 | $396.0 | $990.0 | $300.0 | $290.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 |
| FLITEX AR Collections | $300.0 | $297.0 | $500.0 | $400.0 | $500.0 | $400.0 | $400.0 | $500.0 | $410.0 | $410.0 | $425.0 | $425.0 | $525.0 | $425.0 |
| Garnishments/Voluntary Benefits | $13.0 | $14.0 | $15.0 | $20.0 | $35.0 | $25.0 | $25.0 | $25.0 | $25.0 | $25.0 | $25.0 | $20.0 | $25.0 | $20.0 |
| Total FLITEX A/R Collections | $1935.0 | $2028.0 | $2845.0 | $2050.0 | $2150.0 | $2665.0 | $2030.0 | $2130.0 | $2040.0 | $2040.0 | $2150.0 | $2055.0 | $2155.0 | $2055.0 |
| **Total Cash Inflows from Customers** | $1935.0 | $2028.0 | $2845.0 | $2050.0 | $2150.0 | $2665.0 | $2030.0 | $2130.0 | $2040.0 | $2040.0 | $2150.0 | $2055.0 | $2155.0 | $2055.0 |
| **Cash Outflows from Operating Costs** | | | | | | | | | | | | | | |
| Payroll Expenses: | | | | | | | | | | | | | | |
| Payroll | ($710.0) | ($800.0) | ($770.0) | ($720.0) | ($1425.0) | ($720.0) | ($720.0) | ($900.0) | ($720.0) | ($720.0) | ($725.75) | ($725.0) | ($905.0) | ($725.0) |
| Payroll Taxes | ($247.0) | ($315.0) | ($355.0) | ($325.0) | ($440.0) | ($265.0) | ($330.0) | ($330.0) | ($330.0) | ($265.0) | ($330.0) | ($330.0) | ($330.0) | ($265.0) |
| H&W/401(k) Funding | ($75.0) | ($372.0) | ($380.0) | ($375.0) | ($328.0) | ($375.0) | ($375.0) | ($375.0) | ($375.0) | ($375.0) | ($385.0) | ($410.0) | ($385.0) | ($375.0) |
| Garnishments/Voluntary Benefits | ($13.0) | ($14.0) | ($15.0) | ($20.0) | ($35.0) | ($25.0) | ($25.0) | ($25.0) | ($25.0) | ($25.0) | ($25.0) | ($20.0) | ($25.0) | ($20.0) |
| Total Payroll Expenses | ($1045.0) | ($1101.0) | ($1220.0) | ($1080.0) | ($2088.0) | ($1225.0) | ($1080.0) | ($1040.0) | ($1065.0) | ($1065.0) | ($1080.0) | ($1080.0) | ($1345.0) | ($1085.0) |
| Facility Related Expenses: | | | | | | | | | | | | | | |
| Facility Rent | ($140.0) | ($162.0) | ($275.0) | ($230.0) | ($197.0) | ($169.0) | ($172.0) | ($169.0) | ($169.0) | ($169.0) | ($172.0) | ($169.0) | ($169.0) | ($169.0) |
| Utilities/Predictable/Building Maintenance | ($15.0) | ($13.0) | ($18.0) | ($12.0) | ($20.0) | ($12.0) | ($15.0) | ($12.0) | ($12.0) | ($12.0) | ($15.0) | ($12.0) | ($15.0) | ($12.0) |
| Total Facility Related Expenses | ($155.0) | ($175.0) | ($293.0) | ($242.0) | ($217.0) | ($181.0) | ($187.0) | ($181.0) | ($181.0) | ($181.0) | ($187.0) | ($181.0) | ($187.0) | ($181.0) |
| Accounts Payable: | | | | | | | | | | | | | | |
| Fuel Payments to Vendors | ($32.0) | ($21.0) | ($25.0) | ($20.0) | ($20.40) | ($20.40) | ($20.40) | ($25.40) | ($20.40) | ($25.75) | ($22.44) | ($25.50) | | |
| Outside Service (primarily GTF & FSD Subcontractors) | ($80.0) | ($66.0) | ($65.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) |
| Debtor's Legal & Professional fees | ($165.0) | ($83.0) | ($60.0) | ($375.0) | ($125.0) | ($75.0) | ($45.0) | ($50.0) | ($50.0) | ($50.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) |
| Committed UCC & Professional fees | | | | ($176.0) | ($50.0) | ($75.0) | ($45.0) | ($5.0) | | | | | | |
| WFB Credit Cards (travel, misc terminal supplies) | ($20.0) | ($25.0) | ($30.0) | ($25.0) | ($50.0) | ($50.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) |
| Other (scanners, equip rentals, R&M, taxes, etc) | ($84.0) | ($184.0) | ($160.0) | ($200.0) | ($110.0) | ($110.0) | ($110.0) | ($110.0) | ($110.0) | ($110.0) | ($130.0) | ($110.0) | ($130.0) | ($110.0) |
| Total Accounts Payables | ($381.0) | ($379.0) | ($370.0) | ($446.0) | ($455.0) | ($540.40) | ($255.40) | ($285.50) | ($240.40) | ($265.75) | ($242.44) | ($265.50) | | |
| Transfers to Trucking (Corporate Mgmt & Overhead) | ($352.0) | ($365.0) | ($377.0) | ($360.0) | ($360.0) | ($264.0) | ($264.0) | ($374.0) | ($364.0) | ($264.0) | ($374.0) | ($374.0) | ($384.0) | ($274.0) |
| Postal to Centralized Services | ($352.0) | ($365.0) | ($377.0) | ($360.0) | ($360.0) | | | | | | | | | |
| Centralized Services cash requirements: | | | | | | | | | | | | | | |
| Corporate & Shops Payroll | | | | | | ($440.0) | ($440.0) | ($550.0) | ($440.0) | ($440.0) | ($550.0) | ($440.0) | ($550.0) | ($440.0) |
| Facility & related expenses | | | | | | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) |
| Corp & Shops A/P (supplies, parts, fees, repairs, legal & prof fees) | | | | | | ($800.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) | ($800.0) |
| Insurance | | | | | | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) |
| Total Centralized Services Cash Requirements | ($352.0) | ($365.0) | ($377.0) | ($360.0) | ($360.0) | ($1464.0) | ($1464.0) | ($1574.0) | ($1464.0) | ($1464.0) | ($1574.0) | ($1464.0) | ($1574.0) | ($1464.0) |
| **Total Cash Outflows Before Plan Payout** | ($1933.0) | ($2220.0) | ($2260.0) | ($2128.0) | ($3100.0) | ($2240.40) | ($1780.40) | ($2186.50) | ($1910.40) | ($1785.60) | ($2166.75) | ($1990.94) | ($2181.50) | ($1782.44) |
| **Cash from Operations** | $2.0 | ($192.0) | $585.0 | ($78.0) | ($950.0) | $424.60 | $249.60 | ($56.50) | $129.60 | $274.40 | ($16.93) | $147.56 | ($26.50) | $272.56 |
| New Value Contribution | | | | $1300.0 | | | | | | | | | | |
| Executory Contract Cure Payments | | | | | ($71.53) | | | | | | | | | |
| Reorganization Plan - Class #1 - USPS | | | | | | | | | | | | | | |
| Reorganization Plan - Class #2 - Creditors < $13.5K | | | | | | ($83.49) | | ($18.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) |
| Reorganization Plan - Class #3 - Settled Plaintiffs | | | | | | ($33.52) | | | | | | | | |
| Reorganization Plan - Class #4 - Creditors > $13.5K | | | ($1300.0) | | ($1000.0) | | | | | | | | | |
| Reorganization Plan - Class #5 - CO Plaintiffs | | | | | | | | | | | | | | |
| Reorganization Plan - Class #6 - Wells Fargo Bank | | | | | | | | | ($156.25) | ($156.25) | ($156.25) | | | |
| Reorganization Plan - Class #7 - MFE Equity holders | | | | | | | | | | | | | | |
| **Financial Impact of Plan** | $0.0 | $0.0 | $0.0 | $0.0 | ($71.53) | ($117.01) | $0.0 | ($18.18) | ($172.43) | ($172.43) | ($172.43) | ($16.18) | ($16.18) | ($16.18) |
| **Total Cash Outflows After Plan Requirements** | ($1933.0) | ($2220.0) | ($2260.0) | ($2128.0) | ($3171.53) | ($2357.41) | ($1780.40) | ($2204.68) | ($2082.83) | ($1765.40) | ($2166.03) | ($1997.44) | ($2181.50) | ($1782.44) |
| **Ending Cash Balance** | $2002.0 | $2010.0 | $2955.0 | $2517.0 | $1495.47 | $803.06 | $1052.66 | $977.98 | $935.15 | $1209.75 | $1154.82 | $1123.95 | $1103.45 | $1357.83 |

**KEY ASSUMPTION**
- Cash inflows from customers are based on current USPS contracts (TNS + CDF), current contract (TNS) has a 30% rate reduction effective June 2016; commercial contract cash inflows are projected to increase as MFE continues to diversify its customer base.

**FLIGHT EXTENDERS INC.**
Cash Flow Projection
FY 2015 - FY 2019
Dollars in Thousands

| | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $1357.83 | $1542.96 | $1506.46 | $781.84 | $1391.52 | $1653.63 | $1511.36 | $1486.04 | $1461.95 | $1715.88 | $1672.44 | $1647.31 | $1668.12 | $1550.56 |
| **Cash Inflows** | | | | | | | | | | | | | | |
| FLTEX Collections: | | | | | | | | | | | | | | |
| FLTEX-USPS THS A/R Collections | $1550.0 | $1360.0 | $1360.0 | $2035.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 | $1360.0 |
| FLTEX-USPS CDP A/R Collections | $390.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 |
| FLTEX-USPS A/R Collections | $435.0 | $425.0 | $425.0 | $475.0 | $425.0 | $440.0 | $440.0 | $550.0 | $440.0 | $445.0 | $555.0 | $430.0 | $570.0 | $430.0 |
| FLTEX-AR Collections | $520.0 | $520.0 | $520.0 | $2780.0 | $2070.0 | $2070.0 | $2070.0 | $2180.0 | $2070.0 | $2075.0 | $2155.0 | $2060.0 | $2200.0 | $2060.0 |
| Total FLTEX A/R Collections | $2065.0 | $2145.0 | $2055.0 | $2780.0 | $2055.0 | $2070.0 | $2070.0 | $2180.0 | $2070.0 | $2075.0 | $2155.0 | $2060.0 | $2200.0 | $2060.0 |
| **Total Cash Inflows from Customers** | $2065.0 | $2145.0 | $2055.0 | $2780.0 | $2055.0 | $2070.0 | $2070.0 | $2180.0 | $2070.0 | $2075.0 | $2155.0 | $2060.0 | $2200.0 | $2060.0 |
| **Cash Outflows from Operating Costs** | | | | | | | | | | | | | | |
| Payroll Expenses: | | | | | | | | | | | | | | |
| Payroll | ($725.0) | ($905.0) | ($1250.0) | ($725.0) | ($725.0) | ($910.0) | ($725.0) | ($910.0) | ($725.0) | ($730.0) | ($910.0) | ($730.0) | ($910.0) | ($730.0) |
| Payroll Taxes | ($390.0) | ($330.0) | ($424.0) | ($330.0) | ($330.0) | ($390.0) | ($330.0) | ($390.0) | ($330.0) | ($330.0) | ($390.0) | ($330.0) | ($390.0) | ($330.0) |
| H&W/401(k) Funding | ($75.0) | ($85.0) | ($85.0) | ($75.0) | ($75.0) | ($85.0) | ($75.0) | ($85.0) | ($75.0) | ($75.0) | ($85.0) | ($75.0) | ($85.0) | ($75.0) |
| Garnishment/Voluntary Benefits | ($20.0) | ($25.0) | ($25.0) | ($20.0) | ($20.0) | ($25.0) | ($20.0) | ($25.0) | ($20.0) | ($20.0) | ($25.0) | ($20.0) | ($25.0) | ($25.0) |
| Total Payroll Expenses | ($1210.0) | ($1345.0) | ($1785.0) | ($1150.0) | ($1150.0) | ($1410.0) | ($1150.0) | ($1410.0) | ($1150.0) | ($1155.0) | ($1410.0) | ($1155.0) | ($1410.0) | ($1160.0) |
| Facility Related Expenses: | | | | | | | | | | | | | | |
| Facility Rent | ($169.0) | ($172.0) | ($204.0) | ($169.0) | ($169.0) | ($172.0) | ($169.0) | ($172.0) | ($169.0) | ($169.0) | ($172.0) | ($169.0) | ($172.0) | ($169.0) |
| Utilities/Building Maintenance | ($12.0) | ($15.0) | ($17.0) | ($12.0) | ($12.0) | ($15.0) | ($12.0) | ($15.0) | ($12.0) | ($12.0) | ($15.0) | ($12.0) | ($15.0) | ($12.0) |
| Total Facility Related Expenses | ($181.0) | ($187.0) | ($221.0) | ($181.0) | ($181.0) | ($187.0) | ($181.0) | ($187.0) | ($181.0) | ($181.0) | ($187.0) | ($181.0) | ($187.0) | ($181.0) |
| Accounts Payable: | | | | | | | | | | | | | | |
| Fuel Payments to Vendors | ($22.44) | ($25.20) | ($22.44) | ($22.88) | ($22.88) | ($28.00) | ($22.88) | ($28.00) | ($22.88) | ($26.20) | ($26.20) | ($26.13) | ($26.13) | ($26.01) |
| Outside Service (primarily OTR & FSD Subcontractors) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($60.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) |
| Debtor's Legal & Professional fees | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) |
| Committee Legal & Professional fees | | | | | | | | | | | | | | |
| WFB Credit Cards (travel, misc minimal supplies) | ($20.0) | ($50.0) | ($50.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) |
| Other (scanners, equip rentals, R&M, taxes, etc) | ($110.0) | ($145.0) | ($115.0) | ($110.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) | ($105.0) |
| Total Accounts Payables | ($242.44) | ($265.50) | ($277.44) | ($242.88) | ($238.88) | ($242.88) | ($238.88) | ($242.88) | ($238.88) | ($245.01) | ($245.01) | ($245.13) | ($245.13) | ($245.01) |
| Transfers to Trucking (Corporate Mgmt & Overhead) | | | | | | | | | | | | | | |
| Portal to Contracted Services | | | | | | | | | | | | | | |
| Centralized Services cash requirements: | | | | | | | | | | | | | | |
| Corporate & Shops Payroll | ($440.0) | ($550.0) | ($440.0) | ($450.0) | ($450.0) | ($550.0) | ($450.0) | ($560.0) | ($450.0) | ($450.0) | ($560.0) | ($450.0) | ($560.0) | ($450.0) |
| Facility & related expenses | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) | ($64.0) |
| Corp & Shops A/P (supplies, parts, tires, repairs, legal & prof fees) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($810.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) |
| Insurance | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($160.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) |
| Centralized Services cash requirements | | | | | | | | | | | | | | |
| Total Centralized Services Cash Requirements | ($274.0) | ($384.0) | ($274.0) | ($284.0) | ($384.0) | ($389.0) | ($399.0) | ($389.0) | ($293.0) | ($305.0) | ($415.0) | ($305.0) | ($415.0) | ($305.0) |
| **Total Cash Outflows Before Plan Payout** | ($1907.44) | ($2181.50) | ($2579.62) | ($1997.89) | ($1792.89) | ($2194.09) | ($1922.89) | ($2204.09) | ($1797.89) | ($1946.01) | ($2220.13) | ($1821.01) | ($2346.13) | ($1821.01) |
| **Cash from Operations** | $157.55 | ($36.50) | ($506.44) | $782.11 | $262.11 | ($124.09) | $147.11 | ($24.09) | $272.11 | $128.99 | ($65.13) | $238.99 | ($146.13) | $238.99 |
| New Value Contribution | | | | | | | | | | | | | | |
| Executory Contract Cure Payments | | | $318.18 | | | | | | | | | | | |
| Reorganization Plan - Class #1 - USPS | | | | | | | | | | | | | | |
| Reorganization Plan - Class #2 - Creditors < $13.5K | | | | | | | | | | | | | | |
| Reorganization Plan - Class #3 - Settled Plaintiffs | | | | | | | | | | | | | | |
| Reorganization Plan - Class #4 - Creditors > $13.5K | | | | | | | | | | | | | | |
| Reorganization Plan - Class #5 - CO Plaintiffs | | | | | | | | | | | | | | |
| Reorganization Plan - Class #6 - Wells Fargo Bank | ($16.18) | | ($18.18) | | ($18.18) | | ($16.18) | | ($18.18) | | ($16.18) | | ($16.18) | |
| Reorganization Plan - Class #7 - MFE Equity holders | ($156.25) | | ($156.25) | | ($156.25) | | ($156.25) | | ($156.25) | | ($156.25) | | ($156.25) | |
| **Total Cash Outflows After Plan Payout** | ($172.43) | $0.0 | ($318.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | ($172.43) | ($18.18) | ($172.43) | ($172.43) |
| **Financial Impact of Plan** | ($172.43) | $0.0 | ($318.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | ($172.43) | ($18.18) | ($172.43) | ($172.43) |
| **Ending Cash Balance** | $1542.96 | $1506.46 | $781.84 | $1391.52 | $1653.63 | $1511.36 | $1486.04 | $1461.95 | $1715.88 | $1672.44 | $1647.31 | $1668.12 | $1550.56 | $1789.55 |

**KEY ASSUMPTION**
- Cash inflows from customers are based on current USPS contracts (THS + CDP), current SNET-14 contract (THS) has a 30% rate reduction effective June 2015, commercial commercial cash inflows are projected to increase as MFE continues to diversify its customer base.

11/23/2015 4:14 PM

**FLIGHT EXTENDERS INC.**
Cash Flow Projection
FY 2018 - FY 2019
Dollars in Thousands

| | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $1789.55 | $1221.36 | $1628.21 | $1871.68 | $2111.97 | $2073.01 | $2052.30 | $2292.58 | $1945.79 | $1827.32 | $2026.08 | $1568.81 | $1664.28 | $680.57 |
| **Cash Inflows:** | | | | | | | | | | | | | | |
| **FLTEX Collections:** | | | | | | | | | | | | | | |
| FLTEX-USPS THS A/R Collections | $1550.0 | $2100.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1350.0 | $1215.0 | $1215.0 | $1215.0 | $1215.0 | $1215.0 | $1980.0 | $1980.0 |
| FLTEX-USPS CDP A/R Collections | $200.0 | $290.0 | $290.0 | $290.0 | $290.0 | $290.0 | $290.0 | $260.0 | $260.0 | $260.0 | $260.0 | $260.0 | $260.0 | $260.0 |
| FLTEX-Commercial A/R Collections | $325.0 | $600.0 | $425.0 | $440.0 | $440.0 | $625.0 | $440.0 | $595.0 | $480.0 | $460.0 | $585.0 | $460.0 | $700.0 | $630.0 |
| Total FLTEX A/R Collections | $2075.0 | $2990.0 | $2065.0 | $2080.0 | $2080.0 | $2265.0 | $2080.0 | $2070.0 | $1955.0 | $1935.0 | $2060.0 | $1935.0 | $2940.0 | $2870.0 |
| **Total Cash Inflows from Customers** | $2075.0 | $2980.0 | $2065.0 | $2080.0 | $2080.0 | $2265.0 | $2080.0 | $2070.0 | $1955.0 | $1935.0 | $2060.0 | $1935.0 | $2870.0 | $2870.0 |
| **Cash Outflows from Operating Costs** | | | | | | | | | | | | | | |
| **Payroll Expenses:** | | | | | | | | | | | | | | |
| Payroll | ($1255.0) | ($915.0) | ($730.0) | ($730.0) | ($730.0) | ($915.0) | ($730.0) | ($915.0) | ($735.0) | ($735.0) | ($735.0) | ($920.0) | ($735.0) | ($1980.0) |
| Payroll Taxes | ($450.0) | ($560.0) | ($565.0) | ($565.0) | ($565.0) | ($560.0) | ($560.0) | ($560.0) | ($265.0) | ($265.0) | ($265.0) | ($265.0) | ($424.0) | ($505.0) |
| H&W/401(k) Funding | ($365.0) | ($365.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) | ($385.0) |
| Garnishments/Voluntary Benefits | ($325.0) | ($325.0) | ($320.0) | ($320.0) | ($320.0) | ($325.0) | ($325.0) | ($320.0) | ($320.0) | ($325.0) | ($325.0) | ($325.0) | ($325.0) | ($325.0) |
| **Total Payroll Expenses** | ($1794.0) | ($1530.0) | ($1090.0) | ($1090.0) | ($1090.0) | ($1215.0) | ($1090.0) | ($1090.0) | ($1090.0) | ($1095.0) | ($1095.0) | ($1095.0) | ($2014.0) | ($1535.0) |
| **Facility Related Expenses:** | | | | | | | | | | | | | | |
| Facility Rent | ($172.0) | ($172.0) | ($169.0) | ($169.0) | ($169.0) | ($172.0) | ($169.0) | ($172.0) | ($169.0) | ($172.0) | ($169.0) | ($169.0) | ($172.0) | ($172.0) |
| Utilities/Trash/Building Maintenance | ($42.0) | ($15.0) | ($12.0) | ($12.0) | ($12.0) | ($15.0) | ($12.0) | ($15.0) | ($12.0) | ($15.0) | ($12.0) | ($12.0) | ($17.0) | ($15.0) |
| **Total Facility Related Expenses** | ($214.0) | ($187.0) | ($181.0) | ($181.0) | ($181.0) | ($187.0) | ($181.0) | ($187.0) | ($181.0) | ($187.0) | ($181.0) | ($181.0) | ($271.0) | ($187.0) |
| **Accounts Payable:** | | | | | | | | | | | | | | |
| Fuel Payments to Vendors | ($35.01) | ($26.71) | ($26.53) | ($26.53) | ($26.53) | ($29.71) | ($26.53) | ($31.84) | ($26.53) | ($26.53) | ($31.84) | ($26.53) | ($33.64) | ($26.53) |
| Outside Service (primarily GTF & FSD Subcontractors) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) |
| Debtor's Legal & Professional fees | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) |
| Committee Legal & Professional fees | | | | | | | | | | | | | | |
| WFB Collateral (travel, misc terminal supplies) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) |
| Other (scanners, equip rentals, R&M, taxes, etc) | ($125.0) | ($125.0) | ($105.0) | ($105.0) | ($105.0) | ($125.0) | ($105.0) | ($125.0) | ($105.0) | ($105.0) | ($125.0) | ($105.0) | ($195.0) | ($105.0) |
| **Total Accounts Payables** | ($295.01) | ($266.71) | ($245.53) | ($245.53) | ($245.53) | ($268.71) | ($245.53) | ($270.84) | ($245.53) | ($245.53) | ($270.84) | ($245.53) | ($373.64) | ($245.53) |
| Transfers to Trucking (Corporate Mgmt & Overhead) | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 | $1200.0 |
| Postal to Centralized Services | | | | | | | | | | | | | | |
| **Centralized Services cash requirements:** | | | | | | | | | | | | | | |
| Corporate & Shops Payroll | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) | ($450.0) |
| Facility & related expenses | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) |
| Corp & Shops A/P (supplies, parts, fees, repairs, legal & prof fees) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) | ($825.0) |
| Insurance | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) | ($165.0) |
| Centralized Services cash requirements | ($1505.0) | ($1505.0) | ($1505.0) | ($1505.0) | ($1505.0) | ($1505.0) | ($1505.0) | ($1505.0) | ($1515.0) | ($1515.0) | ($1515.0) | ($1515.0) | ($1515.0) | ($1515.0) |
| **Total Centralized Services Cash Requirements** | ($305.0) | ($415.0) | ($305.0) | ($305.0) | ($305.0) | ($415.0) | ($305.0) | ($425.0) | ($315.0) | ($315.0) | ($425.0) | ($315.0) | ($425.0) | ($425.0) |
| **Total Cash Outflows Before Plan Payout** | ($2325.01) | ($2400.71) | ($1821.53) | ($1821.53) | ($1821.53) | ($1966.53) | ($1821.53) | ($1836.53) | ($1836.53) | ($1836.53) | ($2397.84) | ($1836.53) | ($2935.53) | ($2420.64) |
| **Cash from Operations** | ($550.01) | $579.29 | $243.47 | $258.47 | $133.47 | $258.47 | $258.47 | $232.84 | $118.47 | $98.47 | $287.84 | $98.47 | ($965.53) | $449.36 |
| New Value Contribution | | | | | | | | | | | | | | |
| Executory Contract Cure Payments | | | | | | | | | | | | | | |
| Reorganization Plan - Class #1 - USPS | | | | | | | | | | | | | | |
| Reorganization Plan - Class #2 - Creditors < $13.5K | ($18.18) | ($18.18) | | ($18.18) | | ($18.18) | | ($18.18) | | ($18.18) | | ($18.18) | | ($18.18) |
| Reorganization Plan - Class #3 - Settled Plaintiffs | | | | | | | | | | | | | | |
| Reorganization Plan - Class #4 - Creditors > $13.5K | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) | ($16.18) |
| Reorganization Plan - Class #5 - CO Plaintiffs | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) | ($156.25) |
| Reorganization Plan - Class #6 - Wells Fargo Bank | | | | | | | | | | | | | | |
| Reorganization Plan - Class #7 - MFE Equity holders | | | | | | | | | | | | | | |
| **Total Cash Outflows After Plan Payout** | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($172.43) | ($172.43) |
| **Financial Impact of Plan** | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($18.18) | ($172.43) | $0.0 | ($172.43) | ($172.43) |
| **Ending Cash Balance** | $1221.36 | $1628.21 | $1871.68 | $2111.97 | $2073.01 | $2052.30 | $2292.58 | $1945.79 | $1827.32 | $2026.08 | $1568.81 | $1664.28 | $680.57 | $957.50 |

**KEY ASSUMPTION**
- Cash inflows from customers are based on current USPS contracts (THS - CDS - CDP); current SNET-14 contract (THS) files; a 30% net reduction effective June 2018; commercial contract cash inflows are projected to increase as MFE continues to diversify its customer base.

# FLIGHT EXTENDERS INC.
## Cash Flow Projection
### FY 2015 - FY 2019
Dollars in Thousands

| | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Beginning Cash Balance** | $957.50 | $1115.44 | $1250.20 | $799.30 | $952.24 | $758.42 | $608.93 |
| **Cash Inflows** | | | | | | | |
| FLTEX Collections: | | | | | | | |
| FLTEX-USPS THS AR Collections | $1215.0 | $1215.0 | $1215.0 | $1215.0 | $1215.0 | $1215.0 | $1215.0 |
| FLTEX-USPS CDF A/R Collections | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 | $280.0 |
| FLTEX-Commercial A/R Collections | $500.0 | $500.0 | $500.0 | $500.0 | $585.0 | $500.0 | $500.0 |
| Total FLTEX AR Collections | $1995.0 | $1995.0 | $1995.0 | $1995.0 | $2080.0 | $1995.0 | $1995.0 |
| **Total Cash Inflows from Customers** | $1995.0 | $1995.0 | $1995.0 | $1995.0 | $2080.0 | $1995.0 | $1995.0 |
| **Cash Outflows from Operating Costs** | | | | | | | |
| Payroll Expenses: | | | | | | | |
| Payroll | ($735.0) | ($735.0) | ($925.0) | ($735.0) | ($925.0) | ($740.0) | ($740.0) |
| Payroll Taxes | ($265.0) | ($265.0) | ($465.0) | ($265.0) | ($345.0) | ($390.0) | ($265.0) |
| H&W401(k) Funding | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Garnishments/Voluntary Benefits | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) | ($20.0) |
| Total Payroll Expenses | ($1095.0) | ($1095.0) | ($1485.0) | ($1095.0) | ($1365.0) | ($1225.0) | ($1100.0) |
| Facility Related Expenses: | | | | | | | |
| Facility Rent | ($169.0) | ($169.0) | ($172.0) | ($169.0) | ($169.0) | ($169.0) | ($169.0) |
| Utilities/Bldg Maintenance | ($12.0) | ($12.0) | ($15.0) | ($12.0) | ($12.0) | ($12.0) | ($12.0) |
| Total Facility Related Expenses | ($181.0) | ($181.0) | ($187.0) | ($181.0) | ($181.0) | ($181.0) | ($181.0) |
| Accounts Payable: | | | | | | | |
| Fuel Payments to Vendors | ($27.06) | ($27.06) | ($32.47) | ($27.06) | ($34.64) | ($27.06) | ($27.06) |
| Outside Service (primarily GTF & FSD Subcontractors) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) | ($62.0) |
| Debtor's Legal & Professional fees | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) | ($30.0) |
| Committee Legal & Professional fees | | | | | | | |
| WFB Credit Cards (travel, misc terminal supplies) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) | ($22.0) |
| Other (scanners, equip rentals, R&M, taxes, etc) | ($105.0) | ($105.0) | ($125.0) | ($105.0) | ($131.0) | ($105.0) | ($105.0) |
| Total Accounts Payables | ($246.06) | ($246.06) | ($271.47) | ($246.06) | ($279.64) | ($246.06) | ($246.06) |
| Transfers to Trucking (Corporate Mgmt & Overhead) | ($315.0) | ($320.0) | ($330.0) | ($320.0) | ($430.0) | ($320.0) | ($320.0) |
| Postal to Centralized Services | | | | | | | |
| Centralized Services cash requirements: | | | | | | | |
| Corporate & Shops Payroll | ($450.0) | ($450.0) | ($560.0) | ($450.0) | ($560.0) | ($450.0) | ($450.0) |
| Facility & related expenses | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) | ($65.0) |
| Cops & Shops A/P (supplies, parts, tires, repairs, legal & prof fees) | ($835.0) | ($835.0) | ($835.0) | ($835.0) | ($835.0) | ($835.0) | ($835.0) |
| Insurance | ($170.0) | ($170.0) | ($170.0) | ($170.0) | ($170.0) | ($170.0) | ($170.0) |
| Total Centralized Services cash requirements | ($1520.0) | ($1520.0) | ($1630.0) | ($1520.0) | ($1630.0) | ($1520.0) | ($1520.0) |
| **Total Cash Outflows Before Plan Payout** | ($1837.06) | ($1842.06) | ($2273.47) | ($1842.06) | ($2255.64) | ($1972.06) | ($1847.06) |
| **Cash from Operations** | $157.94 | $152.94 | ($278.47) | $152.94 | ($175.64) | $22.94 | $147.94 |
| New Value Contribution | | | | | | | |
| Executory Contract Cure Payments | | | | | | | |
| Reorganization Plan - Class #1 - USPS | | | | | | | |
| Reorganization Plan - Class #2 - Creditors < $13.5K | | ($18.18) | ($16.18) | | ($18.18) | ($16.18) | |
| Reorganization Plan - Class #3 - Settled Plaintiffs | | | | | | | |
| Reorganization Plan - Class #4 - Creditors > $13.5K | | | | | | | |
| Reorganization Plan - Class #5 - CO Plaintiffs | | | | | | | |
| Reorganization Plan - Class #6 - Wells Fargo Bank | | | ($156.25) | | | ($156.25) | |
| Reorganization Plan - Class #7 - MFE Equity holders | | | | | | | |
| **Total Cash Outflows After Plan Payout** | ($1837.06) | ($1860.24) | ($2445.90) | ($1842.06) | ($2273.82) | ($2144.49) | ($1847.06) |
| **Financial Impact of Plan** | $0 | ($18.18) | ($172.43) | $0 | ($18.18) | ($172.43) | $0 |
| **Ending Cash Balance** | $1115.44 | $1250.20 | $799.30 | $952.24 | $758.42 | $608.93 | $756.86 |

**KEY ASSUMPTION**
- Cash inflows from customers are based on current USPS contracts (THS + CDF); current 90E/14 contract (THS) has a 30% rate reduction effective June 2015; commercial contract cash inflows are projected to increase as MFE continues to diversify its customer base.

# EXHIBIT H

[This Page Intentionally Left Blank]

# EXHIBIT I

1

LEE & HIGH, LTD.
Cecilia Lee, Esq.

2

Nevada Bar No. 3344
Elizabeth High, Esq.

3

Nevada Bar No. 10082

4

448 Ridge Street
Reno, Nevada 89501

5

Telephone (775) 324-1011
Fax (775) 324-0113

6

Email: c.lee@lee-high.com

7

Email: e.high@lee-high.com

| Electronically Filed September 16, 2015 |
|---|

8

HARTMAN & HARTMAN, PC.
Jeffrey L. Hartman, Esq.

9

Nevada Bar No. 1607

10

510 West Plumb Lane, Suite B
Reno, Nevada 89509

11

Telephone (775) 324-2800
Fax (775) 324-1818

12

Email: notices@bankruptcyreno.com

13

Attorneys for Debtor Matheson Flight Extenders, Inc.

14

15

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

16

17

In re:

18

MATHESON FLIGHT EXTENDERS,
INC.,

19

20

Debtor.

21

22

23

Case No.: BK-N-15-50541-BTB

Chapter 11 Case

**DECLARATION OF DENNIS MANDELL
IN SUPPORT OF EXPERT OPINION OF
LIQUIDATION ANALYSIS AS OF
SEPTEMBER 15, 2015**

(NO HEARING REQUIRED)

24

I, Dennis Mandell, do hereby depose and say under the penalty of perjury:

25

1.    I am over the age of 18 years, am mentally competent, and have personal

26

knowledge of the matters set forth in this declaration. If called upon as a witness, I could and

27

would competently testify to these matters.

28

2.    I am a principal of Pacific Capital Transactions, the court-appointed expert for

1    Debtor and Debtor-in-Possession Matheson Flight Extenders, Inc. (the "Debtor" or "MFEI").

2        3.       Attached to this declaration as <u>Exhibit 1</u> is a true and correct copy of Pacific

3    Capital's expert report with appendices of its liquidation analysis of the Debtor, which, out of

4    necessity, includes Matheson Trucking, Inc. and Matheson Postal, Inc., dated as of September

5    15, 2015.

6        DATED this 16th day of September, 2015

7

8                                           DENNIS MANDELL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Matheson
Opinion as of September 15, 2015

## Outline:

1. Summary
2. Solvency Opinion
3. Liquidation Value
4. Going Concern Value
5. Concluding Comments

## Appendices

# Matheson
Opinion as of September 15, 2015

## 1. Summary

Pacific Capital Transactions, Inc. (PCT) has been engaged by Matheson Flight Extenders, Inc. (MFEI or Flight), the Debtor, to estimate the liquidation value of MFEI, Matheson Postal Services, Inc. (Postal) and Matheson Trucking, Inc. (MTI or Trucking and, as a consolidated unit, Matheson) as of September 15, 2015.

**Purpose,** Our opinion of value is for the purpose of the United States Bankruptcy Court liquidation analysis only.

**Value,** We have determined: 1) Matheson was not insolvent at our valuation date and has an annual pre-tax earnings capacity of $5 million; 2) Based on an orderly liquidation, there would be *no cash available to the unsecured creditors;* and 3) The fair value of Matheson, as a going concern, is *$10 million. We have no opinion concerning the $15 million litigation judgment and have not adjusted for its impact (subject litigation).*

This analysis considers only those facts and circumstances known at the time of the valuation.  It is possible that, were a different date used, our opinion would be different.

We reserve the right to amend our report based on the to be issued independent audit report and other events that may subsequently occur. PCT's CVs can be found in Appendix A.

*All financial numbers presented in this report are in millions of dollars – there is rounding.*

PACIFIC CAPITAL TRANSACTIONS
page 2

# Matheson

Opinion as of September 15, 2015

## 2. Solvency Opinion

Standard solvency analysis is used to determine whether or not a subject company is a going concern and commonly applies three tests:

1) The Balance Sheet Test;

2) The Cash Flow Test; and

3) The Reasonable Capital Test.

### The Balance Sheet Test

The Balance Sheet Test looks at whether or not Matheson's assets exceed its liabilities. Table 1 is Matheson's book assets adjusted to Fair Value. Our opinion is based on the fair value standard calling for a "willing buyer" and a "willing seller." These willing buyers and willing sellers conduct informed transactions using available data.

We have adjusted the Book Value of equipment (rolling stock) up to Fair Value of $17.0 million. Appendix B provides our Low, Mid and High values. Appendix K is the Net Book Value of the non-rolling stock.

We have adjusted the value of the Breitenbucher Land asset to $0.7 million, reflecting the last appraisal, dated 2010.

Table 1 - Assets

|  | Book | Fair Value |
|---|---|---|
| Cash | $7.4 | $7.4 |
| Accounts Receivables | 3.7 | 3.7 |
| Prepaid Expenses | 1.5 | 1.5 |
| Related Party Notes | 1.7 | 1.7 |
| Equipment | 14.1 | 17.0 |
| Other | 0.5 | 0.5 |
| Operating Assets | $28.9 | $31.8 |
| Breitenbucher Land | $0.8 | $0.7 |
| Total Assets | $29.7 | $32.5 |

PACIFIC CAPITAL TRANSACTIONS
page 3

# Matheson

Opinion as of September 15, 2015

Table 2 is Matheson's Book Liabilities adjusted to Fair Value.

We have adjusted the value of the Equipment Secured Debt to reflect the below market rates, ranging from 2.75 percent to 4.01 percent. We assumed that the most current financing by PACCAR at 4.45 percent is the current market rate, Appendix C.

## Table 2 - Liabilities

|  | Book | Fair Value |
|---|---|---|
| Accounts Payable | $2.9 | $2.9 |
| Accrued Payroll, Benefits & Compensation | 6.1 | 6.1 |
| Short-Term Debt - Ins. Related | 1.2 | 1.2 |
| Equipment Secured Debt | 9.0 | 8.9 |
| Deferred Book Tax | 2.6 | 2.6 |
| Other | 0.2 | 0.2 |
| Total Liabilities | $22.0 | $21.9 |

Table 3 is total assets less total liabilities on a Book Value basis and on a Fair Value basis.

## Table 3 - Net Balance Sheet

|  | Book | Fair Value | Notes |
|---|---|---|---|
| Total Assets | $29.7 | $32.5 | Table 1 |
| Total Liabilities | $22.0 | $21.9 | Table 2 |
| Assets Less Liabilities | $7.7 | $10.6 | |

Based on the Balance Sheet test, Matheson is solvent.

PACIFIC CAPITAL TRANSACTIONS
page 4

# Matheson
Opinion as of September 15, 2015

### The Cash Flow Test

The Cash Flow Test starts with actual cash flows and projects the cash flows of the company, subject to a sensitivity analysis, to determine whether or not a margin of safety exists. In Table 4 and Appendix I, we observe that over the past five years Matheson has had stable cash flow results even after the payment of interest on the equipment debt. The five-year average cash flows after interest payments, but before taxes, was $5 million, rounded.

Based on the Cash Flow Test, Matheson is solvent.

*Note, 2014 had a $0.9 million Non-Operating coding error to Other Expenses of legal fees, as discussed in Appendix H, which we have adjusted.*

Table 4 - Available Cash Flow

|  | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Revenue | $81.3 | $84.6 | $76.3 | $73.5 | $79.4 |
| Less |  |  |  |  |  |
| Payroll | 50.8 | 52.3 | 47.6 | 46.2 | 50.6 |
| Vehicles | 12.7 | 14.4 | 11.2 | 10.9 | 12.4 |
| Contractors | 3.5 | 3.1 | 3.3 | 2.8 | 2.1 |
| Rent | 3.0 | 3.2 | 3.2 | 3.2 | 3.0 |
| Office | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 |
| Other | 2.5 | 2.0 | 1.4 | 1.8 | 1.7 |
| Operating Expenses | 76.2 | 78.7 | 70.4 | 68.6 | 73.5 |
| Interest | 0.5 | 0.3 | 0.4 | 0.4 | 0.4 |
| **Available Cash, pre-tax** | **$4.6** | **$5.6** | **$5.5** | **$4.5** | **$5.5** |
| **Five-Year Average** |  |  |  |  | **$5.1** |

# Matheson
Opinion as of September 15, 2015

## Reasonable Working Capital Test

Even if a company passes the Balance Sheet Test the company's cash or equity may, nonetheless, be too small to provide reasonable downside protection if business conditions deteriorate.

The Reasonable Working Capital Test seeks to address this problem by demonstrating whether or not a company has a reasonable level of surplus capital.

We observe in Table 5 that Current Assets less Current Liabilities, a common test for working capital, are positive by $2.4 million, providing Matheson reasonable downside protection if business conditions deteriorate.

Based on the Working Capital Test, Matheson is solvent.

*Based on all of the solvency tests, Matheson is a going concern.*

We note that the financial statements used for year-end June 30, 2015, Matheson's year-end, were unaudited. We understand from management and the independent auditors that there have been no material changes to the trial balance, Appendix J, and that from July 1, 2015 until our valuation date, there have been no material changes to Matheson's financial position.

Table 5 - Working Capital

|  | Fair Value |
|---|---|
| Cash | $7.4 |
| Accounts Receivables | 3.7 |
| Prepaid Expenses | 1.5 |
| Current Assets | 12.6 |
| Accounts Payable | $2.9 |
| Accrued Payroll, Benefits & Compensation | 6.1 |
| Short-Term Debt - Ins. Related | 1.2 |
| Current Liabilities | 10.2 |
| Working Capital | $2.4 |

# Matheson
Opinion as of September 15, 2015

## 3. Liquidation Value

We have made the determination that Matheson is a going concern and, therefore, the appropriate valuation method would be either the Income or Transaction Method for determining Fair Value.

However, if we assume that Matheson is *not* a going concern and use the Asset Method based on an orderly liquidation, Tables 6 - 9 provide the value to the various stakeholders in priority order (or the *Waterfall determination*) as follows: 1) Equipment debt lenders including PACCAR, Wells Fargo and GE secured by Matheson Postal's equipment, Appendix C; 2) Wells Fargo Standby Letter of Credit (LOC) for Matheson's insurance program secured by the Matheson Postal's and Trucking's equipment and Postal's accounts receivable (AR) and Matheson Holdings' properties, Appendix D; 3) Chapter 11 costs; 4) Employee WARN Act or other employee liability payouts, Appendix E, and unpaid taxes, which we have assumed to be zero; and 5) Unsecured claims. Appendix F, is our liquidation analysis on a detailed consolidated basis.

In Table 6, we make two adjustments to our Fair Value determination to reflect an orderly liquidation: 1) Flight, Postal and Trucking Equipment would be subject to an auction fee and other costs. We have assumed this to be 20 percent of the Fair Value, resulting in 80 percent value for our orderly liquidation

## Table 6 – Liquidation Adjustments

| | | Fair Value | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| Flight Equipment | | $0.9 | $1.3 | $2.1 |
| Net at 80% for Auction Fee & Misc Costs | | $0.7 | $1.0 | $1.7 |
| Postal and Trucking Equipment | | $11.8 | $15.7 | $20.0 |
| Net at 80% for Auction Fee & Misc Costs | | $9.4 | $12.6 | $16.0 |
| Flight - AR | | $3.2 | $3.2 | $3.2 |
| Net at 75% for collections & $0.5 USPS Holdback | | $2.0 | $2.0 | $2.0 |
| Postal - AR | | $0.5 | $0.5 | $0.5 |
| Net at 75% for collections | | $0.4 | $0.4 | $0.4 |

**Matheson**
Opinion as of September 15, 2015

analysis, Appendix B; and 2) Flight and Postal's AR in an orderly liquidation may be subject to collection issues. We understand that

there is an approximate $0.5 million hold back by the USPS

currently and we have assumed that there will be a 25 percent

reduction of the Fair Value to reflect collection issues resulting

in 75 percent value for our orderly liquidation analysis.

In Table 6 we calculated the net Fair Value of the Flight, Postal

and Trucking equipment under an orderly liquidation. Table 7

uses only the net Postal and Trucking equipment value (after

liquidation costs).

The Fair Value of the secured debt in a liquidation analysis

would be the face value of the debt with no adjustment for

market rates (face value).

We note that the net Postal and Trucking equipment Fair Value

is greater than the face value of the security equipment debt.

The remaining balance (in bold) plus net Postal AR would be available to apply to the LOC. See Appendix D for details.

Only in the high case would there be remaining funds for the next priority stakeholders.

Table 7 - Asset / Debt Waterfall

|  | | Fair Value | | Notes |
|---|---|---|---|---|
|  | Low | Mid | High |  |
| **Net Postal & Trucking Equipment Value** | $9.4 | $12.6 | $16.0 | Table 6 |
| Equipment Secured Debt | 9.0 | 9.0 | 9.0 | Table 2 |
| **Balance** | $0.4 | $3.6 | $7.0 |  |
| Add Postal - AR Net | 0.4 | 0.4 | 0.4 | Table 6 |
| Balance | $0.8 | $3.9 | $7.4 |  |
| LOC Secured by Postal & Trucking Equipment & AR | 6.9 | 6.9 | 6.9 | Appendix D |
| Remaining Equipment & AR value for Dist. If > 0 | $0.0 | $0.0 | $0.5 |  |

# Matheson

Opinion as of September 15, 2015

In Table 8 we calculate the remaining funds available after all secured lenders.[1]

## Table 8 - Available for Distribution

| | Fair Value | | | Notes |
|---|---|---|---|---|
| | Low | Mid | High | |
| **Total Assets less Equipment & AR plus Flight net Equipment & AR** | $14.5 | $14.9 | $15.5 | Table 1 & Table 6 |
| Add: Remaining Postal and Trucking Equipment & AR value for Distribution | $0.0 | $0.0 | $0.5 | Table 7 |
| Less: Liabilities (excluding Equipment Debt & Deferred Taxes) | $10.4 | $10.4 | $10.4 | Table 2 |
| **Available for Distribution** | **$4.1** | **$4.5** | **$5.6** | |

Table 1 provides the total Fair Value assets (other than equipment and AR).

Table 6 provides the net Fair Value of the Flight equipment and AR. The term "net" means after liquidation costs.

Table 7 provides the remaining balance for the net Postal and Trucking Equipment and AR.

Table 2 provides liabilities excluding secured equipment debt and deferred taxes, a non-cash liability.[2]

Table 8 results in the amount available for distribution to Chapter 11 costs and next priority payments.

---

[1] Table 8, line one = Table 1, Fair Value of Assets of $32.5 million less Total Fair Value of Equipment of $17 million, less AR of $3.7 million = $11.8 plus net Flight Equipment of $0.7 (low), $1.0 (Mid) and $1.7 (high), plus Flight AR $2.0 (all cases) = $14.5 (low), $14.9, rounded (Mid) and $15.5 (High)

[2] Table 8, line three = Table 2 Fair Value of Liabilities of $21.9 less Equipment Secured Debt of $8.9 million less Deferred Book Tax of $2.6 million = $10.4 million

# Matheson

Opinion as of September 15, 2015

In Table 9, we show our estimated Chapter 11 costs and employee payouts under the WARN Act or for other employee liabilities. See Appendix E for the detailed estimate amounts. Based on Table 8's determination of remaining funds available for distribution after obligations to the lenders are satisfied, Table 9 shows our determination that there would be no cash available to the unsecured creditors in all cases.

We have assumed that Wells Fargo, the holder of the LOC, would pursue all the collateral which secures its claims.

### Table 9 - Liquidation Analysis

|  | Fair Value | | | Notes |
|---|---|---|---|---|
|  | Low | Mid | High |  |
| **Available for Distribution** | $4.1 | $4.5 | $5.6 | Table 8 |
| Less Chapter 11 Costs | 0.5 | 0.5 | 0.5 | Debtor Counsel, Liq. Analysis, CC Counsel, |
| Wind down Costs | 0.9 | 0.9 | 0.9 |  |
| Net Cash to Claimants | $2.7 | $3.1 | $4.2 |  |
| **Priority Claims** |  |  |  |  |
| Employee Payouts | $8.0 | $8.0 | $8.0 | Appendix E |
| **Net Cash to Unsecured Claims if > 0** | $0.0 | $0.0 | $0.0 |  |

# Matheson

Opinion as of September 15, 2015

## 4. Going Concern Value

We have made the determination that Matheson is a going concern. Therefore, the appropriate valuation methods include the Income Method and the Transaction Method.

Table 10 summarizes Matheson's operating history. Matheson has two operating subsidiaries: Postal and Flight. Postal is a contracted trucking division based on set rates. See Appendix G for discussion. Flight is a contracted services division. See Appendix G for discussion. The two operating divisions have had different historical growth rates as noted in Table 10. Postal's five-year average is -1.3 percent, while Flight has a 4.2 percent growth rate.

We observe that SG&A has been stable at around 11 percent - the five year average.

We observe that Matheson has made equipment purchases over the past years, but there appears to be no relationship with revenue.

Table 10 - Matheson Operating History

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| **Postal** | $57.7 | $58.0 | $58.9 | $53.0 | $50.1 | $53.5 |
| Growth Rate | | 0.5% | 1.6% | -10.0% | -5.5% | 6.8% |
| Five-Year Average | | | | | | -1.3% |
| **Flight** | 21.4 | 23.3 | 25.7 | 23.3 | 23.4 | 25.9 |
| Growth Rate | | 8.9% | 10.3% | -9.3% | 0.4% | 10.7% |
| Five-Year Average | | | | | | 4.2% |
| **Total Revenue** | $79.1 | $81.3 | $84.6 | $76.3 | $73.5 | $79.4 |
| **SG&A (without Salaries)** | | 9.2 | 8.9 | 8.3 | 8.7 | 8.4 |
| SG&A / Revenue | | 11.3% | 10.5% | 10.9% | 11.8% | 10.6% |
| Five-Year Average | | | | | | 11.0% |
| **Equipment Purchases** | $7.0 | $0.5 | $6.2 | $3.9 | $2.2 | |
| Five-Year Average | | | | | $4.0 | |

# Matheson

Opinion as of September 15, 2015

Based on our observations of Matheson's historical trends and discussions with management, we have established the following Key Operating Assumptions summarized in Table 11:

### Table 11 - Key Operating Assumptions

| | |
|---|---|
| Annual Growth Rate - Postal | 1% |
| Annual Growth Rate - Flight | 4% |
| Postal Salaries / Revenue | 65% |
| Flight Salaries / Revenue | 60% |
| 2015 Contract Services & Vehicle | $14.5 |
| SG&A (without Salaries) / Revenue | 12% |
| Annual Equipment Purchases | $2.0 |

1) Postal annual growth rate of 1 percent. Matheson Postal has seen an -1.3 percent shrinkage over the past five years. However, based on discussions with management this was the result of management decisions responding to the U.S. Postal Service (USPS) contracts that were not profitable. We are projecting a 1 percent growth rate based on Matheson's most recent experience;

2) Flight annual growth rate of 4 percent, which is reflective of Flight's historical growth rate over the past five years;

3) Postal and Flight salaries as a percentage of Revenue. We found these to be approximately 65 percent and 60 percent, respectively, in 2015 and have used this in our forward projection.

4) SG&A has been projected at the rounded historical rate of 12 percent.

5) We have projected annual equipment purchases of $2.0 million based on discussions with management. We understand that equipment purchases could increase above the $2.0 million estimate, with favorable USPS contract renewals.

Table 12 provides our Key Financial Assumptions.

# Matheson
## Opinion as of September 15, 2015

We have assumed a Federal and State tax blended rate of 46 percent.

We have assumed a discount rate of 11 percent based on the Pepperdine Private Capital Markets Project for 2015. We have determined that the appropriate comparable rate would be Mezzanine Debt for over $10 million 1st quartile. We believe mezzanine debt would be appropriate based on: 1) Matheson's secured debt rate at 4.45 percent; and 2) a debt convertible to equity reflecting Matheson's consistent cash flow (see Table 4).

We used a 3 percent growth rate based on common inflation expectations, in our valuation for years after 2021.

Appendix H provides our evaluation of salaries for Matheson's executive management and whether or not these salaries are at market. Based on our evaluation, the Matheson salaries are at market; therefore, no adjustments were made to the operating cash flows.

Table 12 - Key Financial Assumptions

| | |
|---|---|
| Tax Rate (Federal & State) | 46% |
| Discount Rate | 11% |
| Grow Rate | 3% |

# Matheson

Opinion as of September 15, 2015

Based on the Key Operating Assumptions, Table 13 provides our estimate of the projected Postal revenue and direct expenses. To project Contract Services and Vehicle Costs we have used the Key Operating Assumptions for revenue growth.

Table 13 - Matheson Operating Cash Flow - Postal

|  | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **Revenue** | $54.0 | $54.6 | $55.1 | $55.7 |
| Less Payroll | 35.1 | 35.5 | 35.8 | 36.2 |
| Less Contract Services & Vehicle Costs | 14.6 | 14.8 | 14.9 | 15.1 |
| Operating Cash Flows | $4.3 | $4.3 | $4.4 | $4.4 |
| Operating Margin | 8% | 8% | 8% | 8% |

Based on the Key Operating Assumptions, Table 14 provides our estimate of the projected Flight revenue and direct expenses. To project Payroll costs we have used the Key Operating Assumptions for revenue growth.

Table 14 - Matheson Operating Cash Flow - Flight

|  | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **Revenue** | $26.9 | $28.0 | $29.1 | $30.3 |
| Less Payroll | 16.2 | 16.8 | 17.5 | 18.2 |
| Operating Cash Flow | $10.8 | $11.2 | $11.7 | $12.1 |
| Operating Margin | 40% | 40% | 40% | 40% |

# Matheson
Opinion as of September 15, 2015

Table 15, provides our calculation of the Discounted Cash Flow (DCF), less the Fair Value of the Debt from Table 2, for the determination of Fair Value based on the Income Approach.[3]

The Fair Value of Matheson, as a going concern, is *$10 million* rounded.

Appendix G, provides a discussion of the limitations of selling Matheson, either in parts or as a whole.

### Table 15 - Matheson Operating Cash Flow

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Terminal Value |
|---|---|---|---|---|---|---|---|
| Revenue | $79.4 | $81.0 | $82.6 | $84.3 | $86.0 | | |
| Payroll | 50.6 | 51.3 | 52.3 | 53.3 | 54.4 | | |
| Contract Services & Vehicle | 14.5 | 14.6 | 14.8 | 14.9 | 15.1 | | |
| SG&A | 8.4 | 9.7 | 9.9 | 10.1 | 10.3 | | |
| Total Expenses | 73.5 | 75.6 | 77.0 | 78.4 | 79.8 | Assume 2019 | |
| Operating Cash Flow | 5.9 | 5.3 | 5.6 | 5.9 | 6.2 | 6.2 | 6.2 |
| Less Vehicle Purchases | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Free Cash Flow pre-tax | 3.9 | 3.3 | 3.6 | 3.9 | 4.2 | 4.2 | 4.2 |
| After Tax Cash Flow | 2.1 | 1.8 | 1.9 | 2.1 | 2.3 | 2.3 | 2.3 |
| Terminal Value | | | | | | | $21.2 |
| Discount Rate | | 0.901 | 0.812 | 0.731 | 0.659 | 0.593 | 0.535 |
| Discounted | | 1.6 | 1.6 | 1.5 | 1.5 | 1.3 | 11.4 |
| DCF | | $18.9 | | | | | |
| Less Equipment Debt @ Fair Value | | $8.9 | | | | | |
| Fair Value of Going Concern | | $10.0 | | | | | |

[3] Terminal Value of $21.2 million in year 2020 = $2.3 × ((1+ 3% Growth Rate)÷11% Discount Rate). This is a present value of future payments, Discount Rate of .535 = 1 ÷ $(1+ 11\% \text{ Discount Rate})^6$. Note the 6th year in cash flow. Note 2016 is the 1st year.

# Matheson

Opinion as of September 15, 2015

## 5. Concluding Comments

Based on our liquidation determination, there would be *no cash available to the unsecured creditors*. Matheson's value to the unsecured creditors is as a going concern.

Matheson's SG&A has been stable over the past five years and we found *no evidence* that Matheson's discretionary spending changed in response to the subject litigation. We note that Trucking acts as an integrated unit with Flight and Postal and provides synergistic value to both. See Appendix G.

We understand the accounting allocation of SG&A between Postal and Flights is based on revenue and headcount. However, although there are multiple ways to allocate overhead, we believe that Operating Cash Flows (Tables 13 & 14) would provide a more meaningful measure of value of the services provided by Trucking, due to the fact that Postal has reimbursable costs like fuel, which overstate revenue. Thus, if the companies used an Operating Cash Flow allocation method, the SG&A allocation to Flight would approximately double. The current allocation is fair and reasonable to Flight.

We have included in Appendix L dividend payments to related-parties for the past five years, which totaled $0.9 million. In Appendix H we found that CEO Mark Matheson's compensation (including his received dividends) was in the 50 percent to the 75 percent industry quartile range. Over the past five years, Matheson has loaned Mark Matheson approximately $1 million. We note, if the loan had been treated as compensation to Mark Matheson, it would have placed *Mark Matheson below* an industry Maximum Reasonable Compensation amount over the past five years.

## Matheson
Opinion as of September 15, 2015

We have included in Appendix D a summary of the insurance program standby letters of credit (LOC). We found that the LOCs were issued to guarantee future payments of high-limit deductibles for workers' compensation and vehicle liability insurance claims and have a reasonable *business purpose* due to the fact that the largest single expense is payroll, which is 65 percent of revenue. We believe it is imperative that the LOCs be maintained.

We have included in Appendix E an estimate of employee payouts for 60 days. We have cited the WARN Act as support in our liquidation determination. Based on our experience, with or without application of the WARN Act, it is reasonable to expect that a Matheson business termination would result in, at a minimum, *60 days of employee payments* in various forms.

We reserve the right to amend our report based on the to be issued independent audit report and other events that may subsequently occur.

**Matheson**
Opinion as of September 15, 2015

| | Appendices: |
|---|---|
| A | CVs |
| B | Equipment Fair Value Analysis |
| C | Debt Fair Value Analysis |
| D | Summary of Insurance Program Standby Letters of Credit |
| E | Employee Payout Support - 60 Days |
| F | Liquidation Analysis |
| G | Contract and Historical Financials Analysis |
| H | Adjusting Entries and Compensation Analysis |
| I | 2008 - 2014 Audited Financial Statements |
| J | 2015 Trial Balance |
| K | Non-Rolling Stock Net Book Value |
| L | Related-Party Payments |
| M | Documents List |

Matheson

# APPENDICES

Matheson

# APPENDIX A

# Pacific Capital Transactions – Principals

## 1  DENNIS MANDELL

Mr. Mandell has over 30 years of business experience providing services to counsel, including civil and criminal matters; corporate fraud investigations; business valuation services in support of federal tax and civil disputes; and financial advisory services for corporate transactions such as restructuring, debt consolidation, sell-off of subsidiaries, facility shut-down, and sale of tangible and intangible business assets. Before forming Pacific Capital Transactions (PCT), Mr. Mandell was a senior vice president with Houlihan Lokey. Prior to that, he was a principal with Willamette Management Associates and managed Willamette's San Francisco office; he was the managing director of litigation and forensic services for the West Coast at Grant Thornton LLP; and he was the Northwest managing director of appraisals/valuations and litigation for KPMG LLP. In addition, Mr. Mandell has 18 years of experience working with ARCO, where he managed the evaluation of oil & gas transactions. Mr. Mandell earned a Bachelor of Arts in Accounting from California State University, Fullerton in 1977 and a Master of Science in Taxation from the Golden Gate University, Los Angeles in 1990.

## 2  LUCINDA MAHONEY

Ms. Mahoney has over 30 years of business experience in accounting, financial analysis, business valuations, due diligence analysis, government contracts, budgeting, strategy development, reporting, systems development, audit, litigation support and contract negotiation. Ms. Mahoney has worked with Fortune 10 multinational oil companies as well as government agencies, Native Corporations/villages, small businesses and not-forprofit organizations. In the oil industry she held a broad variety of roles that include audit and investigations, financial reporting and analysis, systems management, operations support, accounting and internal control. She was the CFO for the Municipality of Anchorage and her duties included oversight of appraisals/valuations and litigation. While employed at KPMG, Ms. Mahoney managed the business advisory practice for the

# Pacific Capital Transactions - Principals

State of Alaska which included business valuations and a variety of financial and process analyses. Ms. Mahoney is a Certified Valuation Analyst, CVA, and is a member in good standing with the National Associated of Certified Valuation Analysts. Her education includes a CVA - Certified Valuation Analyst, National Association Certified Valuation Analysts (NACVA), an MBA - Masters of Business Administration, University of Alaska and a BBA - Bachelors of Business Administration, Finance concentration, from the University of Texas at El Paso

## 3   RON GAGOSIAN

Mr. Gagosian has over 30 business experience in business and consumer banking, payments, e-banking technology and other financial services industry expertise. Before forming PCT, he served as Senior Vice President of Client and Enterprise Technology at Silicon Valley Bank in Santa Clara, CA. Mr. Gagosian was Vice President within the Operations Group at BA Merchant Services, Inc., a Bank of America Company. He was responsible for all major conversions, enterprise technology implementation, and built a very strong relationship for BA Merchant Services, Inc. among VISA U.S.A. and MasterCard, International. Mr. Gagosian has a B.A. in Economics and Business from Westmont College and earned his Masters in Business Administration from Golden Gate University in San Francisco, CA.

## 4   ERIC ORSE

Mr. Orse has been involved as a financial executive with early stage and financially distressed companies in the Northwest for over 20 years. He has worked with distressed companies, working on behalf of shareholders and creditors, selling off assets and restructuring entities. Mr. Orse was Court Appointed Trustee in the Price/Um Chapter 11 Bankruptcy. He was appointed Chapter 11 Trustee to manage a $150 million commercial real estate portfolio owned by the debtors Price and Um. Mr. Orse was also the Court Appointed Receiver in the Hartman Escrow, Inc. Receivership. Mr. Orse was appointed General Receiver over the assets

# Pacific Capital Transactions - Principals

of this escrow company. After this company was seized by the State of Washington, Mr. Orse was brought in to wind up the business operations and settle the claims associated with outstanding balances in numerous escrow transactions. He was also Court Appointed Chief Financial Advisor to Diana K. Carey, Trustee in the Berg Chapter 11 Bankruptcy. This Bankruptcy, resulting from a $100m+ Ponzi scheme, resulted in Mr. Orse managing over 20 operating companies, including the MTR Coach Operations ($25m in annual revenue and 250 employees) which was successfully sold in January 2011. Under the Berg Bankruptcy, Mr. Orse was responsible for eight bankrupt companies and the dissolution of those estates. Prior to forming Orse & Company, Inc., Mr. Orse, was a CPA and served as Senior Accountant in the Audit Group and Senior Consultant in the Dispute Analysis & Corporate Recovery Group at Price Waterhouse LLP from July 1989 to January 1992 and January 1994 to April 1995. Mr. Orse has B.A. in Accounting and an M.B.A. in Finance and Business Management from Seattle University.

## 5  LISA LIND

Ms. Lind currently serves as Vice President at Shorenstein Realty Services L.P. in the Portfolio Accounting Group. There she directs the financial reporting for assigned real estate investment funds and private real estate investment trusts. Through the oversight of a team of ten to fifteen people, she also ensures technically accurate financial reporting for fund properties including: financial statements (which may be on a cash, historical cost, and/or fair value basis), loan compliance, property level monthly asset plans and other special reporting. Prior to this, Ms. Lind spent ten years at Deloitte and Touche, LLP performing financial statement audits for clients in a variety of industries including: real estate, construction, government contracting and not-for-profit. Ms. Lind is a licensed CPA in California and Alaska and obtained her Bachelors in Accounting and Finance from New York University- Leonard N. Stern School of Business.

Page 3 of 4

# Pacific Capital Transactions - Principals

## 6  COLONAL O'ROURKE

Conal O'Rourke has over 10 years of experience in the Professional Services industry, working for both private partnerships and public companies. He is an experienced Learning and Development professional known for operational excellence in the planning and execution of instructor-led, management development and learning programs consisting of 20-400 learners. Mr. O'Rourke is four-time PwC Contribution award recipient, eight-time Accenture Performance Bonus award recipient and while at Andersen Consulting he was the New England Practice Excellence award recipient. He is currently a Senior Associate Learning Consultant for the San Jose and Rockies (Denver and Salt Lake City) markets. He is responsible for the planning, delivery and learning management system (LMS) knowledge of all market-delivered Learning & Development curriculum. Previously he provided meeting and event logistics, software selection and implementation and he was responsible for the general improvement of administrative support tasks for a variety of businesses and individual clients.

## 7  GUY REED

Guy Reed has over 26 years of experience in mining, civil & industrial construction, facility management, and environmental remediation and in the oil & gas industries. He has worked on Federal, State and local Public works contracts that were $100+ million. He has a broad-based understanding of civil and industrial construction, mine management, environmental remediation, operational planning and execution. Mr. Reed currently holds a position with U.S. Mine Corps as an Operations Manager. There he oversees project development, plan writing, permitting and overall operations. Mr. Reed is certified by USACOE – NAVFAC in Construction Quality Management. He has an extensive working knowledge of industrial trucks and equipment. He is also OSHA and MSHA compliant certified.

# Pacific Capital Transactions - Staff

## 1. JAN DAVIS

Jan Davis is currently president of Blue Sage Research. She coordinates a team of trained information specialists to provide business appraisers and financial analysts with the data they need in a timely and cost effective manner. Ms. Davis received her Master's in Library and Information Studies from UC Berkeley, and has almost 20 years of experience in business and finance research experience. Before starting her company in 1997, she was director of research at Willamette Management Associates. She also acted as the Business and Management Librarian at Willamette University. Ms. Davis has presented nationally and internationally on research strategies and has published in a variety of professional journals. She subscribes to several database services and is an expert in Internet research.

## 2. MICHELLE RUBENSTEIN

Michelle Rubenstein is currently working with PCT assisting primaries with research, report writing, and document formation. Ms. Rubenstein previously worked at American Apparel in many capacities. She contributed to the development of the wholesale sales team. Her team was were responsible for selling 1 Mill garments a week that were domestically manufactured in Downtown Los Angeles. As an assistant for the Director of International Wholesale she traveled to American Apparel's corporate locations in Germany and the UK. There she conducted research to produce solutions in order to streamline intracompany communications. Mrs. Rubenstein has her Associates in Business Marketing from College of the Canyons.

# Pacific Capital Transactions – Staff

## 3. HILARY CAMPBELL

Hilary D. Campbell has over 10 years of experience research and writing. Working and volunteering within privatized and non-profit organizations has given her a wide scope of knowledge in current political trends. She is experienced in fact finding expeditions and case summary reports. Ms. Campbell is currently working with PCT as a researcher. She is a published author and Political Scientist, deadlines are a close friend of Ms. Campbell's. Data analysis and Internet research are her strong points, and she thrives on finding market correlations.

## 4. REBECCA REED

Rebecca Reed has 20 years of experience in business administration and state and federal compliance. She worked as a Paralegal and Office Manager for Law Offices of Richard R. Johnson. There she prepared and compiled pleadings, contracts, complaints and legal research, created complex documents into workable files. She is proficient at multiple computer applications, Pro Forma, Word, Excel, Microsoft Office and QuickBooks. More recently Ms. Reed worked for Washoe County District Attorney. There she managed and investigated multiple case files, collected DNA samples, and used multiple complex secured state and national computer data bases. She also obtained bank account and property seizure orders through the Nevada court system. Ms. Reed received her education from American River College majoring in Human Services and from Lassen Community College majoring in Business Administration/Administration of Justice.

## 5. HERNON CORTES

Hernon Cortes has an in depth working knowledge of the Agricultural industry including the trucking and equipment. More recently he founded, designed and managed an agricultural website www.califarms.net that creates graphic design solutions for

## Pacific Capital Transactions – Staff

Agricultural businesses. Mr. Cortes has an A.A.S. degree in Computer Technology from Heald Business College in Salinas, CA. He also attended the University of Phoenix.

Matheson

# APPENDIX B

Equipment Fair Value Analysis

**Desk Top Appraisal - Market Approach:**

We used the Market Approach Comparison method, using similar machinery, equipment and rolling stock that has been sold or is currently offered for sale in the marketplace to value Matheson's equipment.

By comparing the machinery, equipment and rolling stock appraised with similar items that have been sold recently or are currently offered for sale in the marketplace, we estimated the Fair Value of each item. When making comparisons of similar items, the factors considered, when arriving at an adjusted value were: make, model, capacity, age, odometer, location and date of sale when applicable. Marketability of the machinery, equipment and rolling stock was also a determinant of value. Marketability, as a measure of demand, was approximated through recent sales in the marketplace of comparable items. Where actual sales were not available, relationships were established and based upon dealer "asking prices" for comparable items less the best comparable through similar actual sales.

Equipment Fair Value Analysis

Table 1: We have summarized the equipment lists provided by Matheson companies.

Table 1 - By Company

| | Count | Low | Mid | High |
|---|---|---|---|---|
| Flight Equipment list 1 | 697 | $919,630 | $1,317,385 | $2,091,735 |
| Flight Equipment list 2 | 15 | 26,929 | 38,929 | 38,929 |
| Postal Equipment list | 638 | 11,460,485 | 15,050,159 | 19,099,341 |
| Trucking Equipment list 1 | 35 | 148,054 | 188,531 | 243,575 |
| Trucking Equipment list 2 | 64 | 193,532 | 346,686 | 469,410 |
| | | | | |
| Total | 1,449 | $12,748,630 | $16,941,690 | $21,942,990 |
| | | | | |
| Flight | 712 | 946,559 | 1,356,314 | 2,130,664 |
| Postal | 638 | 11,460,485 | 15,050,159 | 19,099,341 |
| Trucking | 99 | 341,586 | 535,217 | 712,985 |
| | | | | |
| | 1,449 | $12,748,630 | $16,941,690 | $21,942,990 |

Equipment Fair Value Analysis

We also received a comparative desk top appraisal from Brian Barger, Ritchie Brothers Industrial Territory Manager. Barger was unable to provide an evaluation of the entire list, as some items lacked sufficient data (53 items or about 3.5% of total items). Barger's Fair Value desk top appraisal numbers were in the *range of $11.3 million – $15.8 million v. our range of $12.7 million – $21.9 million*. Barger nor our numbers include liquidation cost such as auction fees, transportation, assembly, labor and other cost associated with the liquidation.

Table 2: summarizes equipment by vintage. We note that 75 percent of the equipment is pre-2007 vintage, while 81 percent of the Mid case Fair Value is 2007 – current vintage.

Table 2 - By Year

|  | Count | % of Total | Low | Mid | % of Total | High |
|---|---|---|---|---|---|---|
| Pre-2007 | 1,080 | 75% | $1,949,565 | $3,138,390 | 19% | $4,807,945 |
| 2007 | 178 | 12% | 1,672,925 | 2,670,310 | 16% | 3,794,892 |
| 2008 | 3 | 0% | 34,000 | 48,500 | 0% | 76,750 |
| 2009 | 27 | 2% | 638,650 | 856,650 | 5% | 1,047,650 |
| 2010 | 58 | 4% | 1,368,100 | 2,328,800 | 14% | 2,830,600 |
| 2011 | 3 | 0% | 1,650 | 1,650 | 0% | 1,650 |
| 2013 | 49 | 3% | 3,318,000 | 3,615,000 | 21% | 4,394,563 |
| 2014 | 15 | 1% | 1,032,440 | 1,138,890 | 7% | 1,309,240 |
| 2015 | 36 | 2% | 2,733,300 | 3,143,500 | 19% | 3,679,700 |
|  |  |  |  |  |  |  |
|  | 1,449 | 100% | $12,748,630 | $16,941,690 | 100% | $21,942,990 |

Page 3 of 5

Equipment Fair Value Analysis

Table 3: summary of the market approach desktop appraisal for the equipment by the state in which the equipment is licensed. We note there are some items that do not require a license.

Table 3 - by State License

| | Count | Low | Mid | High |
|---|---|---|---|---|
| AK | 1 | $1,500 | $1,500 | $1,500 |
| AZ | 8 | 17,300 | 19,800 | 23,250 |
| CA | 636 | 10,966,043 | 13,992,012 | 17,611,469 |
| CO | 311 | 226,650 | 362,773 | 721,241 |
| FL | 2 | 26,000 | 30,000 | 37,800 |
| ID | 10 | 7,000 | 7,750 | 9,000 |
| KY | 2 | 1,050 | 1,050 | 1,050 |
| MT | 11 | 5,600 | 5,600 | 5,600 |
| NV | 1 | 500 | 1,000 | 2,000 |
| OK | 13 | 8,200 | 12,000 | 16,400 |
| OR | 27 | 12,400 | 24,450 | 38,348 |
| TX | 22 | 59,235 | 65,235 | 73,235 |
| UT | 1 | 550 | 1,500 | 2,600 |
| WA | 3 | 3,000 | 3,400 | 3,800 |
| WV | 6 | 4,250 | 9,750 | 28,500 |
| Non Lic | 395 | 1,409,352 | 2,403,870 | 3,367,197 |
| Total | 1,449 | $12,748,630 | $16,941,690 | $21,942,990 |

Page 4 of 5

Equipment Fair Value Analysis

Following is our detailed market approach desktop appraisal for the equipment with our resources.

The resources used for research and Fair Value comparisons were primarily sourced from auction data bases. There were some additional sources especially on newer items not yet in the auction stream and some equipment companies that specialized in the Ground Support Equipment (GSE) category. We note, that 70 percent of our Fair Value comparisons were from Ritchie Brothers Auction Data Base, Tractors, Trailers, Forklifts and Vehicles (Ritchie B or RB). The other material resources are listed in Table 3.

Table 3 Sources

| SOURCE | Name |
|--------|------|
| AERO SPECIALTIES | AERO Specialties (new and used GSE equipment retailer) - GSE Equipment |
| ATVCONNECTION | ATV Connection (online ATV retailer) - ATV Units |
| CTT | Commercial Truck Trader (online new and used truck and trailer service) - Tractors |
| EQUIP TRAD | Equipment Trader (new and used equipment retailer) - Forklifts |
| GLOBAL GSE | GSE Global (new and used GSE equipment retailer) - GSE Equipment |
| KBB | Kelly Blue Book (online used car valuation service) - vehicles |
| MT | Matheson FMV Sheet (GSE only) |
| PurrpleWaveAuction | Purple Wave Auction (online auction service) - Tractors |
| SCALEMASTERS | Scale Masters (scale and component retailer) - Scales and Components |
| TOTALCOMP.COM | Total Comp (scale and component retailer) - Scales and Components |
| Truckpaper | Truckpaper.com (online new and used truck and trailer service) - Tractors |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF/CON | SOURCE EQUIP TRAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | FEFL5 | FORKLIFT | NSSMT | KAPH02A25PV | Pre-2007 | 1800 | 900269 | Non Lic | 3,504 | | $ 3,000 | $ 5,000 | $ 6,500 | Y | Estimated |
| Flight Equipment list 1 | FB02 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 1800 | ID233192 | CA | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | FEFL7 | FORKLIFT | NSFKL | KAPH02A25PV | Pre-2007 | 1800 | 900270 | Non Lic 4,660 | | | $ 2,300 | $ 2,300 | $ 2,300 | Y | GLOBAL |
| Flight Equipment list 1 | GST501 | MISC | WASPX | A04093D | Pre-2007 | 1800 | 144400S | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | TB03 | MISC | WASPX | UNKNOWN | Pre-2007 | 1800 | 167127 | Non Lic | | | $ 100 | $ 100 | $ 100 | N | Estimated |
| Flight Equipment list 1 | FEFL3 | FORKLIFT | NSSMT | KAPH02A25PV | Pre-2007 | 1800 | 900194 | Non Lic 7,914 | | | $ 2,250 | $ 2,250 | $ 2,250 | Y | 1 RB |
| Flight Equipment list 1 | TB01 | MISC | CLYDE | UNKNOWN | Pre-2007 | 1800 | 6903 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | TB02 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 1800 | 2405 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | FB03 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 1800 | XF-536016 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | FEFL8 | FORKLIFT | NSFKL | CPH02A2DW | Pre-2007 | 1800 | PH02-38318 | Non Lic 49 | | | $ 750 | $ 1,750 | $ 4,500 | Y | 3 RB |
| Flight Equipment list 1 | TB05 | MISC | CLYDE | UNKNOWN | Pre-2007 | 1900 | UNKNOWN | TX | | | $ 100 | $ 100 | $ 100 | N | Estimated |
| Flight Equipment list 1 | TB04 | MISC | CLYDE | UNKNOWN | Pre-2007 | 1900 | 48655 | OR | | | $ 50 | $ 50 | $ 50 | N | 1 AERO SPECIALTIES |
| Flight Equipment list 1 | GST41 | TUG | TUGMN | MA-50 | Pre-2007 | 1978 | 0428 | CO | 2,546 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 Est. GLOBALGSE |
| Flight Equipment list 1 | GST42 | TUG | TUGMN | MA-50 | Pre-2007 | 1978 | 0102 | CO | 1,660 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 Est. GLOBALGSE |
| Flight Equipment list 1 | GSB75 | TUG | FORDX | F600 | Pre-2007 | 1978 | | Non Lic 1,266 | | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | GST39 | TUG | TUGMN | MA-50 | Pre-2007 | 1978 | 0542 | CO | 2,732 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 Est. GLOBALGSE |
| Flight Equipment list 1 | GST40 | TUG | TUGMN | MA-50 | Pre-2007 | 1978 | 11653 | CO | 2,371 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | PT114 | TRAILER | LFKTR | TRAILER | Pre-2007 | 1980 | 56744 | AZ | 0 | | $ 3,000 | $ 3,500 | $ 4,000 | Y | 2 Truck Trader 130% |
| Flight Equipment list 1 | K110 | LOADER | FMCXX | MDL-40 | Pre-2007 | 1980 | H18400010R | Non Lic 2,450 | | | $ 32,000 | $ 42,000 | $ 52,000 | Y | 1 LEGACY GSE |
| Flight Equipment list 1 | GS0496 | DOLLY | CLYDE | CBD2201 | Pre-2007 | 1980 | 17855 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | MAT,AERO |
| Flight Equipment list 1 | K115 | LOADER | FMCXX | 2284300 | Pre-2007 | 1980 | H1940002 | Non Lic 223 | | | $ 2,500 | $ 10,000 | $ 19,900 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | P3K01 | MISC | STVST | MB2-GT40 | Pre-2007 | 1981 | 144-008 | TX | 3,030 | | $ 2,500 | $ 2,500 | $ 2,500 | N | Estimated |
| Flight Equipment list 1 | GS876 | TUG | FORDX | F600 | Pre-2007 | 1981 | 1FDMC60H9BVA05546 | Non Lic 8,306 | | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | PK402 | MISC | HOUGH | T800 | Pre-2007 | 1981 | TB00 4024 | Non Lic 2,423 | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | CS07 | MISC | WASPX | 15F2011 | Pre-2007 | 1982 | | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS874 | TUG | FORDX | F-350 | Pre-2007 | 1983 | 2FDJF37XZDCA74692 | Non Lic | | | $ 250 | $ 250 | $ 250 | N | 1 MAT,AERO |
| Flight Equipment list 1 | GST49 | TUG | CRTPL | T40C | Pre-2007 | 1983 | 38X02201 | Non Lic 5,174 | | | $ 1,000 | $ 1,000 | $ 1,000 | N | 3 MACH TRADE |
| Flight Equipment list 1 | GST32 | TUG | STVST | MA-50 | Pre-2007 | 1984 | 2516 | Non Lic 6,295 | | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST43 | TUG | TUGMN | MA-50 | Pre-2007 | 1984 | 2517 | CO | 5,305 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 Estimated |
| Flight Equipment list 1 | GS0497 | DOLLY | WASPX | A03924D | Pre-2007 | 1984 | 15032 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GS0498 | DOLLY | WASPX | A1055D | Pre-2007 | 1984 | | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GST20 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 588 | CO | 2,917 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | BU04 | LOADER | CCHRN | 600 | Pre-2007 | 1985 | 2129 | TX | 4,869 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | GST52 | TUG | TUGMN | MA-50 | Pre-2007 | 1985 | 3408511 | TX | 1 | | $ 1,500 | $ 7,500 | $ 15,500 | Y | 1 GLOBAL GSE |
| Flight Equipment list 1 | BC009 | MISC | WASPX | 510 | Pre-2007 | 1985 | 85730 | Non Lic 0 | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | BC010 | MISC | WASPX | 510 | Pre-2007 | 1985 | 91042 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GST25 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 055929017 | CO | 9,973 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | BU02 | LOADER | CCHRN | 600 | Pre-2007 | 1985 | 2134 | CA | 9,739 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | BU03 | LOADER | CCHRN | 600 | Pre-2007 | 1985 | 2132 | Non Lic 2,591 | | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | GST22 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 575 | CO | 598 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST19 | TUG | EQTCH | M50 | Pre-2007 | 1985 | 596 | ID | 0 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST1 | TUG | EQTCH | M50 | Pre-2007 | 1985 | 495 | CO | 1,853 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST4 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 582 | CO | 1,564 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | KU01 | LOADER | FMCXX | JCPL-2 | Pre-2007 | 1985 | PL285279 | Non Lic 5,055 | | | $ 800 | $ 1,600 | $ 2,400 | Y | 1 AERO |
| Flight Equipment list 1 | BU05 | LOADER | LNTXX | LANTIS | Pre-2007 | 1985 | | Non Lic 97 | | | $ 3,500 | $ 3,500 | $ 29,500 | Y | Estimated |
| Flight Equipment list 1 | GST2 | TUG | EQTCH | M50 | Pre-2007 | 1985 | 499 | CO | 1,211 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST5 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 589 | Non Lic 2,296 | | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | GST18 | TUG | EQTCH | M50 | Pre-2007 | 1985 | 441 | OK | 1,741 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST3 | TUG | EQTCH | M40 | Pre-2007 | 1985 | 579 | OK | 1,655 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | GST17 | TUG | EQTCH | M30 | Pre-2007 | 1986 | 752 | CA | 1,591 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | GST15 | TUG | EQTCH | M40 | Pre-2007 | 1986 | 705 | CA | 431 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | GST6 | TUG | EQTCH | M40 | Pre-2007 | 1986 | 623 | CO | 6,178 | | $ 700 | $ 700 | $ 700 | N | MAT |
| Flight Equipment list 1 | GST33 | TUG | CLARK | M40 | Pre-2007 | 1986 | CM64405-153-2031569 | Non Lic 2,545 | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | KU03 | LOADER | FMCXX | JCPL-2 | Pre-2007 | 1986 | PL384440 | CA | 9,223 | | $ 18,000 | $ 18,000 | $ 18,000 | Y | 1 LEGACY GSE |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VALUE HIGH | COMF | CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GST50 | TUG | TUGMN | MA-30 | Pre-2007 | 1986 | 12867 | WA | 164 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | K114 | LOADER | FMCXX | COMMANDER 15 | Pre-2007 | 1987 | C687201 | TX | 1,980 | | $ 45,000 | $ 45,000 | $ 45,000 | N | | MAT |
| Flight Equipment list 1 | K112 | LOADER | FMCXX | MDL-40 | Pre-2007 | 1987 | MDL87513 | Non Lic | 1,127 | | $ 32,000 | $ 42,000 | $ 52,000 | Y | 1 | LEGACY GSE |
| Flight Equipment list 1 | GST35 | TUG | STWST | MA-50 | Pre-2007 | 1987 | 619 | CA | 3,327 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 | Est, GLOBALGSE |
| Flight Equipment list 1 | GST16 | TUG | EQTCH | M40 | Pre-2007 | 1987 | 864 | CA | 837 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | K105 | LOADER | LNTSX | 818-144 | Pre-2007 | 1988 | 471 | Non Lic | 1 | | $ 3,500 | $ 15,000 | $ 29,950 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GST7 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 967 | CO | 927 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GST21 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 9990388 | CO | 8,679 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | Estimated |
| Flight Equipment list 1 | GSO499 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 25126 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | GSO503 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 121117 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | GST1 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 9770288 | Non Lic | 2,142 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GSO505 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 815115 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT |
| Flight Equipment list 1 | GSO506 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 121116 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT |
| Flight Equipment list 1 | GSO507 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 125128 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT |
| Flight Equipment list 1 | GST12 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 10170388 | Non Lic | 3,238 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GST13 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 10100388 | CA | 37 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GST14 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 8850188 | Non Lic | 10,062 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GST9 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 986 | CO | 1,063 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GSO537 | DOLLY | CLYDE | A1312D | Pre-2007 | 1988 | 22303 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSO501 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 25127 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT, AERO |
| Flight Equipment list 1 | GSO502 | DOLLY | WASPX | A1312D | Pre-2007 | 1988 | 25125 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT, AERO |
| Flight Equipment list 1 | GST8 | TUG | EQTCH | M30 | Pre-2007 | 1988 | 959 | CO | 2,414 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GST51 | TUG | STWST | MA-50 | Pre-2007 | 1989 | 5605 | AK | 1,330 | | $ 1,500 | $ 1,500 | $ 1,500 | Y | 1 | MAT |
| Flight Equipment list 1 | GST54 | TUG | EQTCH | M40 | Pre-2007 | 1989 | 578 | Non Lic | 1,628 | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GST37 | TUG | STWST | B345 | Pre-2007 | 1989 | BTG-200 | Non Lic | 4,731 | | $ 1,000 | $ 1,000 | $ 1,000 | N | | MAT |
| Flight Equipment list 1 | GSO479 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135027 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO485 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 42810 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO487 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135035 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO488 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 42812 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO492 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135034 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO493 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121122 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO495 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135451 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | | MAT |
| Flight Equipment list 1 | BC001 | MISC | VTKNS | AO2164D | Pre-2007 | 1990 | 43158 | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | BC002 | MISC | VTKNS | AO2164D | Pre-2007 | 1990 | 46452 | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | BC003 | MISC | VTKNS | AO2164D | Pre-2007 | 1990 | 46485 | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | BC007 | MISC | VTKNS | AO2164D | Pre-2007 | 1990 | 46467 | Non Lic | 0 | | $ 700 | $ 700 | $ 700 | N | | Estimated |
| Flight Equipment list 1 | GSO478 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121115 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO480 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121121 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO481 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121118 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO482 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121319 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO483 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121123 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO484 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121124 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO486 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 42811 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO489 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135028 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO490 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 121112 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO491 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 42893 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GSO494 | DOLLY | WASPX | L87 | Pre-2007 | 1990 | 135033 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | MAT |
| Flight Equipment list 1 | GST3 | TUG | DODGE | D350 | Pre-2007 | 1990 | 1B6LE36X0LS760262 | Non Lic | 6,147 | | $ 4,000 | $ 4,000 | $ 4,000 | N | | MAT |
| Flight Equipment list 1 | GSO448 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81711 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |
| Flight Equipment list 1 | GSO449 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81712 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |
| Flight Equipment list 1 | GSO450 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81713 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |
| Flight Equipment list 1 | GSO451 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81714 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |
| Flight Equipment list 1 | GSO452 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81715 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |
| Flight Equipment list 1 | GSO453 | DOLLY | WASPX | A03427D | Pre-2007 | 1990 | 81716 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | | MAT |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN# | State | Odometer | GVW | LIQ VALUE/LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMP CONV | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSO454 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81717 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO455 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81718 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO456 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81719 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO457 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81720 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | C508 | MISC | TRAARC | UNKNOWN | Pre-2007 | 1990 | | CA | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | C509 | MISC | TRAARC | UNKNOWN | Pre-2007 | 1990 UNKNOWN | | OR | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSO438 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81701 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO439 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81702 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO440 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81703 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO441 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81704 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO442 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81705 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO443 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81706 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO444 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81707 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO445 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81708 | OR | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO446 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81709 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GSO447 | DOLLY | WABPX | A03427D | Pre-2007 | 1990 | 81710 | Non Lic | | | $ 400 | $ 400 | $ 400 | N | MAT |
| Flight Equipment list 1 | GS871 | TUG | DODGE | D350 | Pre-2007 | 1990 | 186LE6671L5733883 | Non Lic | 17,636 | | $ 1,500 | $ 2,000 | $ 3,000 | Y | 3 RB |
| Flight Equipment list 1 | GS872 | TUG | DODGE | D350 | Pre-2007 | 1990 | 186LE5888L5755391 | Non Lic | 1,785 | | $ 1,500 | $ 2,000 | $ 3,000 | Y | 3 RB |
| Flight Equipment list 1 | C503 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 1990 UNKNOWN1 | | CA | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GS738 | TUG | STWST | BT345 | Pre-2007 | 1990 BTG-416 | | Non Lic | 6,690 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | GS749 | TUG | CLARK | CT-A-4 | Pre-2007 | 1991 CT51-5115 | | Non Lic | 97 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | BC004 | MISC | WTKNS | A02164D | Pre-2007 | 1991 34146 | | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | BC005 | MISC | WTKNS | A02164D | Pre-2007 | 1991 34152 | | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GS2OD02 | MISC | WTKNS | A02164D | Pre-2007 | 1991 7280 | | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | PTR53013 | TRAILER | RDSYS | ML53102W125 | Pre-2007 | 1991 1D7V11Z4MA199865 | | AZ | 4,193 | | $ 3,000 | $ 3,500 | $ 4,000 | Y | 4 Truck Trader 130% |
| Flight Equipment list 1 | BC06 | MISC UNIT | WTKNS | A02164D | Pre-2007 | 1992 56886 | | Non Lic | 0 | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | KL16 | LOADER | FMCCK | 6205304-002 | Pre-2007 | 1992 | | AZ | 3,132 | | $ 2,500 | $ 2,500 | $ 2,500 | Y | Estimated |
| Flight Equipment list 1 | BC016 | MISC | WTKNS | A02164D | Pre-2007 | 1992 56886 | | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | BC008 | MISC | WTKNS | A02164D | Pre-2007 | 1992 56891 | | Non Lic | 0 | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | FEFL1 | FORKLIFT | HYSTR | S155XL | Pre-2007 | 1992 B024OD2553N | | Non Lic | 0 | | $ 10,000 | $ 10,000 | $ 10,000 | Y | 3 RB |
| Flight Equipment list 1 | GST36 | TUG | TUGMN | MH40 | Pre-2007 | 1993 542 | | Non Lic | 128 | | $ 1,000 | $ 1,000 | $ 1,000 | N | MAT |
| Flight Equipment list 1 | PTR53000 | TRAILER | WABSH | P102CW | Pre-2007 | 1993 1JJV532V43RL218155 | | Non Lic | 15,700 | | $ 1,500 | $ 2,000 | $ 3,000 | Y | 5 RB |
| Flight Equipment list 1 | GPU02 | MISC | UNKNOWN | TT4900 | Pre-2007 | 1993 GS81901073 | | TX | 3,719 | | $ 500 | $ 500 | $ 500 | N | E |
| Flight Equipment list 1 | FEFL2 | FORKLIFT | KMTSF | D770 | Pre-2007 | 1993 1874K | | Non Lic | 7,922 | | $ 2,000 | $ 2,500 | $ 3,250 | Y | 2 RB |
| Flight Equipment list 1 | PTR53014 | TRAILER | WABSH | P102CW | Pre-2007 | 1993 1JJV532V0P1207192 | | AZ | 277 | | $ 2,000 | $ 2,500 | $ 3,250 | Y | 4 RB |
| Flight Equipment list 1 | PTR53015 | TRAILER | WABSH | P102CW | Pre-2007 | 1993 1JJV532V8P1207215 | | AZ | 2,838 | | $ 2,000 | $ 2,500 | $ 3,250 | Y | 4 RB |
| Flight Equipment list 1 | KL13 | LOADER | LNTEX | 818-161 | Pre-2007 | 1994 520 | | Non Lic | 2,772 | | $ 7,000 | $ 16,000 | $ 25,800 | Y | 1 MAT,GLOBAL GSE |
| Flight Equipment list 1 | TM1 | TUG | CRWEQ | 140TR-5 | Pre-2007 | 1994 6A124923 | | CO | 600 | | $ 1,500 | $ 1,500 | $ 1,500 | Y | Estimated |
| Flight Equipment list 1 | GST45 | TUG | TUGMN | MA-50 | Pre-2007 | 1994 4339 | | WV | 2,797 | | $ 1,500 | $ 1,500 | $ 1,500 | Y | 1 Est, GLOBALGSE |
| Flight Equipment list 1 | GST47 | TUG | TUGMN | MA-50 | Pre-2007 | 1994 5074 | | Non Lic | 3,763 | | $ 7,000 | $ 7,000 | $ 7,000 | Y | 1 Est, GLOBALGSE |
| Flight Equipment list 1 | GST48 | TUG | TUGMN | MA-50 | Pre-2007 | 1994 5642 | | Non Lic | 1,595 | | $ 7,000 | $ 7,000 | $ 7,000 | Y | 1 Est, GLOBALGSE |
| Flight Equipment list 1 | TM2 | TUG | CRWEQ | 140TR-5 | Pre-2007 | 1994 6A124922 | | CO | | | $ 1,500 | $ 1,500 | $ 1,500 | Y | Estimated |
| Flight Equipment list 1 | KL07 | LOADER | LNTEX | 818-144 | Pre-2007 | 1994 1005 | | CA | 1,730 | | $ 3,500 | $ 15,000 | $ 29,950 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | PTR53019 | TRAILER | UTLTY | VS2DF | Pre-2007 | 1994 3724 | | CA | 7,659 | | $ 1,500 | $ 2,000 | $ 3,000 | Y | 3 RB |
| Flight Equipment list 1 | GST44 | TUG | TUGMN | MA-50 | Pre-2007 | 1994 1UVV52533RC229526 | | Non Lic | 108 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 Est, GLOBALGSE |
| Flight Equipment list 1 | KL06 | LOADER | LNTEX | 818-144 | Pre-2007 | 1994 1084 | | Non Lic | 2,288 | | $ 3,500 | $ 15,000 | $ 29,950 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | FEFL4 | FORKLIFT | DAEWO | GC25-2 | Pre-2007 | 1994 02-00149 | | Non Lic | 6,447 | | $ 3,000 | $ 3,000 | $ 4,500 | Y | 3 RB |
| Flight Equipment list 1 | BC011 | MISC | FMCCK | BC2-5A | Pre-2007 | 1994 J9520 | | Non Lic | | | $ 1,500 | $ 1,500 | $ 1,500 | N | Estimated |
| Flight Equipment list 1 | GST46 | TUG | TUGMN | MA-50 | Pre-2007 | 1994 4340 | | Non Lic | 1,654 | | $ 1,500 | $ 7,000 | $ 15,500 | Y | 1 MAT,GLOBALGSE |
| Flight Equipment list 1 | CS04 | MISC | CLYDE | 15F2011 | Pre-2007 | 1995 31600 | | TX | 250 | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | GPU01 | MISC | ARVCO | 225 | Pre-2007 | 1995 592 | | Non Lic | 4,843 | | $ 3,000 | $ 15,000 | $ 29,900 | Y | 3 AERO |
| Flight Equipment list 1 | GS2OD03 | DOLLY | CLYDE | 15F2501 | Pre-2007 | 1995 51779 | | Non Lic | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GS2OD04 | DOLLY | CLYDE | 15F2501 | Pre-2007 | 1995 45503 | | Non Lic | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | G483 | TRACTOR | INT | 8100 | Pre-2007 | 1996 1HSHBAHN3TH252387 | | CA | 964,031 | | $ 4,000 | $ 5,000 | $ 6,500 | Y | 5 RB |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM? | CON SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | P330 | TRACTOR | FRGHT | FLD120 | Pre-2007 | 1996 | 1FUYDRYB8TP663323 | Non Lic | 631,058 | | $ 4,000 | $ 6,500 | $ 10,000 | Y | 5 RB |
| Flight Equipment list 1 | GSD520 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00015 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD523 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00018 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD515 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34362 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD516 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34376 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD519 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34486 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD521 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00016 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD522 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00017 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD524 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00019 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD525 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34318 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD526 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00020 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | P332 | TRACTOR | FRGHT | FLD120 | Pre-2007 | 1996 | 1FUYDRYB1TP663325 | Non Lic | 1,290,103 | | $ 4,000 | $ 6,500 | $ 11,000 | Y | 5 RB |
| Flight Equipment list 1 | P335 | TRACTOR | FRGHT | FLD120 | Pre-2007 | 1996 | 1FUYDRYB47P679017 | CA | 2,012,318 | | $ 6,500 | $ 6,500 | $ 11,000 | Y | 5 RB |
| Flight Equipment list 1 | C5P01 | MISC | WASPX | A017B8L | Pre-2007 | 1996 | 103431 | Non Lic | | | $ 550 | $ 550 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD508 | DOLLY | CLYDE | A1312D | Pre-2007 | 1996 | 34685 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD509 | DOLLY | CLYDE | F2566 | Pre-2007 | 1996 | 34686 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD511 | DOLLY | CLYDE | F2566 | Pre-2007 | 1996 | 34683 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD512 | DOLLY | CLYDE | F2566 | Pre-2007 | 1996 | 34682 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD513 | DOLLY | CLYDE | F2566 | Pre-2007 | 1996 | 33327 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD514 | DOLLY | CLYDE | F2566 | Pre-2007 | 1996 | 34681 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD528 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34408 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD529 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34396 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD530 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34360 | MT | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD531 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 34333 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD533 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | | Non Lic | 3,120 | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD534 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00021 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD535 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00022 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD536 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00023 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | K108 | LOADER | FMCXX | COMMANDER | Pre-2007 | 1997 | CR3097043 | Non Lic | 260 | | $ 45,000 | $ 45,000 | $ 45,000 | Y | MAT |
| Flight Equipment list 1 | GSB77 | TUG | FORDX | F700 | Pre-2007 | 1997 | | Non Lic | 8,821 | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | GSB78 | TUG | FORDX | F700 | Pre-2007 | 1997 | | Non Lic | 5,501 | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | GSB79 | TUG | FORDX | F700 | Pre-2007 | 1997 | | Non Lic | 3,120 | | $ 250 | $ 250 | $ 250 | N | MAT |
| Flight Equipment list 1 | GSB85 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39469 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | PTS3030 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S33VC527115 | CA | 410,987 | | $ 2,500 | $ 3,500 | $ 4,000 | Y | 1 RB |
| Flight Equipment list 1 | PTRS3001 | TRAILER | RDSYS | ROLLERBED 53 | Pre-2007 | 1998 | 1KZ19CZ59V2D01109 | CA | 6 | | $ 5,000 | $ 5,000 | $ 5,000 | Y | 1 RB |
| Flight Equipment list 1 | PTRS3002 | TRAILER | UTLTY | VS2D | Pre-2007 | 1998 | 1UVVS2S32VC611901 | CA | 7,174 | | $ 3,000 | $ 3,000 | $ 3,000 | Y | 1 RB |
| Flight Equipment list 1 | PTRS3008 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S34VC527109 | CA | 39,061 | | $ 2,500 | $ 3,500 | $ 4,000 | Y | 3 RB |
| Flight Equipment list 1 | GSD353 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00008 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD356 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00010 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD358 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00012 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD359 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00013 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD360 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00014 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD517 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39404 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD518 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39444 | TX | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GST26 | TUG | TGRXX | M50 | Pre-2007 | 1998 | 511696111982274 | Non Lic | 4,498 | | $ 1,500 | $ 1,500 | $ 1,500 | N | 3 RB |
| Flight Equipment list 1 | PTRS3009 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S32VC527111 | CA | 77,628 | | $ 2,500 | $ 3,500 | $ 4,900 | Y | MAT |
| Flight Equipment list 1 | BL01 | LOADER | CCHRN | 600 | Pre-2007 | 1998 | 1726 | CA | 3,051 | | $ 4,900 | $ 4,900 | $ 4,900 | N | 1 AERO SPEC |
| Flight Equipment list 1 | GSD527 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 37171 | MT | | | $ 550 | $ 550 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD541 | DOLLY | WASPX | A03924D | Pre-2007 | 1998 | 121062 | MT | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSD542 | DOLLY | WASPX | A03924D | Pre-2007 | 1998 | 121059 | MT | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | PTRS3006 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S30VC527110 | CA | 8,004 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Flight Equipment list 1 | PTRS3005 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S30VC527107 | CA | 8,188 | | $ 3,500 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Flight Equipment list 1 | PTRS3010 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UVVS2S34VC527112 | CA | 6,237 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 4 Ritchie B |
| Flight Equipment list 1 | PTRS3003 | TRAILER | UTLTY | VS2D | Pre-2007 | 1998 | 1UVVS2S34VC611902 | CA | 116,496 | | $ 13,000 | $ 12,000 | $ 16,500 | Y | 5 CTT |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometar | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMC | COW SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | PTRS3004 | TRAILER | UTLY | VS20C | Pre-2007 | 1998 | 1UVVS2537VWCS27105 | CA | 12,282 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Flight Equipment list 1 | PTRS3005 | TRAILER | UTLY | VS20C | Pre-2007 | 1998 | 1UVVS2532VWCS27108 | CA | 12,318 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Flight Equipment list 1 | GS066 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 37498 | CO | Non Lic | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS068 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40072 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS069 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40073 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS073 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40077 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS075 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40079 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS076 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40080 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS077 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40081 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS078 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40082 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS079 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40084 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS080 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40086 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS084 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39467 | OR | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSLT01 | TUG | YAMAH | G2-A | Pre-2007 | 1998 | J38035854 | Non Lic 0 | | | $ 3,000 | $ 3,000 | $ 3,000 | Y | 4 Truck Trader L30% |
| Flight Equipment list 1 | PTRS3016 | TRAILER | RDSYS | MLG53102W13 | Pre-2007 | 1998 | 1RZ19G2C6W2001116 | AZ | 739 | | $ 3,000 | $ 3,000 | $ 3,000 | Y | 4 Truck Trader L30% |
| Flight Equipment list 1 | PTRS3017 | TRAILER | RDSYS | MLG53102W13 | Pre-2007 | 1998 | 1RZ19G2CXW2001118 | AZ | 375 | | $ 3,000 | $ 3,000 | $ 3,000 | Y | 4 Truck Trader L30% |
| Flight Equipment list 1 | PTRS3018 | TRAILER | RDSYS | MLG53102W13 | Pre-2007 | 1998 | 1RZ19GCC1W2001119 | AZ | 6,197 | | $ 3,000 | $ 3,000 | $ 3,000 | Y | 4 Truck Trader L30% |
| Flight Equipment list 1 | GS067 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40071 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS071 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40075 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS081 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39452 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS082 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39455 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS083 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39459 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS086 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39508 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS087 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39544 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS088 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39546 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS532 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39425 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS070 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40074 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS072 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40076 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS074 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 40078 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS089 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39551 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS090 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 39573 | CO | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS335 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 36897 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS336 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 35591 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS337 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 37121 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS338 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 37182 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS339 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 34457 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS340 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 34494 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS341 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 34802 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS342 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 34009 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS343 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 35592 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS344 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 34472 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS345 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 36900 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS346 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00001 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS347 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00002 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS348 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00003 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS349 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00004 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS350 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1996 | 00005 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS351 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00006 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS352 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00007 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS354 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00009 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GS357 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 1998 | 00011 | CA | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | F429 | TRACTOR | FRGHT | FL70 | Pre-2007 | 1999 | 1FV6HLBA7XHA22039 | CA | 189,693 | | $ 9,020 | $ 15,000 | $ 29,900 | Y | 1 PurpleWaveAuction |
| Flight Equipment list 1 | F649 | UTILITY | CHVRL | CONV | Pre-2007 | 1999 | 1GNDX03E6XD275208 | CA | 90,089 | | $ 1,600 | $ 1,800 | $ 2,000 | Y | 1 KBB |
| Flight Equipment list 1 | P2011 | MISC | KTKXX | MLS4408 | Pre-2007 | 1999 | | Non Lic | | | $ 250 | $ 250 | $ 250 | N | Estimated |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | | COMP COM | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | F2012 | MISC | LZRCT | SLAVE PALLET | Pre-2007 | 1999 | 1213 | Non Lic | | | $ 250 | $ 250 | $ 250 | N | | Estimated |
| Flight Equipment list 1 | GSD500 | DOLLY | WASPX | A10SSO | Pre-2007 | 1999 | 4200 | Non Lic | | | $ 550 | $ 550 | $ 550 | Y | 1 | K8B |
| Flight Equipment list 1 | FEU50 | UTILITY | CHRYS | TOWN&COUNTRY | Pre-2007 | 1999 | 1C4GP54L6X8920970 | WA | 261,036 | | $ 1,000 | $ 1,200 | $ 1,400 | Y | 1 | K8B |
| Flight Equipment list 1 | FEU50 | UTILITY | CHRYS | TOWN&COUNTRY | Pre-2007 | 1999 | 1C4GP54L6X8920970 | WA | 261,036 | | $ 1,000 | $ 1,200 | $ 1,400 | N | | Estimated |
| Flight Equipment list 1 | CS02 | MISC | WASPX | A0115ZD-01 | Pre-2007 | 1995 | 136121 | Non Lic | | | $ 3,500 | $ 3,500 | $ 3,500 | N | | MAT |
| Flight Equipment list 1 | GSD279 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47771 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD280 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47603 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD281 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47604 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD282 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47605 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD283 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47606 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD284 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47607 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD285 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47668 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD286 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47670 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD287 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47674 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD288 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47732 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD289 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47733 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD290 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47734 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD291 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47754 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD292 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47755 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD293 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 47757 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD294 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2006 | 47773 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD235 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2006 | 47775 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD236 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 51735-71-0800-214 | TX | 8,468 | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GST24 | TUG | TGRXX | M50 | Pre-2007 | 2000 | 517357110600152 | CA | 4,917 | | $ 1,500 | $ 1,500 | $ 1,500 | N | | MAT |
| Flight Equipment list 1 | GST31 | TUG | TGRXX | TK50 | Pre-2007 | 2000 | 44530 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | N | | MAT |
| Flight Equipment list 1 | GSD246 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 44471 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD247 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 42471 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD248 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 44230 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD249 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 44532 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD250 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 44235 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD251 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 43341 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD252 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 44521 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD253 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 42668 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD254 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 42478 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GSD255 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2000 | 42255 | CA | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | FER110 | FORKLIFT | OSSMT | CP2014A15FV | Pre-2007 | 2000 | 3N3572 | Non Lic | 4,333 | | $ 750 | $ 750 | $ 750 | Y | 1 | RB |
| Flight Equipment list 1 | GSD199 | MISC | CLYDE | 15F2566 | Pre-2007 | 2000 | 47759 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | | MAT |
| Flight Equipment list 1 | GST2 | MISC | MEYER | ST78 | Pre-2007 | 2009 | 9158 | Non Lic | | | $ 700 | $ 700 | $ 700 | N | | Estimated |
| Flight Equipment list 1 | SCL01 | MISC UNIT | RICELAKE | UMC-6000 | Pre-2007 | 2000 | 25220 | Non Lic | | | $ 100 | $ 100 | $ 100 | Y | 1 | TOTALCOMP.COM |
| Flight Equipment list 1 | SCL02 | MISC | TRANSCELL | T1168D | Pre-2007 | 2000 | TO75096000209 | OR | | | $ 300 | $ 300 | $ 300 | Y | 1 | TOTALCOMP.COM |
| Flight Equipment list 1 | SCL03 | MISC | GSE | 355 | Pre-2007 | 2000 | 18340 | OR | | | $ 300 | $ 300 | $ 300 | Y | 1 | SCALEMASTERS |
| Flight Equipment list 1 | SCL04 | MISC | WEIGH-TRONIX | NI-125 | Pre-2007 | 2000 | 43615 | KY | | | $ 100 | $ 100 | $ 100 | N | | Estimated |
| Flight Equipment list 1 | SCL05 | MISC | PERKINS | UMC-6000 | Pre-2007 | 2000 | UNKNOWN | CO | | | $ 500 | $ 500 | $ 500 | N | | Estimated |
| Flight Equipment list 1 | GST27 | TUG | TGRXX | M50 | Pre-2007 | 2000 | 51736T1060015 | CO | 3,710 | | $ 1,500 | $ 1,500 | $ 1,500 | N | | MAT |
| Flight Equipment list 1 | GST23 | TUG | TGRXX | M50 | Pre-2007 | 2000 | 51796-71-0800-213 | CO | 9,177 | | $ 1,500 | $ 1,500 | $ 1,500 | N | | MAT |
| Flight Equipment list 1 | GSD134 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 44513 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD135 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 44359 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD257 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46107 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD288 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46111 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD259 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46114 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD260 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46471 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD261 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46644 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD262 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46646 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |
| Flight Equipment list 1 | GSD263 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46650 | CO | | | $ 550 | $ 550 | $ 550 | Y | 1 | MAT,AERO |

## Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN# | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSD264 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46656 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD265 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46666 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD266 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46669 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD267 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46667 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD268 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46697 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD269 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46698 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD270 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46701 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD271 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46723 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD272 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46726 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD273 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46740 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD274 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46768 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD275 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46817 | CA | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD276 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46903 | CA | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD277 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46928 | CA | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD278 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 27602 | CA | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS37 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45662X | Non Lic | 0 | | $ 1,000 | $ 1,000 | 2,000 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS38 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45668X | Non Lic | 0 | | $ 1,000 | $ 1,000 | 2,000 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS52 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45703 | Non Lic | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS100 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46458 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS101 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46459 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS102 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46460 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS103 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46461 | CO | 0 | | $ 550 | $ 550 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS104 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46476 | Non Lic | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS105 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46478 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS106 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46480 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS107 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46481 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS108 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46482 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS109 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46485 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS110 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46489 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS111 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46510 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS112 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46456 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS98 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46455 | CO | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS99 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 15F22565 | CO | 0 | 1 | $ 700 | $ 700 | 700 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | STR5 | DOLLY | WASPX | A01158DGSD | Pre-2007 | 2001 | 46492 | Non Lic | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | MAT |
| Flight Equipment list 1 | GSD153 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46509 | Non Lic | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD167 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46915 | Non Lic | 0 | | $ 1,500 | $ 1,500 | 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD209 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 158308 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD538 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158292 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD539 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158327 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD540 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158307 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD543 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158318 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD544 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158301 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD545 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158404 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD546 | DOLLY | WASPX | A039240 | Pre-2007 | 2001 | 158405 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD232 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158406 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD233 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158407 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD234 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158408 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD235 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158409 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD237 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158410 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD238 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158411 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD239 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158412 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD240 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158413 | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD241 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | | MT | 0 | | $ 500 | $ 500 | 500 | N | Estimated |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VALUE HIGH | COM CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSD242 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158414 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSD243 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158415 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSD244 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158416 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSD245 | DOLLY | WASPX | A04486D | Pre-2007 | 2001 | 158417 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | STR1 | DOLLY | WASPX | A011580GSD | Pre-2007 | 2001 | 55850 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | STR2 | DOLLY | WASPX | A011580GSD | Pre-2007 | 2001 | 55853 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | STR3 | DOLLY | WASPX | A011580GSD | Pre-2007 | 2001 | 55875 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | STR4 | DOLLY | WASPX | A011580GSD | Pre-2007 | 2001 | 55876 | CO | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Flight Equipment list 1 | GSD147 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46532 | Non Lic | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD148 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46533 | Non Lic | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD149 | DOLLY | CLYDE | 15F695 | Pre-2007 | 2001 | 45764 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD15 | DOLLY | CLYDE | 15F695 | Pre-2007 | 2001 | 45777 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD150 | DOLLY | CLYDE | 15F695 | Pre-2007 | 2001 | 45695 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD16 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45678 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD17 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45679 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD18 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45680 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD19 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45681 | ID | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD20 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45682 | WV | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD33 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45657 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD113 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46110 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD116 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46437 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD117 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46438 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD118 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46439 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD121 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46442 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD122 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46443 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD124 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46445 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD125 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46446 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD126 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46447 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD127 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46448 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD128 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46449 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD131 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46452 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD132 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46454 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD133 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46511 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD135 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46512 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD137 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46514 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD139 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46517 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD140 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46519 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD141 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46523 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD143 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46524 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD144 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46527 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD145 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46528 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | PS001 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 2001 | 00015 | Non Lic | | | $ 250 | $ 250 | $ 250 | N | Estimated |
| Flight Equipment list 1 | GSD207 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46880 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD210 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46916 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 2 MAT,AERO |
| Flight Equipment list 1 | GSD211 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46939 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 3 MAT,AERO |
| Flight Equipment list 1 | GSD214 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46882 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 4 MAT,AERO |
| Flight Equipment list 1 | CS06 | MISC | MISC | 15F2011 | Pre-2007 | 2001 | 78247 | Non Lic | | | $ 550 | $ 550 | $ 550 | N | MAT |
| Flight Equipment list 1 | GSD152 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46491 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD154 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46493 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD155 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46494 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD156 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46495 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD157 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46496 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD158 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46497 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT,AERO |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMP CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSD159 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46498 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD161 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46500 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD162 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46502 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD163 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46503 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD164 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46504 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD165 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46505 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD166 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46508 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD168 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46526 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD169 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46553 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD206 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46929 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD208 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46931 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD212 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46913 | OR | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD213 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46855 | OR | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD91 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46683 | OR | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | GSD92 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46684 | OR | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | GSD93 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46685 | OR | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | GSD94 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46686 | CO | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | GSD95 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46687 | CO | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | GSD96 | DOLLY | CLYDE | 1SF2695 | Pre-2007 | 2001 | 46688 | CO | | | $550 | $550 | 550 | N | MAT |
| Flight Equipment list 1 | PS003 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 2001 | 00017 | CO | | | $500 | $500 | 500 | N | Estimated |
| Flight Equipment list 1 | GSD160 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46499 | Non Lic | | | $550 | $1,500 | 2,600 | Y | MAT |
| Flight Equipment list 1 | GSD027 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45651 | Non Lic | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD055 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45706 | Non Lic | | | $550 | $1,500 | 2,600 | Y | 2 MAT,AERO |
| Flight Equipment list 1 | GSD059 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45710 | Non Lic | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD062 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45713 | Non Lic | | | $550 | $1,500 | 2,600 | Y | 3 MAT,AERO |
| Flight Equipment list 1 | GSD189 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46462 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD190 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46463 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD191 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46464 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD192 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46465 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD193 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46466 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD194 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46467 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD195 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46468 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD196 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 46469 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD197 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45645 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD21 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45646 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD22 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45647 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD23 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45548 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD24 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45549 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD25 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45650 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD26 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45652 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD28 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45653 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD29 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45654 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD30 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45655 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD31 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45656 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD32 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45659 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD34 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45660 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD36 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45661 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD39 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45591 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD40 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45592 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD41 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45593 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD42 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45591 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD43 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45654 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |
| Flight Equipment list 1 | GSD44 | DOLLY | CLYDE | 1SF2710 | Pre-2007 | 2001 | 45655 | CO | | | $550 | $1,500 | 2,600 | Y | 1 MAT,AERO |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSD45 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45696 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD46 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45697 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD47 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45698 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD48 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45699 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD49 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45700 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD50 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45701 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD51 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45702 | CO | | | $ 500 | $ 500 | $ 500 | N | 1 MAT |
| Flight Equipment list 1 | GSD53 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45704 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD54 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2004 | 45705 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD56 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45707 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD57 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2004 | 45708 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD58 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45709 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD60 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45711 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD61 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45712 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD63 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45714 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD64 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45715 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD65 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45716 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | PS002 | MISC | UNKNOWN | UNKNOWN | Pre-2007 | 2000 | 00016 | Non Lic | | | $ 500 | $ 500 | $ 500 | | Estimated |
| Flight Equipment list 1 | GS01 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45662 | Non Lic 0 | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS010 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45672 | Non Lic | | | $ 550 | $ 550 | $ 550 | Y | MAT, AERO |
| Flight Equipment list 1 | GS011 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45673 | Non Lic | | | $ 550 | $ 550 | $ 550 | Y | MAT, AERO |
| Flight Equipment list 1 | GS012 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45674 | Non Lic | | | $ 550 | $ 550 | $ 550 | Y | MAT, AERO |
| Flight Equipment list 1 | GS02 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45663 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS03 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45664 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS04 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45665 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS05 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45666 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS06 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45667 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS07 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45668 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS08 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45669 | Non Lic | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS09 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45671 | Non Lic | | | $ 550 | $ 550 | $ 550 | Y | MAT, AERO |
| Flight Equipment list 1 | GS013 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45675 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GS014 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45676 | ID | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD170 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45450 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD171 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45457 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD172 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45472 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD173 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45473 | UT | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD174 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45474 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD175 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45475 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD176 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45479 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD177 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45483 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD178 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45484 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD179 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45486 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD180 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45487 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD181 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45488 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD184 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45506 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD185 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45507 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD186 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45515A | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD187 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45520 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD188 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 45522 | CO | | | $ 550 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD318 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45324 | CO | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD319 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45327 | CO | | | $ 500 | $ 500 | $ 500 | N | MAT |
| Flight Equipment list 1 | GSD320 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45329 | CO | | | $ 500 | $ 500 | $ 500 | N | MAT |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VAL LOW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF | CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GSD321 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45330 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD322 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45331 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD323 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45332 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD324 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45333 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD325 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45334 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD326 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45718 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD329 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45723 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD331 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45726 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD115 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46436 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD119 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46440 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD120 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46441 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD123 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46444 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD142 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46451 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD146 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46525 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD151 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2001 | 46531 | CA | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GS97 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 46490 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD138 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45689 | Non Lic | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD317 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45323 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD327 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45719 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD328 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45722 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD330 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45724 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD332 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45727 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD333 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45728 | OK | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | GSD334 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45729 | Non Lic | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD335 | DOLLY | CLYDE | 15F2695 | Pre-2007 | 2001 | 45738 | Non Lic | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD224 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46743 | Non Lic | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD226 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46720 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD227 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46746 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | HL01 | MISC | RELIANCE | 184TC-P | Pre-2007 | 2002 | P18CL012NWH | Non Lic | | | $100 | $100 | $100 | $100 | | 1 | ELECTO |
| Flight Equipment list 1 | GSD218 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 42717 | Non Lic | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD219 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46657 | WV | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD200 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47755 | CO | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD201 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47761 | CO | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD203 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47757 | CO | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD205 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47760 | CO | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD216 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 42691 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 5 | MAT, AERO |
| Flight Equipment list 1 | GSD204 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47758 | OR | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD215 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 47755 | OR | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD217 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 47718 | OR | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD202 | DOLLY | CLYDE | 15F2566 | Pre-2007 | 2002 | 47756 | KY | | | $500 | $500 | $500 | $550 | Y | | MAT |
| Flight Equipment list 1 | GSD220 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46662 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD221 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46663 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD222 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46665 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD223 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46717 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD225 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46735 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD228 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46748 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD230 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46751 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | GSD231 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2002 | 46752 | CO | | | $550 | $550 | $1,500 | $2,600 | Y | 1 | MAT, AERO |
| Flight Equipment list 1 | CS12 | MISC | CLYDE | 15F2551 | Pre-2007 | 2003 | 47964 | CO | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | CS01 | MISC | CLYDE | 15F2551 | Pre-2007 | 2003 | 47966 | TX | | | $500 | $500 | $500 | $500 | N | | MAT |
| Flight Equipment list 1 | K202 | LOADER | LNTSX | 91R SUPERIOR | Pre-2007 | 2003 | 48300892 | Non Lic | 8,358 | | $25,000 | $25,000 | $27,000 | $29,000 | | 2 | GLOBAL6SE, AERO |
| Flight Equipment list 1 | P416 | TRACTOR | KNWRT | T800 | Pre-2007 | 2003 | 1XKDA0B633R707324 | CA | 643,336 | | $13,000 | $13,000 | $15,000 | $18,900 | | 5 | CTT |
| Flight Equipment list 1 | P417 | TRACTOR | KNWRT | T800 | Pre-2007 | 2003 | 1XKDA0B633R707325 | CA | 609,774 | | $13,000 | $13,000 | $15,000 | $18,900 | | 5 | CTT |

## Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GST28 | TUG | STWST | MA-50 | Pre-2007 | 2004 | 16028 | CA | 9,208 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST29 | TUG | STWST | MA-50 | Pre-2007 | 2004 | 16029 | CA | 9,586 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GST30 | TUG | STWST | MA-50 | Pre-2007 | 2004 | 16030 | CA | 9,895 | | $ 1,500 | $ 1,500 | $ 1,500 | N | MAT |
| Flight Equipment list 1 | GSD302 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50046 | CA | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD303 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50047 | CA | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | FEFL6 | FORKLIFT | HYSTR | S50XM | Pre-2007 | 2004 | D187V312248 | Non Lic | 1,607 | | $ 4,000 | $ 4,000 | $ 4,000 | Y | R8 |
| Flight Equipment list 1 | GSD297 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50041 | OR | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD298 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50042 | OR | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD301 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50045 | OR | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD304 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50048 | OR | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD305 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50049 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD306 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50050 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD307 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50051 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD308 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50052 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD309 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50053 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD310 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50054 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD311 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50055 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD312 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50056 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD313 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50057 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD314 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50058 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD315 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50059 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD316 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50060 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD299 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50043 | CA | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD300 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2004 | 50044 | Non Lic | | | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | MP01 | MISC | MOBILE | ML55 | Pre-2007 | 2005 | 103355 | Non Lic | | | $ 100 | $ 100 | $ 100 | N | Estimated |
| Flight Equipment list 1 | GSD406 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51245 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD408 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51246A | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD409 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51247 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD413 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51251 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD415 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51253 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD418 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51256 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD419 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51257 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD362 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51177 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD420 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51258 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD363 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51178 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD422 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51262 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD364 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51179 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD423 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51263 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD365 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51180 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD407 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51246 | WV | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD410 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51248 | WV | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD412 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51250 | WV | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD361 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51204 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD371 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51187 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD372 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51188 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD373 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51189 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD374 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51190 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD377 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51193 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD378 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51194 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD379 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51195 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GSD381 | DOLLY | CLYDE | 15FZ710 | Pre-2007 | 2005 | 51197 | CO | | | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE/OV | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM? COV | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 1 | GS0382 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1198 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0383 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1199 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0385 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1201 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0386 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1202 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0387 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1203 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0388 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1204 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0390 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1206 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0391 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1207 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0392 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1208 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0393 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1209 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0394 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1210 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0395 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1211 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0397 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1213 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0398 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1214 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0399 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1215 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0400 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1216 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0401 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1240 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0402 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1241 | CA | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0403 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1242 | CA | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0404 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1243 | CO | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0405 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1244 | CA | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0411 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1249 | OR | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0368 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1183 | CA | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0375 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1191 | CA | | | $ 550 | $ 550 | $ 550 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0380 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1196 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0384 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1200 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0414 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1252 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0416 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1254 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0417 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1255 | CO | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0421 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1261 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0424 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1259 | CA | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0425 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1260 | OK | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0366 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1181 | OK | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0389 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1205 | OK | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | GS0396 | DOLLY | CLYDE | 15F2710 | Pre-2007 | 2005 | S1212 | OK | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 2,600 | Y | 1 MAT, AERO |
| Flight Equipment list 1 | T806 | MISC | CLYDE | 15F2397 | 2007 | 2007 | S3604 | TX | | | $ 85 | $ 85 | $ 85 | $ 85 | N | 1 AERO SPEC |
| Flight Equipment list 1 | P432 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKADA0X27M179585 | CA | 133,812 | | $ 28,000 | $ 28,000 | $ 40,000 | $ 54,000 | N | 5 RB |
| Flight Equipment list 1 | P433 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKADA0X47M179586 | CA | 140,161 | | $ 28,000 | $ 28,000 | $ 40,000 | $ 54,000 | N | 5 RB |
| Flight Equipment list 1 | P434 | TRACTOR | KNWRT | T800 | 2009 | 2007 | 2XKDA0X67M179587 | CA | 147,571 | | $ 28,000 | $ 28,000 | $ 40,000 | $ 54,000 | N | 5 RB |
| Flight Equipment list 1 | MISC UNIT | MISC | UNKNOWN | 901 MA | 2009 | 2009 | | Non Lic | | | $ 250 | $ 250 | $ 250 | $ 250 | N | Estimated |
| Flight Equipment list 1 | GSTP1 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X7AQJ26446 | CA | 1,388,213 | | $ 33,000 | $ 33,000 | $ 40,000 | $ 56,000 | Y | 3 RB |
| Flight Equipment list 1 | GS1201 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKDA8X7AQJ27868 | FL | 571,328 | | $ 13,000 | $ 13,000 | $ 15,000 | $ 18,900 | Y | 5 CTT |
| Flight Equipment list 1 | P478 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA48X7AQJ25872 | FL | | | $ 13,000 | $ 13,000 | $ 15,000 | $ 18,900 | Y | 5 CTT |
| Flight Equipment list 1 | P479 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDVA8X9AQJ57869 | FL | 431,646 | | $ 13,000 | $ 13,000 | $ 15,000 | $ 18,900 | Y | 5 CTT |
| Flight Equipment list 1 | CS05 | MISC | CLYDE | 15F2011 | 2011 | 2011 | S8898 | Non Lic | | | $ 550 | $ 550 | $ 550 | $ 550 | N | 1 MAT |
| Flight Equipment list 1 | CS10 | MISC | CLYDE | 15F2011 | 2011 | 2011 | 416838430 | Non Lic | | | $ 550 | $ 550 | $ 550 | $ 550 | N | 1 MAT |
| Flight Equipment list 1 | CS11 | MISC | CLYDE | 15F2011 | 2011 | 2011 | 30391 | Non Lic | | | $ 550 | $ 550 | $ 550 | $ 550 | N | 1 MAT |
| Flight Equipment list 1 | RKL100 | LOADER | JBT | COMMANDER | 2014 | 2014 | C3014004 | Non Lic 993 | | | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | N | Estimated |
| Flight Equipment list 1 | GS8TL0 | TUG | FORDX | F-350 | 2015 | 2015 | S8032 | Non Lic 1,490 | | | $ 250 | $ 250 | $ 250 | $ 250 | N | 1 MAT |
| Flight Equipment list 1 | GS8TL1 | TUG | FORDX | F-350 | 2015 | 2015 | S8033 | Non Lic | | | $ 250 | $ 250 | $ 250 | $ 250 | N | 1 MAT, GSE |
| Flight Equipment list 1 | KL09 | | BROWN | TRAILER | Pre-2007 | 1968 | NONE1 | Non Lic | | | $ 15,000 | $ 15,000 | $ 20,000 | $ 29,500 | Y | Estimated |
| Flight Equipment list 2 | TRAILER | | TLTIX | TRAILER | Pre-2007 | 1990 | CA052380 | CA | 0 | | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | Y | 1 Ritchie B |
| Flight Equipment list 2 | TRAILER | | DTHAR | K336058 | Pre-2007 | 1999 | 1U1VA53WX0VAA08007 | CA | 1 | | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | Y | 1 Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3JE92126A01108 | Non Lic 198 | | | $ 300 | $ 300 | $ 1,500 | $ 1,500 | Y | 2 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMP | CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2146B001109 | Non Lic | 103,254 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2106B001110 | Non Lic | 108,348 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2126B001111 | Non Lic | 120,962 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2146B001112 | Non Lic | 96,233 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2166B001113 | Non Lic | 262,052 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2186B001114 | Non Lic | 100,827 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J21X6B001115 | Non Lic | 121,784 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2116B001116 | Non Lic | 75,570 | | $ 300 | $ 1,500 | 1,500 | Y | 2 | Ritchie B |
| Flight Equipment list 2 | CON-DOLLY | | UTLY | DOLLY | 2007 | 2007 | 1U3J6J2156B001118 | Non Lic | 107,447 | | $ 300 | $ 1,500 | 1,500 | Y | 1 | Ritchie B |
| Flight Equipment list 2 | TRAILER | | UTLY | VS2DC | 2007 | 2007 | 1UV5128597108502 | Non Lic | 29,808 | | $ 9,500 | $ 9,500 | 9,500 | Y | 1 | Ritchie B |
| Flight Equipment list 2 | TRAILER | | UTLY | VS2DC | 2007 | 2007 | 1UV5128717108504 | Non Lic | 24,932 | | $ 8,929 | $ 8,929 | 8,929 | Y | 1 | Ritchie B |
| Postal Equipment list | GT29306 | TRAILER | UTLY | DRYVAN 45 | Pre-2007 | 1966 | 6L6014003 | OR | 71,708 | | $ 750 | $ 750 | 750 | Y | 0 | Ritchie B |
| Postal Equipment list | PT14 | TRAILER | BROWN | TRAILER | Pre-2007 | 1968 | M686242 | OR | 0 | | $ 600 | $ 1,200 | 1,650 | Y | 2 | Ritchie B |
| Postal Equipment list | PT4 | TRAILER | BROWN | TRAILER | Pre-2007 | 1968 | 5684730C | CA | 163,566 | | $ 600 | $ 1,000 | 1,650 | Y | 2 | Ritchie B |
| Postal Equipment list | PT4 | TRAILER | BROWN | TRAILER | Pre-2007 | 1968 | 5684731C | CA | 0 | | $ 600 | $ 1,000 | 1,500 | Y | 3 | Ritchie B |
| Postal Equipment list | PT10 | TRAILER | UTLY | TRAILER | Pre-2007 | 1970 | 7U03255028 | CA | 0 | | $ 500 | $ 1,000 | 2,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT33 | TRAILER | LFKTR | TRAILER | Pre-2007 | 1977 | 47976 | CA | 0 | | $ 600 | $ 1,200 | 1,650 | Y | 3 | Ritchie B |
| Postal Equipment list | PT38 | TRAILER | LFKTR | TRAILER | Pre-2007 | 1977 | 47976 | CA | 339,782 | 70,000 | $ 500 | $ 1,000 | 2,000 | Y | 2 | Ritchie B |
| Postal Equipment list | PT40 | TRAILER | LFKTR | TRAILER | Pre-2007 | 1977 | 47978 | NV | 20,550 | | $ 500 | $ 1,000 | 2,000 | Y | 2 | Ritchie B |
| Postal Equipment list | PT35 | TRAILER | LFKTR | TRAILER | Pre-2007 | 1977 | 47973 | CA | 0 | | $ 500 | $ 1,000 | 2,000 | Y | 2 | Ritchie B |
| Postal Equipment list | GTA5943 | TRAILER | UTLY | UNKNOWN | Pre-2007 | 1978 | TL81099004 | Non Lic | 20,583 | | $ 800 | $ 1,500 | 2,500 | Y | 5 | Ritchie B |
| Postal Equipment list | GT27925 | TRAILER | TRLMB | DRYVAN 45 | Pre-2007 | 1982 | 1P7D71AE2C9000478 | CA | 26,000 | | $ 1,250 | $ 1,750 | 2,550 | Y | 4 | Estimated |
| Postal Equipment list | GT45919 | TRAILER | DORSY | DRYVAN 45 | Pre-2007 | 1982 | 1DV011W26CA157829 | CA | 130,166 | | $ 1,500 | $ 2,000 | 2,550 | Y | 4 | Estimated |
| Postal Equipment list | GT45920 | TRAILER | DORSY | DRYVAN 45 | Pre-2007 | 1982 | 1DV11W29CA157792 | CA | 213,212 | | $ 1,500 | $ 1,500 | 1,500 | N | 3 | Estimated |
| Postal Equipment list | PT137 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9020D0404049 | CA | 21,326 | | $ 1,000 | $ 1,500 | 2,250 | Y | 5 | Ritchie B |
| Postal Equipment list | PT138 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9020D0404049 | CA | 230,625 | | $ 2,000 | $ 2,000 | 2,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT139 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9020D0404053 | CA | 102,148 | | $ 2,000 | $ 2,000 | 2,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT140 | TRAILER | GRUHF | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9022D0404055 | CA | 20,550 | | $ 2,000 | $ 2,000 | 2,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT180 | UTILITY | UTLY | DRYVAN 48 | Pre-2007 | 1983 | 1GRAA9021D0801838 | CA | | | $ 2,000 | $ 2,000 | 2,000 | Y | 2 | Ritchie B |
| Postal Equipment list | PT149 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9012D0404001 | CA | 56,186 | | $ 2,000 | $ 2,000 | 2,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT150 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1983 | 1GRAA9022D0404003 | CA | 2 | | $ 2,000 | $ 2,000 | 2,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT134 | TRAILER | GRTDN | TRAILER | Pre-2007 | 1983 | 1GRAA9023D0404058 | CA | | | $ 2,000 | $ 2,000 | 2,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT142 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1984 | 1P7011RA2E9004831 | AZ | 31,985 | | $ 800 | $ 1,300 | 2,250 | Y | 2 | Ritchie B |
| Postal Equipment list | PT44 | TRAILER | TRLMB | TRAILER | Pre-2007 | 1984 | 1P7011N2J5004830 | CA | 1 | | $ 849 | $ 2,000 | 2,949 | Y | Y | Ritchie B |
| Postal Equipment list | GTA5593L | MISC UNIT | UTLY | UNKNOWN | Pre-2007 | 1985 | 1UV5245452306614 | CA | 1 | | $ 500 | $ 1,500 | 3,000 | Y | | Estimated |
| Postal Equipment list | P.I1 | MISC UNIT | EGHPN | A72HCA | Pre-2007 | 1985 | 1B5011361011018 | CA | 0 | | $ 500 | $ 1,500 | 3,000 | Y | 1 | Estimated |
| Postal Equipment list | GTA5948 | TRAILER | MONON | DRYVAN 45 | Pre-2007 | 1987 | 1NNVA4524JM113739 | CA | 212,305 | | $ 1,579 | $ 1,579 | 1,579 | Y | 1 | Ritchie B |
| Postal Equipment list | PT161 | TRAILER | TRLMB | DRYVAN 48 | Pre-2007 | 1992 | 1P7014R46J9004224 | Non Lic | 23,983 | | $ 1,116 | $ 1,116 | 2,116 | Y | 5 | Ritchie B |
| Postal Equipment list | TW5301 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 1989 | 1P7011RH6J9004854 | CA | 1,438,078 | | $ 3,200 | $ 3,200 | 6,000 | Y | 4 | Ritchie B |
| Postal Equipment list | GTA5952 | TRAILER | GRTDN | DRYVAN 45 | Pre-2007 | 1989 | 1W02811XA2J12611 | CA | 15,468 | | $ 1,157 | $ 1,789 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT121 | TRAILER | FRUHF | FPP FL3 | Pre-2007 | 1989 | 1H4V02811XA024902 | CA | 27 | | $ 597 | $ 2,250 | 3,390 | Y | 4 | Ritchie B |
| Postal Equipment list | PT160 | UTILITY | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5246KNC571014 | Non Lic | 70,401 | | $ 1,000 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PCPR01 | UTILITY | NORTHLAND | POLAR SSC | Pre-2007 | 1992 | 92032 | Non Lic | | | $ 5,000 | $ 6,000 | 7,000 | Y | 1 | SCG |
| Postal Equipment list | PT167 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248BNC571001 | CA | 299,500 | | $ 1,000 | $ 2,500 | 4,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT170 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571004 | CA | 24,741 | | $ 1,000 | $ 2,500 | 4,000 | N | 4 | Ritchie B |
| Postal Equipment list | PT179 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248ANC571013 | CA | 385,100 | | $ 1,000 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT174 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571008 | CA | 437,117 | | $ 1,000 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT176 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571010 | CA | 487,615 | | $ 1,000 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT186 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571020 | CA | 76,842 | | $ 2,000 | $ 3,000 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT168 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248XNC571002 | CA | 307,550 | | $ 1,392 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT184 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571018 | CA | 65,676 | | $ 1,392 | $ 2,500 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT173 | TRAILER | UTLY | VS2DF | Pre-2007 | 1992 | 1UV5248NC571007 | Non Lic | 147,082 | | $ 1,392 | $ 3,000 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT175 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571009 | CA | 367,848 | | $ 1,392 | $ 3,000 | 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT183 | TRAILER | UTLY | DRYVAN 48 | Pre-2007 | 1992 | 1UV5248NC571017 | CA | 490,430 | 65,000 | $ 1,392 | $ 3,000 | 4,000 | Y | 4 | Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | PT40001 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 1992 | 1UYVS2409NC761201 | Non Lic 1 | | | $ 1,392 | $ 3,000 | $ 4,000 | Y | 5 | Ritchie B |
| Postal Equipment list | FTS1031 | TRAILER | UTLTY | VS2DF | Pre-2007 | 1994 | 1UYVS2531KC229525 | CA | 70,150 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT193L | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2481KC212706 | CA | 12,551 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT194L | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2483KC212707 | CA | 450,416 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT195L | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2485KC212708 | Non Lic 48 | 47,692 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT192 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2483KC212105 | CA | 87,334 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT197 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2483KC212710 | CA | 122,144 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT200 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2489KC212713 | CA | 115,469 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT203 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2464KC212716 | CA | 4,139 | | $ 1,500 | $ 2,500 | $ 5,000 | Y | 1 | Ritchie B |
| Postal Equipment list | PT45D001 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1994 | 1UYVS2532KC318102 | CA | 79,308 | | $ 3,500 | $ 3,500 | $ 3,500 | Y | 4 | Ritchie B |
| Postal Equipment list | PT208 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2488KC212721 | CA | 359,839 | | $ 1,000 | $ 2,500 | $ 4,500 | Y | 4 | Ritchie B |
| Postal Equipment list | PT190 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2466KC212703 | CA | 61,030 | 65,000 | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT201 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2480KC212714 | CA | 36,206 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT204 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2486KC212717 | CA | 76,238 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT205 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2488KC212718 | CA | 55,198 | 65,000 | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT202 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2482KC212715 | CA | 223,275 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 | Ritchie B |
| Postal Equipment list | PT188 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2482KC212701 | CA | 81,613 | | $ 1,200 | $ 1,650 | $ 4,250 | Y | 4 | Ritchie B |
| Postal Equipment list | PT189 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1994 | 1UYVS2484KC212702 | Non Lic 48 | 45,731 | | $ 1,000 | $ 2,000 | $ 4,250 | Y | 4 | Ritchie B |
| Postal Equipment list | M14 | UTLTY | GMXXX | PICKUP | Pre-2007 | 1994 | 1GTCS19Z8R524036 | Non Lic 48 | 35,294 | | $ 3,500 | $ 3,500 | $ 6,000 | Y | 5 | Ritchie B |
| Postal Equipment list | MTRA. | TRAILER | TSXX | TS1032 | Pre-2007 | 1994 | 10112 | Non Lic 1 | | 70,000 | $ 2,000 | $ 3,000 | $ 7,000 | N | 5 | Ritchie B |
| Postal Equipment list | PT207L | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 1995 | 1UYVS2489KC658101 | CA | 57,330 | | $ 2,000 | $ 2,800 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT209 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1995 | 1UYVS2539TU818801 | CA | 155,383 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT210 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1995 | 1UYVS2537CB18802 | CA | 319,682 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS3231 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8537TE87238 | CA | 201,950 | | $ 2,000 | $ 3,200 | $ 4,250 | Y | 5 | Ritchie B |
| Postal Equipment list | TWS317 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8537TE87353 | CA | 83,048 | | $ 1,000 | $ 2,000 | $ 4,250 | Y | 5 | Ritchie B |
| Postal Equipment list | P329 | TRACTOR | FRGHT | FLD120 | Pre-2007 | 1996 | 1FUYDMYB6TP663322 | Non Lic 1,061,609 | | | $ 4,000 | $ 8,000 | $ 12,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PT223 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2539TU818815 | Non Lic 307,651 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT224 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2530TU818816 | Non Lic 268,125 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS3265 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8535TE87240 | CA | 597,598 | | $ 1,000 | $ 2,000 | $ 4,250 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS3232 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8533TE87351 | CA | 528,119 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | TWS303 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8531TE87350 | CA | 69,202 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | TWS305 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8537TE87724 | CA | 79,172 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | TWS307 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8533TE87363 | CA | 85,021 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | TWS309 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8534TE87245 | CA | 726,802 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT211 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2532TU818803 | CA | 40,873 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT212 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8532TE87289 | CA | 111,262 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT214 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2533TU818806 | CA | 14,663 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT215 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2535TU818807 | Non Lic 161,029 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT216 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2538TU818808 | Non Lic 126,688 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT217 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2531TU818809 | Non Lic 22,054 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT218 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2535XTU818810 | Non Lic 32,095 | | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT8D003L | TRAILER | UTLTY | DRYVAN 28 | Pre-2007 | 1996 | 1S11B28E6TE404896 | CA | 42,955 | | $ 1,000 | $ 1,500 | $ 2,000 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS311 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8532TE87289 | CA | 21,269 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS311 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1S12E8537C818801 | CA | 21,269 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PTS3233 | TRAILER | STRCK | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2558TU818805 | CA | 552,431 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | PT213 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1996 | 1UYVS2531TE87265 | CA | 524,230 | 62,000 | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 | Ritchie B |
| Postal Equipment list | G1087 | TRACTOR | INT | 8100 | Pre-2007 | 1998 | 1HSHCAHR9WH553069 | CA | 1,262,853 | | $ 4,500 | $ 6,000 | $ 8,000 | Y | 5 | Ritchie B |
| Postal Equipment list | GT45954 | TRAILER | RAMR2 | DRYVAN 45 | Pre-2007 | 1998 | 3A0VS4522WA012079 | CA | 121,393 | | $ 1,500 | $ 1,500 | $ 1,500 | Y | 5 | Estimated |
| Postal Equipment list | GT45956 | TRAILER | RAMR2 | DRYVAN 45 | Pre-2007 | 1998 | 3A0VS4520WA012081 | CA | 69,993 | | $ 1,500 | $ 3,500 | $ 4,500 | Y | 5 | Estimated |
| Postal Equipment list | PT247 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UYVS2533XWC388121 | CA | 325,397 | | $ 1,700 | $ 3,500 | $ 4,000 | Y | 3 | Ritchie B |
| Postal Equipment list | PTS3011 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UYVS2536WC527113 | CA | 65,859 | | $ 2,000 | $ 3,500 | $ 4,000 | Y | 3 | Ritchie B |
| Postal Equipment list | PTS3012 | TRAILER | UTLTY | VS2DC | Pre-2007 | 1998 | 1UYVS2538WC527114 | CA | 8,020 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 | Ritchie B |
| Postal Equipment list | PTS3087 | TRAILER | WABSH | MUGS3102W13 | | 1998 | 1UYVS12F0WH533182 | CA | 234,942 | | $ 1,500 | $ 2,500 | $ 4,500 | Y | 5 | Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMP | COW SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | TW17 | TRACTOR | PTRBL | 2 AXLE | Pre-2007 | 1998 | 3WPHA07X3WF463155 | CA | 314,690 | 65,000 | $ 5,000 | $ 9,000 | $ 20,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53079 | TRAILER | WABSH | DRYVAN 53 | Pre-2007 | 1998 | 1R219C2C3W2001039 | CA | 36,501 | | $ 2,500 | $ 3,500 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53086 | TRAILER | TRLMB | DRYVAN | Pre-2007 | 1998 | 1PTD1AH89D0G6948 | CA | 685,010 | | $ 1,700 | $ 4,300 | $ 8,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT257 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S38WC611708 | CA | 355,895 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT226 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S35WC431702 | CA | 624,475 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT242 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S36WC838116 | CA | 633,332 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT48013 | TRAILER | UTLTY | V52DC | Pre-2007 | 1998 | 1UV52S33WC527103 | CA | 82,032 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT48014 | TRAILER | UTLTY | V52DC | Pre-2007 | 1998 | 1UV52S35WC527104 | CA | 281,179 | | $ 2,255 | $ 3,500 | $ 4,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT236 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S35WC838110 | CA | 215,249 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT255 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S34WC611706 | CA | 481,541 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT167 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S36WC611903 | CA | 3 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT246 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S38WC388120 | Non Lic | 200,949 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT248 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S31WC388122 | CA | 444,523 | | $ 1,500 | $ 2,800 | $ 5,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT249 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S33WC388123 | CA | 114,136 | | $ 1,500 | $ 2,800 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT258 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S3XWC611709 | CA | 54,462 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT268 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S38WC611904 | CA | 434,275 | | $ 1,500 | $ 2,200 | $ 3,500 | Y | 5 Ritchie B |
| Postal Equipment list | M32 | UTILITY | GMXXX | SONOMA | Pre-2007 | 1998 | 1GTCS19X0W8513580 | Non Lic | 224,040 | | $ 600 | $ 2,500 | $ 3,000 | Y | 4 Ritchie B |
| Postal Equipment list | PT48012 | TRAILER | UTLTY | V52DC | Pre-2007 | 1998 | 1UV52S3XWC527101 | CA | 429,943 | | $ 2,000 | $ 2,250 | $ 3,500 | Y | 3 Ritchie B |
| Postal Equipment list | PT48012 | TRAILER | UTLTY | V52DC | Pre-2007 | 1998 | 1UV52S3XWC527101 | CA | 429,943 | | $ 2,000 | $ 2,250 | $ 3,500 | Y | 3 Ritchie B |
| Postal Equipment list | PT53057 | TRAILER | UTLTY | V52DC | Pre-2007 | 1998 | 1UV52S39WC527106 | CA | 10,671 | | $ 2,000 | $ 2,250 | $ 3,500 | Y | 3 Ritchie B |
| Postal Equipment list | GT45955 | TRAILER | RAMRZ | DRYVAN 45 | Pre-2007 | 1998 | 3AEV54529VWN012080 | CA | 81,421 | | $ 550 | $ 2,500 | $ 4,000 | Y | 5 Ritchie B |
| Postal Equipment list | P82 | MISC | ALMNA | 23FHB | Pre-2007 | 1998 | AW813718D798 | | 1 | | $ 500 | $ 1,500 | $ 3,000 | N | Estimated |
| Postal Equipment list | PT227 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S34WC388101 | CA | 167,890 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT228 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S35WC388103 | CA | 332,163 | | $ 1,500 | $ 3,200 | $ 5,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT244 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S3XWC388118 | CA | 47,714 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT232 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1998 | 1UV52S38WC388116 | CA | 272,346 | | $ 2,000 | $ 3,200 | $ 5,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53088 | TRAILER | MONON | DRYVAN | Pre-2007 | 1999 | 1NNVA5321XM316010 | CA | 1,023,443 | | $ 500 | $ 1,500 | $ 2,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53088 | TRAILER | MONON | DRYVAN | Pre-2007 | 1999 | 1NNVA5321XM316010 | CA | 1,023,443 | | $ 500 | $ 1,500 | $ 2,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53089 | TRAILER | TRLMB | DRYVAN | Pre-2007 | 1999 | 1PTD1AH3XH36012139 | CA | 55,506 | | $ 1,400 | $ 3,600 | $ 7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53001 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S53XC08001 | CA | 210,320 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53002 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S57XC08002 | CA | 878,777 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53003 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S57XC08003 | CA | 562,438 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53005 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S50XC08005 | CA | 226,458 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53045 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S62C729315 | CA | 318,259 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53007 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2000 | 1UV52S34XC08007 | CA | 397,560 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53009 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2000 | 1PNV5328X7Y314407 | CA | 646,317 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53008 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S58XC08008 | CA | 566,279 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53006 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 1999 | 1UV52S53XC08006 | CA | 638,467 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53010 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2000 | 1UV52S5X1C08010 | CA | 166,407 | | $ 1,500 | $ 2,200 | $ 4,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53093 | TRAILER | FRGHT | FL112 | Pre-2007 | 2000 | 1FUWLMCB4YHB69341 | Non Lic | 1,346,509 | 54,000 | $ 5,000 | $ 8,500 | $ 13,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53093 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2000 | 1PNV5328T7Y314407 | Non Lic | 762,102 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53093 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2000 | 1PNV5328Y7Y314407 | Non Lic | 762,102 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53094 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2000 | 1GRAA06Z7Y0062365 | Non Lic | 139,550 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT1034 | TRACTOR | FRGHT | C112 | Pre-2007 | 2000 | 1FUYNMDB3YPG93488 | CA | 1,573,756 | 70,000 | $ 10,000 | $ 10,000 | $ 10,500 | Y | 1 Ritchie B |
| Postal Equipment list | PT1035 | TRACTOR | FRGHT | C112 | Pre-2007 | 2000 | 1FUYNMDB5YPG93489 | CA | 1,474,975 | 70,000 | $ 10,000 | $ 10,000 | $ 10,500 | Y | 2 Ritchie B |
| Postal Equipment list | PT53090 | TRAILER | HYUND | DRYVAN | Pre-2007 | 2000 | 3H3V52C5Y70S6002 | CA | 338,525 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 1 Ritchie B |
| Postal Equipment list | PT53092 | TRAILER | GRTDN | DRYVAN | Pre-2007 | 2000 | 1PNV5328T7Y314150 | CA | 281,146 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53092 | TRAILER | GRTDN | DRYVAN | Pre-2007 | 2000 | 1PNV5328T7Y314150 | CA | 281,146 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53091 | TRAILER | GRTDN | DRYVAN | Pre-2007 | 2000 | 1PNV5328Z7G314072 | CA | 131,231 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53091 | TRAILER | GRTDN | DRYVAN | Pre-2007 | 2000 | 1PNV5328Z7G314072 | CA | 131,231 | | $ 2,500 | $ 4,500 | $ 6,500 | Y | 5 Ritchie B |
| Postal Equipment list | P1042 | TRACTOR | FRGHT | CL120 | Pre-2007 | 2000 | 1FUYGZBZ11LG93863 | CA | 293,447 | 80,000 | $ 10,000 | $ 10,000 | $ 10,500 | Y | 2 Ritchie B |
| Postal Equipment list | M45 | UTILITY | GMXXX | SONOMA | Pre-2007 | 2000 | 1GTCS19W0YK285185 | CA | 1,560,110 | | $ 1,000 | $ 2,400 | $ 3,900 | Y | 3 KBB |
| Postal Equipment list | PT53017 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 | 1UV52S41C482602 | Non Lic | 138,591 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53018 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 | 1UV52S43C482603 | Non Lic | 867,500 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VALUE HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | PT53019 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS2545L1C482604 | CA | 228,500 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53020 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS25471C482605 | CA | 380,623 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | P148006 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24821C482306 | CA | 204,200 | | $ 3,000 | $ 5,500 | $ 9,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148010L | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24841C482310 | CA | 28,335 | | $ 3,000 | $ 5,500 | $ 9,000 | Y | 4 Ritchie B |
| Postal Equipment list | PT53013 | TRAILER | UTLTY | V52DC | Pre-2007 | 2001 1UYVS2545L1C482103 | CA | 416,839 | | $ 4,500 | $ 4,500 | $ 4,500 | Y | 1 Ritchie B |
| Postal Equipment list | PT53014 | TRAILER | UTLTY | V52DC | Pre-2007 | 2001 1UYVS25471C482104 | CA | 220,845 | | $ 4,500 | $ 4,500 | $ 4,500 | Y | 1 Ritchie B |
| Postal Equipment list | PT53015 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS2549L1C482105 | CA | 201,354 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53016 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS2545X1C482601 | CA | 212,249 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | P148001 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24831C482301 | CA | 45,331 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148003 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24871C482303 | CA | 25,603 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148004 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24891C482304 | CA | 32,544 | | $ 2,000 | $ 3,000 | $ 4,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148005 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24801C482305 | CA | 176,461 | | $ 3,000 | $ 5,500 | $ 9,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148008 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24861C482308 | CA | 217,523 | | $ 3,000 | $ 5,500 | $ 9,000 | Y | 4 Ritchie B |
| Postal Equipment list | P148009 | TRAILER | UTLTY | DRYVAN 48 | Pre-2007 | 2001 1UYVS24881C482309 | CA | 25,915 | | $ 3,000 | $ 5,500 | $ 9,000 | Y | 4 Ritchie B |
| Postal Equipment list | PT53260 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS25381C518616 | CA | 167,890 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53011 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS2541L1C482101 | CA | 519,507 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53012 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2001 1UYVS25431C482102 | CA | 499,628 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | M48 | UTILTY | GMCCL | SONOMA | Pre-2007 | 2001 1GTDT13W01818995 | CA | 245,984 | | $ 600 | $ 1,500 | $ 3,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53046 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS253X2C729316 | Non Lic | 174,022 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53047 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729317 | Non Lic | 65,500 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53048 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729318 | Non Lic | 162,033 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53049 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729319 | CA | 861,202 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53050 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25312C729320 | CA | 197,589 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53051 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25312C729321 | CA | 814,022 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53052 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729322 | CA | 381,635 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53053 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729323 | CA | 216,336 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53054 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25372C729324 | Non Lic | 748,095 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53055 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25392C729325 | CA | 641,022 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53032 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25322C729302 | CA | 41,544 | | $ 2,800 | $ 4,200 | $ 7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53031 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25362C729301 | CA | 35,800 | | $ 4,000 | $ 6,000 | $ 11,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53036 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729306 | CA | 19,375 | | $ 4,000 | $ 6,000 | $ 11,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53037 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25372C729307 | CA | 91,300 | | $ 4,000 | $ 6,000 | $ 11,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53038 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25392C729308 | CA | 61,532 | | $ 4,000 | $ 6,000 | $ 11,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53043 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25322C729313 | CA | 476,055 | | $ 4,000 | $ 6,000 | $ 11,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53262 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25342C748106 | CA | 498,500 | | $ 3,000 | $ 4,500 | $ 9,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53035 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25332C729305 | Non Lic | 430,263 | | $ 2,200 | $ 4,100 | $ 7,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53039 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25302C729309 | Non Lic | 293,587 | | $ 2,200 | $ 4,100 | $ 7,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53040 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25372C729310 | CA | 246,071 | | $ 2,200 | $ 4,100 | $ 7,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53042 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25302C729312 | CA | 97,428 | | $ 2,200 | $ 4,100 | $ 7,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53266 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25392C748103 | CA | 15 | | $ 2,200 | $ 4,100 | $ 7,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53264 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25312C729304 | CA | 658 | | $ 3,000 | $ 8,000 | $ 12,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53263 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2002 1UYVS25352C748108 | CA | 31,950 | | | | | Y | 5 Ritchie B |
| Postal Equipment list | P1101 | TRAILER | KNWRT | T2000 | Pre-2007 | 2003 1XKTD89X23J887889 | CO | 1,691,048 | 80,000 | $ 4,700 | $ 6,700 | $ 10,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53032 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 1GRAA06283B114773 | CO | 501 | | $ 1,700 | $ 5,600 | $ 6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53032 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 1GRAA06283B114773 | CO | 501 | | $ 1,700 | $ 5,600 | $ 6,400 | Y | 3 Ritchie B |
| Postal Equipment list | P1093 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2003 1XKTD89X83J887878 | CA | 1,938,494 | 70,000 | $ 4,700 | $ 6,767 | $ 10,000 | Y | 3 Ritchie B |
| Postal Equipment list | P1098 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2003 1XKTD89V33J887884 | CA | 1,823,522 | 80,000 | $ 4,700 | $ 6,767 | $ 10,000 | Y | 3 Ritchie B |
| Postal Equipment list | P419 | TRACTOR | KNWRT | T800 | Pre-2007 | 2003 1XKDA08X93R707327 | CA | 623,323 | 54,000 | $ 15,000 | $ 23,000 | $ 32,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53230 | TRAILER | GRTDN | DRYVAN | Pre-2007 | 2003 2MN01AAH031000028 | CO | 503,600 | | $ 3,500 | $ 7,500 | $ 13,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53014 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 1UYVS25395142215 | CO | 173,029 | | $ 1,700 | $ 5,600 | $ 6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53017 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 1UYVS89X13542222 | CO | 135,808 | | $ 1,700 | $ 5,600 | $ 6,400 | Y | 3 Ritchie B |
| Postal Equipment list | P1097 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2003 1XKTD89X13J887897 | | 1,645,330 | 70,000 | $ 4,700 | $ 6,700 | $ 10,000 | Y | 5 Ritchie B |

## Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM'F | COM SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P418 | TRACTOR | KNWRT | T800 | Pre-2007 | 2003 | 1XKDA0QX73R707326 | CA | 708,356 | 54,000 | $15,000 | $23,000 | $32,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53223 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 | 1GRAA0621R8202704 | CA | 518,224 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53224 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 | 1GRAA0625V8086501 | CA | 30,212 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | FT53015 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25343G142217 | CA | 287,380 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | FT53016 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25363G142221 | Non Lic | 371,440 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | FT53018 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25353G142226 | CA | 473,862 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | FT53019 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25383G142236 | CA | 417,633 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | FT53020 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25363G142237 | CA | 315,216 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53022 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25333G142239 | Non Lic | 492,977 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53023 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25353G142240 | CA | 378,080 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53024 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 | 1GRAA0652VB132041 | CA | 595,097 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53025 | TRAILER | GRTDN | DRYVAN 53 | Pre-2007 | 2003 | 1GRAA0626R8202708 | CA | 27,727 | | $1,700 | $5,600 | $6,400 | Y | 5 Ritchie B |
| Postal Equipment list | PT53226 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH931000024 | CA | 72,501 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53227 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH931000478 | CA | 88,652 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53228 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH731000466 | CA | 318,038 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53229 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH931000470 | CA | 480,717 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53210 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH931000472 | CA | 74,421 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53211 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH931000467 | CA | 483,193 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53212 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH631000468 | CA | 535,230 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53213 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH031000465 | CA | 552,502 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53214 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH831000469 | CA | 548,775 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53215 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 1PTD1A0H7P9008187 | CA | 482,716 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53216 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 1PTD1A0H0P9008189 | CA | 225,061 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53217 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25373G142244 | CA | 107,431 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53218 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25393G142245 | CA | 73,400 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53219 | TRAILER | TRLMB | DRYVAN 53 | Pre-2007 | 2003 | 2MN01AAH831000021 | CA | 500,629 | | $3,000 | $5,000 | $8,000 | Y | 3 Ritchie B |
| Postal Equipment list | PT53220 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25363G142241 | CA | 500,629 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53221 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25333G142247 | CA | 318,011 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53222 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | 1UYVS25343G142248 | CA | 257,107 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53021 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 263,094 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53025 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 200,995 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53026 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 666,321 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | PT53027 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 135,587 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | FT53024 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 237,157 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | FT53029 | TRAILER | UTLTY | DRYVAN | Pre-2007 | 2003 | | CA | 221,296 | | $1,700 | $5,600 | $6,400 | Y | 3 Ritchie B |
| Postal Equipment list | P1080 | TRACTOR | FRGHT | CL112 | Pre-2007 | 2007 | 1PUFOA5R4P9M73668 | CA | 2,095,463 | 80,000 | $9,670 | $9,670 | $9,670 | Y | 1 Estimated |
| Postal Equipment list | C1 | MISC UNIT | BTXXX | L2300U | Pre-2007 | 2007 | | CA | | | $9,670 | $9,670 | $9,670 | N | Estimated |
| Postal Equipment list | PT53251 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25304P939435 | Non Lic | 311,780 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53252 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25364P939438 | Non Lic | 173,209 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53253 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25364P939439 | Non Lic | 228,995 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53254 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25344P939440 | Non Lic | 219,043 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53255 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25344P939442 | Non Lic | 182,033 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53256 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25344P939443 | Non Lic | 217,553 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53258 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25334P939445 | CA | 279,801 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | PT53259 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25304P939449 | CA | 475,203 | | $2,800 | $4,200 | $7,500 | Y | 5 Ritchie B |
| Postal Equipment list | P1076 | TRACTOR | FRGHT | CL112 | Pre-2007 | 2007 | 1PUFOA5R4P9M73664 | CA | 2,326,177 | 70,000 | $9,187 | $9,670 | $9,670 | Y | 2 Ritchie B |
| Postal Equipment list | P1088 | TRACTOR | FRGHT | CL112 | Pre-2007 | 2007 | 1PUFOA5R4P9M73676 | CA | 1,497,336 | 62,000 | $9,187 | $9,670 | $9,670 | Y | 2 Ritchie B |
| Postal Equipment list | P415 | TRACTOR | FRGHT | CL112 | Pre-2007 | 2007 | 1PU6PA5G4PM080803 | CA | 864,772 | 54,000 | $9,187 | $9,670 | $9,670 | Y | 2 Ritchie B |
| Postal Equipment list | PT53065 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25374P238702 | CA | 99,959 | | $3,500 | $7,000 | $10,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53068 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25242P238705 | CA | 197,583 | | $3,500 | $7,000 | $10,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53242 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25242P238716 | CA | 482,548 | | $3,500 | $7,000 | $10,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53243 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25374P938401 | Non Lic | 170,065 | | $3,500 | $6,500 | $10,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53064 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25344P938701 | Non Lic | 130,228 | | $3,500 | $7,000 | $10,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53066 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25394P238703 | CA | | | $3,500 | $7,000 | $10,000 | Y | 5 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P153069 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25344P238706 | Non Lic | 172,444 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153070 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25364P238707 | CA | 116,146 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153067 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25304P238704 | CA | 7,005 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153075 | TRAILER | UTLTY | VS2DC | Pre-2007 | 2004 | 1UYVS25384P238712 | CA | 121,523 | | $ 4,500 | $ 4,500 | $ 6,000 | Y | 2 Ritchie B |
| Postal Equipment list | P153071 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25384P238708 | Non Lic | 651,932 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153072 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS253X4P238709 | CA | 718,562 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153074 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25384P238711 | Non Lic | 930,836 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153234 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25354P339401 | Non Lic | 718,532 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153235 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25374P339402 | Non Lic | 725,335 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153236 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25394P339403 | CA | 301,221 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153237 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25364P339410 | CA | 729,853 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153238 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25384P339411 | Non Lic | 681,549 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153239 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS253X4P339412 | Non Lic | 638,429 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153240 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25314P339413 | Non Lic | 213,506 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153241 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25354P339415 | CA | 388,886 | | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P153244 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25324P339419 | Non Lic | 674,644 | | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P153245 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25304P339421 | Non Lic | 734,511 | | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P153246 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25334P339428 | Non Lic | 731,231 | | $ 22,000 | $ 32,000 | $ 44,700 | Y | S Ritchie B |
| Postal Equipment list | P153247 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25334P339429 | Non Lic | 762,351 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153248 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25314P339430 | Non Lic | 756,587 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153249 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25314P339431 | Non Lic | 739,405 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P153250 | TRAILER | UTLTY | DRYVAN 53 | Pre-2007 | 2004 | 1UYVS25374P339433 | Non Lic | 681,309 | | $ 3,500 | $ 7,000 | $ 10,000 | Y | S Ritchie B |
| Postal Equipment list | P1188 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X25J058176 | CA | 1,382,235 | 80,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1179 | TRACTOR | KNWRT | T800 | Pre-2007 | 2005 | 1XKDD89X05J058171 | CA | 1,795,545 | 80,000 | $ 10,000 | $ 11,500 | $ 19,500 | 2 | S Ritchie B |
| Postal Equipment list | P1180 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X65J058178 | CA | 1,903,511 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1186 | TRACTOR | KNWRT | T800 | Pre-2007 | 2005 | 1XKDD89X85R095514 | CA | 1,199,734 | 62,000 | $ 22,000 | $ 32,000 | $ 44,700 | Y | S Ritchie B |
| Postal Equipment list | P1189 | TRACTOR | KNWRT | T300 | Pre-2007 | 2005 | 1XKTD89X95J058191 | CA | 1,187,899 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1175 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X05J058073 | CA | 1,597,591 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1176 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X15J058105 | CA | 1,537,840 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1177 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X35J058123 | CA | 1,689,509 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1178 | TRACTOR | KNWRT | T2000 | Pre-2007 | 2005 | 1XKTD89X55J058149 | CA | 1,709,802 | 70,000 | $ 5,400 | $ 9,900 | $ 21,000 | Y | S Ritchie B |
| Postal Equipment list | P1185 | TRACTOR | KNWRT | T800 | Pre-2007 | 2005 | 1XKDD89X65R095513 | CA | 840,127 | 70,000 | $ 22,000 | $ 32,000 | $ 44,700 | Y | S Ritchie B |
| Postal Equipment list | P367 | TRUCK | KNWRT | T300 | Pre-2007 | 2005 | 2NKMHN08X36M157731 | CA | 196,131 | 35,000 | $ 10,000 | $ 22,000 | $ 26,000 | Y | 4 Ritchie B |
| Postal Equipment list | P368 | TRUCK | KNWRT | T800 | Pre-2007 | 2006 | 3WKDA08X17F183311 | CA | 491,511 | 35,000 | $ 10,000 | $ 24,000 | $ 37,500 | Y | 4 Ritchie B |
| Postal Equipment list | P152 | CON-DOLLY | | DOLLY | 2007 | | 1U3JB92176B01119 | | 82,459 | | $ 300 | $ 800 | $ 1,500 | Y | 4 Ritchie B |
| Postal Equipment list | P427 | TRACTOR | INT | 9200 | 2007 | | 1UYVS12877P108501 | CA | 58,249 | 80,000 | $ 6,300 | $ 11,500 | $ 19,000 | Y | 1 Ritchie B |
| Postal Equipment list | P13 | TRUCK | DODGE | RAM | 2007 | | 1XKDD06R36J043249 | CA | 76,678 | 16,000 | $ 7,500 | $ 8,929 | $ 8,929 | 1 | S Ritchie B |
| Postal Equipment list | P1183 | TRACTOR | KNWRT | T800 | 2007 | | 1XKDD89X76J140054 | CA | 1,755,226 | 70,000 | $ 10,000 | $ 24,000 | $ 9,500 | Y | 4 Ritchie B |
| Postal Equipment list | P181 | TRACTOR | INT | 9200 | 2007 | | 1UYVS12677P108514 | CA | 1,762,361 | 80,000 | $ 6,300 | $ 11,500 | $ 19,000 | Y | 1 Ritchie B |
| Postal Equipment list | P426 | TRACTOR | INT | 9200 | 2007 | | 1UYVS12897P108516 | CA | 851,116 | 80,000 | $ 6,300 | $ 11,500 | $ 19,000 | Y | 1 Ritchie B |
| Postal Equipment list | P430 | TRACTOR | INT | 9200 | 2007 | | 2HSCD6N76C218595 | Non Lic | 845,361 | 80,000 | $ 6,300 | $ 11,500 | $ 19,000 | Y | 1 Ritchie B |
| Postal Equipment list | F20152 | TRAILER | UTLTY | VS2DC | 2007 | | 1UYVS12877P108501 | | | | $ 8,929 | $ 8,929 | $ 8,929 | | S Ritchie B |
| Postal Equipment list | F728115 | TRAILER | UTLTY | VS2DC | 2007 | | 1UYVS12877P108515 | | 159,957 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | F728122 | TRAILER | UTLTY | VS2DC | 2007 | | 1UYVS12867P108506 | | 161,665 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | F728127 | TRAILER | UTLTY | VS2DC | 2007 | | 1UYVS12857P108514 | | 73,750 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | F728131 | TRAILER | UTLTY | VS2DC | 2007 | | 1UYVS12897P108516 | | 1,580,598 | | $ 9,200 | $ 18,000 | $ 23,000 | Y | 1 Ritchie B |
| Postal Equipment list | F728132 | TRAILER | UTLTY | VS2DC | 2007 | | 1XKTD49X77J145392 | | 1,258,245 | | $ 9,200 | $ 18,000 | $ 23,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1110 | TRACTOR | KNWRT | T2000 | 2007 | | 1XKTD49X77J145408 | | 1,740,217 | 70,000 | $ 16,500 | $ 18,000 | $ 23,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1126 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD48X77R202826 | | 1,963,508 | 80,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1127 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD48X77R202832 | | 2,039,073 | 80,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1133 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD48X07R202848 | | 2,838,373 | 70,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1149 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD89X17R140862 | | 2,665,643 | 80,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1157 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD89X17R140862 | | 2,065,643 | 80,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |
| Postal Equipment list | P1158 | TRACTOR | KNWRT | T600 | 2007 | | 1XKAD89X87R142627 | | 2,113,588 | 80,000 | $ 16,500 | $ 18,500 | $ 30,000 | Y | 1 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM | COM SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P1161 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD89X67R142626 | CA | 1,715,602 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1164 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD89X47R142625 | CA | 2,159,436 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1165 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD89X97R142622 | CA | 2,199,832 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1167 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD89X57R142620 | CA | 1,993,210 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P153100 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S367P178609 | Non Lic | 729,091 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153166 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVQ2S377P217031 | | 57,062 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P152 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X00R202851 | Non Lic | 2,051,716 | 70,000 | $16,500 | $20,000 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1134 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X97R202833 | CA | 1,638,169 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1129 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X57R202828 | CA | 1,924,052 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1130 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X77R202829 | CA | 1,967,705 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1131 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X77R202830 | CA | 2,003,176 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1135 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X57R202831 | CA | 1,836,178 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1137 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X67R202837 | CA | 2,225,488 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1138 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X67R202834 | CA | 2,322,970 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1140 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X87R202841 | CA | 2,113,699 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1142 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X87R202845 | CA | 2,006,820 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1146 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD48X77R202846 | CA | 1,960,852 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1147 | TRACTOR | KNWRT | T600 | | 2007 | 1UVS2S337P217043 | CA | 2,272,332 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P153178 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S357P217044 | | 108,992 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153179 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S337P217045 | | 696,532 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153180 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S307P217047 | Non Lic | 107,522 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153182 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S377P217048 | Non Lic | 184,951 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153183 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVS2S307R202852 | Non Lic | 2,373,016 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P1153 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X82J145384 | CA | 1,701,766 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1102 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X71J145385 | CA | 1,758,629 | 80,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1103 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X71J145386 | CA | 1,702,961 | 80,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1104 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X37J145387 | CA | 1,643,458 | 80,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1105 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X77J145389 | CA | 1,863,166 | 80,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1107 | TRACTOR | KNWRT | T600 | | 2007 | 1XKAD89X27R142624 | CA | 2,255,962 | 80,000 | $16,500 | $18,500 | $30,000 | Y | $ Ritchie B |
| Postal Equipment list | P1163 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X97J145393 | CA | 1,721,250 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1111 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X90J145394 | CA | 1,799,475 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1112 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X27J145395 | CA | 1,741,417 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1113 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X67J145397 | CA | 1,800,427 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1115 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X87J145398 | CA | 1,627,845 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1116 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X87J145399 | CA | 1,752,200 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1117 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X9XJ145404 | CA | 1,314,545 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1122 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X6XJ145405 | CA | 1,810,171 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1123 | TRACTOR | KNWRT | T2000 | | 2007 | 1XKTD49X37J145406 | CA | 1,822,297 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P1124 | TRACTOR | KNWRT | T2000 | | 2007 | 1UVVS2S357P178603 | CA | 701,501 | 70,000 | $9,000 | $18,000 | $23,000 | Y | $ Ritchie B |
| Postal Equipment list | P153097 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S397P178605 | Non Lic | 475,982 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153098 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S397P178607 | CA | 152,752 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153099 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S597P178611 | Non Lic | 176,000 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153101 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S347P178613 | Non Lic | 738,620 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153103 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S517P178615 | Non Lic | 85,234 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153104 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S357P178617 | | 111,948 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153105 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S387P178619 | Non Lic | 500,000 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153106 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S507P178621 | Non Lic | 299,999 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153107 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S307P178623 | Non Lic | 186,157 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153108 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S387P178627 | Non Lic | 989,106 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153109 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S537P178629 | Non Lic | 133,779 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153110 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S357P178631 | Non Lic | 57,765 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |
| Postal Equipment list | P153111 | TRAILER | UTLY | DRY VAN 53 | | 2007 | 1UVVS2S3X7P178631 | Non Lic | 1,300,001 | | $7,000 | $14,000 | $21,000 | Y | $ Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | PT53113 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25337P178635 | Non Lic | 62,656 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53114 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25307P178637 | Non Lic | 114,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53115 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25347P178639 | Non Lic | 133,198 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53116 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25337P178602 | Non Lic | 870,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53118 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25307P178606 | Non Lic | 967,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53119 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25347P178608 | Non Lic | 221,076 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53120 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25327P178610 | Non Lic | 212,311 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53121 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25367P178612 | Non Lic | 384,999 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53122 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25337P178614 | Non Lic | 250,289 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53123 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25337P178616 | Non Lic | 660,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53124 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25377P178618 | Non Lic | 122,096 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53125 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25357P178620 | Non Lic | 367,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53126 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25397P178622 | Non Lic | 13,981 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53127 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25327P178624 | Non Lic | 92,291 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53128 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25367P178626 | Non Lic | 91,642 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53129 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS253X7P178628 | CA | 481,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53130 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25387P178630 | Non Lic | 179,309 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53131 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25317P178632 | CA | 75,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53132 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS253X7P178634 | Non Lic | 812,921 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53133 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25397P178636 | Non Lic | 61,347 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53134 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25327P178638 | Non Lic | 26,156 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53135 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25307P178640 | Non Lic | 516,572 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53136 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25397P217001 | CA | 33,952 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53137 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25347P217002 | CA | 141,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53138 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25327P217003 | CA | 47,500 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53139 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25357P217004 | CA | 831,747 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53177 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25317P217042 | CA | 117,197 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53181 | TRAILER | UTLTY | DRY VAN 53 | 2007 | 2007 | 1UYVS25397P217046 | CA | 854,000 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1118 | TRACTOR | KNWRT | T2000 | 2007 | 2007 | 1XKTD49X27J145400 | CA | 1,529,549 | 70,000 | $ 9,000 | $ 18,000 | $ 23,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1119 | TRACTOR | KNWRT | T2000 | 2007 | 2007 | 1XKTD49X67J145401 | CA | 1,779,829 | 70,000 | $ 9,000 | $ 18,000 | $ 23,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1120 | TRACTOR | KNWRT | T2000 | 2007 | 2007 | 1XKTD49X67J145402 | CA | 1,798,474 | 70,000 | $ 9,000 | $ 18,000 | $ 23,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1121 | TRACTOR | KNWRT | T2000 | 2007 | 2007 | 1XKTD49X87J145403 | CA | 1,664,302 | 70,000 | $ 9,000 | $ 18,000 | $ 23,000 | Y | 5 Ritchie B |
| Postal Equipment list | FT53002 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25337P113801 | CA | 410,907 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53003 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25377P113803 | CA | 337,462 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53004 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25307P113805 | CA | 442,283 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53005 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25387P113807 | CA | 425,886 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53006 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25387P113809 | CA | 458,849 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53007 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25367P113811 | CA | 301,231 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53008 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25387P113802 | CA | 218,653 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53009 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25397P113804 | CA | 217,038 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53010 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25317P113806 | CA | 409,394 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53011 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25387P113808 | CA | 327,561 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53012 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25347P113810 | CA | 146,892 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | FT53013 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS25387P113812 | CA | 380,520 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | P435 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X87M179574 | CA | 757,797 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P436 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X17M179576 | CA | 742,518 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P482 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 3WKDA08X37P183308 | CA | 682,477 | 80,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P483 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 3WKDA08X37P183309 | CA | 655,955 | 80,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P484 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 3WKDA08X07P183310 | CA | 682,100 | 80,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P442 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X07M179584 | CA | 664,921 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | FT28117 | TRAILER | UTLTY | VS2 DC | 2007 | 2007 | 1UYVS28477P108505 | CA | 94,079 | | $ 8,929 | $ 8,929 | $ 8,929 | Y | 1 Ritchie B |
| Postal Equipment list | P437 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X57M179578 | CA | 600,551 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P438 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X77M179579 | CA | 698,511 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | P439 | TRACTOR | KNWRT | T800 | 2007 | 2007 | 2XKDAU8X37M179580 | CA | 876,292 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF | COM SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P441 | TRACTOR | KNWRT | T800 | | 2007 | 2KKDAUBX97M175583 | | 735,432 | 54,000 | $ 20,000 | $ 32,500 | $ 42,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53140 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S367P217005 | CA | 29,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53141 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S387P217006 | CA | 580,566 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53142 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217007 | CA | 612,486 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53143 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P217008 | CA | 680,123 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53144 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S337P217009 | CA | 733,499 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53145 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S357P217010 | CA | 227,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53146 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P217011 | CA | 397,762 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53147 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S337P217012 | CA | 140,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53148 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S357P217014 | CA | 239,672 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53150 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S377P217015 | CA | 171,240 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53151 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S307P217016 | CA | 140,231 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53152 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S327P217017 | CA | 154,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53153 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S397P217018 | CA | 987,532 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53154 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217019 | CA | 178,044 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53155 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S327P217020 | CA | 897,562 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53156 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S347P217021 | CA | 167,421 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53157 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S367P217022 | CA | 551,674 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53158 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S387P217023 | CA | 196,806 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53159 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217024 | CA | 338,532 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53160 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P217025 | CA | 748,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53161 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S337P217026 | CA | 678,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53163 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S357P217026 | CA | 353,757 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53163 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S347P217036 | CA | 427,563 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53164 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S387P217037 | CA | 238,231 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53167 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217038 | CA | 127,321 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53168 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P217033 | CA | 164,532 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53169 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S337P217034 | CA | 722,255 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53170 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S357P217035 | CA | 67,363 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53171 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S367P217036 | CA | 715,859 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53172 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S387P217037 | CA | 265,510 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53173 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217038 | CA | 330,653 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53096 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P178601 | CA | 241,623 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53174 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S387P217040 | CA | 573,213 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53175 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S3X7P217041 | CA | 416,235 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | PT53176 | TRAILER | UTLTY | DRYVAN 53 | | 2007 | 1UVVS2S317P217041 | CA | 88,112 | | $ 7,000 | $ 14,000 | $ 21,000 | Y | 5 Ritchie B |
| Postal Equipment list | F128 | UTILITY | GMXXX | 1500 | | 2007 | 1GTEC19397Z146955 | Non Lic | 128,040 | 4,513 | $ 6,400 | $ 7,100 | $ 7,900 | | 3 KBB |
| Postal Equipment list | P1190 | TRACTOR | KNWRT | T660 | | 2008 | 3XKADA9X58R235974 | | 1,225,618 | 70,000 | $ 20,000 | $ 30,000 | $ 35,000 | Y | 5 Ritchie B |
| Postal Equipment list | P464 | TRACTOR | KNWRT | 9200 | | 2008 | 3HSCD5BN50N086746 | | 170,274 | 80,000 | $ 19,000 | $ 22,000 | $ 26,000 | Y | 4 Ritchie B |
| Postal Equipment list | PT53184 | TRAILER | UTLY | DRYVAN 53 | | 2009 | 1UVVS2S379P789901 | Non Lic | 509,002 | | $ 6,000 | $ 10,000 | $ 14,000 | Y | 5 Ritchie B |
| Postal Equipment list | P452 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X99R248905 | CA | 563,829 | 56,000 | $ 23,000 | $ 32,000 | $ 47,000 | Y | 5 Ritchie B |
| Postal Equipment list | P456 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X69R248906 | CA | 538,294 | 56,000 | $ 15,000 | $ 23,000 | $ 32,000 | Y | 5 Ritchie B |
| Postal Equipment list | P457 | TRACTOR | INT | 9200 | | 2009 | 3HSCD5BN49R086740 | CA | 824,208 | 56,000 | $ 19,600 | $ 23,000 | $ 32,000 | Y | 4 Ritchie B |
| Postal Equipment list | P458 | TRACTOR | INT | 9200 | | 2009 | 3HSCD5BN49R086740 | CA | 671,995 | 56,000 | $ 19,600 | $ 19,600 | $ 32,000 | Y | 4 Ritchie B |
| Postal Equipment list | P459 | TRACTOR | INT | 9200 | | 2009 | 3HSCD5BN69N086741 | CA | 536,084 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | Y | 4 Ritchie B |
| Postal Equipment list | P453 | TRACTOR | KNWRT | 9200 | | 2009 | 1XKDA48X09R248903 | Non Lic | 548,098 | 80,000 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 4 Ritchie B |
| Postal Equipment list | P454 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X29R248898 | CA | 518,347 | 56,000 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P455 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X49R248899 | CA | 699,356 | 56,000 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P449 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X99R248901 | CA | 708,836 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P450 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X00R248902 | CA | 713,073 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P443 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X39R248893 | CA | 607,777 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P444 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X59R248893 | CA | 643,833 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |
| Postal Equipment list | P445 | TRACTOR | KNWRT | T800 | | 2009 | 1XKDA48X59R248894 | CA | 888,348 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | Y | 5 Ritchie B |

Matteson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE/LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMF CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P446 | TRACTOR | KNWRT | T800 | 2009 | 2009 | 1XKDA48X79R248895 | | 662,252 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | 5 | Ritchie B |
| Postal Equipment list | P447 | TRACTOR | KNWRT | T800 | 2009 | 2009 | 1XKDA48X99R248896 | | 638,060 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | 5 | Ritchie B |
| Postal Equipment list | P460 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDSBN89N086742 | | 494,112 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P461 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDSBN39N086743 | | 500,224 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P462 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDSBN59N086744 | | 436,126 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P463 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDSBN89N086745 | | 487,724 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P465 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDAPN29N086609 | | 594,444 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P466 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDAPN09N086610 | | 489,927 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 4 | Ritchie B |
| Postal Equipment list | P448 | TRACTOR | KNWRT | T800 | 2009 | 2009 | 1XKDA48X09R248897 | | 586,611 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | 5 | Ritchie B |
| Postal Equipment list | P451 | TRACTOR | KNWRT | T800 | 2009 | 2009 | 1XKDA48X79R248900 | | 626,831 | 54,999 | $ 32,000 | $ 47,500 | $ 60,000 | 5 | Ritchie B |
| Postal Equipment list | P467 | TRACTOR | INT | 9200 | 2009 | 2009 | 3HSCDAPN0N086611 | | 468,386 | 80,000 | $ 19,600 | $ 19,600 | $ 19,600 | 1 | Ritchie B |
| Postal Equipment list | PT53196 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25324P822212 | CA | 262,593 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53197 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25344P822213 | CA | 264,022 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53198 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25364P822214 | CA | 679,862 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53199 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25388P822215 | CA | 554,367 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53200 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS253X4P822216 | CA | 287,902 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53201 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25314P822217 | CA | 467,002 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53202 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25334P822218 | Non Lic | 510,223 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53203 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25355P822219 | | 550,201 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53204 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25331P822220 | | 218,726 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53205 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25333P822221 | | 496,329 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53206 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25335P822222 | | 630,309 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53207 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25337P822223 | | 421,562 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53208 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25339P822224 | | 414,300 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53209 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS253X4P822225 | | 704,617 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53185 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25304P822201 | Non Lic | 556,328 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53186 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25324P822202 | Non Lic | 187,211 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53188 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25355P822202 | | 166,562 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53190 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25333P822204 | | 518,203 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53191 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25337P822205 | Non Lic | 487,201 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53192 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25377P822206 | Non Lic | 182,063 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53193 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25307P822207 | Non Lic | 719,302 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53194 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25350P822208 | Non Lic | 526,349 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | PT53195 | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25359P822209 | Non Lic | 527,801 | | $ 16,448 | $ 26,000 | $ 27,500 | 4 | Ritchie B |
| Postal Equipment list | | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010. | 1UVS25332P822211 | Non Lic | 532,531 | | $ 16,448 | $ 26,000 | $ 27,500 | 5 | Ritchie B |
| Postal Equipment list | | TRAILER | UTLTY | DRYVAN 53 | 2010 | 2010 | 1UVS25332P822211 | Non Lic | 197,802 | | $ 16,448 | $ 26,000 | $ 27,500 | 5 | Ritchie B |
| Postal Equipment list | P1214 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X0AJ272452 | CA | 1,208,700 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1215 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X2AJ272453 | CA | 1,356,092 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1216 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X7AJ271555 | CA | 1,517,556 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1217 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X6AJ272455 | CA | 701,642 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1218 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X8AJ272456 | CA | 1,244,306 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1219 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X1AJ272457 | CA | 1,290,329 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1220 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49XXAJ272458 | CA | 1,440,106 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1221 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X1AJ272459 | CA | 1,335,772 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1222 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X7AJ272460 | CA | 1,466,281 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1223 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X9AJ272461 | CA | 1,450,996 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1224 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X2AJ272462 | CA | 1,196,117 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1225 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X5AJ272463 | CA | 1,238,081 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1191 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X4AJ268436 | CA | 1,322,010 | 70,000 | $ 30,000 | $ 52,500 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1193 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X9AJ268438 | CA | 1,331,390 | 80,000 | $ 30,000 | $ 52,000 | $ 66,000 | 5 | Ritchie B |
| Postal Equipment list | P1194 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X0AJ268439 | CA | 1,392,364 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | 5 | Ritchie B |
| Postal Equipment list | P468 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X6AD267862 | Non Lic | 524,173 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | 5 | Ritchie B |
| Postal Equipment list | P472 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X4AD267862 | CA | | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | 5 | Ritchie B |
| Postal Equipment list | P474 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X8AD267864 | CA | 625,354 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | 5 | Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COMFCOM | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P475 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47XXAJ267865 | | 553,289 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | Y | 5 Ritchie B |
| Postal Equipment list | P476 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA48X3AJ267866 | | 496,605 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | Y | 5 Ritchie B |
| Postal Equipment list | P477 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA48X5AJ267867 | | 576,454 | 80,000 | $ 37,000 | $ 65,000 | $ 78,000 | Y | 5 Ritchie B |
| Postal Equipment list | P469 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X4AJ267859 | Non Lic | 529,247 | 80,000 | $ 25,000 | $ 55,000 | $ 85,000 | Y | 5 Ritchie B |
| Postal Equipment list | P470 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X0AJ267860 | Non Lic | 624,277 | 80,000 | $ 25,000 | $ 55,000 | $ 85,000 | Y | 5 Ritchie B |
| Postal Equipment list | P471 | TRACTOR | KNWRT | T800 | 2010 | 2010 | 1XKDA47X2AJ267861 | Non Lic | 568,124 | 80,000 | $ 25,000 | $ 55,000 | $ 85,000 | Y | 5 Ritchie B |
| Postal Equipment list | P14 | TRUCK | CHVRL | VAN | 2010 | 2010 | 1GC2GSBA4A1112118 | Non Lic | 334,046 | 5,473 | $ 4,300 | $ 5,300 | $ 6,300 | Y | 3 KBB |
| Postal Equipment list | P1195 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X6AJ268440 | CA | 1,358,212 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1196 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X8AJ268441 | CA | 1,554,177 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1197 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X4AJ268442 | CA | 1,264,718 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1198 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X1AJ268443 | CA | 1,406,185 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1199 | TRACTOR | KNWRT | T660 | 2010 | 2010 | 1XKAD49X3AJ268444 | CA | 1,209,732 | 70,000 | $ 29,800 | $ 52,500 | $ 66,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51226 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ353200 | CA | 714,056 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51227 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X2DJ353201 | CA | 748,827 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51228 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X4DJ353202 | CA | 762,668 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51229 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X6DJ353203 | CA | 840,396 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51230 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X8DJ353204 | CA | 852,362 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51231 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ353205 | CA | 860,162 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51232 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X1DJ353206 | CA | 813,738 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51233 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X3DJ353207 | CA | 813,183 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51234 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X5DJ353208 | CA | 826,888 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51235 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X7DJ353209 | CA | 837,811 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51236 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X3DJ353210 | CA | 804,179 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51237 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X5DJ353211 | CA | 838,833 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51238 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X7DJ353212 | CA | 797,454 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51239 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X9DJ353213 | CA | 804,015 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51240 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ353214 | CA | 761,384 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51241 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X2DJ353215 | CA | 837,887 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51242 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X4DJ353216 | CA | 842,603 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51243 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X6DJ353217 | CA | 913,064 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51244 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X8DJ353218 | CA | 807,803 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51245 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ353219 | CA | 881,622 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51246 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X7DJ353220 | CA | 890,456 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51247 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X8DJ353221 | CA | 924,235 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51248 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ353222 | CA | 858,447 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P51249 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X1DJ353223 | CA | 908,169 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 5 Ritchie B |
| Postal Equipment list | P1272 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X3DJ364075 | CA | 589,277 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 4 Ritchie B |
| Postal Equipment list | P1273 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X8DJ364089 | CA | 616,489 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 4 Ritchie B |
| Postal Equipment list | P1274 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X5DJ364087 | CA | 631,194 | 80,000 | $ 67,500 | $ 72,500 | $ 90,000 | Y | 4 Ritchie B |
| Postal Equipment list | P1262 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X1DJ364089 | CA | 360,660 | 70,000 | $ 57,500 | $ 64,000 | $ 81,300 | Y | 4 Ritchie B |
| Postal Equipment list | P1263 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X1DJ364090 | CA | 348,006 | 70,000 | $ 57,500 | $ 64,000 | $ 81,300 | Y | 4 Ritchie B |
| Postal Equipment list | P1264 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X3DJ364091 | CA | 430,266 | 70,000 | $ 57,500 | $ 64,000 | $ 81,300 | Y | 4 Ritchie B |
| Postal Equipment list | P1265 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X5DJ364092 | CA | 399,936 | 70,000 | $ 57,500 | $ 64,000 | $ 81,300 | Y | 4 Ritchie B |
| Postal Equipment list | P1266 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X7DJ364093 | CA | 424,915 | 70,000 | $ 57,500 | $ 64,000 | $ 81,300 | Y | 4 Ritchie B |
| Postal Equipment list | P51267 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X2DJ364070 | CA | 614,387 | 80,000 | $ 67,500 | $ 72,500 | $ 81,000 | Y | 4 Ritchie B |
| Postal Equipment list | P51268 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X4DJ364071 | CA | 641,808 | 80,000 | $ 67,500 | $ 72,500 | $ 81,000 | Y | 4 Ritchie B |
| Postal Equipment list | P51269 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X6DJ364072 | CA | 689,564 | 80,000 | $ 67,500 | $ 72,500 | $ 81,000 | Y | 4 Ritchie B |
| Postal Equipment list | P51270 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X8DJ364073 | CA | 639,458 | 80,000 | $ 67,500 | $ 72,500 | $ 81,000 | Y | 4 Ritchie B |
| Postal Equipment list | P51271 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKAD49X0DJ364074 | CA | 651,366 | 80,000 | $ 67,500 | $ 72,500 | $ 81,000 | Y | 4 Ritchie B |
| Postal Equipment list | P1251 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X2DJ364078 | CA | 238,271 | 80,000 | $ 73,000 | $ 82,500 | $ 98,233 | Y | 4 Ritchie B |
| Postal Equipment list | P1252 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X9DJ364079 | CA | 245,428 | 80,000 | $ 73,000 | $ 82,500 | $ 98,233 | Y | 4 Ritchie B |
| Postal Equipment list | P1257 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X6DJ364084 | CA | 224,014 | 80,000 | $ 73,000 | $ 82,500 | $ 98,233 | Y | 4 Ritchie B |
| Postal Equipment list | P1258 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X8DJ364085 | CA | 237,017 | 80,000 | $ 73,000 | $ 82,500 | $ 98,233 | Y | 4 Ritchie B |
| Postal Equipment list | P1259 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X0DJ364086 | CA | 290,292 | 80,000 | $ 73,000 | $ 82,500 | $ 98,233 | Y | 4 Ritchie B |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM FON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | PD1260 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X91DJ364087 | CA | 241,174 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1261 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X31DJ364088 | CA | 221,592 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1253 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X91DJ364080 | CA | 296,520 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1254 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X0DJ364081 | CA | 289,648 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1255 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X91DJ364082 | CA | 281,459 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1256 | TRACTOR | KNWRT | T800 | 2013 | 2013 | 1XKDD49X40DJ364083 | CA | 357,469 | 80,000 | $73,000 | $82,500 | $98,233 | Y | 4 Ritchie B |
| Postal Equipment list | PD1250 | TRACTOR | KNWRT | T660 | 2013 | 2013 | 1XKADA9X3DJ033224 | CA | 914,691 | 80,000 | $67,500 | $72,500 | $72,500 | Y | 5 Ritchie B |
| Postal Equipment list | PD1276 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X6E1415852 | CA | 426,781 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PD1277 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X0E1415853 | CA | 406,770 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PD1278 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X9E1415854 | CA | 410,027 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PD1279 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X7E1415855 | CA | 396,555 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PD1280 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X5E1415856 | CA | 394,129 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PS1281 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X7E1416858 | CA | 411,269 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PS1282 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X5E1415860 | CA | 396,382 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PS1283 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X5E1415860 | CA | 388,904 | 80,000 | $73,000 | $82,500 | $98,000 | Y | 4 Ritchie B |
| Postal Equipment list | PS1284 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X7E1416861 | CA | 504,590 | 80,000 | $73,000 | $82,500 | $98,200 | Y | 4 Ritchie B |
| Postal Equipment list | PS1285 | TRACTOR | INT | PRO STAR | 2014 | 2014 | 1HSDJAPRXEH729433 | CA | 530,114 | 80,000 | $60,600 | $67,500 | $73,500 | Y | 3 CTT L30% |
| Postal Equipment list | PD1286 | TRACTOR | KNWRT | T660 | 2014 | 2014 | 1XKAD49X0E403854 | CA | 215,889 | 80,000 | $67,500 | $72,500 | $81,000 | Y | 5 Ritchie B |
| Postal Equipment list | PS1275 | TRUCK | KNWRT | T370 | 2014 | 2014 | 2NKHHJ7X7EM403891 | CA | 235,450 | 35,000 | $85,420 | $85,420 | $85,420 | Y | 2 Ritchie B |
| Postal Equipment list | PS869 | TRACTOR | KNWRT | T370 | 2014 | 2014 | 2NKHHJ7X9EM403892 | CA | 120,563 | 35,000 | $85,420 | $85,420 | $85,420 | Y | 2 Truckpaper L30% |
| Postal Equipment list | PS870 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X4G6476291 | CA | 122,417 | 80,000 | $85,420 | $85,420 | $85,420 | Y | 2 CTT L30% |
| Postal Equipment list | PS1299 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD49X6G4476292 | CA | 108,073 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PS1300 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X3G6478998 | CA | 112,593 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1287 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKDD39X3F4558890 | CA | 47,403 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1288 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X0F5459891 | CA | 72,354 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1289 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X1F4558892 | CA | 81,339 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1290 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X3F4558893 | CA | 59,653 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1291 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X5F4558894 | CA | 70,098 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1292 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X7F4559895 | CA | 74,762 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1293 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X9F4558896 | CA | 92,804 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1294 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X0F445897 | CA | 90,846 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1295 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X2F4458898 | CA | 100,402 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1296 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X4F4459899 | CA | 68,604 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1297 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X7F4459900 | CA | 116,787 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PD1298 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1NKDD39X7F4459900 | CA | 82,810 | 80,000 | $84,000 | $101,500 | $129,500 | Y | 5 CTT L30% |
| Postal Equipment list | PS1301 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X6G6476293 | CA | 109,383 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1302 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X8G6476294 | CA | 100,874 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1303 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X4G6476296 | CA | 112,394 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1304 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X6G6476296 | CA | 111,231 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1305 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X5G6476297 | CA | 112,537 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1306 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X7G6476298 | CA | 104,555 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1307 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X9G6476299 | CA | 105,384 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1308 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X1G6476300 | CA | 95,808 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1309 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X3G6476301 | CA | 113,548 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1310 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X5G6476302 | CA | 109,603 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1311 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X7G6476303 | CA | 97,445 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1312 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X9G6476304 | CA | 101,565 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1313 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X0G6476305 | CA | 123,088 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1314 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X2G6476306 | CA | 123,030 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1315 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X4G6476307 | CA | 102,772 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1316 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X6G6476308 | CA | 122,144 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1317 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X8G6476309 | CA | 116,984 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1318 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X4G6476310 | CA | 123,724 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |
| Postal Equipment list | PS1319 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X6G6476311 | CA | 123,724 | 80,000 | $78,400 | $87,500 | $96,600 | Y | 5 Truckpaper L30% |

Matheson Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VAL LOW | LIQ VALUE AVE | LIQ VAL HIGH | COM CON | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Postal Equipment list | P51320 | TRACTOR | KNWRT | T680 | 2015 | 2015 | 1XKYD49X6GJ476312 | CA | 120,389 | 80,000 | $78,400 | $87,500 | $96,600 | Y 5 | Trucksaper L30% |
| Trucking Equipment list 1 | M65 | MISC | CASFW | 510 | Pre-2007 | 1954 | 4036259 | AZ | 0 | | $2,332 | $3,500 | $6,622 | 5 | Ritchie B |
| Trucking Equipment list 1 | P7 | TRUCK | GMXXX | C6E2303 | Pre-2007 | 1974 | TCE62A4V575573 | CA | 0 | | $500 | $500 | $500 | | Estimated |
| Trucking Equipment list 1 | M41 | TRAILER | TRLM8 | FLATBED | Pre-2007 | 1976 | N69083 | Non Lic | 9 | | $2,750 | $3,000 | $6,500 | 5 | Ritchie B |
| Trucking Equipment list 1 | F5 | TRAILER | TRLM8 | FLATBED | Pre-2007 | 1980 | A50188 | Non Lic | | | $2,750 | $3,000 | $4,000 | 5 | Ritchie B |
| Trucking Equipment list 1 | ST5 | TRAILER | TTINC | TRAILER | Pre-2007 | 1981 | 712390481 | CA | 5 | | $600 | $1,157 | $1,157 | 2 | Ritchie B |
| Trucking Equipment list 1 | M16 | TRAILER | LNDGR | FLYING GOOSE | Pre-2007 | 1985 | 130A2111FC001740 | Non Lic | 1 | | $1,500 | $1,500 | $1,500 | | Estimated |
| Trucking Equipment list 1 | MMFL1 | FORKLIFT | HYSTR | H60C | Pre-2007 | 1986 | C005D027296 | Non Lic | | | $850 | $850 | $850 | | Estimated |
| Trucking Equipment list 1 | M72 | TRAILER | SAMSN | S | Pre-2007 | 1986 | 5 | Non Lic | | | $1,500 | $1,500 | $1,500 | | Estimated |
| Trucking Equipment list 1 | M72 | TRAILER | 5 BALL | BTM DUMP | Pre-2007 | 1987 | 2L90T40Z9HC004080 | CA | 456,200 | | $2,500 | $2,500 | $2,500 | | Estimated |
| Trucking Equipment list 1 | M77 | TRUCK | INT | 1955 | Pre-2007 | 1988 | 1HSLRDBN5JH562727 | CA | 180,604 | | $2,500 | $2,500 | $2,500 | | Estimated |
| Trucking Equipment list 1 | M88 | TRAILER | CHARM | FLATBED | Pre-2007 | 1989 | 086342 | Non Lic | 0 | | $5,500 | $7,234 | $12,000 | 3 | Ritchie B |
| Trucking Equipment list 1 | M88 | MISC | FROLT | ENGINE | Pre-2007 | 1990 | U00350X002215 | Non Lic | 1 | | $250 | $250 | $250 | | Estimated |
| Trucking Equipment list 1 | M77 | TRACTOR | JHNDR | SPREADER | Pre-2007 | 1990 | NONE | CA | 0 | | $2,500 | $2,500 | $2,500 | | Estimated |
| Trucking Equipment list 1 | ST4 | TRAILER | UNKNOWN | UNKNOWN | Pre-2007 | 1990 | LC9G112100M1216012 | Non Lic 1 | 110 | | $5,000 | $9,000 | $13,000 | 3 | Ritchie B |
| Trucking Equipment list 1 | TT1 | TRAILER | CHARM | OUT WEST | Pre-2007 | 1990 | TILT | Non Lic | 100 | | $1,250 | $3,608 | $3,608 | 2 | Ritchie B |
| Trucking Equipment list 1 | M810 | TRAILER | TLYXX | TRAILER | Pre-2007 | 1990 | | CA | 1 | | $1,250 | $3,608 | $3,608 | 2 | Ritchie B |
| Trucking Equipment list 1 | ST2 | TRAILER | MNTRY | 60 | Pre-2007 | 1992 | 189FG2022MM185693 | Non Lic | 1,960 | | $2,500 | $2,500 | $2,500 | | Estimated |
| Trucking Equipment list 1 | ST3 | TRAILER | CHARM | STOCK TRLR | Pre-2007 | 1992 | LC9G202N4N1216807 | Non Lic | 105 | | $1,192 | $2,658 | $4,500 | 3 | Ritchie B |
| Trucking Equipment list 1 | M87 | TRAILER | CHARM | STOCK TRLR | Pre-2007 | 1992 | TRAILER | Non Lic | | | $1,192 | $2,658 | $4,500 | 3 | Ritchie B |
| Trucking Equipment list 1 | M84 | TRACTOR | JHNDR | 2755 MFWD | Pre-2007 | 1994 | 347422B1 | Non Lic | 100 | | $2,500 | $2,500 | $2,500 | | Estimated |
| Trucking Equipment list 1 | M100 | MISC | CMMNS | LTA10-280 | Pre-2007 | 1994 | 347422B1 | Non Lic | | | $250 | $250 | $250 | | Estimated |
| Trucking Equipment list 1 | AT001 | TRAILER | TRALER | FLATBED | Pre-2007 | 1995 | 1W9S224213L063115 | Non Lic | | | $2,000 | $8,000 | $23,830 | 0 | Ritchie B |
| Trucking Equipment list 1 | AT004 | TRAILER | CASFW | WLTNX | Pre-2007 | 1995 | JG00068000 | Non Lic | | | $2,000 | $7,000 | $7,000 | 0 | Ritchie B |
| Trucking Equipment list 1 | MT1 | LOADER | CASFW | 488F | Pre-2007 | 1938 | JN4BD0W0RW4350651 | Non Lic | | | $1,000 | $1,000 | $1,000 | 1 | ATVCONNECTION |
| Trucking Equipment list 1 | M11 | MISC UNIT | YAMAH | TIMBERWOLF | Pre-2007 | 1938 | 4XA4R50OA1X0430674 | Non Lic | 4 | | $500 | $500 | $500 | | Estimated |
| Trucking Equipment list 1 | MT5 | MISC UNIT | ACCLX | XT6 | Pre-2007 | 1999 | | CA | | | $1,500 | $1,500 | $1,500 | | Estimated |
| Trucking Equipment list 1 | M11 | TRAILER | HGHNS | H1 | Pre-2007 | 1999 | 1W9STE242X1284186 | CA | | | $8,000 | $20,000 | $23,830 | 5 | Ritchie B |
| Trucking Equipment list 1 | MT5 | MISC | WLTNX | 18K8P | Pre-2007 | 1999 | TLR | CA | | | $2,750 | $3,000 | $6,500 | 5 | Ritchie B |
| Trucking Equipment list 1 | M11 | TRAILER | UNKNOWN | TRAILER | Pre-2007 | 2003 | 1GTHK29J3B3818173 | CA | 332,136 | | $3,300 | $3,900 | $4,400 | 3 | KBB |
| Trucking Equipment list 1 | M101 | UTILITY | GMXXX | 570MXT | Pre-2007 | 2004 | JJG0301398 | CA | | | $11,000 | $15,000 | $22,500 | 5 | Ritchie B |
| Trucking Equipment list 1 | M49 | LOADER | CASFW | 2500 | Pre-2007 | 2005 | 1GCHC29295E154651 | CA | 186,062 | | $3,800 | $4,200 | $5,000 | 3 | KBB |
| Trucking Equipment list 1 | M811 | UTILITY | CHVRL | 2500 | Pre-2007 | 2005 | N5C385199 | Non Lic | 0 | | $32,119 | $32,329 | $33,835 | 3 | Ritchie B |
| Trucking Equipment list 1 | M64 | LOADER | CASFW | 580D | Pre-2007 | 2005 | NC385199 | CA | 10 | | $32,119 | $32,329 | $33,835 | 3 | Ritchie B |
| Trucking Equipment list 1 | MT8 | MISC | CASFW | 580D | Pre-2007 | 2005 | 5NE5D12146A001753 | CA | 119,993 | | $1,500 | $1,500 | $1,500 | 2 | Ritchie B |
| Trucking Equipment list 1 | FD150 | TRAILER | LGNXX | LOGAN | 2007 | 2007 | 1031E9213680117 | Non Lic | 0 | | $300 | $1,000 | $1,500 | 1 | Ritchie B |
| Trucking Equipment list 2 | 2074 | CON-DOLLY | UTILTY | DOLLY | Pre-2007 | 1958 | 58813 | Non Lic | 0 | | $500 | $1,000 | $1,500 | 1 | Ritchie B |
| Trucking Equipment list 2 | MT003 | TRAILER | RLBBD | 2H58F8 | Pre-2007 | 1961 | 212154564 | Non Lic | 0 | | $750 | $750 | $750 | | Estimated |
| Trucking Equipment list 2 | ST55 | TRAILER | BROWN | BROWN | Pre-2007 | 1963 | 212152 | Non Lic | 1 | | $750 | $1,000 | $1,500 | 1 | Ritchie B |
| Trucking Equipment list 2 | MT002 | TRAILER | CASFW | 27-96 | Pre-2007 | 1965 | 67599 | Non Lic | 0 | | $600 | $750 | $1,250 | | Estimated |
| Trucking Equipment list 2 | 2673 | TRAILER | STRCK | TRAILER | Pre-2007 | 1968 | 5684705C | Non Lic | 0 | | $229 | $500 | $750 | | Estimated |
| Trucking Equipment list 2 | 252 | TRAILER | BROWN | TRAILER | Pre-2007 | 1972 | 145161 | Non Lic | 1 | | $229 | $500 | $750 | | Estimated |
| Trucking Equipment list 2 | 253 | TRAILER | STRCK | TRAILER | Pre-2007 | 1972 | | CA | 0 | | $196 | $1,219 | $1,360 | 3 | Ritchie B |
| Trucking Equipment list 2 | 2072 | TRAILER | STRCK | TRAILER | Pre-2007 | 1974 | K24586 | Non Lic | 111 | | $564 | $750 | $940 | 3 | Ritchie B |
| Trucking Equipment list 2 | MT40 | TRAILER | TRLM8 | FLATBED | Pre-2007 | 1976 | N69081 | OR | 1 | | $564 | $750 | $940 | 3 | Ritchie B |
| Trucking Equipment list 2 | MT42 | TRAILER | TRLM8 | FLATBED | Pre-2007 | 1976 | N69076 | Non Lic | | | $5,000 | $5,000 | $5,000 | | AUTOTRADER |
| Trucking Equipment list 2 | M4 | TRAILER | MRCBN | 450SL | Pre-2007 | 1977 | 1070441203B520 | Non Lic | | | $542 | $1,100 | $1,500 | S | Ritchie B |
| Trucking Equipment list 2 | 2M4 | UTILTY | TRLM8 | UNKNOWN | Pre-2007 | 1978 | T64125 | CA | 1 | | $5,000 | $5,000 | $5,000 | | CARS.OODLE.COM |
| Trucking Equipment list 2 | GT45911 | TRAILER | MRCBN | 6.9 | Pre-2007 | 1979 | 11603612006464 | Non Lic | 1 | | $650 | $3,000 | $6,500 | 3 | Ritchie B |
| Trucking Equipment list 2 | M3 | FORKLIFT | MYSTR | H70C | Pre-2007 | 1980 | 02FG02510926 | CA | | | $500 | $1,500 | $2,848 | 3 | Ritchie B |
| Trucking Equipment list 2 | M75 | TRAILER | LKFTR | LKFTR | Pre-2007 | 1980 | 56735 | Non Lic | | | $1,250 | $2,099 | $5,000 | 3 | Ritchie B |
| Trucking Equipment list 2 | 2T105 | TRAILER | GMCXX | S6000 | Pre-2007 | 1980 | T180A0V557739 | Non Lic | | | $3,250 | $4,000 | $5,000 | 3 | Ritchie B |
| Trucking Equipment list 2 | 2M16 | TRAILER | LKFTR | TRAILER | Pre-2007 | 1980 | 56743 | Non Lic | | | $2,000 | $2,000 | $2,000 | 1 | Ritchie B |
| Trucking Equipment list 2 | 2T119 | TRAILER | GRTDN | TRAILER | Pre-2007 | 1983 | 1GRA490240B044073 | CA | 1 | | | | | | |
| Trucking Equipment list 2 | 2T146 | | | | Pre-2007 | | | | | | | | | | |

Mathison Equipment

| File Source | Unit No | Type | Make | Model | YR | Year | VIN # | State | Odometer | GVW | LIQ VALUE LOW | LIQ VALUE AVE | LIQ VALUE HIGH | COMF COM | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trucking Equipment list 2 | FT12L | TRAILER | TRLMB | 07AR | Pre-2007 | 1984 | 1PT07AREG008712 | Non Lic | 61,437 | | $ 877 | $ 1,316 | $ 2,250 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FT48045 | TRAILER | FRUHF | FB5-F2-48 | Pre-2007 | 1984 | 1H4V04820G003011 | Non Lic | | | $ 2,000 | $ 2,000 | $ 2,000 | Y | 2 Ritchie B |
| Trucking Equipment list 2 | G464 | TRACTOR | INT | 2375 | Pre-2007 | 1985 | 1HSDHPN1FH625122 | CA | 95,500 | | $ 4,500 | $ 7,000 | $ 9,500 | Y | 3 Ritchie B |
| Trucking Equipment list 2 | MEFL3 | FORKLIFT | TCMXX | FCG25N6 | Pre-2007 | 1986 | 48801176 | CA | 487 | | $ 1,250 | $ 1,250 | $ 1,250 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | FT48012 | TRAILER | FRUHF | TRAILER | Pre-2007 | 1986 | 1H2V04820GA001101 | Non Lic | 1 | | $ 1,000 | $ 1,500 | $ 2,400 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FT48043 | TRAILER | LKFTR | TPV-IP ST | Pre-2007 | 1987 | 1101A4822J1078257 | Non Lic | | | $ 4,000 | $ 4,000 | $ 4,000 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | FT48046 | TRAILER | GRTDN | 741171LW48 | Pre-2007 | 1987 | 1GRAA9624J811494934 | Non Lic | | | $ 750 | $ 1,130 | $ 2,000 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FL108 | FORKLIFT | CTRPL | T30 D | Pre-2007 | 1988 | S6804660 | Non Lic | 1,139 | | $ 1,000 | $ 1,000 | $ 3,250 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | F237 | UTILITY | INT | C1600 | Pre-2007 | 1988 | 1HTMM2DM7JH583243 | Non Lic | 159,125 | | $ 1,112 | $ 2,747 | $ 3,456 | Y | 3 Ritchie B |
| Trucking Equipment list 2 | M216 | TRAILER | INT | C1600 | Pre-2007 | 1988 | 1HTMM2RM5H583242 | Non Lic | 241,361 | | $ 500 | $ 3,030 | $ 5,500 | Y | 3 Ritchie B |
| Trucking Equipment list 2 | FT48042 | TRAILER | THERR | ISSC | Pre-2007 | 1988 | 17A114824Z212031 | Non Lic | | | $ 500 | $ 500 | $ 500 | N | Estimated |
| Trucking Equipment list 2 | M73 | UTILITY | GMXXX | PICKUP | Pre-2007 | 1990 | 2GTFK29C1L1521774 | ID | 286,475 | | $ 1,500 | $ 2,250 | $ 3,500 | Y | KBB Ritchie B |
| Trucking Equipment list 2 | FT151 | TRAILER | FRUHF | FPP FL1 | Pre-2007 | 1990 | 1H4V02818U002008 | Non Lic | 29,500 | | $ 965 | $ 1,500 | $ 2,400 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FL113 | FORKLIFT | HYSTR | S80XL | Pre-2007 | 1992 | B01080880 1N | CA | 2,434 | | $ 1,750 | $ 1,750 | $ 1,750 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | M78 | UTILITY | GMXXX | PICKUP | Pre-2007 | 1994 | 1GTCS1928X8515132 | CO | 212,859 | | $ 800 | $ 1,250 | $ 3,500 | Y | KBB KBB |
| Trucking Equipment list 2 | M5 | UTILITY | BMWXX | 750ILA | Pre-2007 | 1995 | WBAGK23255DH66528 | CA | 194,103 | | $ 1,273 | $ 1,640 | $ 1,841 | Y | KBB KBB |
| Trucking Equipment list 2 | FT258 | TRAILER | UTLTY | VS10F | Pre-2007 | 1998 | 1GKDT13WXV0250924 | Non Lic | 238,136 | | $ 2,000 | $ 3,404 | $ 5,500 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | MT55 | TRAILER | SILVR | TRAILER | Pre-2007 | 1996 | 1U3TU9214TBN01627 | Non Lic 0 | | | $ 558 | $ 1,500 | $ 3,063 | N | 5 Ritchie B |
| Trucking Equipment list 2 | FL137 | FORKLIFT | HYSTR | S35XM | Pre-2007 | 1998 | C010H04956V | Non Lic | 13,469 | | $ 2,000 | $ 3,905 | $ 4,000 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | FT2 | TRAILER | TRLMB | ROGUE | Pre-2007 | 1998 | 18YLA2Z1W1011594 | CA | 0 | | $ 3,250 | $ 5,500 | $ 8,000 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | PU3 | UTILITY | GMXXX | SONOMA | Pre-2007 | 1998 | 1GTCS19X1W8501924 | CA | 238,136 | | $ 1,250 | $ 1,250 | $ 2,500 | Y | 2 Ritchie B |
| Trucking Equipment list 2 | M33 | UTILITY | GMXXX | JIMMY | Pre-2007 | 1998 | 1GKDT13WXV0250671 | Non Lic | 255,208 | | $ 657 | $ 657 | $ 1,750 | Y | 2 Ritchie B |
| Trucking Equipment list 2 | M33 | UTILITY | GMXXX | JIMMY | Pre-2007 | 1998 | 1GKDT13WXV0250671 | Non Lic | 255,208 | | $ 657 | $ 657 | $ 1,750 | Y | 2 Ritchie B |
| Trucking Equipment list 2 | FU66 | UTILITY | GMXXX | SONOMA | Pre-2007 | 1999 | 1GTCS19X9X8515197 | CA | 291,658 | | $ 1,320 | $ 1,535 | $ 1,825 | Y | KBB KBB |
| Trucking Equipment list 2 | FL68 | UTILITY | GMXXX | SONOMA | Pre-2007 | 1999 | 1GTCS19X7X8514954 | Non Lic | 218,658 | | $ 1,500 | $ 1,500 | $ 2,000 | Y | KBB KBB |
| Trucking Equipment list 2 | FT197 | UTILITY | FRGHT | FL170 | Pre-2007 | 1999 | 1FV6HLBA5XHA22038 | CA | | | $ 3,250 | $ 4,500 | $ 6,000 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | M300 | MISC | ONAN | 12.5KW | Pre-2007 | 1999 | 190095029 | CA | 5,257 | | $ 1,700 | $ 1,700 | $ 1,700 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | MT15 | TRAILER | UNKNOWN | TRAILER | Pre-2007 | 2000 | CA883940 | CA | | | $ 4,250 | $ 6,000 | $ 12,000 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | M56 | TRAILER | SILVR | TRAILER | Pre-2007 | 2000 | 1U3749213Y9N00004 | CA | 10 | | $ 3,250 | $ 4,250 | $ 5,000 | N | 5 Ritchie B |
| Trucking Equipment list 2 | P01 | MISC | HYSTR | W40XT | Pre-2007 | 2000 | A218H04264V | CA | | | $ 114 | $ 114 | $ 114 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | P07 | MISC | HYSTR | W40XT | Pre-2007 | 2000 | A218H05701X | Non Lic | 2,862 | | $ 114 | $ 114 | $ 114 | Y | 1 Ritchie B |
| Trucking Equipment list 2 | P1033 | UTILITY | FRGHT | CL120 | Pre-2007 | 2000 | 1FUJA6B661PF16124 | Non Lic | 1,147 | | $ 6,500 | $ 7,000 | $ 8,423 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | M44 | UTILITY | GMXXX | SONOMA | Pre-2007 | 2000 | 1GTCS19W5Y8255017 | CA | 640,356 | | $ 263 | $ 642 | $ 3,000 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | M51 | UTILITY | GMXXX | YUKON | Pre-2007 | 2002 | 3GKGK26G12G227306 | CA | 245,134 | | $ 2,976 | $ 3,525 | $ 3,936 | Y | KBB KBB |
| Trucking Equipment list 2 | M88 | UTILITY | GMXXX | 3500 | Pre-2007 | 2002 | 1GTJK33122F180876 | CA | 239,039 | | $ 2,000 | $ 6,000 | $ 9,500 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | M83 | UTILITY | CHVRL | PICKUP | Pre-2007 | 2003 | 1G8U39G33G218686 | CO | 279,415 | | $ 14,450 | $ 15,723 | $ 16,691 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FL157 | FORKLIFT | NSSMT | KUGH02A3PV | Pre-2007 | 2004 | KUGH02P900951 | CO | 107,529 | | $ 3,414 | $ 5,000 | $ 7,500 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | M24 | UTILITY | CHVRL | SUV | Pre-2007 | 2004 | 1GCHK232X4F205589 | Non Lic | 9,957 | | $ 3,500 | $ 5,000 | $ 6,200 | Y | KBB KBB |
| Trucking Equipment list 2 | D U45 | UTILITY | TOYOT | AVALON | Pre-2007 | 2004 | 4T1BF28B04U357830 | CA | 0 | | $ 4,899 | $ 5,232 | $ 5,624 | Y | KBB KBB |
| Trucking Equipment list 2 | M23 | UTILITY | MRCBN | 2 AXLE | Pre-2007 | 2005 | WDCYR71E15X16343 | CA | 103,971 | | $ 38,000 | $ 123,873 | $ 162,000 | Y | KBB KBB |
| Trucking Equipment list 2 | M55 | UTILITY | GMXXX | H1 | Pre-2007 | 2006 | 137HG301P11221223 | CA | 13,971 | | $ 18,500 | $ 18,500 | $ 40,000 | Y | KBB KBB |
| Trucking Equipment list 2 | FT159 | UTILITY | GMXXX | 3500 | Pre-2007 | 2006 | 1GTJK33D26E537276 | CA | 196,135 | | $ 6,860 | $ 6,860 | $ 10,976 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FL159 | TRACTOR | KNWRT | T600 | 2007 | 2007 | 1XKAD89XX7J142628 | CA | 1,800,150 | | $ 16,500 | $ 18,500 | $ 30,000 | Y | 5 Ritchie B |
| Trucking Equipment list 2 | FL157 | UTILITY | GMXXX | 1500 | 2007 | 2007 | 1GTEC19X17Z1A5962 | CA | 219,809 | | $ 2,689 | $ 3,174 | $ 3,756 | Y | KBB KBB |
| Trucking Equipment list 2 | MEFL1 | FORKLIFT | TOYOT | 8FGCU25 | 2008 | 2008 | 2241 | CA | 1,955 | | $ 4,000 | $ 3,500 | $ 6,750 | Y | 5 Ritchie B |

| | | | | | | | | Total Count | | | $ 12,748,630 | $ 16,941,690 | $ 21,942,990 | | |
| | | | | | | | | | | | 1,449 | | | | |

Matheson

# APPENDIX C

## LONG-TERM DEBT ANALYSIS:

### Five Key Points:

- Long-term debt is current. Historical performance reflects consistent monthly debt servicing
- Long-term debt is at fair value, secured and no restructuring is required (over-secured)
- The value of the long-term debt is of value and far exceeds the debt outstanding
- Upon audit, loan documentation is standard with no unusual conditions and, or covenants
- Marketplace value is attractive. Future commercial lenders may consider additional financing and potential debt buyout, but currently not necessary

Based on the following analysis the face value of the Long-Term Debt or Equipment secured is $8,970,736 (rounded in our report to $9.0 million). When the debt is re-priced at current rate the Fair Value is $8,880,301 (rounded in our report to $8.9 million). Following is our analysis.

### Long-Term Debt Detail:

| Loan Description | Inception Date or Sale of Loan | Begin Start Date of Loan | Maturity Date | Loan Term in Years | Interest Rate | Original Amt | Scheduled Payment | Loan Balance as of 06/30/15 | Discount Rate | Effective or Discount Rate | Scheduled by Note Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PACCAR 68534059 | 03/23/15 | 03/23/15 | 03/23/15 | 7.0 | 4.45% | $ 3,102,407 | $ 43,082 | $ 3,007,679 | 4.50% | 4.66% | $3,007,176 |
| WF 407247700 | 06/25/13 | 06/01/13 | 06/30/18 | 5.0 | 3.20% | 309,607 | 5,591 | 107,843 | 4.50% | 4.66% | 106,032 |
| WF 407247701 | 11/08/13 | 11/15/13 | 11/15/17 | 4.0 | 2.75% | 2,849,701 | 62,762 | 1,666,361 | 4.50% | 4.66% | 1,638,541 |
| WF 407247702 | 12/10/13 | 12/15/13 | 12/31/17 | 4.0 | 2.86% | 1,381,580 | 30,495 | 881,895 | 4.50% | 4.66% | 866,179 |
| WF 407247703 | 02/18/14 | 02/01/14 | 02/28/18 | 4.0 | 3.10% | 888,316 | 19,702 | 604,348 | 4.50% | 4.66% | 594,888 |
| WF 407247704 | 02/18/14 | 02/01/14 | 02/28/18 | 4.0 | 3.10% | 979,350 | 21,721 | 666,279 | 4.50% | 4.66% | 655,631 |
| WF 407247705 | 11/04/14 | 11/15/19 | 11/15/19 | 5.0 | 3.75% | 311,075 | 2,033 | 99,162 | 4.50% | 4.66% | 97,776 |
| WF 407247706 | 04/01/14 | 04/15/17 | 04/15/17 | 3.0 | 3.03% | 263,855 | 7,677 | 164,081 | 4.50% | 4.66% | 162,309 |
| WF 407247707 | 12/05/14 | 12/01/14 | 12/15/19 | 5.0 | 3.75% | 1,700,683 | 81,129 | 1,544,581 | 4.50% | 4.66% | 1,522,639 |
| GE 7747858001 | 11/20/12 | 12/01/12 | 12/01/16 | 4.0 | 3.95% | 138,217 | 3,118 | 51,527 | 4.50% | 4.66% | 51,420 |
| GE 7747885005 | 11/20/12 | 12/01/12 | 12/01/16 | 4.0 | 3.95% | 261,696 | 5,903 | 94,147 | 4.50% | 4.66% | 95,116 |
| GE 7752074001 | 12/28/12 | 01/01/13 | 01/01/17 | 4.0 | 4.01% | 214,764 | 4,850 | 82,835 | 4.50% | 4.66% | 82,795 |
| Total | | | | | | $ 12,201,251 | | $ 8,970,736 | | | $ 8,880,301 |

**Note:** Calculation method for "Calculated PV of Note Payable"
Using the Excel function "XNPV" (returns the net present value for a schedule of cash flows that is not necessarily periodic)

**Syntax** XNPV(rate, values, dates)

**Rate** = the discount rate to apply to the cash flows. The Rate (4.5%) used in these calculations is the effective rate of interest compounding monthly on 365 day basis R = (1 + .045*365/360/12)^12−1=4.66%.
**Values** = the remaining monthly payments from the amortization schedule.
**Dates** = the schedule of payment dates that corresponds monthly payments from the amortization schedule.

We have determined that Matheson can support $8.9mm of long-term debt and it is specifically contained to be all truck and equipment financing. Under current cash flow analysis monthly debt service performance is consistent and normal. There are no unusual default agreements or covenants.

Matheson does not participate in any long-term truck, vehicle or equipment leasing agreements. All trucks and equipment are purchased.

The company has 12 long-term notes; 1 with the most recent with PACCAR for $3.0mm and 8 long-term notes with Wells Fargo Bank NA with a remaining outstanding amount of $5.7mm. Matheson has 3 long-term note contracts with GE Capital Solutions, Inc. and sole for equipment in the amount of $228K. In the end, Matheson holds a total outstanding and fully serviceable $8.9mm of long-term debt.

**Fair Value of Debt:**

After analysis of the financial statements ending 06/30/2015, the $8.9mm is of excellent quality. The company has a consistent history of monthly debt service and debt origination to full debt retirement varies from 3 to 7 years. The debt is very much secured (actually over-secured) and requires no restructuring.

**Mark to Market: Value & Marketplace Analysis of Long-term Debt:**

The most recent origination of a $3.1mm long-term note payable with PACCAR was secured at 4.45% in March 2015. Utilizing the most current Pepperdine University Cost of Capital Report, in addition to this most current marketplace driven PACCAR lending arrangement, the current PACCAR rate of interest is the benchmark determinant for the other long-term notes providing "at market or below" cost of capital market metrics.

The 8 individual Wells Fargo Bank long-term notes payable range from 2.75% to 3.75% and is considered "below market" and favorable. GE Capital Solutions, Inc. ranges from 3.95 to 4.01% and well, "below market". Our opinion, all long-term notes payable are marked "at or below market". We consider them to be fully secured and should be held until maturity and fully retired. We believe all long-term notes are a reasonably good deal and consider the current indebtedness similar to a "very large monthly automobile payment". Our Marketplace testing and analysis indicates that other large senior lenders would find a "buyout" of the debt attractive and have shown future interest. We believe this to add strength and value to the existing quality of the long-term debt. However, this marketplace potential debt restructuring is not necessary under current conditions.

Note: **AFCO** Credit Corporation provides premium financing services in North America. The company offers loans for businesses to finance property and casualty insurance premiums. AFCO financing listed in Matheson's long-term debt in its financial statement for $1.15mm is not being considered as long-term debt under this analysis.

Matheson

# APPENDIX D

Matheson Trucking, Inc.
Insurance Program Standby Letters of Credit
As of June 30th

| Policy Period | Carrier | Collateral Held | |
| | | 6/30/2015 | 6/30/2014 |
|---|---|---|---|
| 09/01/95-09/01/99 | Reliance | $ 141,848 | $ 192,241 |
| 09/01/99-05/01/03 | Kemper | 196,000 | 196,000 |
| 05/01/03-09/01/04 | Old Republic | 200,000 | 400,000 |
| 09/01/04-Present | XL | 6,340,000 | 6,150,000 |
| | Total | $ 6,877,848 | $ 6,938,241 |

Summary of LOCs by Carrier (9-4-15)

Page 1 of 1

9/4/2015 3:17 PM

Matheson

# APPENDIX E

## Matheson Trucking, Inc.
### Payroll Information
### 60-Day Estimate of Payroll and Fringe Benefit Expense

| | FLTEX | All Other Bus (a) | Consolidated TRUCK | Comments |
|---|---|---|---|---|
| **July 2015 Actual** | | | | |
| Salary and Wages | $  948,180 | $  2,115,081 | $  3,063,261 | Excludes Outside Service Wages |
| Benefits and Taxes | 364,008 | 703,705 | 1,067,713 | |
| Total | $  1,312,188 | $  2,818,786 | $  4,130,974 | |
| | | | | |
| **60 Day Estimate** | | | | |
| Salary and Wages | $  1,835,187 | $  4,093,705 | $  5,928,892 | Prorate July to daily payroll and extrapolate to 60 days |
| Benefits and Taxes | 704,532 | 1,362,010 | 2,066,541 | Prorate July to daily payroll and extrapolate to 60 days |
| Total | $  2,539,719 | $  5,455,715 | $  7,995,434 | |

Notes:
(a) Includes Postal and Truck OH

9/4/2015 3:48 PM

Page 1 of 1

Matheson Trucking - 60 Day Payroll Expense Estimate (9-4-15)

Matheson

# APPENDIX F

## Matheson Trucking, Inc.
## Liquidation Analysis

| | Book Value 6/30/15 Unaudited | Property, Plant and Equipment Appraised Value | | |
| --- | --- | --- | --- | --- |
| | | Low Unaudited | Average Unaudited | High Unaudited |
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and Cash Equivalents | $ 7,420,028 | $ 7,420,028 | $ 7,420,028 | $ 7,420,028 |
| Accounts Receivable, Net of Allowance | 3,704,868 | 2,403,651 | 2,403,651 | 2,403,651 |
| Inventory | 232,583 | 116,292 | 116,292 | 116,292 |
| Prepaid Expenses | 1,485,586 | 1,114,189 | 1,114,189 | 1,114,189 |
| Related Party Transactions, Current | 574,157 | 574,157 | 574,157 | 574,157 |
| **Total Current Assets** | 13,417,223 | 11,628,318 | 11,628,318 | 11,628,318 |
| | | | | |
| Property, Plant, and Equipment, Net | 14,899,701 | 10,898,904 | 14,253,352 | 18,254,392 |
| Deposits | 242,822 | 242,822 | 242,822 | 242,822 |
| Related Party Receivables, Non-Current | 1,094,137 | 1,094,137 | 1,094,137 | 1,094,137 |
| Goodwill | - | - | - | - |
| **Total Assets** | $ 29,653,883 | $ 23,864,181 | $ 27,218,629 | $ 31,219,669 |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $ 2,891,620 | $ 2,891,620 | $ 2,891,620 | $ 2,891,620 |
| Accrued Payroll and Employee Benefits | 4,225,303 | 4,225,303 | 4,225,303 | 4,225,303 |
| Accrued Expenses | 45,752 | 45,752 | 45,752 | 45,752 |
| Long-term Debt, Current | 3,653,237 | 3,653,237 | 3,653,237 | 3,653,237 |
| Discontinued Operations Reserve, Current | - | - | - | - |
| Deferred Income Tax Liability, Current | 121,107 | - | - | - |
| **Total Current Liabilities** | 10,937,019 | 10,815,912 | 10,815,912 | 10,815,912 |
| | | | | |
| Deferred Rent | 143,514 | - | - | - |
| Worker' Compensation Liability | 1,914,441 | 1,914,441 | 1,914,441 | 1,914,441 |
| Long-term Debt, Non-Current | 6,471,935 | 6,471,935 | 6,471,935 | 6,471,935 |
| Discontinued operations Reserve, Non-Current | - | | | |
| Deferred Income Tax Liability, Non-Current | 2,574,358 | - | - | - |
| **Total Liabilities** | 22,041,267 | 19,202,288 | 19,202,288 | 19,202,288 |
| | | | | |
| **Net Assets Less Liabilities** | $ 7,612,616 | $ 4,661,892 | $ 8,016,340 | $ 12,017,380 |

| | | | |
|---|---|---|---|
| **Off Balance Sheet** | | | |
| LOC's as of 6/30/15 - Secured by PPE | $ 6,861,480 | $ 6,861,480 | $ 6,861,480 |
| **Net Assets Less Liabilities and LOC's** | $ (2,199,588) | $ 1,154,860 | $ 5,155,900 |
| **Chapter 11 Reorganization Costs** | | | |
| Debtor Counsel, Liq Analysis, CC Counsel | $ 500,000 | $ 500,000 | $ 500,000 |
| **Chapter 11 Liquidating Costs** | | | |
| Winddown Costs | $ 850,000 | $ 850,000 | $ 850,000 |
| **Net Cash for Distribution to Claimants** | $ (3,549,588) | $ (195,140) | $ 3,805,900 |
| **Priority Claims** | | | |
| Employee Payouts | $ 8,000,000 | $ 8,000,000 | $ 8,000,000 |
| Unpaid Taxes | | | |
| **Net Cash for Distribution to Unsecured Claims** | $ (11,549,588) | $ (8,195,140) | $ (4,194,100) |

Matheson

# APPENDIX G

*Matheson Contract Review*

*Historical Financial Performance*

## Contract and Historical Financials Review

In conducting our analysis of Matheson's historical financial performance, we analyzed the audited financial statements for the fiscal years-ended June 30, 2010 through 2014, as well as the Matheson Trial Balance for 2015, to estimate 2015 financial results. The financial statements were reviewed to understand historical trends and determine if the trends could be used to establish financial forecasts. As a part of our analyses, we discussed with management historical trends and expected future operations. Due to a significantly high concentration of revenues with one customer, most of the review focused on revenues and the quality of the revenues.

## Historical Financial Performance

### Revenues

Matheson has one primary customer, which is the U.S. Postal Service. Matheson has contracts with the U.S. Postal Service that account for approximately 96%[1] of its revenues. Other customers include Federal Express, DHL and UPS. Due to high amount of contract volume with U.S. Postal Service, PCT conducted a review of 17 contract documents totaling approximately $100 million in awards. PCT reviewed eight contracts awarded to Flight Extenders and nine contracts awarded to Postal. The review supported management's discussion with PCT regarding renewals, geographic diversity of contracts, types of services provided, contract terms, etc.

Matheson strives to diversify its contracts with the U.S. Postal Service to minimize risk and exposure to a singular contract by providing a variety of services that include air terminal handing services, mail hauling, mail sorting, loading and unloading of mail. Matheson provides services in 25 states and employs approximately 1220 employees.

---

[1] Per Audited Financial Statements for period-ended June 30, 2014.

1

According to the U.S. Postal Service supplier data[2], Matheson is ranked in the top 15 U.S. Postal Service suppliers nationwide and is the top supplier on the West Coast, excluding Federal Express. Matheson has strategically positioned itself to be available to provide additional services/contracts as needed by the U.S. Postal Service.

Consolidated Revenues

On a consolidated basis, from 2010 to 2015, gross revenues were relatively stable. Minor revenue fluctuations of less than +/- 10%, year over year, occurred due to scope changes to current contracts, expiration of some contracts and the addition of new contracts. Generally, when one contract is lost another is gained, resulting in relatively stable revenues. All contracts are competitively bid, initially. Most of the contract terms are for four years, with two- or four-year option periods. The U.S. Postal Service frequently renews the contracts with Matheson and bypasses the competitive bid process. Matheson's revenues are generated primarily by two separate business units; Matheson Postal Services, Inc. and Matheson Flight Extenders, Inc.

The following Table depicts Matheson consolidated revenues from 2010 to 2015.



2



[2] Per Top US Postal Service Suppliers for Fiscal Year 2013.

Matheson Postal Services – The majority of revenue recognized by Matheson Postal Services, Inc. relates to mail Postal Services under 26 contracts with the U.S. Postal Service.

Matheson is positioned to receive renewals for an additional four years. Rates for the postal contracts are fixed by the U.S. Postal Service and stated on a per annum basis; periodically, contract requirements are changed and the corresponding annual rates are adjusted. Revenue for these contracts is earned based on the stated contract rate prorated over the number of days in the month.

Matheson receives contractual rate increases for payroll and tolls bi-annually. Documentable items are allowed to be reimbursed, i.e. if fuel is not provided by the U.S. Postal Service, cost of fuel adjustments are also allowed by the U.S. Postal Service and determined monthly. Matheson provides the gallons of fuel consumed and the adjustments are calculated and determined by the U.S. Postal Service.

The contract provisions for transporting mail are very detailed and complicated. The provisions require significant attention to detail. Contracts define specific schedules that must be followed. Drivers need to be fully trained and be operating the prescribed equipment at the prescribed time. Matheson is required to use GPS tools to transmit "Ping" data, such that the location of trucks can be determined at all times. In addition to the U.S. Postal Service contract requirements, the services are also required to be in compliance with Department of Transportation provisions, Department of Labor and Federal Motor Carrier Act.

*Historical performance* - Over the past five years, the Postal division has experienced minor revenue fluctuations that ranged from a reduction of 10% in one year to an increase of 8% in another. The historical trend from 2010 to 2015 reflects an average of -1% annual revenue shrinkage. The fluctuating growth rate reflects adjustments that Matheson made to its contract portfolio. In 2013 and 2014 revenues decreased because Matheson did not renew several non-profitable/low margin contracts. 2015 revenues increased due to successful contract renewals with improved margins.

Flight Extenders - Matheson Flight Extenders, Inc. generates revenues by providing terminal handling services for approximately 20 contracts with the U.S. Postal Service. Generally, the terms of the contracts contain base periods that are four years in length, with additional two-year option periods available. The contracts rates contain both a fixed and variable component. The fixed component is a rate negotiated with the U.S. Postal Service and stated on a per annum basis. The variable component is a rate per pound negotiated with the U.S. Postal Service. Revenue under these types of contracts are earned based on the fixed contract rate prorated over the number days in the month plus the rate per pound applied to the actual weight handled, as reported via scanned data to the U.S. Postal Service, which is validated against internal data.

*Historical performance* - Over the past five years the five-year average annual growth rate was 4.2% year over year. 2013 was the only year that resulted in revenue reduction and this was due to contract pricing adjustments and the loss of one renewal.

Contract Strategy

Matheson is very focused on obtaining new contracts and growing its revenues. Matheson has an excellent reputation with the U.S. Postal Service and works diligently to stay current regarding the U.S. Postal Service initiatives and strategies. Matheson executives carefully evaluate the U.S. Postal Service solicitations to ensure that the scope of work fits with its strategic objectives. Strategic preferences for new contracts with the U.S. Postal Service include:

- Geographic; Western United States preference
- Efficient utilization of equipment;
- Does the scope add to existing network and infrastructure
- Minimal impact to overhead cost structure

Procurement success rates – Success rate for proposals is good, but it is extremely high on renewals. Matheson has been successful in obtaining new contracts with the U.S. Postal Service. Its reputation enables the U.S. Postal Service to award contracts understanding the risk is minimal regarding Matheson's ability to deliver the services. Specific procurement results include:

- Of the 11 Postal contracts for fiscal year 2013/2014 that were subject to renewal, 10 were in fact renewed and one renewal is currently in progress
- Postal contracts (representing ~$53 million in revenues annually), are renewed automatically approximately 90% of the time
- 18 of 26 Postal contracts have been in place since 7/1/1999 or before
- In 2015, Flight Extenders proposed on 33 new sites and was awarded 15; a 45% success rate for new sites

The high percentage of renewals is directly correlated to Matheson's reputation of successfully meeting the U.S. Postal Service contract requirements.

Assignability of Matheson Contracts to Other Entities

Contracts between Matheson and the U.S. Postal Service are non-transferrable. However, if the Matheson entity is sold, the contracts may be transferred (Novation).[4]

4

Specifically, Section 5-8.14 of the U.S. Postal Service contracts' General Terms and Conditions[3] states that the U.S. Postal Service generally prohibits contract novation[4]. However, the U.S. Postal Service may recognize a third-party as the successor-in-interest when that party's interest arises out of the transfer of the following:

- All the supplier's assets
- The entire portion of the assets involved in performing the contract

Situations in which novation may be permitted include, but are not limited to the following:

- Sale of the supplier's assets with a provision for assuming liabilities
- Transfer of assets as part of a merger or corporate consolidation
- Incorporation of a proprietorship or partnership, or formation of a partnership

The U.S. Postal Service Contracting Officer (CO), in consultation with Assigned counsel, will determine whether to permit contract novation. Before agreeing to a contract novation, the CO must determine the capability of the successor-in-interest. If it is not in the U.S. Postal Service's interest to agree to a contract novation, the "original supplier" remains responsible for performance and the contract may be terminated for default for failure to perform. In the case that multiple contracts of one supplier or transfers from several transferors to one transferee are involved, the CO responsible for the largest unsettled (unbilled plus billed-but-unpaid) contract dollar balance is responsible for executing the novation agreement.

Additionally, according to paragraph b of Clause 4-1: General Terms and Conditions, assignment of the U.S. Postal Service contracts or any interest in the U.S. Postal Service contracts, other than in accordance with the provisions of this clause, will be grounds for termination of the contract for default at the option of the U.S. Postal Service.

Quality of Revenues

Relationship with the U.S. Postal Service –The relationship that Matheson has with the U.S. Postal Service is excellent. Matheson's CEO, Mark Matheson, invests time to understand the goals and initiatives of the U.S. Postal Service and then aligns the goals of Matheson to help attain the U.S. Postal Service goals. This strategy has resulted in recognition awards.

From a historical perspective, Matheson Trucking received its first supplier award from the U.S. Postal Service in 1992, being awarded a Certificate of Appreciation and commendation for its contributions to Postal Transportation. In the years that followed, Matheson has been recognized by

[3] Paragraph b of Clause 4-1: General Terms and Conditions (July 2007); U.S. Postal Service Supplying Principles and Practices Manual
[4] Novation agreements are agreements signed by the supplier (the "transferor"), the successor-in-interest (the "transferee"), and the U.S. Postal Service, by which, among other things, the transferor guarantees performance of the contract, the transferee assumes all obligations under the contract, and the U.S. Postal Service recognizes the transfer of the contract and related assets.

the U.S. Postal Service with three Eagle Spirit Awards, in 1994, 1998, and 2007, for service excellence and a Certificate of Appreciation for excellence during C-Net (Christmas Network) operations in 1999, covering work in Reno, Phoenix and Denver. Matheson also received an Outstanding Service Award in 2000 from the U.S. Postal Service Western Area Distribution Network for Christmas Operations. Nationally, Matheson has been recognized by the U.S. Postal Service by being awarded the Supplier Performance Award in 2007, for its Terminal Handling Operations, and the Supplier Innovation Award in 2009, for its trucking operations.

More importantly, the Matheson reputation has positioned Matheson to continue to obtain new contracts. Matheson's reputation of delivering high quality, innovative services in an efficient manner has benefited the organization financially.

Stability of future revenues – Due to the excellent Matheson reputation to deliver quality services and high renewal rate, future revenues will likely be relatively stable. Both Postal and Flight contracts are awarded for a four-year term. Most Postal contracts include an option for four-year renewal, whereas terminal handling contracts include two-year renewals.

The collectability of revenues is very high due to the contractual terms outlined in the U.S. Postal Service contracts. Postal receives a guaranteed payment, for services already provided, from the U.S. Postal Service every 30 days; Flight payments are bi-monthly and is arrears as well. The collection process is mostly paperless and based on days in the month and operational data, such as miles, pounds or pieces. As a result, the historical bad debt expense of Matheson is a low .04% and .05% of revenues in 2014 and 2013, respectively. The collectability of revenue in the future is expected to continue to be high.

Internal processes and controls

Audits – Matheson financial statements are audited on an annual basis by an independent, external auditor. A portion of the audit includes a review of the design, implementation and maintenance of internal control relevant to the financials. The auditor did not issue any management letters documenting controls deficiencies, thus providing confidence that the controls are in place and the financials are reliable.

In addition to the annual financial audit conducted by an auditor, Matheson is subject to audits conducted by the U.S. Postal Service, DCAA and OIG/Matheson was audited in 2004 related to a dispute with the U.S. Postal Service. The dispute was about the number of pounds Matheson transported for the U.S. Postal Service and was quickly resolved with no adjustments to Matheson's reporting.

Systems - Matheson deploys robust systems that provide data needed to manage the financial data in a timely and accurate manner. Additionally, Matheson deploys an Equipment Management System that documents and tracks equipment data. The system enables tracking of equipment age, usage, miles, maintenance, repairs, investment, etc., to enable efficient utilization of equipment. GPS is another system used to schedule and dispatch drivers. Scanning tools are used by many employees to track mail and to enable productivity monitoring of employees.

6

Revenue risks - The Company has contracts with the U.S. Postal Service that account for approximately 96% of its revenues. As a result, the results of operations could be affected by changes in political and economic environment and changes in government policies with respect to the U.S. Postal Service.

### Revenue outlook

While revenue growth has historically fluctuated, our conversations with management and the improved financial position of the U.S. Postal Service, support future annual rate increases in the range of 1% to 2% per year for Postal and 4% per year for Flight Extenders. This increase is based on the assumptions that the U.S. Postal Service will continue to renew Postal and Flight Extender contracts as it has in the past. Also, we assume that Matheson will continue to bid on new contracts with the U.S. Postal Service, as well as with Federal Express, DHL and others to enable revenues to continue to grow. Additionally, as noted above, Matheson has a high contract renewal rate, an excellent relationship with the U.S. Postal Service, a highly trained workforce, excellent systems and equipment in place to meet the demands of the U.S. Postal Service.

## Cost of Sales

Direct costs to provide services to Matheson customers include labor, contract services, costs relating to vehicles and airport terminal related costs. On a consolidated basis, over the five-year period ended June 30, 2015, the cost to provide sales ranged from $60 million to $70 million or a five-year average of 82% of revenues. The total cost of sales as a percent of revenues, is very stable over the five-year period with a low of 81% in 2010 and a high of 83% in 2011, indicating that management is able to manage its costs relative to revenues. Labor and equipment costs will fluctuate with revenues and the gain or loss of contracts.

### Labor

Labor related costs represent the largest category of costs, 63% of revenues.

Matheson employs 1220 employees. Specifically, Flight Extenders employs 650, Postal employs 520 and 50 employees provide administrative support to the two business units. The employment numbers fluctuate seasonally, primarily increasing during the holidays.

Matheson is required to pay employees based on posted Department of Labor (DOL) wages. All fulltime, non-union Matheson employees who meet certain age and length of service requirements are eligible to participate in a 401k plan. The plan provides a minimum matching contribution of 2% of annual compensation to all employees except Service Contract Act employees and 'Highly Compensated' employees, as defined by DOL.

A small number of Matheson's employees in the San Francisco Bay area, approximately 40 drivers, are represented by the Teamsters. These union employees are represented on two contracts. These employees participate in the Western Conference of Teamsters Pension Trust Fund. The

7

Pension Protection Act Zone Status indicated the plan is at least 80 percent funded. According to Matheson finance management, the plan is 100% funded.

Matheson strives to create a professional, well trained workforce and values its employees. Matheson wages are competitive and drivers are paid by the hour rather than by the trip. Employees are paid weekly, receive excellent benefits and are professionally managed. Morale, overall, is very good. But like its competitors in the trucking industry, there is a high level of employee attrition, estimated at 20% annually. Matheson employees are in high demand, especially during the holiday season where demand for services is high.

## Vehicle Operating Expense

Vehicle related costs are, on the average, 15% of revenues and consist of costs relating to maintaining and operating various types of equipment required for the contracts. Matheson invests significant capital in its vehicles. It manages utilization of equipment as efficiently as possible. Matheson deploys an Equipment Maintenance Program which provides preventative maintenance schedules for each piece of equipment. It maintains its own vehicle maintenance shops and employs mechanics to ensure proper equipment maintenance.

Matheson is investing in natural gas trucks to reduce its cost structure and to support a cleaner environment. Twelve natural gas trucks are in operations, nineteen natural gas trucks are on order and eight natural gas trucks are planned to be ordered in the future.

## Rent

Rent is paid to airport landlords for the Flight Extenders' contracts.    The U.S. Postal Service reimburses Matheson for rent related costs. Additionally, Matheson Holdings leases property to Matheson Trucking.

# Gross Margin

The gross margin is the difference in revenues and the cost to provide the service before overhead and taxes. Matheson's gross margin ranges from 17% to 19% of revenues or $13 million to $15 million over the five-year period ended June 30, 2015.  The margin is very stable and consistent, reflecting Matheson's ability to control and manage costs relative to its revenues.

8



**Matheson Consolidated Gross Operating Margins 2010 to 2015**

## Overhead

Overhead related costs represent costs that support the operations and/or are administrative in nature. The type of costs classified as overhead include insurance, rent, office and other administrative expenses. Matheson managed its total overhead to be approximately 10% to 12% of revenues over the five-year period ended June 30, 2015.

The centrally accumulated overhead costs are allocated to the contracts based on an indicator that best reflects workload. Most departments are allocated to contracts based on weighted dollars of revenue and others are allocated based on headcount.

Matheson has elected to manage staff overhead and administrative expenses to support the contracts on a centralized basis. This structure enables a more efficient and cost effective method to manage departments such as Information Technology, Human Resources, Legal, Finance, Risk, Safety, Business Development, Procurement and Executive.

Total expenditures for the centrally managed departments has decreased by 17% since 2010, or $1.4 million, excluding the impact of inflation. These reductions are due to efficiency initiatives implemented by management to manage overhead relative to services provided to support revenues. The total full time headcount number has decreased by 27%; 41 full time overhead staff to 30 full time overhead staff. The only department that increased over the five-year period is the HR department, which increased 29% in expenditures but decreased in headcount by 3 full time employees. The increased expenses relate to Matheson's need to hire additional recruiters to meet seasonal demand plus the increased

cost of medical testing for candidates. The HR headcount number at the year-end June 30, 2015 was 4, however, the majority of the year the staffing was at the 5 to 6 level. Matheson had openings at year-end that they were in the process of filling.

One method to evaluate the efficiency of overhead is to compare it to revenues. Overhead as a percentage of revenues is a reflection of how management controls it costs relative to revenues and its margins. The support staff overhead as a percent of revenues has decreased from 10% in 2010 to 8% in 2015. The overhead five-year average as a percent of revenues is a stable 8%. See table below for support staff trends.



## Cash from Operations

On a consolidated basis, Matheson has generated, on a five-year average before tax and depreciation, cash from operations of $5 million or 7% of revenues. See table below. Based on our review and discussions with management we expect future cash from operations to continue at $5 million and grow at a slow pace. The cash from operations is sufficient to support replacement of equipment and enable slow growth.



**Matheson Consolidated Cash from Operations 2010 to 2015**

## Non Operating Expenses/Income

Other income or expense items such as interest income, miscellaneous income, legal expense, and losses from discontinued operations are incorporated in the company's net income statements. The largest item is a $9.7 million loss from the Fast Freight division due to the divestiture of assets. Another large item is legal expenses of $2.2 million related to a lawsuit.

These type of transactions do not directly relate to the ongoing operations of Matheson and are not representative of future income or expenditures. As a result, these items were not incorporated in our estimated cash flows for years 2016 to 2020.

## Net Income

Net Income incorporates the non-operating expenses and income discussed above. Because these expenditures/income are not likely to repeat into the future, net income is not the best economic indicator of Matheson's financial performance and was not considered for our analysis.

11

Matheson

# APPENDIX H

Matheson

## Review for Adjusting Entries; Compensation Analysis

Often it is assumed that a good estimate of the value of a closely held business, such as Matheson, can be made by merely looking at the company's most recent balance sheet or income statement. This is certainly not the case. Most financial statements often present a picture which is different from economic reality. As a result, a review of the income statement and balance sheet must occur and adjustments may be made, so that the company is comparable to other companies and financial forecasts are more meaningful.

The goal of adjustments is to more closely reflect the company's economic financial position and results of operations on a historical and current basis, thus enabling a more accurate estimate of the Fair Value of the business.

Items such as allowance for doubtful accounts, notes receivable, inventory valuation, depreciation methods, leases, revenue recognition, owners compensation, revenues, and operating versus non-operating items were reviewed for potential adjustments. PCT interviewed the Chief Accountant and the CEO and reviewed the financial statements of the company to determine if adjustments were needed.

Due to the sensitive nature of executive compensation we conducted a detailed comparative analysis of Matheson executive compensation to determine if compensation adjustments were necessary.

Based on our review and discussion with management, we concluded that one adjustment to the income statement was necessary. We also reviewed the executive compensation in detail and concluded no adjustments were needed. The following is a summary of the income statement adjustments and detailed compensation analysis.

Adjustment to Income Statement

Based on our review of the income statements, we became aware of an accounting coding error that overstated the "Office and Other Expenses" category by $981,029. Legal expenses were inadvertently coded to this category rather than the legal expense category. As a result, the financial data in our report has been adjusted to correct this error. The impact is to reduce total administrative overhead and increase operating cash flow. The financial data discussed in Appendix G incorporated this adjustment.

Compensation

Due to the sensitive nature of executive compensation we conducted a detailed comparative analysis of Matheson executive compensation. Matheson compensation was compared to a survey of comparable companies to determine if compensation adjustments were necessary. Some companies may not include wages to working owners in its financial statements and others may pay working owners in a manner that is out of range when compared to peers. These type of differences may result in the need to make an adjustment to economic financial position.

PCT obtained compensation data from Economic Research Institute (ERI). ERI is the world's largest survey firm in terms of collection, compiling and analysis of compensation, jobs and cost of living data. ERI provides analysis of competitive pay for 9,600 areas in North America and Europe,

1

1,200 industries and a myriad of organization sizes. Its databases have grown to include over 14,000 publicly traded corporations, as well as privately held corporations. Compensation data is compiled in terms of mean and median salaries for positions of similar duties, responsibilities, skills, and function. ERI methodology calculates the minimum and maximum rages for each position based upon calculations using a standard error. ERI maintains a common definition of wages and salaries.

Executive positions are exempt from overtime requirements and thus are typically paid for the achievement of results, regardless of the amount of hours required to achieve those outcomes. It should be noted that most executives work far more than simple forty-hour weeks, but some highly paid executives are, nevertheless, still able to maintain superior business productivity despite working relatively short work weeks.

The ERI retrieved data was based on companies in California with gross revenues of $75 million. The industry selected was Specialized Freight Trucking because trucking represents the majority of Matheson's revenues. The following six Matheson positions were analyzed: CEO, Legal Counsel, EVP, VP Operations, Risk Executive and Chief Accountant. The CEO position and the EVP position were also evaluated from an equity owner perspective. The following is a description of the data in Table 1 by Column.

Column A - The six Matheson positions are identified in Column A.

Column B - The 2014 W2 gross wage data for each Matheson position are reported. The definition of wage is straight-time gross pay, exclusive of bonus, commission and other current year variable cash incentives. The President of Flight Extenders resigned in June, therefore his wages were adjusted to reflect the equivalent of full year wages. The Chief Legal Counsel joined Matheson in Feb as a full time employee and we have annualized his wages for a full year.

Column C - The ERI median or mean wage data is reported for Matheson position. The median wage or salary is the middle rate in a rank ordered scale, the estimated 50th percentile of the distribution of wages; 50% of executives in an occupation earn wages below the median wage, and 50% earn wages above the median wage. Mean wage is the average.

Column D The compensation range of each Matheson position relative to the ERI survey data. For example the compensation for Matheson's CEO is above the 50% range, but is below the 75% range.

Column E – Total compensation, including Matheson dividends payable to equity owners are reported in this column. ERI does not include dividends payable to owners in calculating total compensation. However, to be conservative, PCT did include dividends paid to owner/executives and included those dividends in the total maximum compensation analysis.

The CEO of Matheson, received a dividend distribution of $55,569 in 2015 fiscal year. This amount was added to the CEO's wages for a total comparable compensation of $640,820 to ERI's survey mean of $1,348,501.

Matheson's EVP received a dividend distribution of $64,896 in 2015 fiscal year. This amount was added to the EVP's wages for a total comparable compensation of $347,029 which compares to ERI's survey mean of $697,621. Both the CEO and EVP received compensation much lower than comparable companies.

2

Column F- ERI provides a total maximum reasonable direct compensation estimate for executive equity positions. The total compensation amount is the mean (average) direct salary plus bonus. The mean wage or salary is the estimated total wages of an occupation divided by its estimated employment as described in a polynomial regression equation[1]. The maximum reasonable compensation estimate was developed by ERI to provide reliable evidentiary support to use in US Tax Court, as well as other litigation proceedings, and has been used in this fashion since the late 1980's.

Table 1

| A. Matheson Position | B. Matheson- Total 2014 Cash Compensation or equivalent | C. ERI -50% Median/Mean Survey | D. Matheson - Total Cash Compensation percentile range | E. Matheson - Total compensation with dividends | F. ERI - Total Maximum Reasonable Compensation –Equity Owners |
|---|---|---|---|---|---|
| CEO- Mark Matheson | $585,251 | $476,977 | 50% to 75% | $640,820 | $1,348,501 |
| EVP –Robert Matheson | $262,133 | $273,301 | 25% to 50% | $327,029 | $718,314 |
| VP Risk – Carole Matheson | $193,801 | $187,871 | 50% to 75% | | |
| Chief Legal[2] | $200,811 | $290,693 | 10% to 25% | | |
| Chief Accountant/CFO | $190,929 | $205,207 | 25% to 50% | | |
| President of Operations- Flight | $170,263 | $324,373 | 10% to 25% | | |
| [3]Extenders | | | | | |

[1] ERI Methodology paper

[2] Adjusted to full year equivalent
[3] Adjusted to full year equivalent

3

**Conclusion**

For equity executives, even with the inclusion of dividends, the Matheson total compensation was well under the Total Maximum Reasonable Compensation estimates provided by ERI. The wages paid by Matheson are reasonable and no adjustment is necessary. For non-equity positions, the wages paid by Matheson ranged from 10% to 75% of the range. No position was in the 75% to 90% range. *The wages paid by Matheson are reasonable and no adjustment is necessary.*

4

Matheson

# APPENDIX I

**MATHESON TRUCKING, INC.**

**CONSOLIDATED BALANCE SHEETS**

**JUNE 30, 2014 THROUGH 2008**

## ASSETS

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | |
| Cash and cash equivalents | $ 6,467,344 | $ 8,918,218 | $ 5,805,639 | $ 7,700,045 | $ 5,705,376 | $ 5,388,870 | $ 6,035,226 |
| Accounts receivable | 6,417,790 | 5,356,741 | 2,176,542 | 2,317,185 | 2,691,801 | 3,184,495 | 3,457,773 |
| Income tax receivable | 111,885 | - | 589,217 | - | - | - | - |
| Inventory | 386,866 | 332,617 | 313,136 | 353,875 | 667,778 | 431,003 | 305,683 |
| Prepaid expenses | 1,222,843 | 1,333,514 | 611,988 | 1,290,033 | 1,910,557 | 1,404,162 | 1,591,685 |
| Related party receivables, current | - | - | - | - | - | - | - |
| Current portion of related loans receivable | 47,079 | 13,323 | 3,000 | - | - | - | 286,312 |
| Deferred income tax asset | 995,864 | 550,361 | 610,306 | 269,115 | 180,973 | - | - |
| Total current assets | 15,649,671 | 16,504,774 | 10,109,729 | 11,930,253 | 11,156,885 | 10,408,520 | 11,676,679 |
| Property and equipment, net | 14,959,451 | 14,636,766 | 14,525,228 | 12,065,974 | 15,157,594 | 14,921,101 | 13,396,389 |
| Restricted cash | - | - | 1,170,000 | - | - | - | - |
| Deposits | 462,179 | 392,001 | 278,850 | 243,512 | 245,066 | 262,367 | 260,395 |
| Related loans receivable, net of current portion | 226,273 | 238,733 | 246,001 | 490,953 | 1,989,880 | 2,609,911 | 2,729,880 |
| Intangible assets | 2,624,843 | 2,624,843 | 2,624,843 | 2,624,843 | 2,624,843 | 2,624,843 | 2,624,843 |
| Total assets | $ 33,922,417 | $ 34,392,117 | $ 28,949,651 | $ 27,355,535 | $ 31,174,268 | $ 30,826,742 | $ 30,688,186 |

## LIABILITIES AND STOCKHOLDERS EQUITY

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| **Current liabilities** | | | | | | | |
| Accounts payable | 2,752,933 | 2,359,307 | 1,252,767 | 2,314,936 | 1,812,290 | 2,664,106 | 2,196,380 |
| Accrued payroll and employee benefits | 5,320,357 | 4,751,494 | 3,236,163 | 3,127,036 | 2,968,907 | 2,595,999 | 2,749,497 |
| Accrued expenses | 1,868,609 | 2,096,960 | 764,475 | 1,440,285 | 1,555,432 | 439,188 | 1,070,878 |
| Long-term debt, current | - | - | - | - | 3,033,874 | 2,235,467 | 1,743,300 |
| Discontinued operations reserve, current | - | - | - | - | - | - | - |
| Deferred income tax liability, current | - | 841,719 | - | - | 545,458 | 173,421 | 23,855 |
| Notes and contracts payable-current position | 1,289,670 | 1,148,272 | 2,736,427 | 2,175,769 | - | 124,689 | 121,107 |
| Current portion of long-term debt | - | - | - | 760,855 | - | - | - |
| Current portion of discontinued operations | - | - | 862,862 | - | - | - | - |
| Total current liabilities | 11,231,569 | 11,192,752 | 8,852,694 | 9,818,881 | 9,915,961 | 8,232,870 | 7,905,017 |
| Deferred rent | - | 107,004 | 81,940 | 48,200 | 14,460 | 44,355 | 144,815 |
| Workers' compensation liability | 1,929,285 | 2,336,533 | 2,253,050 | 1,760,643 | 2,080,921 | 1,427,432 | 1,814,503 |
| Long-term debt, net of current portion | 1,516,077 | 2,406,181 | 4,114,497 | 1,938,726 | 3,627,201 | 4,304,101 | 4,393,410 |
| Discontinued operations reserve, net of current portion | - | - | 1,586,159 | 1,033,112 | 405,822 | 5,647 | - |
| Deferred income tax liability, non-current | - | - | - | - | - | 2,982,322 | 2,574,358 |
| Deferred income tax liability | 3,369,580 | 2,596,132 | 1,434,915 | 1,426,436 | 2,391,348 | - | - |
| Total liabilities | 18,046,511 | 18,638,602 | 18,323,255 | 16,025,998 | 18,435,713 | 16,996,727 | 16,832,103 |
| **Stockholders' equity** | | | | | | | |
| Common stock, no par value; 1,000,000 shares authorized 838,500 shares issued and outstanding | 60,800 | 60,800 | 60,800 | 60,800 | 60,800 | 60,800 | 60,800 |
| Retained earnings | 15,815,106 | 15,692,715 | 10,565,596 | 11,268,737 | 12,677,755 | 13,769,215 | 13,795,283 |
| Total stockholders' equity | 15,875,906 | 15,753,515 | 10,626,396 | 11,329,537 | 12,738,555 | 13,830,015 | 13,856,083 |
| Total liabilities and stockholders' equity | $ 33,922,417 | $ 34,392,117 | $ 28,949,651 | $ 27,355,535 | $ 31,174,268 | $ 30,826,742 | $ 30,688,186 |

## MATHESON TRUCKING, INC.

### CONSOLIDATED STATEMENTS OF OPERATIONS
### JUNE 30, 2014 THROUGH 2008

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | |
| Postal contracts | $ 59,873,680 | $ 52,880,608 | $ 57,660,637 | $ 58,006,517 | $ 58,852,412 | $ 53,075,176 | $ 50,049,070 |
| Pickup and delivery | 45,590,488 | 37,229,674 | - | - | - | - | - |
| Air terminal handling services | 24,101,841 | 24,226,831 | 21,409,916 | 23,288,705 | 25,694,670 | 23,297,123 | 23,386,715 |
| Total Revenue | 129,566,009 | 114,337,113 | 79,070,553 | 81,295,222 | 84,547,082 | 76,372,299 | 73,435,785 |
| Operating and administrative expenses | | | | | | | |
| Salaries and wages | 58,971,654 | 53,666,880 | 38,033,249 | 37,835,813 | 38,549,302 | 35,165,973 | 33,880,436 |
| Contract services | 6,624,001 | 2,798,947 | 1,441,421 | 3,489,066 | 3,070,806 | 3,342,565 | 12,368,966 |
| Payroll related expenses | 18,517,949 | 16,241,587 | 12,616,026 | 12,996,455 | 13,749,697 | 12,483,901 | 2,822,485 |
| Vehicle operating expenses | 25,935,039 | 21,428,643 | 11,688,885 | 12,747,950 | 14,364,437 | 11,161,036 | 10,897,546 |
| Terminal expenses | 1,781,384 | 1,400,611 | 318,205 | 314,822 | 384,541 | 308,212 | 650,797 |
| Insurance | 4,685,916 | 3,704,604 | 1,987,609 | 2,227,054 | 1,809,160 | 1,638,515 | 1,840,864 |
| Rent | 5,936,556 | 4,853,819 | 2,785,770 | 3,003,914 | 3,167,093 | 3,204,891 | 3,171,941 |
| Office and other expenses | 6,691,517 | 6,159,836 | 3,986,770 | 3,544,543 | 3,556,607 | 3,109,055 | 3,913,929 |
| Depreciation and amortization | 3,777,907 | 3,548,251 | 2,661,895 | 2,854,302 | 2,909,343 | 3,556,059 | 3,423,518 |
| Total operating and administrative expenses | 132,921,923 | 113,803,178 | 75,519,830 | 79,013,919 | 81,560,986 | 73,970,207 | 72,970,482 |
| Income from operations | (3,355,914) | 533,935 | 3,550,723 | 2,281,303 | 2,986,096 | 2,402,092 | 465,303 |
| Other income(expense) | | | | | | | |
| Interest income | 134,679 | 25,794 | 14,535 | 8,969 | 20,381 | 21,717 | 21,666 |
| Miscellaneous income | 106,808 | 50,517 | 32,266 | 24,833 | 41,796 | 70,215 | 102,588 |
| Loss on sale of fixed assets | (229,050) | (98,616) | | | | | |
| Interest expense | (363,509) | (370,513) | (622,847) | (480,374) | (310,371) | (409,777) | (347,905) |
| Total other expense | (351,072) | (392,818) | (576,046) | (446,572) | (248,194) | (317,845) | (223,651) |
| Income before taxes from continuing operations | (3,706,986) | 141,117 | 2,974,677 | 1,834,731 | 2,737,902 | 2,084,247 | 241,652 |
| Income tax expense | | | (777,739) | (518,668) | (1,121,245) | (857,315) | (18,735) |
| Income from continuing operations | (3,706,986) | 141,117 | 2,196,938 | 1,316,063 | 1,616,657 | 1,226,932 | 222,917 |
| Loss from discontinued operations | | (161,376) | (9,721,734) | (713,368) | (38,272) | 82,374 | (19,922) |
| Income tax benefit | 1,309,988 | | 2,541,782 | 285,347 | 15,309 | (32,950) | 7,969 |
| Net loss from discontinued operations | 1,309,988 | (161,376) | (7,179,952) | (428,021) | (22,963) | 49,424 | (11,953) |
| Net income (loss) | $ (2,396,998) | $ (20,259) | $ (4,983,014) | $ 888,042 | $ 1,593,694 | $ 1,276,356 | $ 210,964 |

## MATHESON TRUCKING, INC.

### CONSOLIDATED STATEMENTS OF CASH FLOWS
### JUNE 30, 2014 THROUGH 2008

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| Cash flows from operating activities | | | | | | | |
| Net income (loss) | $ (2,396,598) | $ (20,259) | $ (4,983,014) | $ 888,042 | $ 1,593,694 | $ 1,276,356 | $ 210,964 |
| Adjustments to reconcile net income (loss) to cash provided by operating activities: | | | | | | | |
| Depreciation and amortization | 3,777,907 | 3,548,251 | 3,492,490 | 2,854,302 | 2,909,343 | 3,556,059 | 3,433,518 |
| Change in allowance for doubtful accounts | 168,000 | 4,000 | (18,600) | (189,400) | - | 8,717 | (5,717) |
| Loss on sale of property and equipment | 229,050 | 98,616 | 6,444 | 79,358 | 138,399 | 90,291 | 180,385 |
| Loss on sale of segment | - | - | 26,836 | - | - | - | - |
| Proceeds from sale of segment | - | - | 3,500,000 | - | - | - | - |
| Deferred income taxes | (1,449,270) | (327,945) | (1,221,162) | 332,712 | 1,053,054 | 896,636 | (411,546) |
| Change in operating assets and liabilities: | | | | | | | |
| Accounts receivable | (228,921) | 1,057,049 | 3,198,799 | 48,757 | (374,616) | (501,401) | (267,571) |
| Income taxes receivable | 1,172,503 | 111,885 | (589,217) | 589,217 | (313,903) | 236,775 | - |
| Inventory | 190,164 | 54,249 | 19,481 | (40,739) | (620,924) | 506,795 | 125,320 |
| Prepaid expenses | 165,973 | (110,671) | 721,625 | (678,144) | - | - | (187,523) |
| Restricted cash | - | - | (1,170,000) | 1,170,000 | - | - | - |
| Deposits | (42,857) | 70,178 | 118,151 | 30,338 | (1,554) | (17,301) | 1,972 |
| Accounts payable | (131,875) | (393,626) | (1,106,540) | 1,062,169 | (502,646) | 851,816 | (467,726) |
| Accrued payroll and employee benefits | 241,714 | (558,863) | (1,515,331) | (109,127) | (158,129) | (372,908) | 153,498 |
| Accrued expense | 604,531 | 228,351 | (1,351,765) | 675,810 | 115,147 | (1,116,244) | 631,690 |
| Income taxes payable | - | - | (841,719) | (33,740) | (33,740) | 29,895 | 100,460 |
| Deferred rent | 841,719 | 107,004 | (5,784) | (492,407) | 320,278 | (653,489) | 387,071 |
| Workers' compensation liability | 237,601 | - | (83,483) | (655,054) | (842,687) | (772,212) | (155,213) |
| Discontinued operations reserve | 407,248 | - | 2,449,021 | - | - | - | - |
| Net cash provided by operating activities | 2,537,522 | 5,107,186 | 646,232 | 5,532,094 | 3,281,716 | 4,019,785 | 3,719,582 |
| Cash flows from investing activities | | | | | | | |
| Purchases of property and equipment | (2,824,275) | (3,597,584) | (6,982,051) | (501,056) | (6,224,478) | (3,858,345) | (2,174,683) |
| Proceeds from sale of property and equipment | 243,496 | 273,402 | 67,819 | 26,650 | 85,116 | 448,488 | 95,492 |
| Net cash used in investing activities | (2,580,779) | (3,324,182) | (6,914,232) | (474,406) | (6,139,362) | (3,409,857) | (2,079,191) |
| Cash flows from financing activities | | | | | | | |
| Net increase on related loan/receivable | 52,777 | 32,442 | (1,945) | (241,952) | (1,498,927) | (620,031) | (406,281) |
| Payments on loans receivable | (65,623) | (6,146) | - | - | - | - | - |
| Proceeds from long-term debt | 1,833,059 | 2,225,875 | 5,614,410 | 1,894,406 | 5,079,050 | 4,143,419 | 6,362,802 |
| Payments on long-term debt | (1,882,514) | (1,482,169) | (2,312,939) | (2,736,429) | (2,532,470) | (4,264,926) | (6,765,660) |
| Distributions to stockholders | (101,136) | (102,132) | (144,105) | (184,301) | (184,676) | (184,896) | (184,896) |
| Net cash provided by (used in) financing activities | (163,437) | 667,870 | 3,155,421 | (3,163,282) | 862,977 | (926,434) | (994,035) |
| Net change in cash and cash equivalents | (206,694) | 2,450,874 | (3,112,579) | 1,894,406 | (1,994,669) | (316,506) | 646,356 |
| Cash and cash equivalents at beginning of period | 6,674,038 | 6,467,344 | 8,918,218 | 5,805,639 | 7,700,045 | 5,705,376 | 5,388,870 |
| Cash and cash equivalents at end of period | $ 6,467,344 | $ 8,918,218 | $ 5,805,639 | $ 7,700,045 | $ 5,705,376 | $ 5,388,870 | $ 6,035,226 |
| Supplemental disclosure of cash flow information: | | | | | | | |
| Cash paid for interest expense | $ 363,509 | $ 370,513 | $ 667,063 | $ 479,182 | $ 317,502 | $ 410,844 | $ 450,925 |
| Cash paid for income taxes | 37,450 | 238,950 | 843,381 | 253,901 | 49,600 | 30,300 | 58,300 |
| Supplemental disclosure of noncash investing and financing activities: | | | | | | | |
| Equipment refinanced | $ - | $ - | $ - | $ - | $ 2,966,753 | $ - | $ - |

Matheson

# APPENDIX J

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited ** Year to Date |
|---|---|---|
| Cash - WFB Operating Accts | 10000 | 6,040,485.03 |
| Cash - WFB Master (Previous) | 10150 | 13,403.96 |
| Cash - WFB C/C Collateral | 10450 | 149,863.70 |
| Escheatable Property - WFB | 10500 | (219,913.14) |
| Cash - WFB Master Insurance | 10510 | 10,449.86 |
| Cash - WFB Postal Trust | 10800 | 1,307,058.01 |
| Cash - WFB Mail Trans Trust | 10850 | 119,998.30 |
| Escheatable Property - JPMC | 10900 | (1,317.52) |
| AIR - USPS | 11100 | 3,689,960.36 |
| AIR - USPS Bulk Fuel Program | 11150 | 8,563.67 |
| AIR - Employees | 11400 | 752.38 |
| A/R - Holdings | 11405 | 567,590.06 |
| A/R - Miscellaneous | 11410 | 55,344.05 |
| Allowance For Doubtful Account | 11500 | (49,000.00) |
| Due from ! (to) Affiliates | 11900 | - |
| AIR - R.B. Matheson | 11953 | 4,815.33 |
| AIR - POS Trust | 11954 | - |
| AIR - Mail Trans Trust | 11955 | - |
| Loan - Officer | 12000 | 999.53 |
| Loan - MFAFT | 12200 | - |
| Loan - POSTL | 12300 | - |
| Loan - FLTEX | 12375 | - |
| Inventory - Parts - EG | 13100 | 8,496.04 |
| Inventory - Parts - FCC | 13145 | 54.51 |
| Inventory - Parts - DEN | 13300 | 101,418.75 |
| Inventory - Parts - OAK | 13310 | 22,705.00 |
| Inventory - Parts - 801 | 13320 | 15,860.67 |
| Inventory - Parts - SAC | 13330 | 22,836.87 |
| Inventory - Parts - SB | 13340 | 39,779.11 |
| Inventory - Parts - SLC | 13350 | 28,827.70 |
| Inventory - Parts - SEA | 13360 | 7,604.49 |
| Inventory Reserve | 13440 | (15,000.00) |
| Prepaid - Insurance | 14000 | 1,148,207.06 |
| Prepaid - Imprest WCNL - GB | 14050 | 20,000.00 |
| Imprest Fund WCNL, Citibk - GB | 14075 | 18,555.00 |
| Imprest Fund WCNL, WFB CorVel | 14081 | 26,162.27 |
| Imprest Fund Discovery Benefit | 14090 | 4,379.39 |
| Prepaid - License | 14100 | 76,206.15 |
| Prepaid - Equip/Maintenance | 14300 | 59,490.91 |

Page 1 of 9

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited** Year to Date |
|---|---|---|
| Prepaid - Supplies | 14400 | 5,903.56 |
| Prepaid - Other | 14500 | 42,665.56 |
| Prepaid - Fees on LOCs | 14600 | 84,016.00 |
| Assets - Tractors | 15000 | 23,719,117.84 |
| Assets - Trailers | 15010 | 6,229,838.23 |
| Assets - Utility Vehicles | 15020 | 997,004.97 |
| Assets - Dollies | 15030 | 166,537.31 |
| Assets - Forklifts | 15040 | 176,273.11 |
| Assets - Misc Vehicles | 15050 | 767,741.76 |
| Assets - Tow Tractors | 15055 | 750,544.52 |
| Assets - Boat | 15060 | 79,076.00 |
| Assets - Load Trek | 15070 | 758,258.68 |
| Assets - Capital Equip Repairs | 15080 | 1,964,861.45 |
| Assets - Communication Equip | 15100 | 86,045.36 |
| Assets - Ground Service Equip | 15150 | 2,915,137.56 |
| Assets - Plant Equipment | 15200 | 401,603.03 |
| Assets - Office Equipment | 15300 | 148,340.96 |
| Assets - Computer Equipment | 15400 | 1,605,817.74 |
| Assets - Leasehold Improvement | 15500 | 1,315,333.29 |
| Assets - Security Equipment | 15550 | 374,729.82 |
| Accumulated Depreciation | 15900 | (28,379,465.35) |
| Breitenbucher Land | 17000 | 569,444.00 |
| -- land Leveling | 17100 | 203,682.00 |
| -- Pasture | 17200 | 18,605.00 |
| -- Improvements | 17300 | 414,756.33 |
| -- Equipment | 17400 | 83,473.00 |
| Accumulated Depreciation | 17900 | (467,055.14) |
| Deposits | 18400 | 242,821.86 |
| Long Term Loan - Officer | 18500 | 448,030.74 |
| Long Term Loan/Int - MBM | 18510 | 575,601.07 |
| Prepaid- Bridge & Road Tolls | 18920 | 53,157.30 |
| Assets - Clearing Account | 18999 | 16,539.65 |
| Assets - Software | 19000 | 1,499,973.05 |
| Accumulated Amortization | 19010 | (1,499,164.64) |
| Note - Postal | 25700 | - |
| Note - Trucking | 25701 | |
| **Total Assets** | | **$29,653,883.12** |

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited**<br>Year to Date |
|---|---|---|
| A/P - General | 20000 | (2,077,608.86) |
| A/P - Miscellaneous | 20500 | (1,576,951.46) |
| USPS Fuel Program Accrual 2014 | 20749 | (80,618.79) |
| Garnishments | 21000 | (4,576.98) |
| 401K - Employee Contribution | 21040 | (30,691.67) |
| 401K - Employee Loan | 21050 | (6,522.66) |
| Vehicle Liability Accrual | 21204 | (643,959.19) |
| Payroll Accrual | 22000 | (1,022,625.63) |
| Accrued Vacation | 22050 | (1,022,505.00) |
| Payroll Tax Accrual | 22100 | (85,553.25) |
| FICA/Medicare Accrual | 22110 | (100,076.41) |
| Federal UI - Accrual | 22120 | (8,413.93) |
| State UI - Accrual | 22125 | (119,082.30) |
| Federal Withholdings | 22130 | (60,807.46) |
| Arizona Withholdings | 22135 | (852.20) |
| California Withholdings | 22140 | (7,056.19) |
| California SDI | 22145 | (1,762.88) |
| Colorado Withholdings | 22150 | (1,918.00) |
| Idaho Withholdings | 22155 | (10,198.00) |
| Indiana Withholdings | 22156 | (410.28) |
| Iowa Withholdings | 22157 | (5,712.00) |
| Montana Withholdings | 22158 | (1,887.00) |
| Minnesota Withholdings | 22161 | (20.58) |
| New Mexico Withholdings | 22162 | (769.90) |
| Missouri Withholdings | 22163 | (635.54) |
| Oregon Withholdings | 22165 | (1,340.26) |
| Nebraska Withholdings | 22166 | (771.08) |
| Ohio Withholdings | 22167 | (434.69) |
| New Jersey Withholding | 22169 | (74.75) |
| Utah Withholdings | 22170 | (11,934.35) |
| New Jersey SDI | 22171 | (478.98) |
| Kentucky Withholdings | 22172 | (2,565.96) |
| North Carolina Withholdings | 22173 | (112.00) |
| Oklahoma Withholdings | 22188 | (116.00) |
| West Virginia Withholdings | 22189 | (325.00) |
| 401K - Employer Contribution | 22300 | (51,373.63) |
| Accrual - POS Health & Welfare | 22310 | - |
| Accrual - Mail Trans. H & W | 22320 | - |

Page 3 of 9

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited** Year to Date |
|---|---|---|
| CIGNA Medical l Dental Accrual | 22325 | (1,019,739.51) |
| Workers Comp Clearing - GB | 22401 | (998.74) |
| Workers Comp Clearing - CorVel | 22402 | (12,716.50) |
| Workers Comp Accrual | 22430 | (1,807,185.93) |
| Workers Comp Accrual - OR | 22450 | (2,036.31) |
| Workers Comp Accrual - WA | 22470 | (90,885.34) |
| Workers Comp Accrual - WY | 22480 | (618.40) |
| Airport Tax - Flight Extenders | 23010 | (1,631.11) |
| NM Transportation Tax | 23050 | (3,419.93) |
| IFTA Accrual | 23119 | 1,623.48 |
| Sales and Use Tax - Arizona | 23453 | (547.76) |
| Sales and Use Tax - California | 23455 | (9,804.29) |
| Sales and Use Tax - Colorado | 23456 | (20.83) |
| Sales and Use Tax - Florida | 23460 | (261.10) |
| Sales and Use Tax - Idaho | 23462 | (2,223.63) |
| Sales and Use Tax - Kansas | 23469 | (27.49) |
| Sales and Use Tax - Kentucky | 23470 | (2,556.83) |
| Sales and Use Tax - Nevada | 23478 | (23.72) |
| Sales and Use Tax - Oklahoma | 23488 | (36.82) |
| Sales and Use Tax - S Dakota | 23492 | (4.89) |
| Sales and Use Tax - Texas | 23493 | (2,514.13) |
| Sales and Use Tax - Utah | 23494 | (9,589.31) |
| Sales and Use Tax - Washington | 23497 | (14,321.23) |
| Sales and Use Tax - W Virginia | 23498 | (24.75) |
| Sales and Use Tax - Wisconsin | 23499 | (267.57) |
| Income Tax Payable - Federal | 23500 | (52,333.30) |
| Deferred Income Tax-Short Term | 23502 | (121,106.64) |
| Deferred Rent | 23505 | (143,513.98) |
| Income Tax Payable - States | 23510 | (24,100.00) |
| Prior Years Inc. Tax - States | 23511 | 9,130.76 |
| Book Tax Payable | 23530 | 910,862.00 |
| Current Note AFCO Financing | 24826 | (1,154,438.17) |
| Current Note - GE 7747858001 | 24833 | (36,071.60) |
| Current Note - GE 7747885005 | 24834 | (66,584.28) |
| Current Note - GE 7752074001 | 24835 | (54,667.78) |
| Current Note - WF 407247700 | 24836 | (34,805.08) |
| Current Note - WF 407247701 | 24837 | (676,139.24) |
| Current Note - WF 407247702 | 24838 | (345,218.93) |
| Current Note - WF 407247703 | 24839 | (220,803.63) |

Page 4 of 9

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited**<br>Year to Date |
|---|---|---|
| Current Note - WF 407247704 | 24840 | (248,431.47) |
| Current Note - WF 407247705 | 24841 | (21,037.88) |
| Current Note - WF 407247706 | 24842 | (88,369.38) |
| Current Note - WF 407247707 | 24843 | (321,110.04) |
| Current Note - Paccar 6634059 | 24845 | (390,560.00) |
| LT Note - GE 7747858001 | 25833 | (15,454.98) |
| LT Note - GE 7747885005 | 25834 | (27,562.57) |
| LT Note - GE 7752074001 | 25835 | (28,166.88) |
| LT Note - WF 407247700 | 25836 | (73,037.59) |
| LT Note - WF 407247701 | 25837 | (990,221.35) |
| LT Note - WF 407247702 | 25838 | (536,675.64) |
| LT Note - WF 407247703 | 25839 | (383,542.50) |
| LT Note - WF 407247704 | 25840 | (422,847.71) |
| LT Note - WF 407247705 | 25841 | (78,123.93) |
| LT Note - WF 407247706 | 25842 | (75,711.68) |
| LT Note - WF 407247707 | 25843 | (1,223,471.12) |
| LT Note - Paccar 6634059 | 25845 | (2,617,118.66) |
| Deferred Income Tax - Long Term | 25900 | (2,574,358.06) |
| **Total Liabilities** | | **($22,041,266.81)** |
| | | |
| Capital Stock | 30000 | (60,800.00) |
| Retained Earnings | 31000 | (11,170,445.08) |
| Shareholder Dividends | 31010 | 184,896.00 |
| **Total Shareholder Equity** | | **($11,046,349.08)** |
| | | |
| Revenue - THS Base Contract | 40010 | (21,073,953.85) |
| Revenue - THS Extra Volume | 40012 | (186,666.06) |
| Revenue - THS Extra Services | 40014 | (142,078.75) |
| Revenue - Commercial, UPS | 40018 | (2,023,714.61) |
| Revenue - Commercial, OHL | 40022 | (1,564,287.34) |
| Revenue - Commercial, FEDEX | 40023 | (444,609.00) |
| Revenue - Comm, Extra Services | 40026 | (309,921.88) |
| Revenue - Commercial Delta | 40027 | (192,707.19) |
| Revenue - Regular Contract | 41000 | (47,110,132.16) |
| Revenue - NSC Accrual | 41001 | (383,317.24) |

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited**<br>Year to Date |
|---|---|---|
| Revenue - Extra Trip | 41002 | (1,271,152.82) |
| Revenue - Fuel | 41003 | (502,532.49) |
| Revenue - Adjustments | 41004 | (6,426.85) |
| Revenue - Claims | 41006 | (124,919.06) |
| Revenue - Peak | 41008 | (3,638,380.70) |
| Revenue - Freight Hauls | 41025 | (2,000.00) |
| Revenue - FedEx | 41050 | (316,477.91) |
| Revenue - FedEx Peak | 41055 | (105,148.73) |
| Revenue - Shop Labor | 42100 | - |
| Revenue - Parts/Supplies | 42200 | - |
| Revenue - Commercial Charges | 42300 | - |
| Revenue - Tires | 42400 | - |
| **Total Revenue** | | **(79,398,426.64)** |
| | | |
| Cost of Parts | 50000 | - |
| Cost of Tires | 50005 | - |
| Commercial Charges | 50030 | 277,791.20 |
| Inventory Adjustment | 50040 | - |
| Wages - Salary | 60100 | 5,614,613.04 |
| Wages - Drivers | 60200 | 17,755,883.31 |
| Wages - Dock/Material Handling | 60300 | 8,624,832.84 |
| Wages - Mechanics | 60400 | - |
| Wages - Other | 60500 | 830,630.93 |
| Wages - Vacation | 60600 | 1,274,417.68 |
| Wages - Sick | 60610 | 35,220.94 |
| Wages - Holiday | 60620 | 1,143,373.46 |
| Outside Service - Wages | 60950 | 2,933,575.03 |
| Payroll Taxes | 61100 | 3,319,763.59 |
| 401K/Pension Benefits | 61200 | 1,046,393.53 |
| Employee Benefits | 61300 | 5,413,476.47 |
| Workers Compensation | 61400 | 2,586,500.18 |
| Fuel | 62000 | 1,648,812.75 |
| DEF Fluid | 62006 | 165,725.81 |
| Tires - PowerUnits | 62011 | 693,740.82 |
| Tires - Trailers | 62012 | 583,182.99 |
| Shop Supplies | 62100 | - |
| Repairs & Maintenance-Vehicles | 62110 | (591,603.57) |

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited** Year to Date |
|---|---|---|
| Repairs/Maintenance-PowerUnits | 62111 | 4,397,510.35 |
| Repairs/Maintenance-Trailers | 62112 | 1,389,674.18 |
| Vehicle Fleet Washes | 62130 | 44,170.28 |
| Waste Removal | 62175 | - |
| Equipment Rental | 62350 | 2,033,377.16 |
| Road & Bridge Tolls | 62500 | 657,770.97 |
| Laundry | 62520 | - |
| Computer Equipment - Vehicles | 62525 | 450,939.46 |
| Transportation Taxes | 62530 | 332,528.17 |
| Utility Vehicles | 62560 | 208,033.98 |
| Vehicle Registration | 62570 | 517,124.85 |
| Forklifts | 62620 | 78,564.80 |
| Forklift Rental | 62621 | 36,038.08 |
| Terminal Sundries | 62650 | 110,133.57 |
| Core Scanner Lease | 62660 | 561,512.57 |
| Tools - Expendable | 62670 | - |
| Yard/Building Maintenance | 62690 | 190,704.61 |
| Collision Repair(Our Vehicles) | 62700 | 543,801.92 |
| Accident Repair(Other Parties) | 62710 | 55,815.96 |
| Damage/Abuse - PowerUnits | 62721 | 88,254.77 |
| Damage/Abuse - Trailers | 62722 | 76,783.62 |
| First Aid Expense | 62725 | 817.67 |
| Telephone - Cellular | 62810 | 41,666.28 |
| Telephone | 62820 | 286,963.62 |
| Insurance - Vehicle Liability | 63000 | 591,855.95 |
| Ins.- Veh. Claims Deductible | 63005 | 600,000.00 |
| Insurance - Motor Cargo | 63010 | 2,489.32 |
| Insurance - Property Liability | 63020 | 63,895.63 |
| Insurance - General Liability | 63030 | 23,193.51 |
| Insurance - Aviation Operation | 63035 | 96,695.86 |
| Insurance - Umbrella Coverage | 63050 | 182,288.12 |
| Insurance - Other Policies | 63055 | 84,825.35 |
| Safety Incentives & Supplies | 63060 | 52,700.52 |
| Travel - Drivers | 64100 | 813,825.85 |
| Meals & Entertainment-Drivers | 64110 | 37.08 |
| Meals & Enter-Customer/Client | 64210 | 2,259.08 |
| Travel- Management | 64300 | 486,747.95 |
| Meals & Entertainment - Mgmt | 64310 | 52,108.98 |
| Travel - Employee Relations | 64400 | 63.83 |

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited**<br>Year to Date |
|---|---|---|
| Meals & Enter-Emp  Relations | 64410 | 31,662.94 |
| Travel - Employees | 64500 | 58,703.07 |
| Meals & Entertainment - Emp | 64510 | 3,828.55 |
| Accounting | 67000 | 81,222.38 |
| Employee Recruitment | 67010 | 123,792.04 |
| Amortization | 67030 | 573.00 |
| Bad Debts | 67100 | 426,989.42 |
| Bank Charges | 67110 | 38,459.58 |
| Business Promotion | 67185 | 8,857.66 |
| Business Forms | 67190 | 25,828.28 |
| Computer Equipment - Purchased | 67195 | 14,709.20 |
| Computer Equipment - Leased | 67200 | 93,240.66 |
| Computer Equipment Maintenance | 67210 | 111,601.07 |
| Depreciation | 67300 | 3,378,529.31 |
| Donations | 67350 | 85,800.09 |
| Employee Office | 67400 | 19,788.89 |
| Interest Expense | 67800 | 372,117.23 |
| Legal Expense | 68100 | 2,204,173.80 |
| License/Permits | 68110 | 27,178.37 |
| Office Equipment - Purchased | 68400 | 6,700.34 |
| Office Equipment - Purchased | 68405 | 86,606.71 |
| Office Equipment - Leased | 68450 | 72,614.35 |
| Office Supplies | 68490 | 1,596,748.56 |
| Outside service | 68500 | 315,210.99 |
| Pre Employment & Physicals | 68505 | 7,518.96 |
| Misc Expense - Non-Deductible | 68550 | 70,635.93 |
| Postage/UPS | 68560 | 5,028.52 |
| Relocation | 68700 | 3,012,539.73 |
| Rent | 68800 | 49,860.12 |
| Subscriptions/Seminars | 68920 | 61,646.23 |
| Taxes | 68921 | (910,862.00) |
| Income Taxes | 68930 | 43,452.00 |
| Training | 68950 | 212,000.32 |
| Utilities | 80100 | (21,649.68) |
| Interest Income | 80200 | 355,979.78 |
| Gain/Loss on Assets | 80400 | 2,364,853.18 |
| Misc Income/Expense | 80410 | (82,500.00) |
| Matheson Environmental  Mgt Fee | 80450 | (15,448.01) |
| MFAFT Discontinued Ops | 80460 | 1,144.14 |
| Interest - Discontinued Ops | | |

Page 8 of 9

Matheson Trucking, Inc.

Consolidated Trial Balance UNAUDITED

As of and for FYE June 30, 2015

| Description | Account | ** Unaudited ** Year to Date |
|---|---|---|
| Discontinued Ops Clearing | 80470 | - |
| Discounts - Accounts Payable | 80500 | (359.87) |
| Late Payment Penalties | 80502 | 5,413.59 |
| Late Interest Charge | 80505 | 265.08 |
| Rental Income | 80900 | (23,800.00) |
| Corporate Overhead Allocation | 98300 | - |
| **Total Expenses** | | **$82,832,159.41** |
| **(Net Income) / Net Loss** | | **3,433,732.77** |
| **Total Liabilities and Equity** | | **($29,653,883.12)** |

Page 9 of 9

Matheson

# APPENDIX K

**Matheson Trucking, Inc.**
Net Book Value of Non-Rolling Stock Assets
As of 6/30/2015

| | | FLTEX | POSTL | RANCH | TRUCK | TOTAL | |
|---|---|---|---|---|---|---|---|
| 15100 | Asset-Communications Equipment | | | | | | |
| | Cost | $ 4,655 | $ 18,114 | $ - | $ 63,276 | $ 86,045 | 5 year life |
| | Accumulated Depreciation | 4,111 | 18,114 | - | 63,276 | 85,501 | |
| | Net Book Value | 544 | - | - | - | 544 | |
| 15200 | Asset-Plant Equipment | | | | | | |
| | Cost | 12,713 | 45,024 | - | 343,866 | 401,603 | 10 year life |
| | Accumulated Depreciation | 11,753 | 7,704 | - | 320,617 | 340,073 | |
| | Net Book Value | 960 | 37,320 | - | 23,250 | 61,530 | |
| 15300 | Asset-Office Equipment | | | | | | |
| | Cost | 2,693 | 28,296 | - | 117,352 | 148,341 | 5 year life |
| | Accumulated Depreciation | 987 | 28,215 | - | 114,186 | 143,388 | |
| | Net Book Value | 1,705 | 81 | - | 3,166 | 4,953 | |
| 15400 | Asset-Computer Equipment | | | | | | |
| | Cost | 85,476 | 95,085 | - | 1,425,257 | 1,605,818 | 5 year life |
| | Accumulated Depreciation | 48,796 | 95,085 | - | 1,410,915 | 1,554,796 | |
| | Net Book Value | 36,680 | - | - | 14,342 | 51,022 | |
| 15500 | Asset-Leasehold Improvement | | | | | | |
| | Cost | 285,532 | 779,150 | 9,872 | 240,780 | 1,315,333 | 10 year life |
| | Accumulated Depreciation | 245,043 | 767,067 | 5,429 | 174,665 | 1,192,205 | |
| | Net Book Value | 40,488 | 12,083 | 4,442 | 66,115 | 123,128 | |
| 15550 | Asset-Security | | | | | | |
| | Cost | 371,068 | - | - | 3,662 | 374,730 | 5 year life |
| | Accumulated Depreciation | 363,582 | - | - | 1,465 | 365,047 | |
| | Net Book Value | 7,486 | - | - | 2,197 | 9,683 | |
| | **Total as of 6/30/15** | $ 87,864 | $ 49,484 | $ 4,442 | $ 109,069 | $ 250,860 | |

Note: Obtained info from the same MT_ASSET_AUDIT reports used for the FYE15 Asset Roll Forward.

Matheson

# APPENDIX L

**Matheson Trucking, Inc.**
Shareholder Dividends (Acct # 31010)
Fiscal Years 2011 through 2015

| Fiscal Year Ending | Per Filed 1099 Div's | | | Minor | TOTAL |
| | RBM | MBM | TRUST | Diff | Per YE Report |
|---|---|---|---|---|---|
| 6/30/2011 | 64,896 | 55,569 | 64,431 | 5 | 184,901 |
| 6/30/2012 | 64,896 | 55,569 | 64,431 | (220) | 184,676 |
| 6/30/2013 | 64,896 | 55,569 | 64,431 | - | 184,896 |
| 6/30/2014 | 64,896 | 55,569 | 64,431 | - | 184,896 |
| 6/30/2015 | 64,896 | 55,569 | 64,431 | - | 184,896 * |
| TOTAL | 324,480 | 277,846 | 322,154 | (215) | 924,265 |

* Calendar year 2015 1099 Div has yet to be filed.

Matheson

# APPENDIX M

1

Document List

| Document Name | Type |
|---|---|
| (ARCB) ArcBest - Income & Expense | .docx |
| (CNW) Con-way - Income & Expense | .docx |
| (ODFL) Old Dominion Freight | .docx |
| (RRTS) Roadrunner Trans | .docx |
| 111 MOR May 2015 | .pdf |
| 189 MOR June 20105 Detail | .pdf |
| 189 MOR June 2015 | .pdf |
| 2014_annual_report | .pdf |
| 2014AnnualReporttoShareholders | .pdf |
| 24833 & 25833 - GE Note 7747858001 - Amort Sched | .pdf |
| 24834 & 25834 - GE Note 7747885005 - Amort Sched | .pdf |
| 24835 & 25835 - GE Note 7752074001 - Amort Sched | .pdf |
| 24836 & 25836 - WF Note 407247700 - Amort Sched | .pdf |
| 24837 & 25837 - WF Note 407247701 - Amort Sched | .pdf |
| 24838 & 25838 - WF Note 407247702 - Amort Sched | .pdf |
| 24839 & 25839 - WF Note 407247703 - Amort Sched | .pdf |
| 24840 & 25840 - WF Note 407247704 - Amort Sched | .pdf |
| 24841 & 25841 - WF Note 407247705 - Amort Sched | .pdf |
| 24842 & 25842 - WF Note 407247706 - Amort Sched | .pdf |
| 24843 & 25843 - WF Note 407247707 - Amort Sched | .pdf |
| 24845 & 25845 - PACCAR Note 6634059 - Amort Sched | .pdf |
| 96 MOR April 2015 | .pdf |
| ARCB Key Statistics | ArcBest Corporation Stock - Yahoo! Finance | .pdf |
| Audited Consolidated Financis 6-30-14 | .pdf |
| D&B Comprehensive Insight Plus Report: MATHESON TRUCKING, INC. | .webarchive |
| Definitions | .pdf |
| GE Capital Solutions Debt Confirmation081415 | .pdf |
| GE POSTAL #P_7747858001 - Agreement - 11-20-12 | .pdf |
| GE POSTAL #P_7747885005 - Agreement - 11-20-12 | .pdf |
| GE POSTAL #P_7752074001 - Agreement - 12-28-12 | .pdf |
| Industry Financial Report Specialized Freight trucking | .pdf |

2

## Document List

| | |
|---|---|
| InMotion6linear | .pdf |
| Limited Obj to Employment of Pacific Capital Transactions - 8-3-15 | .pdf |
| Matheson 2015 TB | .pdf |
| Matheson AP Aging 06-30-15 | .pdf |
| Matheson AR Aging 6-30-15 | .pdf |
| Matheson D&B Comprehensive Insight Plus Report: MATHESON TRUCKING, INC. | .pdf |
| Matheson Entities Organizational Chart | .pdf |
| MATHESON FLIGHT EXTENDERS, INC.Bankruptcy Case #: 3:15-bk-50541 | Inforuptcy | .pdf |
| Matheson Inc. | About Us | .pdf |
| Matheson Inc. | Company History | .pdf |
| Matheson Inc. | Locations | .pdf |
| Matheson Inc. | Management | .pdf |
| Matheson Inc. | Matheson Postal Services | .pdf |
| Matheson Inc. | News | .pdf |
| Matheson Inc. | The Matheson Culture | .pdf |
| Matheson receives award from USPS | .pdf |
| Matheson Trucking - Finanical Trends 2010 to 2015 Variance Analysis Comments (8-26-15) | .pdf |
| Matheson Trucking Audited FS - 6-30-2009 | .pdf |
| Matheson USPS Supplier Awards History | .pdf |
| MFE Cash Flow - July 2015 | .pdf |
| MT00001-00117 WF Loan Docs | .pdf |
| MT00118-00138 WF Loan Docs | .pdf |
| MT00139-00225 Tax Return 2011 | .pdf |
| MT00226-00306 Tax Return 2012 | .pdf |
| MT00307-00390 Tax Return 2013 | .pdf |
| MT00391-00392 ConsolBalSheet&IncomeStmt FY15 | .pdf |
| MT00393-00466 Audited FStmts 2010-14 | .pdf |
| MT00467-00482 MH Leases to Matheson Corps | .pdf |
| PACCAR Debt Confirmation081415 | .pdf |
| PACCAR POSTAL #P_6634059 - Agreement - 3-23-15 | .pdf |
| Pepperdine Private Capital 2015 | .pdf |
| Public Stats 1-4 | .pdf |

## Document List

| Name | Type |
|---|---|
| Public Stats summary | .pdf |
| Report Table1CEO | .pdf |
| Report Table1VPexecutive | .pdf |
| Report Table1VPoperations | .pdf |
| Report Table2CEO | .pdf |
| Report Table2VPexecutive | .pdf |
| Report Table2VPoperations | .pdf |
| Report TableCFO | .pdf |
| Report TableChiefAccountingOfficer | .pdf |
| Report TableChiefLegalExecutive | .pdf |
| Report TableTopRiskManagement | .pdf |
| RRTS | .pdf |
| SAIA AR | .pdf |
| SAIA Locations & Doors | .pdf |
| Top USPS Suppliers for 2013 - Husch Blackwell | .pdf |
| USPS five-year-business-plan-2012-2017 | .pdf |
| USPS Marketline | .pdf |
| USPS use of contractors to deliver mail union related | .pdf |
| usps-competition-advocate-report-fy2013 | .pdf |
| WF Debt Confirmation081415 | .pdf |
| WF POSTAL #P_407247700 - Agreement - 6-25-13 | .pdf |
| WF POSTAL #P_407247701 - Agreement - 11-8-13 | .pdf |
| WF POSTAL #P_407247702 - Agreement & Amort Sched - 12-10-13 | .pdf |
| WF POSTAL #P_407247703 - Agreement - 2-18-14 | .pdf |
| WF POSTAL #P_407247704 - Agreement - 2-18-14 | .pdf |
| WF POSTAL #P_407247705 - Agreement - 11-4-14 | .pdf |
| WF POSTAL #P_407247706 - Agreement - 3-28-14 | .pdf |
| WF POSTAL #P_407247707 - Agreement - 12-5-14 | .pdf |
| XA Methodology | .pdf |
| YRCW Competitors | YRC Worldwide, Inc. Stock - Yahoo! Finance | .pdf |
| YRC Key Statistics | YRC Worldwide, Inc. Stock - Yahoo! Finance | .pdf |
| YRCW_Annual_Report_2014 | .pdf |

# EXHIBIT J

<u>**Offer of Matheson Trucking, Inc. and Matheson Flight Extenders, Inc. to
Mahamet Camara, Andre De Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra,
Ernie Duke, and Dean Patricelli**</u>

This counter-offer is made to all Plaintiffs above named (the "Judgment Creditors") on November 11, 2015 and will remain open until 1:00 p.m., Mountain Time, November 13, 2015.

Matheson Trucking, Inc. ("MTI") and Matheson Flight Extenders, Inc. (the "Debtor") hereby set forth below their counter-offer to the offer made on November 6, 2015 by four of the Judgment Creditors to resolve matters between them, MTI, and the Debtor as follows:

MTI, the Debtor, and the Stipulating Judgment Creditors, as defined herein, stipulate to a resolution of their respective proofs of claim (the "Claims") filed in this case and their concomitant treatment under the amended plan of reorganization to be filed by the Debtor (the "Chapter 11 Plan"). The Stipulating Judgment Creditors are anyone of Mahamet Camara, Andre De Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke, and Dean Patricelli who sign below (the "Stipulating Judgment Creditors").

Specifically, the Debtor, the Stipulating Judgment Creditors, and MTI have reached a compromise on the following terms, and said compromise will be incorporated into Debtor's Chapter 11 Plan.

MTI and/or the Debtor will make the following payments to each Stipulating Judgment Creditor:

Payments to be made:

- $185,714 paid by MTI to each Stipulating Judgment Creditor as an early distribution on their claims (the "Initial Payment"), with such Initial Payment to be made no later than the first business day that is five days after acceptance of this counter-offer by each Stipulating Judgment Creditor and their counsel;
- $142,857 paid by the Debtor to each Stipulating Judgment Creditor on the Effective Date of the Chapter 11 Plan, which shall be defined in the Chapter 11 Plan as the first business day which is five days after the order confirming the Chapter 11 Plan becomes final (the "Effective Date Payment"); and
- $714,286 paid to each Stipulating Judgment Creditor in 32 equal quarterly payments with the first quarterly payment to commence April 1, 2016.

Allocation and Delivery of Payments:

- The amount awarded to each Stipulating Judgment Creditor as back pay in the Colorado Judgment shall be paid to that Stipulating Judgment Creditor as wages (i.e., subject to withholdings and reported on an IRS form W-2);
- The remainder of the payments to each Stipulating Judgment Creditor shall be paid in gross, reported on IRS form 1099s, and allocated between payments to the Judgment Creditor and his counsel as directed in advance by his counsel; and

1

- Any payment due to a Stipulating Judgment Creditor will be made by check made payable to the Stipulating Judgment Creditor and delivered to the Stipulating Judgment Creditor in care of his counsel.

Compromise with Trucking:

- Within three business days after the Effective Date of the Chapter 11 Plan, MTI and Debtor will waive the right to appeal the Colorado Judgment as to the Stipulating Judgment Creditors;
- Promptly after acceptance of this counter-offer, MTI, Debtor, and the Stipulating Judgment Creditors will inform the Colorado court that they have reached a compromise and move the District Court to stay proceedings on all pending motions as to the Stipulating Judgment Creditors;
- Within three business days after the Effective Date Payment set forth above, MTI, Debtor, and the Stipulating Judgment Creditors will withdraw all pending motions in the District Court as to the Stipulating Judgment Creditors and file in the District Court a Stipulation for Dismissal with Prejudice and Proposed Order in the forms attached hereto as Exhibits A and B, respectively, and MTI, Debtor and the Stipulated Judgment Creditors will sign a join letter to the USPS in the form attached as Exhibit C;
- If Debtor fails to make when due any quarterly payment called for by this agreement, that payment may be made within one month in order to avoid a default;
- No later than the first business day that is five days after acceptance of this counter-offer by each Stipulating Judgment Creditor, MTI will deliver to counsel for the Stipulating Judgment Creditor an executed Stipulation for Entry of Judgment in form attached hereto as Exhibit D, in the amount of one seventh of $10,000,000.00, less any payments received (the "Stipulated Judgment"). In the event of a default under the terms of the Chapter 11 Plan, the Stipulating Judgment Creditors will be authorized to file the Stipulated Judgment in the District Court and execute on it;
- If MTI fails to timely deliver to the Stipulating Judgment Creditors either the Initial Payment and/or the Stipulated Judgment, the Stipulating Judgment Creditors may rescind this Agreement, thereby rendering it null *ab initio*; and
- The Chapter 11 Plan will contain Discharge Provisions, Releases, a Plan Injunction, and an Exculpation Provision in a form substantially similar to those currently included in the Amended Chapter 11 Plan of Reorganization filed August 7, 2015.

Reorganization Plan:

- Not later than November 23, 2015, Debtor shall file its Chapter 11 Plan and an amended Disclosure Statement consistent with this agreement, and the Chapter 11 Plan will be set for hearing on December 16, 2015;
- If the Disclosure Statement and Chapter 11 Plan are consistent with this agreement, the Stipulating Judgment Creditors will vote in favor of the Chapter 11 Plan;
- The Chapter 11 Plan will provide that it will not take effect until and unless Debtor has timely made the Effective Date Payment identified above to each of the Stipulating Judgment Creditors;
- The Bankruptcy Court will retain exclusive jurisdiction over the Chapter 11 Plan;

2

- Consistent with this agreement, the Chapter 11 Plan will provide that in the event of a plan payment default under the Chapter 11 Plan, the Stipulating Judgment Creditors will be able to execute on their Stipulated Judgment against MTI, as well as pursue their claims against the Debtor under this agreement as contract creditors of the Debtor.

This is intended as a complete offer. It contemplates no separate written agreement and neither implies nor assumes other terms not set forth above. The intent is that if this counter-offer is accepted by any of the Judgment Creditors, counsel for the parties will so advise the court at the hearing scheduled for Monday, November 16, 2015.

Matheson Trucking, Inc.

By:_____
    Charles Mellor, Chief Operating
    Officer and General Counsel

Matheson Flight Extenders, Inc.

By:_____
    Charles Mellor, Chief Operating
    Officer and General Counsel

Downey Brand LLP

By:_____
    Sallie B. Armstrong
    Counsel for Matheson Trucking, Inc.

Hartman & Hartman, Ltd.
Davis Graham & Stubbs LLP

By:_____
    Jeff Hartman or Cecilia Lee
    Counsel for Matheson Flight
    Extenders, Inc.

Campbell Litigation, P.C.

By:_____
    Stacey A. Campbell
    Counsel for Matheson Trucking, Inc.
    and Matheson Flight Extenders, Inc.

Jester Gibson & Moore LLP

By:_____
    Brian Moore
    Counsel for Judgment Creditors

Lohf Shaiman Jacobs Hyman & Feiger PC

By: _Lynn Feiger/pmp_
    Lynn D. Feiger
    Counsel for Judgment Creditors

3

Law Offices of Amy N. Tirre

By:_____
      Amy N. Tirre
      Counsel for Judgment Creditors

_____
Mahamet Camara

_____
Ernie Duke

_____
Bemba Diallo

_____
Macire Diarra

_____
Andre De Oliveira

_____
Dean Patricelli

_____
Salif Diallo

4

- Consistent with this agreement, the Chapter 11 Plan will provide that in the event of a plan payment default under the Chapter 11 Plan, the Stipulating Judgment Creditors will be able to execute on their Stipulated Judgment against MTI, as well as pursue their claims against the Debtor under this agreement as contract creditors of the Debtor.

This is intended as a complete offer. It contemplates no separate written agreement and neither implies nor assumes other terms not set forth above. The intent is that if this counter-offer is accepted by any of the Judgment Creditors, counsel for the parties will so advise the court at the hearing scheduled for Monday, November 16, 2015.

Matheson Trucking, Inc.

By: _____
Charles Mailliard, Chief Operating
Officer and General Counsel

Matheson Flight Extenders, Inc.

By: _____
Charles Mailliard, Chief Operating
Officer and General Counsel

Downey Brand LLP

By: _____
Sallie B. Armstrong
Counsel for Matheson Trucking, Inc.

Hartman & Hartman, Ltd.
Davis Graham & Stubbs LLP

By: _____
Jeff Buchanan or Cecilia Lee
Counsel for Matheson Flight
Extenders, Inc.

Campbell Litigation, P.C.

By: _____
Stacey A. Campbell
Counsel for Matheson Trucking, Inc.
and Matheson Flight Extenders, Inc.

Jesing Gibson & Moore LLP

By: _____
Brian Moore
Counsel for Judgment Creditors

Lohf Shaiman Jacobs Hyman & Feiger PC

By: _____
Lynn D. Feiger
Counsel for Judgment Creditors

3

•     Consistent with this agreement, the Chapter 11 Plan will provide that in the event of a plan payment default under the Chapter 11 Plan, the Stipulating Judgment Creditors will be able to execute on their Stipulated Judgment against MTI, as well as pursue their claims against the Debtor under this agreement as contract creditors of the Debtor.

This is intended as a complete offer. It contemplates no separate written agreement and neither implies nor assumes other terms not set forth above. The intent is that if this counter-offer is accepted by any of the Judgment Creditors, counsel for the parties will so advise the court at the hearing scheduled for Monday, November 16, 2015.

| | |
|---|---|
| Matheson Trucking, Inc. | Matheson Flight Extenders, Inc. |
| By:_____<br>    Charles Mellor, Chief Operating<br>    Officer and General Counsel | By:_____<br>    Charles Mellor, Chief Operating<br>    Officer and General Counsel |
| Downey Brand LLP | Hartman & Hartman, Ltd.<br>Davis Graham & Stubbs LLP |
| By:_____<br>    Sallie B. Armstrong<br>    Counsel for Matheson Trucking, Inc. | By:_Cecilia Lee_<br>    Jeff Hartman or Cecilia Lee<br>    Counsel for Matheson Flight<br>    Extenders, Inc. |
| Campbell Litigation, P.C. | |
| By:_____<br>    Stacey A. Campbell<br>    Counsel for Matheson Trucking, Inc.<br>    and Matheson Flight Extenders, Inc. | |

| | |
|---|---|
| Jester Gibson & Moore LLP | Lohf Shaiman Jacobs Hyman & Feiger PC |
| By:_____<br>    Brian Moore<br>    Counsel for Judgment Creditors | By:_____<br>    Lynn D. Feiger<br>    Counsel for Judgment Creditors |

3

Law Offices of Amy N. Tirre

By: _____
Amy N. Tirre
Counsel for Judgment Creditors

_____
Maharnet Camara

_____
Andre De Oliveira

_____
Ernie Duke

_____
Dean Patricelli

_____
Bemba Diallo

_____
Salif Diallo

_____
Macire Diarra

**Matheson Trucking, Inc.'s and Matheson Flight Extenders, Inc.'s Acceptance of Offer of Bemba Diallo, Salif Diallo, and Maciro Diarra**

1.  Matheson Trucking, Inc. ("MTI") and Matheson Flight Extenders, Inc. (the "Debtor") accept the November 18, 2015 offer of Plaintiffs Bemba Diallo, Salif Diallo, and Maciro Diarra on November 18, 2015.

2.  Bemba Diallo, Salif Diallo, and Maciro Diarra are each Stipulating Judgment Creditor for purposes of the agreement.

3.  Insofar as the agreement applies to Stipulating Judgment Creditors Bemba Diallo, Salif Diallo, and Maciro Diarra only, the language in the agreement reading "no later than the first business day that is five days after acceptance of this counter-offer by each Stipulating Judgment Creditor" shall be revised to read "no later than the first business day that is five days after acceptance of this offer by MTI and the Debtor."

Matheson Trucking, Inc.

By: _____
    Charles Mellor, Chief Operating
    Officer and General Counsel

Matheson Flight Extenders, Inc.

By: _____
    Charles Mellor, Chief Operating
    Officer and General Counsel

Downey Brand LLP

By: _____
    Sallie B. Armstrong
    Counsel for Matheson Trucking, Inc.

Hartman & Hartman, Ltd
Davis Graham & Stubbs LLP

By: _____
    Jeff Hartman or Cecilia Lee
    Counsel for Matheson Flight
    Extenders, Inc.

Campbell Litigation, P.C.

By: _____
    Stacey A. Campbell
    Counsel for Matheson Trucking, Inc.
    and Matheson Flight Extenders, Inc.

Jester Gibson & Moore LLP

By: _____
    Brian Moore

Lohf Shaiman Jacobs Hyman & Feiger PC

By: _____
    Lynn D. Feiger

5

Counsel for Judgment Creditors

Counsel for Judgment Creditors

Law Offices of Amy N. Tirre

By: _____

Amy N. Tirre
Counsel for Judgment Creditors

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 12-cv-03040-CMA-CBS

MAHAMET CAMARA, ANDRE DE OLIVEIRA, BEMBA DIALLO, SALIF DIALLO,
MACIRE DIARRA, ERNIE DUKE, and DEAN PATRICELLI, individuals,

Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation, and MATHESON FLIGHT
EXTENDERS, INC., a California corporation,

Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND
## REQUEST FOR COURT TO RETAIN JURISDICTION

      Plaintiffs _____ ("Stipulating Plaintiffs"), and Defendants Matheson

Trucking, Inc. and Matheson Flight Extenders, Inc., (together "Defendants"), by and

through their respective counsel, pursuant to the settlement agreement reached

between the parties, hereby stipulate to dismiss the Stipulating Plaintiffs' claims, with

prejudice, with each party to bear his or her own costs and attorneys' fees.

      Further, the Stipulating Plaintiffs and Defendants request the Court retain

jurisdiction for the sole purpose of enforcing the Stipulated Judgement, in the event of a

default.

      Respectfully submitted this ___ day of November, 2015.

# EXHIBIT A

JESTER GIBSON & MOORE, LLP

_____

Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO  80202
(303) 339-4779
bmoore@jgllp.com

and

LOHF SHAIMAN JACOBS HYMAN
& FEIGER PC

Lynn D. Feiger
Justin M. Plaskov
950 S. Cherry Street, Suite 900
Denver, CO  80246
(303) 753-9000
lfeiger@lohfshaiman.com
jplaskov@lohfshaiman.com

ATTORNEYS FOR PLAINTIFFS

CAMPBELL LITIGATION, P.C.

_____

Stacey T. Campbell
Daniel M. Combs
730 17th Street, Suite 750
Denver, CO  80202
(303) 536-1833
Stacey@Campbell-Litigation.com
Daniel@Campbell-Litigation.com

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 12-cv-03040-CMA-CBS

MAHAMET CAMARA, ANDRE DE OLIVEIRA, BEMBA DIALLO, SALIF DIALLO,
MACIRE DIARRA, ERNIE DUKE, and DEAN PATRICELLI, individuals,

Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation, and MATHESON FLIGHT
EXTENDERS, INC., a California corporation,

Defendants.

---

### ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION

---

The Court, having reviewed Stipulating Plaintiffs' and Defendants' Stipulation for Dismissal with Prejudice and Request for Court to Retain Jurisdiction ("Stipulation"), the file and being fully advised, hereby GRANTS the Stipulation. Stipulating Plaintiffs _____ claims are hereby dismissed with prejudice. Each party shall be responsible for its own costs and fees.

The Court will retain jurisdiction over this matter for the sole purpose of enforcing the Stipulated Judgment between the Stipulating Plaintiffs and Defendants, in the event of a default.

SO ORDERED this ___ day of November 2015.


_____
Christine M. Arguello
U.S. District Court of Colorado Judge

1

# EXHIBIT B

November 19, 2015

United States Postal Service
USPS Law Department, Procurement & Property Law
475 L'Enfant Plaza, SW, Room 6507
Washington DC 20260-1127

Re:    *Camara, et. al., v. Matheson Trucking, Inc. and Matheson Flight Extenders, Inc.*

Dear _____:

This letter is sent jointly by Matheson Trucking, Inc. ("MTI"), Matheson Flight Extenders, Inc. ("MFE"), and the Plaintiffs who sued MTI and MFE in the United States District Court for the District of Colorado in case 12-cv-03040-CMA-CBS, namely, Mahamet Camara, Andre De Oliveira, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke, and Dean Patricelli (the "Plaintiffs").

MTI, MFE, and the Plaintiffs have resolved their disputes and differences in this matter. Plaintiffs have dismissed all of their claims, with prejudice, including claims for discrimination, harassment, and retaliation, and have also withdrawn all post-trial motions.

One of the Plaintiffs (Mr. De Oliveira) and a former Plaintiff (Dominique Dickerson) continue to work for MFE. The Plaintiffs encourage the United States Postal Service to continue to do business with MTI and MFE.

Please contact Mark Matheson if you have any questions.

Very truly yours,

# EXHIBIT C

_____

Mahamet Camara

_____

Andre De Oliveira

_____

Ernie Duke

_____

Dean Patricelli

Matheson Trucking, Inc.

By:_____
      Mark Matheson
      Chief Executive Officer

Matheson Flight Extenders, Inc.

By:_____
      Mark Matheson
      Chief Executive Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 12-cv-03040-CMA-CBS

MAHAMET CAMARA, ANDRE DE OLIVEIRA, BEMBA DIALLO, SALIF DIALLO,
MACIRE DIARRA, ERNIE DUKE, and DEAN PATRICELLI, individuals,

Plaintiffs,

v.

MATHESON TRUCKING, INC., a California corporation, and MATHESON FLIGHT
EXTENDERS, INC., a California corporation,

Defendants.

---

## STIPULATION FOR ENTRY OF JUDGMENT

---

Plaintiff _____ ("Stipulating Plaintiff") and defendant Matheson

Trucking, Inc. ("Matheson Trucking"), by and through their respective counsel, hereby

stipulate to the entry of judgment in favor of the Stipulating Plaintiff and against

Matheson Trucking in the gross amount of $1,428,571.40, less an offset for payments

previously received. Pursuant to the Settlement Agreement entered into by and

between Stipulating Plaintiff, Matheson Trucking, and Matheson Flight Extenders

effective November 13, 2015 (the "Settlement Agreement"), Stipulating Plaintiff is

entitled to file this Stipulation with the Court upon a default of the Settlement

Agreement.

WHEREFORE, Stipulating Plaintiff _____, and Matheson

Trucking stipulate to entry of a judgment in the net amount of $_____,

together with post-judgment interest from this date, to be entered against Defendant

Matheson Trucking and in favor of Stipulating Plaintiff _____.

1

# EXHIBIT D

JESTER GIBSON & MOORE, LLP

CAMPBELL LITIGATION, P.C.

---

Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO  80202
(303) 339-4779
bmoore@jgllp.com

and

LOHF SHAIMAN JACOBS HYMAN
& FEIGER PC

Lynn D. Feiger
Justin M. Plaskov
950 S. Cherry Street, Suite 900
Denver, CO  80246
(303) 753-9000
lfeiger@lohfshaiman.com
jplaskov@lohfshaiman.com

ATTORNEYS FOR PLAINTIFFS

---

Stacey T. Campbell
Daniel M. Combs
730 17th Street, Suite 750
Denver, CO  80202
(303) 536-1833
Stacey@Campbell-Litigation.com
Daniel@Campbell-Litigation.com

ATTORNEYS FOR DEFENDANTS