

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 29, 2015

DAVIS GRAHAM & STUBBS LLP
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone: 775.229.4219
Facsimile: 775.403.2187
Email: cecilia.lee@dgslaw.com
Email: elizabeth.high@dgslaw.com

HARTMAN & HARTMAN, LTD.
Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Fax (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for Debtor Matheson Flight Extenders, Inc.

Downey Brand LLP
Sallie B. Armstrong, Esq.
Nevada State Bar No. 1243
Michael B. Knox, Esq.
Nevada State Bar No. 8143
100 West Liberty Street, Suite 900
Reno, Nevada 89501
Telephone: 775-329-5900
Facsimile: 775-786-5443
Email: reno@downeybrand.com

Attorneys for Co-Proponent Matheson Trucking, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MATHESON FLIGHT EXTENDERS, INC., <br><br>    Debtor. | Case No.: BK-N-15-50541-BTB <br><br> Chapter 11 Case <br><br> Hearing Date: December 16, 2015 <br> Hearing Time: 2:00 p.m. |

**ORDER OF FINAL APPROVAL OF DISCLOSURE STATEMENT**

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

3980185.1

This matter came before the Court on the <u>Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization</u>, Docket No. 483, filed on November 23, 2015 (the "Disclosure Statement"). The Court issued an <u>Order Conditionally Approving Disclosure Statement for Debtor's Plan of Reorganization</u> on November 24, 2015. Docket No. 488. The Court conducted the final hearing on the Disclosure Statement on December 16, 2015. Jeffrey L. Hartman, Esq., HARTMAN & HARTMAN, LTD., and Cecilia Lee, Esq., DAVIS GRAHAM & STUBBS LLP, appeared on behalf of Debtor Matheson Flight Extenders, Inc. (the "Debtor"). Sallie B. Armstrong, Esq., Downey Brand, LLP, appeared on behalf of Matheson Trucking, Inc. (together with the Debtor, the "Plan Proponents"). Amy Tirre, Esq. appeared on behalf of Mahamet Camara, Andre De Oliviera, Bemba Diallo, Salif Diallo, Macire Diarra, Ernie Duke and Dean Patricelli. William Cossitt, Esq. appeared on behalf of the United States Trustee.

Pursuant to the <u>Findings of Fact and Conclusions of Law in Support of Order of Final Approval of Disclosure Statement and Order Confirming Second Amended Chapter 11 Plan</u>, entered concurrently herewith and incorporated in its entirety by this reference, and good cause appearing,

IT IS HEREBY ORDERED that the Disclosure Statement is approved pursuant to 11 U.S.C. §1125 as containing adequate information.

Submitted by:

DAVIS GRAHAM & STUBBS LLP

<u>/s/ Cecilia Lee, Esq.</u>
CECILIA LEE, ESQ.
ELIZABETH HIGH, ESQ.

HARTMAN & HARTMAN, LTD.

<u>/s/ Jeffrey L. Hartman, Esq.</u>
Jeffrey L. Hartman, Esq.

DOWNEY BRAND, LLP.

<u>/s/ Sallie B. Armstrong, Esq.</u>
Sallie B. Armstrong, Esq.

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

1
2  Law Office of Amy N. Tirre
3
4   /s/ Amy N. Tirre, Esq.
   AMY N. TIRRE, ESQ.
5
6                                           # # #
7
...
28

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

3

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    _____    The court has waived the requirement set forth in LR 9021(b)(1).

    _____    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order on December 21, 2015 to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Amy Tirre, Esq. – Approved

Sallie B. Armstrong, Esq. – Approved

Jeffrey L. Hartman, Esq. - Approved

William Cossitt, Esq. – Waived

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 22ⁿᵈ day of December, 2015.

                                                DAVIS GRAHAM & STUBBS LLP

                                                /s/ Cecilia Lee, Esq.
                                                CECILIA LEE, ESQ.

# # #

DAVIS GRAHAM & STUBBS LLP
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 950
RENO, NEVADA 89501
(775) 229-4219

4